FILED

Eric M. Murphy, In Pro Per
Glenda C. Murphy, In Pro Per
9965 McKinley Street
Rancho Cucamonga, CA 91730
(909)463-7064 – Phone

2019 APR -9 PM 4:59

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION-SAN BERNARDINO**

ERIC M. MURPHY, an individual; and GLENDA C. MURPHY, an individual,

Plaintiffs,

vs.

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MASTR ADJUSTABLE RATE MORTGAGES TRUST 2007-1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1; FIDELITY NATIONAL TITLE COMPANY; MEGA CAPITAL FUNDING, INC.; POWER DEFAULT SERVICES, INC.; OCWEN LOAN SERVICING, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; WESTERN PROGRESSIVE, LLC; and DOES 1 THROUGH 10, INCLUSIVE,

Defendants.

CASE NO.: EDCV19-00636 JGB (SPx)
Dept:
Judge:

**DECLARATION OF GLENDA C. MURPHY IN SUPPORT OF PLAINTIFFS' VERIFIED EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER, AND TEMPORARY AND PERMANENT INJUNCTIVE RELIEF, AND REQUEST FOR THE JUDGE'S APPROVAL OF THE NOTICE OF PENDENCY OF ACTION**

Hearing Date: ________________

Time: ____________

**DECLARATION OF GLENDA C. MURPHY**

I, Glenda C. Murphy, declare as follows:

I am a Plaintiff in this case, self-represented and I have personal knowledge of the facts set out herein and if called as a witness could and would competently testify thereto.

This declaration is submitted in support of my Verified Ex Parte Application for Temporary Restraining Order, and Temporary and Permanent Injunctive Relief, and Request for the Judge's Approval of the Notice of Pendency of Action.

October 5, 1994, a Quitclaim Deed was executed and recorded October 17, 1994, granting my husband and I the "Property" commonly known as 9965 McKinley Street, Rancho Cucamonga, California 91730, bearing Assessor Parcel Number 0209-312-59.

October 5, 1994, a Deed of Trust ("DOT") was executed securing a loan of $120,000.00, naming Long Beach Bank, FSB as the Lender and Trustee, which was a conflict of interest; recorded October 17, 1994.

Defendants are threatening to unlawfully sale, assign and/or transfer my ownership and security interest under a DOT.

I paid my mortgage on time during the entire existence of the loans. However, the Defendants committed identity theft, creating fraudulent DOT, and committed extortion against me and my husband, recording fraudulent Real Property documents in an effort to unlawfully take our Property.

January 2, 1996, a fraudulent DOT was executed purportedly securing a loan of $20,000.00, which my husband and I never received, naming Legend Financial Group,

Inc. as the Beneficiary and Lender, and First American Title Company as Trustee; recorded January 18, 1996.

June 23, 1997, a fraudulent DOT was executed purportedly securing a loan of $35,000.00, which my husband and I never received, naming Harbor View Mortgage as Beneficiary, and American Title Company, as Trustee; recorded, July 10, 1997. Plaintiffs allege that they were never aware of this transaction.

July 31, 1997, a fraudulent Corporation Assignment of Deed of Trust was mailed to my husband and I, and executed by Harbor View Mortgage, assigning all beneficiary interest to Preferred Credit Corp., under the fraudulent DOT dated June 23, 1997, naming Trustee as American Title Company. This fraudulent Corporation Assignment of Deed of Trust was never recorded.

November 23, 1999, a DOT was executed purportedly securing a loan of $159,152.00, naming Chase Manhattan Mortgage Corporation (unqualified to do business in California) as the Beneficiary under the laws of the State of New Jersey, and First Southwestern Title Company of California as Trustee; recorded December 3, 1999.

December 3, 1999, a DOT was executed purportedly securing a loan of $5,500.00, naming Household Finance Corporation of California as Lender and Housekey Finance Corporation as Trustee; recorded December 9, 1999.

December 9, 1999, a Full Reconveyance was recorded and executed by Housekey Financial Corporation, as Trustee under a fraudulent DOT.



9

March 3, 2000, an invalid Substitution of Trustee ("SOT") was executed by Preferred Credit Corporation, an unauthorized entity, under a fraudulent DOT executed June 23, 1997, naming American Title Company, as Trustee, recorded July 24, 1997, naming Defendant U.S. BANK, as Substituted Trustee; recorded March 14, 2000. A DOT was never recorded July 24, 1997, as the SOT states.

My Property was never legally assigned to Preferred Credit Corporation under a DOT, purportedly executed June 23, 1997, and recorded July 10, 1997. In addition, the fraudulent Corporation Assignment of Deed of Trust was never recorded.

June 23, 2000, a fraudulent DOT was executed purportedly securing a loan of $27,000.00, which my husband and I never received, naming Household Finance Corporation of California as Beneficiary and Housekey Finance Corporation as Trustee; recorded June 30, 2000.

June 28, 2000, a Full Reconveyance was recorded, executed by Ameriquest Mortgage Co FKA Long Beach Bank, FSB FKA Long Beach Bank SSB, Trustee under the DOT executed October 5, 1994 and recorded October 17, 1994.

March 14, 2002, a fraudulent DOT was executed securing a loan of $197,500.00, falsely naming Secured Bankers Mortgage Company (Partnership under the laws of California) as Lender, T.D. Service Co., a California Corporation as Trustee, and Defendant MERS, acting solely as a nominee for Lender and Lender's successors and assigns, and Beneficiary; recorded March 20, 2002.



10

Secured Bankers Mortgage Company was never a Partnership under the laws of California. Secured Bankers Mortgage Company was never qualified to do business in California.

March 27, 2002, an SOT and Deed of Reconveyance was executed by Chase Manhattan Mortgage Corporation under the DOT dated November 23, 1999, recorded December 3, 1999, naming First Southwestern Title Company of California as Trustee, Chase Manhattan Mortgage Corporation, as Beneficiary. Substituting Chase Manhattan Mortgage Corporation, as Trustee; recorded June 17, 2002.

April 23, 2002, a Full Reconveyance was recorded and executed by Housekey Financial Corporation, as the purported Trustee under the fraudulent DOT recorded June 30, 2000.

September 5, 2003, a fraudulent Grant Deed was executed and recorded September 15, 2003. My Property was already granted to my husband and I via Quitclaim Deed executed October 5, 1994 and recorded October 17, 1994.

September 5, 2003, a DOT was executed by Fremont Investment and Loan as Lender, MERS as Beneficiary, and Fremont General Credit Corporation as Trustee; recorded September 15, 2003.

January 7, 2004, an SOT and Full Reconveyance was executed by Secured Bankers Mortgage Company, an unauthorized entity, named as the present Beneficiary, under the DOT recorded March 20, 2002, substitutes himself as Trustee, which was a conflict of interest; this document was recorded January 13, 2004.



//

January 15, 2004, Settlement date; Settlement Agent GMAC states that settlement charges to borrower is $59,470.40, loan payoff is $7,529.60; total amount due from borrow $67,000.00. Principal amount of new loan $67,000.00. My husband and I never received the refinance funds.

My husband and I decided to refinance our Property. During the refinance process, I was requested by the Loan Officer to execute a "Power of Attorney" where my signature would only be necessary for the loan application and final loan documents.

Sometime later, my husband and I discovered that half the pages in the loan application were forged, not my signatures; loan amount of $275,000.00.

October 10, 2005, a fraudulent DOT was executed securing a loan of $275,000.00, naming Defendant MEGA, a California Corporation as Lender, Alliance Title Company as Trustee, and Defendant MERS, acting solely as a nominee for Lender and Lender's successors and assigns, and Beneficiary; recorded October 19, 2005.

October 20, 2005, my Credit Report reflects a zero balance for a loan amount of $229,500.00, provided by Fremont Investment and Loan.

October 21, 2005, an invalid SOT was executed by MERS for Fremont Investment & Loan as Beneficiary, naming Fremont General Credit Corp. as Trustee, under the DOT executed September 5, 2003 and recorded September 15, 2003. TICOR Title Insurance Company, as Substitute Trustee; recorded November 22, 2005.

November 22, 2005, a Full Reconveyance was recorded under the DOT dated September 5, 2003 and recorded September 15, 2003.



12

September 29, 2006, a fraudulent Promissory Note and DOT was executed purportedly securing a loan for $370,000.00, naming American Brokers Conduit as Lender; recorded October 10, 2006. American Brokers Conduit did not legally exist as an entity in 2006 and has never been legally incorporated in any state.

October 2, 2006, a fraudulent Grant Deed was executed; recorded October 10, 2006. My Property was already granted to my husband and I via Quitclaim Deed executed October 5, 1994 and recorded October 17, 1994.

October 10, 2006, a Final Settlement Statement, reflecting that GMAC was paid $274,530.19, Principal amount of new loan, $370,000.00., and cash to borrower of $53,528.46, which my husband and I never received. In addition, a settlement charge of $41,941.35 to borrow is questionable; I don't know why this charge was applied.

October 20, 2006, an invalid SOT was executed by MERS under the DOT dated October 10, 2005 and recorded October 19, 2005, naming GMAC as Lender; Executive Trustee Services, LLC as Substitute Trustee.

October 27, 2006, a Full Reconveyance was recorded and executed by Executive Trustee Services, LLC as Trustee under the DOT dated October 10, 2005 and recorded October 19, 2005, naming GMAC as Lender.

About August 2, 2007, American Home Mortgage Corp, dba American Brokers Conduit was issued a Temporary Order to Cease and Desist. The California Department of Business Oversight found that American Brokers Conduit engaged in a pattern of



13

forging real estate documents and selling interests therein to investors and ordered them to cease and desist from engaging in such conduct.

Although, my husband and I were never late and our loan balances reflect zero on our Credit Reports, we repeatedly submitted Loan Modification Applications, in an effort to save our home.

April 23, 2009, American Home Mortgage Servicing, Inc. mailed me a letter stating "…received a workout package regarding the above-referenced mortgage loan… We appreciate the opportunity to be of assistance."

May 5, 2010, Defendant OCWEN mailed me a letter stating "your home loan may be eligible for a loan modification program…"

May 25, 2010, a fraudulent Assignment of Deed of Trust was executed by MERS, an unauthorized entity, as nominee for American Brokers Conduit, assigning the beneficial interest to Defendant U.S. BANK under the fraudulent DOT dated September 29, 2006 and recorded October 10, 2006, naming LSI Division as Trustee; recorded July 7, 2010.

The Assignment is VOID, because American Brokers Conduit did not exist, and therefore could not appoint MERS as its nominee, and therefore MERS had nothing to assign.

July 9, 2010, Chase mailed me a letter listing a history of my payments. However, my cashier checks from Chase to American Home Mortgage Servicing, Inc. demonstrate

that September through December 2009 payments was missing. The letter states "Your loan is paid through February 10, 2010.

November 26, 2010, a fraudulent Notice of Default ("NOD") was executed by an unauthorized entity, Default Resolution Network Agent for the Beneficiary By: ServiceLink, its Agent Through ServiceLink as Agent, through SPL Inc., as Authorized Agent under the fraudulent DOT dated September 29, 2006 and recorded October 10, 2006; recorded November 29, 2010.

Default Resolution Network, LLC operated as a subsidiary of Fidelity National Financial, Inc. that surrendered November 17, 1987 and November 30, 2006 doing business in California, and Default Resolution Network, LLC was never qualified to do business in California as a Limited Liability Company.

December 20, 2010, an invalid SOT was executed by Defendant U.S. BANK by American Home Mortgage Servicing Inc., as Attorney in Fact, under the fraudulent DOT dated September 29, 2006 and recorded October 10, 2006; Substitute Trustee is Defendant PDS is C/O Defendant FIDELITY; recorded April 29, 2011.

April 16, 2011, a fraudulent Notice of Trustee's Sale was executed by Defendant PDS under the fraudulent DOT dated September 29, 2006 and recorded October 10, 2006; Sale Date: May 19, 2011; recorded April 29, 2011.

April 25, 2011, my husband and I were approved a Loan Modification.

April 29, 2011, a SOT was recorded by Defendant PDS as Trustee; Substitute Trustee not named.



14

March 20, 2012, a Notice of Rescission was executed by Fidelity National Title Company, as agent for the Beneficiary, under a DOT that names American Brokers Conduit as Lender, recorded October 10, 2006, referencing a fraudulent NOD recorded November 29, 2010; recorded March 26, 2012.

May 15, 2012, American Home Mortgage Servicing, Inc. ("AHMSI") mailed a letter to me stating that it will be changing its name to Homeward Residential.

AHMSI/Homeward Residential knew that the issuer of the Promissory Note, American Brokers Conduit was a nonexistent entity and that therefore the note was VOID; yet, continued to press me for payments.

October 3, 2012, Ocwen Financial Corporation purchased Homeward Residential. Defendant OCWEN, without inquiring into the facts surrounding my Mortgage, Defendant OCWEN harassed me for payments.

March 4, 2013, a letter from Defendant OCWEN stating the loan balance is $249,375.23; despite, my zero balance owing on my Property.

September 12, 2013, a fraudulent Limited Power of Attorney executed by JPMorgan Chase Bank, N.A., as Master Servicer, and the Limited Power of Attorney granted by US Bank, N.A as Trustee appoints Select Portfolio Servicing, Inc., as Sub-Servicer; recorded May 1, 2015.

I provided Proof of Payments to Defendant OCWEN from 2014-2018 and it continued to send me Mortgage Account Statements stating Reinstatement Amounts,



15

when I was never late on my monthly payments. Also, Defendant OCWEN sent 2-3 letters titled "Notice of Default" each month.

Defendant OCWEN has double billed my husband and I. Extorting us to pay or our Property will be taken. My husband and I were continuously harassed.

June 17, 2015, my Consumer Credit Report reflects that there is a zero balance for a loan of $370,000.00, date of Origination: September 29, 2006; American Brokers Conduit as Lender. Loan Serviced by Defendant OCWEN/Homeward Residential, TX FIDELCPI. $55,873.00 was to be given to my husband and I, which we never received.

November 2017, Defendant OCWEN stopped taking payments and claimed that my husband and I were 7 months delinquent.

December 14, 2017, an invalid SOT was executed by Defendant U.S. BANK, By its Servicer Defendant OCWEN; Substitute Trustee not named.

December 5, 2017, a California Declaration of Compliance pursuant to Civil Code, section 2923.55(c) was executed by Defendant OCWEN as Servicer for Defendant U.S. BANK under fraudulent DOT dated September 29, 2006 and recorded October 10, 2006 and states "The mortgage servicer has exercised due diligence to contact the borrower pursuant to California Civil Code, section 2923.55(f) to "assess the borrower's financial situation and explore options for the borrower to avoid foreclosure." Thirty (30) days, or more, have passed since these due diligence requirements were satisfied."

January 8, 2018, an invalid SOT was recorded under a fraudulent DOT dated September 29, 2006 and recorded October 10, 2006, naming LSI Division as Trustee, and



16

American Brokers Conduit as Lender, and MERS as Beneficiary; Defendant WESTERN PROGRESSIVE as Substitute Trustee

January 12, 2018 a fraudulent NOD was executed by Defendant WESTERN PROGRESSIVE, an unauthorized entity, as Trustee for Beneficiary, under a fraudulent DOT dated September 29, 2006 and recorded October 10, 2006; recorded January 17, 2018.

March 19, 2018, Defendant OCWEN sent Plaintiffs a Payoff Quote of $440,735.70, valid through April 13, 2018.

April 30, 2018, a Notice of Trustee's Sale was executed by Defendant WESTERN PROGRESSIVE, as Trustee for Beneficiary, under a fraudulent DOT dated September 29, 2006 and recorded October 10, 2006; Sale Date: May 31, 2018; recorded May 1, 2018.

May 4, 2018, my husband and I faxed a Loan Modification Package to Defendant OCWEN, four (4) days later Defendant OCWEN places a foreclosure Sale Date of May 8, 2018, against my Property; dual tracking. Defendant OCWEN never sent my husband and I documents stating that a foreclosure was ever initiated.

May 8, 2018, I sent a Domestic Wire Transfer via Wells Fargo N.A. of $12,121.50 to cure the fraudulent Default, in an effort to save my Property.

May 11, 2018, a Notice of Rescission was executed by Defendant WESTERN PROGRESSIVE as Trustee, American Brokers Conduit as Lender, and MERS as



17

Beneficiary under a fraudulent DOT dated September 29, 2006 and recorded October 10, 2006, referencing the NOD that was recorded January 17, 2018; recorded May 16, 2018.

September 9, 2018, my husband and I were denied the Loan Modification.

September 14, 2018, I received a Debt Validation Notice by Defendant OCWEN under the fraudulent DOT dated September 29, 2006, naming American Brokers Conduit as Originating Lender, which was not pursuant to RESPA.

October 15, 2018, Defendant OCWEN denied my husband and I a Loan Modification.

October 19, 2018, my Credit Report states zero balance of purported loan amount of $370,000.00; originated September 29, 2006.

November 16, 2018, I received a Debt Validation Notice by Defendant OCWEN under the fraudulent DOT dated September 29, 2006, naming American Brokers Conduit as the Originating Lender.

Again, despite under the RESPA, Loan Servicers are required to respond to "Qualified Written Request and Validation of Debt"; yet, Defendant OCWEN provided limited information.

November 21, 2018, a California Declaration of Compliance pursuant to Civil Code, section 2923.55(c) was executed by Defendant OCWEN as Servicer for Defendant U.S. BANK under the fraudulent DOT dated September 29, 2006 and recorded October 10, 2006, stating “The mortgage servicer contacted the borrower to assess the borrower’s financial situation and to explore options for the borrower to avoid foreclosure as



18

required by California Civil Code, section 2923.55. Thirty days, or more, have passed since the initial contact was made."

December 3, 2018, a fraudulent NOD was executed by Defendant WESTERN PROGRESSIVE as Trustee for Beneficiary, under a fraudulent DOT dated September 29, 2006 and recorded October 10, 2006; recorded December 5, 2018.

December 10, 2018, I received a Debt Validation Notice by Defendant WESTERN PROGRESSIVE as Trustee for Beneficiary, under a fraudulent DOT dated September 29, 2006 and recorded October 10, 2006, which did not provide all that was requested by the "Qualified Written Request and Validation of Debt", under "RESPA."

Although I made many attempts to resolve the problem that involved my account with Defendant OCWEN, March 6, 2019, Defendant WESTERN PROGRESSIVE, an unauthorized entity, executed a Notice of Trustee's Sale; Sale Date: April 23, 2019.

As the aforementioned demonstrates, many entities collectively operated a Mortgage Scheme for "Economic Gain", with the intent to defaud my husband and my interest in our Property, causing fraudulent DOTS to be recorded in the Official Recorders in the office of the Recorder of San Bernardino County, California, claiming to secure loans that my husband and I never received.

In addition, the Mortgage Scheme is evidenced by the many Full Reconveyances recorded in the Official Recorders in the office of the Recorder of San Bernardino County, California as to my Property.



19

More than half the aforementioned entities' status with the California Secretary of State is either suspended ten (10) years or more due to Franchise Tax Board violations or they have surrendered; demonstrating that their only purpose of operation was to defraud the public.

The companies that initiated foreclosures against my Property never held beneficial interest under the Mortgage or DOT; therefore, does not have standing to foreclose.

The undersigned, declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration was executed on the 4th day of April 2019, at Rancho Cucamonga, California.

Glenda C. Murphy

GLENDA C. MURPHY, Declarant

GLENDA C. MURPHY

Glenda C Murphy



