AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Central__ District of __California__

Eric M. Murphy; Glenda C Murphy
Plaintiff(s),

V.

U.S. Bank National Association et al
Defendant(s),

CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY

CASE NUMBER: EDCV19-00636 JGB

Notice is hereby given that, subject to approval by the court, ~~Eric M. Murphy,~~ GM and Glenda C. Murphy substitutes
(Party (s) Name)

Angela Swan , State Bar No. 213793 as counsel of record in
(Name of New Attorney)

place of  AS GM ~~Eric M. Murphy~~ and Glenda C. Murphy .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:     The Law Offices of Angela Swan, APC
Address:       21151 S. Western Ave. Suite 177, Torrance, CA 90501
Telephone:     (310) 755-2515            Facsimile (310) 878-0349
E-Mail (Optional): aswan@angelaswanlaw.com

I consent to the above substitution.
Date:    4/13/2019
                                              (Signature of Party (s))

I consent to being substituted.
Date:    4/13/2019
                                              (Signature of Former Attorney (s))

I consent to the above substitution.
Date:    4/13/2019
                                              (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____                      _____
                                              Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]