AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| ERIC M. MURPHY, an individual; and GLENDA C. MURPHY, an individual, <br><br> *Plaintiff(s)* <br> v. <br> U.S. BANK NATIONAL ASSOCIATION, <br> PLEASE SEE ATTACHED <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. EDCV19-00636JGB(SPx) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Corporation Service Company which will do business as
CSC - Lawyers Incorporating Service
C/O Power Default Services, Inc.
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA  95833

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Angela Swan, Esq.
THE LAW OFFICES OF ANGELA SWAN, APC
21151 South Western Avenue, Suite 177
Torrance, California  90501

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____           _____
                                                                           *Signature of Clerk or Deputy Clerk*

Eric M. Murphy, In Pro Per
Glenda C. Murphy, In Pro Per
9965 McKinley Street
Rancho Cucamonga, CA 91730
(909)463-7064 – Phone

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION-SAN BERNARDINO

| | |
|---|---|
| ERIC M. MURPHY, an individual; and GLENDA C. MURPHY, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MASTR ADJUSTABLE RATE MORTGAGES TRUST 2007-1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1; FIDELITY NATIONAL TITLE COMPANY; MEGA CAPITAL FUNDING, INC.; POWER DEFAULT SERVICES, INC.; OCWEN LOAN SERVICING, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; WESTERN PROGRESSIVE, LLC; and DOES 1 THROUGH 10, INCLUSIVE,<br><br>Defendants. | CASE NO.: EDCV19-00636JGB(SPx)<br>Courtroom: 1<br>Judge: Hon. Jesus G. Bernal<br><br>**VERIFIED CIVIL COMPLAINT FOR DAMAGES**<br><br>**DEMAND FOR JURY TRIAL**<br><br>**(EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER, AND TEMPORARY AND PERMANENT INJUNCTIVE RELIEF, AND NOTICE OF PENDENCY OF ACTION FILED CONCURRENTLY)** |

**COMPLAINT FOR DAMAGES**

1