Angela Swan, Esq., SBN 213793
THE LAW OFFICES OF ANGELA SWAN, APC
21151 South Western Avenue, Suite 177
Torrance, CA  90501
Bus. (310)755-2515
Fax. (310)878-0349
Email: aswan@angelaswanlaw.com

Attorney for ERIC M. MURPHY and GLENDA C. MURPHY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION-SAN BERNARDINO**

| | |
|---|---|
| ERIC M. MURPHY, an individual; and GLENDA C. MURPHY, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MASTR ADJUSTABLE RATE MORTGAGES TRUST 2007-1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1; FIDELITY NATIONAL TITLE COMPANY; MEGA CAPITAL FUNDING, INC.; POWER DEFAULT SERVICES, INC.; OCWEN LOAN SERVICING, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; WESTERN PROGRESSIVE, LLC; and DOES 1 THROUGH 10, INCLUSIVE, <br><br> Defendants. <br> _____ | CASE NO.: EDCV19-00636JGB(SPx) <br> Courtroom: 1 <br> Judge: Hon. Jesus G. Bernal <br><br> **DECLARATION OF ANGELA SWAN IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER, AND TEMPORARY AND PERMANENT INJUNCTIVE RELIEF** |

DECLARATION OF ANGELA SWAN IN SUPPORT OF EX PARTE
1

## DECLARATION OF ANGELA SWAN, ESQ.

I, Angela Swan, declare as follows:

I am an attorney at law duly licensed to practice before all courts within the State of California. I have been so licensed since June 5, 2001. I have practiced civil law litigation for over 17 years.

I have personal knowledge of the facts set out herein and if called as a witness could and would competently testify thereto.

This Declaration is submitted in support of Plaintiffs' Ex Parte Application for Temporary Restraining Order, and Temporary and Permanent Injunctive Relief.

April 13, 2019, Plaintiffs retained me as their attorney. However, due to Eric Murphy missing a signature, his "Consent Order Granting SOA" is not filed yet.

After reading this Court's Ex Parte Order made April 12, 2019, Plaintiffs' request for a TRO and Injunctive Relief was denied due to their Ex Parte Application not being in compliance with Federal Rule of Civil Procedure 65(a)(1).

I am respectfully submitting another Ex Parte Application pursuant to Federal Rule of Civil Procedure 65(a)(1) and L.R. 7-19-1 in an effort to stop the sale on Plaintiffs' Property April 23, 2019 in order to give them the opportunity to present their case, which they allege fraud and the fact that they were never late on their mortgage.

April 18, 2019, my law firm received a phone call from Jeremy T. Katz of Severson & Werson, APC, who stated that he will be representing Defendants Ocwen Loan Servicing, LLC and U.S Bank, N.A, and maybe more. My employee Maneva

1  Currie and I informed him of my intentions to file an Ex Parte Application for a
2  Temporary Restraining Order, and Temporary and Permanent Injunctive Relief,
3  requesting it to be decided before April 23, 2019; Plaintiffs' Sale Date is April 23, 2019.
4  Attorney Katz inform us that he cannot accept an Ex Parte Notice.

Maneva and I, discussed the case with Attorney Katz. Attorney Katz promised to email documents to support his argument on behalf of his clients. As well as, I, promised to email Attorney Katz documents to support my argument on behalf of the Plaintiffs, including proof of payments.

Furthermore, I also asked Attorney Jeremy to request from his client a postponement of the Foreclose Sale on April 23, 2019, he stated that he will do what he can.

All the aforementioned Defendants have been served today.

The undersigned, declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration was executed on the 19th day of April 2019, at Torrance, California.

------------------------------------------
Angela Swan, Declarant

DECLARATION OF ANGELA SWAN IN SUPPORT OF EX PARTE
3