Angela Swan, Esq., SBN 213793
THE LAW OFFICES OF ANGELA SWAN, APC
21151 South Western Avenue, Suite 177
Torrance, CA 90501
Bus. (310)755-2515
Fax. (310)878-0349
Email: aswan@angelaswanlaw.com

Attorney for ERIC M. MURPHY and GLENDA C. MURPHY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION-SAN BERNARDINO

| | |
|---|---|
| ERIC M. MURPHY, an individual; and GLENDA C. MURPHY, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MASTR ADJUSTABLE RATE MORTGAGES TRUST 2007-1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1; FIDELITY NATIONAL TITLE COMPANY; MEGA CAPITAL FUNDING, INC.; POWER DEFAULT SERVICES, INC.; OCWEN LOAN SERVICING, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; WESTERN PROGRESSIVE, LLC; and DOES 1 THROUGH 10, INCLUSIVE, <br><br> Defendants. | CASE NO.: EDCV19-00636JGB(SPx) <br> Courtroom: 1 <br> Judge: Hon. Jesus G. Bernal <br><br> **DECLARATION OF MANEVA CURRIE IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER, AND TEMPORARY AND PERMANENT INJUNCTIVE RELIEF** |

DECLARATION OF MANEVA CURRIE IN SUPPORT OF EX PARTE

1

## DECLARATION OF MANEVA CURRIE

I, Maneva Currie, declare as follows:

I am not a Party to this case. I am an employee of The Law Offices of Angela Swan, APC and I have personal knowledge of the facts set out herein and if called as a witness could and would competently testify thereto.

This Declaration is submitted in support of Plaintiffs' Ex Parte Application for Temporary Restraining Order, and Temporary and Permanent Injunctive Relief.

April 18, 2019, The Law Offices of Angeles Swan, APC received a phone call from Jeremy T. Katz of Severson & Werson, APC, who stated that he will be representing Defendants Ocwen Loan Servicing, LLC and U.S Bank, N.A, and maybe more. I informed him of our law office's intentions to file an Ex Parte Application for aTemporary Restraining Order, and Temporary and Permanent Injunctive Relief, requesting it to be decided before April 23, 2019; Plaintiffs' Sale Date is April 23, 2019. Attorney Katz inform me that he cannot accept an Ex Parte Notice.

Attorney Angela Swan and I, discussed the case with Attorney Katz. Attorney Katz promised to email documents to support his argument on behalf of his clients. As well as, Attorney Swan and I, promised to email Attorney Katz documents to support her argument on behalf of the Plaintiffs, including proof of payments.

Furthermore, I also asked Attorney Jeremy to request from his client a postponement of the Foreclose Sale on April 23, 2019, he stated that he will do what he can.

April 19, 2019, I gave Ex Parte Notices pursuant to L.R. 7-19.1, Notice of Application, and Federal Rule of Civil Procedure 65(a)(1) to the following Defendants of the above captioned case:

- U.S. Bank National Association, As Trustee for Mastr Adjustable Rate Mortgages Trust 2007-1, Mortgage Pass-Through Certificates, Series 2007-1.
    - Approximately 9:05am, I contacted Defendant at its only available phone number. U.S. BANK N.A. only provides the Customer Service phone number 1 (800) 872-2657, which does not permit Ex Parte Notices to the CEO, Andrew Cecere.
- FIDELITY NATIONAL TITLE COMPANY
    - Approximately 9:55am, I spoke to Peter C. at 213-627-8252, who received the Ex Parte Notice: I informed Peter of the Court's name and address, case number, and that Plaintiffs' are requesting a TRO and Injunctive Relief in order to stop the sale of the Plaintiffs' Property April 23, 2019. Peter C. provided me a fax number: 213-614-8632 to fax the Ex Parte Application. He was unable to tell me whether the Ex Parte would be opposed.
- MEGA CAPITAL FUNDING, INC.
    - Approximately 9:15am, I called Mega Capital Funding, Inc. at 866-823-7777 and due to its internet and phone problems I was on hold for over 30 minutes; Vivian finally answered and apologized.

Vivian stated that I needed to give the Ex Parte Notice to John Kosoyan; yet, she was unable to transfer the call due to phone problems. However, at 11:38am, John Kosoyan returned my call and I gave him notice. I informed John of the Court's name and address, case number, and that Plaintiffs' are requesting a TRO and Injunctive Relief in order to stop the sale of the Plaintiffs' Property April 23, 2019. John gave me his email address: John@mcfunding.com to send him the Ex Parte Application. John stated that he would email me back if his company still has the debt. He was unable to tell me whether the Ex Parte would be opposed.

- POWER DEFAULT SERVICES, INC.; OCWEN LOAN SERVICING, LLC; and WESTERN PROGRESSIVE, LLC.

  - Approximately 10:20am, I contacted Defendants Agent for Process Service CSC at phone number 916-641-5100 and spoke to Bethany. Bethany asked me a series of questions pertaining to the case, while she was typing an email to send to all the Defendants. I informed Bethany of the Court's name and address, case number, and that Plaintiffs' are requesting a TRO and Injunctive Relief in order to stop the sale of the Plaintiffs' Property April 23, 2019. Bethany was unable to tell me whether the Ex Parte would be opposed.

- MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

- Approximately 9am, I contacted Defendant at its available phone number 888-679-6377 and it does not accept Ex Parte Notices. It provides a mailing address only.

All the aforementioned Defendants have been served today.

The undersigned, declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration was executed on the 19th day of April 2019, at Torrance, California.

_____
Maneva Currie, Declarant

---

DECLARATION OF MANEVA CURRIE IN SUPPORT OF EX PARTE

5