Angela Swan, Esq., SBN 213793
THE LAW OFFICES OF ANGELA SWAN, APC
21151 South Western Avenue, Suite 177
Torrance, CA 90501
Bus. (310)755-2515
Fax. (310)878-0349
Email: aswan@angelaswanlaw.com

Attorney for ERIC M. MURPHY and GLENDA C. MURPHY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION-SAN BERNARDINO

| | |
|---|---|
| ERIC M. MURPHY, an individual; and GLENDA C. MURPHY, an individual, | CASE NO.: EDCV19-00636JGB(SPx) Courtroom: 1 Judge: Hon. Jesus G. Bernal |
| Plaintiffs, | |
| vs. | **EXHIBITS IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER, AND TEMPORARY AND PERMANENT INJUNCTIVE RELIEF** |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MASTR ADJUSTABLE RATE MORTGAGES TRUST 2007-1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1; FIDELITY NATIONAL TITLE COMPANY; MEGA CAPITAL FUNDING, INC.; POWER DEFAULT SERVICES, INC.; OCWEN LOAN SERVICING, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; WESTERN PROGRESSIVE, LLC; and DOES 1 THROUGH 10, INCLUSIVE, | **[VOLUME 2 OF 2]** |
| Defendants. | |

EXHIBIT 10

Recording Requested By
and When Recorded Mail to:

Default Resolution Network
17592 E. 17th Street, Suite 300
Tustin, CA  92780

2243325113
COPY of Document Recorded

at     San Bernardino     County Recorder

2010-0503796     11/29/2010

has not been compared with original.

Original will be returned when process

has been completed.

Fee: 21.00   DTT:  0.00    Total    21.00

Trustee Sale No: 10-11773-6.
Loan No:  0031408362

## NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST

### IMPORTANT NOTICE

IF YOUR PROPERTY IS IN FORECLOSURE BECAUSE YOU ARE BEHIND IN YOUR PAYMENTS, IT MAY BE SOLD WITHOUT ANY COURT ACTION, and you may have the legal right to bring your account in good standing by paying all of your past due payments plus permitted costs and expenses within the time permitted by law for reinstatement of your account, which is normally five business days prior to the date set for the sale of your property.  No sale date may be set until three months from the date this notice of default may be recorded (which date of recordation appears on this notice).

This amount is $6,538.47 as of November 26, 2010, and will increase until your account becomes current.

While your property is in foreclosure, you still must pay other obligations (such as insurance and taxes) required by your note and deed of trust or mortgage.  If you fail to make future payments on the loan, pay taxes on the property, provide insurance on the property, or pay other obligations as required in the note and deed of trust or mortgage, the beneficiary or mortgagee may insist that you do so in order to reinstate your account in good standing.  In addition, the beneficiary or mortgagee may require as a condition to reinstatement that you provide reliable written evidence that you paid all senior liens, property taxes, and hazard insurance premiums.

Upon your written request, the beneficiary or mortgagee will give you a written itemization of the entire amount you must pay.  You may not have to pay the entire unpaid portion of your account, even though full payment was demanded, but you must pay all amounts in default at the time payment is made.  However, you and your beneficiary or mortgagee may mutually agree in writing prior to the time the notice of sale is posted (which may not be earlier than the end of the three-month period stated above) to, among other things, (1) provide additional time in which to cure the default by transfer of the property or otherwise; or (2) establish a schedule of payments in order to cure your default; or both (1) and (2).

Following the expiration of the time period referred to in the first paragraph of this notice, unless the obligation being foreclosed upon or a separate written agreement between you and your creditor permits a longer period, you have only the legal right to stop the sale of your property by paying the entire amount demanded by your creditor.

To find out the amount you must pay, or to arrange for payment to stop the foreclosure, or if your property is in foreclosure for any other reason, contact :



American Home Mortgage Servicing, Inc.
4875 Belfort Road Suite 130
Jacksonville, FL 32256
Phone: 877-304-3100  REF# 0031408362 .

If you have any questions, you should contact a lawyer or the governmental agency which may have insured your loan.  Notwithstanding the fact that your property is in foreclosure, you may offer your property for sale, provided the sale is concluded prior to the conclusion of the foreclosure.

REMEMBER, YOU MAY LOSE LEGAL RIGHTS IF YOU DO NOT TAKE PROMPT ACTION.  NOTICE IS HEREBY GIVEN THAT: Default has been declared under a Deed of Trust dated as of September 29, 2006, executed by GLENDA R MURPHY AND ERIC M MURPHY, WIFE AND HUSBAND AS JOINT TENANTS, as trustor (the "Original Trustor"), to secure obligations in favor of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., as beneficiary, recorded on October 10, 2006, as Instrument No. 2006-0688088 of Official Records in the office of the Recorder of San Bernardino County, California  (the "Original Deed of Trust"), and that

The Deed of Trust encumbers certain property more particularly described therein (the "Trust Property"), and that

The Deed of Trust secures the  payment of and the performance of certain obligations, including but not limited to, the obligations set forth in a promissory note(s) with a face amount of $370,000.00, and that

A breach of, and default in, the obligations for which said Deed of Trust is security has occurred in that the trustor has failed to perform obligations pursuant to or under the Note and/or the Deed of Trust, specifically: failed to pay payments which became due;  together with late charges due; and that

By reason thereof, the Beneficiary has declared and does hereby declare all sums secured thereby immediately due and payable and has elected and does hereby elect to cause the Trust Property to be sold to satisfy the obligations secured thereby.

The mortgagee, beneficiary or authorized agent for the mortgagee or beneficiary pursuant to California Civil Code § 2923.5(c) declares that the mortgagee, beneficiary or the mortgagee's or beneficiary's authorized agent has either contacted the borrower or tried with due diligence to contact the borrower as required by California Civil Code § 2923.5.

Date: November 26, 2010

Default Resolution Network
Agent for the Beneficiary By: ServiceLink, its Agent
Through ServiceLink as agent, through SPL Inc, as authorized agent.

By: _____  Lola Del Campo

EXHIBIT 11

RECORDING REQUESTED BY

☐ WHEN RECORDED MAIL TO
Fidelity National Title Company
17592 E. 17th Street, Suite 300
Tustin , CA 92780

*filed 12-20-10*
*filed 4-29-11*
*Zero*
*recording 10-*
*recorded*
*4 years Later*
*12-20-1*

Trustee Sale No. 10-11773-6

Space above this line for recorder's use only
Loan No. 0031408362

## SUBSTITUTION OF TRUSTEE
see attached Affidavit

WHEREAS, GLENDA R MURPHY AND ERIC M MURPHY, WIFE AND HUSBAND AS JOINT TENANTS, was the original Trustor, LSI DIVISION, was the original Trustee, and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., was the original Beneficiary under that certain Deed of Trust dated September 29, 2006, and Recorded on October 10, 2006, as Instrument No. 2006-0683088 of Official Records in the Office of the Recorder of San Bernardino County, California.

WHEREAS, the undersigned, the current beneficiary, desires to substitute a new Trustee under said Deed of Trust in place of and instead of said original Trustee, or Successor Trustee, thereunder in the manner in said Deed of Trust provided,

THEREFORE, the undersigned hereby substitutes Power Default Services, Inc. whose address is C/O Fidelity National Title Company 17592 E. 17th Street, Suite 300, Tustin, CA 92780, as Trustee under said Deed of Trust.

DATE: *12/20/10*

By: U.S. Bank National Association, as Trustee for MASTR Adjustable Rate Mortgages Trust 2007-1, Mortgage Pass-Through Certificates, Series 2007-1 by American Home Mortgage Servicing Inc., as Attorney in Fact

By: _____
Elizabeth Boulton
Vice President

STATE OF     Florida
COUNTY OF     Duval

On *12/20/10* before me, Brenda L. Frazier _____ a Notary Public, personally appeared
Elizabeth Boulton _____ who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of ____ Florida ____ that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Sign: _____                (Seal)

NOTARY PUBLIC-STATE OF FLORIDA
Brenda L. Frazier
Commission # DD985641
Expires: APR. 30, 2013
BONDED THRU ATLANTIC BONDING CO., INC.

EXHIBIT 12

Recording Requested By
ServiceLink



Electronically Recorded in Official Records, County of San Bernardino   4/29/2011
02:12 PM
AC

**DENNIS DRAEGER**
ASSESSOR - RECORDER - CLERK
791 Chicago Title Company - B

When Recorded Mail To:

Doc #:  **2011-0173735**      Titles:  1     Pages:  2



| Fees | 21.00 |
| Taxes | .00 |
| Other | .00 |
| PAID | 21.00 |

Fidelity National Title Company
1920 Main Street, Suite 1120
Irvine, CA 92614

Trustee Sale No. 10-11773-6 .          Loan No. 0031408362      Title Order No. 640079

APN 0209-312-59-0-000

### NOTICE OF TRUSTEE'S SALE

YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED September 29, 2006.  UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE.  IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDINGS AGAINST YOU, YOU SHOULD CONTACT A LAWYER.

On May 19, 2011, at 12:00 PM, at the North Arrowhead Avenue entrance to the County Courthouse, 351 North Arrowhead Avenue, San Bernardino, CA, Power Default Services, Inc., as the duly appointed Trustee, under and pursuant to the power of sale contained in that certain Deed of Trust Recorded on October 10, 2006, as Instrument No. 2006-0688088 of Official Records in the office of the Recorder of San Bernardino County, CA , executed by: GLENDA R MURPHY AND ERIC M MURPHY, WIFE AND HUSBAND AS JOINT TENANTS, as Trustor, in favor of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC. as Beneficiary, WILL SELL AT PUBLIC AUCTION TO THE HIGHEST BIDDER, in lawful money of the United States, all payable at the time of sale, that certain property situated in said County, California describing the land therein as:

AS MORE FULLY DESCRIBED IN SAID DEED OF TRUST

The property heretofore described is being sold "as is".  The street address and other common designation, if any, of the real property described above is purported to be:

9965 MCKINLEY ST, RANCHO CUCAMONGA, CA

The undersigned Trustee disclaims any liability for any incorrectness of the street address and other common designation, if any, shown herein.

Said sale will be made without covenant or warranty, express or implied, regarding title, possession, or encumbrances, to pay the remaining unpaid balance of the obligations secured by and pursuant to the power of sale contained in that certain Deed of Trust (together with any modifications thereto).

The total amount of the unpaid balance of the obligations secured by the property to be sold and reasonable

EXHIBIT - 13

APN: 0209-312-59-0-000

RECORDING REQUESTED BY:
Premium Title of California

AND WHEN RECORDED MAIL TO:
Western Progressive, LLC
Northpark Town Center
1000 Abernathy Rd NE; Bldg 400, Suite 200
Atlanta, GA 30328

Electronically Recorded in Official Records, County of San Bernardino     1/08/2018
09:15 AM
SG

BOB DUTTON
ASSESSOR - RECORDER - CLERK
432 Premium Title of CA, Inc.

Doc# 2018-0005278

| | | |
|---|---|---|
| Titles 1 | Pages 2 | |
| Fees | | 27.00 |
| Taxes | | .00 |
| CA SB2 Fee | | 75.00 |
| Others | | .00 |
| Paid | | 102.00 |

FOR RECORDER'S USE
TS No.: 2017-03515-CA

SPACE ABOVE THIS LINE

## SUBSTITUTION OF TRUSTEE

**WHEREAS,** Glenda R Murphy **AND ERIC M MURPHY, WIFE AND HUSBAND AS JOINT TENANTS** was the original Trustor, **LSI DIVISION** was the original Trustee, and AMERICAN BROKERS CONDUIT AS LENDER MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS BENEFICIARY was the original Beneficiary under that certain Deed of Trust dated **09/29/2006** and recorded on 10/10/2006 as Instrument No. **2006-0688088**, in book ---, page --- of Official Records of **San Bernardino** County, California, and

**WHEREAS,** the undersigned is the present Beneficiary under said Deed of Trust, and

**WHEREAS,** the undersigned desires to substitute a new Trustee under said Deed of Trust in place and instead of said original Trustee, or Successor Trustee, thereunder, in the manner in said Deed of Trust provided,

**NOW, THEREFORE,** the undersigned hereby substitutes Western Progressive, LLC, **Northpark Town Center, 1000 Abernathy Rd NE; Bldg 400, Suite 200,** Atlanta, GA 30328 as Trustee under said Deed of Trust.

Version 1.1 CA SOT 0317

EXHIBIT 14

EXHIBIT 15

RECORDING REQUESTED BY
**Premium Title of California**

AND WHEN RECORDED MAIL TO:
Western Progressive, LLC
Northpark Town Center
1000 Abernathy Rd NE; Bldg 400, Suite 200
Atlanta, GA 30328



Electronically Recorded in Official Records, County of San Bernardino   5/01/2018 11:37 AM JC

**BOB DUTTON**
ASSESSOR - RECORDER - CLERK
432 Premium Title of CA, Inc.

Doc# **2018-0158210**

| Titles 1 | Pages 3 |
|---|---|
| Fees | 30.00 |
| Taxes | .00 |
| CA SB2 Fee | 75.00 |
| Others | .00 |
| Paid | 105.00 |

SPACE ABOVE THIS LINE FOR RECORDER'S USE

T.S. No.: **2017-03515-CA**                     A.P.N.:**0209-312-59-0-000**
Property Address: **9965 McKinley Street, Rancho Cucamonga, CA 91730**

## NOTICE OF TRUSTEE'S SALE

PURSUANT TO CIVIL CODE § 2923.3(a) and (d), THE SUMMARY OF INFORMATION
REFERRED TO BELOW IS NOT ATTACHED TO THE RECORDED COPY OF THIS DOCUMENT
BUT ONLY TO THE COPIES PROVIDED TO THE TRUSTOR.

NOTE: THERE IS A SUMMARY OF THE INFORMATION IN THIS DOCUMENT ATTACHED

注：本文件包含一个信息摘要
참고사항: 본 첨부 문서에 정보 요약서가 있습니다
NOTA: SE ADJUNTA UN RESUMEN DE LA INFORMACION DE ESTE DOCUMENTO
TALA: MAYROONG BUOD NG IMPORMASYON SA DOKUMENTONG ITO NA NAKALAKIP
LƯU Ý: KÈM THEO ĐÂY LÀ BẢN TRÌNH BÀY TÓM LƯỢC VỀ THÔNG TIN TRONG TÀI LIỆU NÀY

### IMPORTANT NOTICE TO PROPERTY OWNER:
YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED 09/29/2006. UNLESS YOU TAKE
ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN
EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT
A LAWYER.

Trustor: **Glenda R Murphy AND ERIC M MURPHY WIFE AND HUSBAND AS JOINT TENANTS.**
Duly Appointed Trustee: **Western Progressive, LLC**
Deed of Trust Recorded **10/10/2006** as Instrument No. **2006-0688088** in book ---, page--- **and** of Official
Records in the office of the Recorder of **San Bernardino** County, California,
Date of Sale: **05/31/2018** at **01:00 PM**
Place of Sale:        **NEAR THE FRONT STEPS LEADING UP TO THE CITY OF CHINO CIVIC**
**CENTER, 13220 CENTRAL AVENUE, CHINO, CA 91710**

Estimated amount of unpaid balance, reasonably estimated costs and other charges: $ **441,877.14**

Version 1.1 CA NOS 0817

TS No.: 2017-03515-CA

## NOTICE OF TRUSTEE'S SALE

THE TRUSTEE WILL SELL AT PUBLIC AUCTION TO HIGHEST BIDDER FOR CASH, CASHIER'S CHECK DRAWN ON A STATE OR NATIONAL BANK, A CHECK DRAWN BY A STATE OR FEDERAL CREDIT UNION, OR A CHECK DRAWN BY A STATE OR FEDERAL SAVINGS AND LOAN ASSOCIATION, A SAVINGS ASSOCIATION OR SAVINGS BANK SPECIFIED IN SECTION 5102 OF THE FINANCIAL CODE AND AUTHORIZED TO DO BUSINESS IN THIS STATE:

All right, title, and interest conveyed to and now held by the trustee in the hereinafter described property under and pursuant to a Deed of Trust described as:

More fully described in said Deed of Trust.

Street Address or other common designation of real property: **9965 McKinley Street, Rancho Cucamonga, CA 91730**
A.P.N.: 0209-312-59-0-000

The undersigned Trustee disclaims any liability for any incorrectness of the street address or other common designation, if any, shown above.

The sale will be made, but without covenant or warranty, expressed or implied, regarding title, possession, or encumbrances, to pay the remaining principal sum of the note(s) secured by the Deed of Trust with interest thereon, as provided in said note(s), advances, under the terms of said Deed of Trust, fees, charges and expenses of the Trustee and of the trusts created by said Deed of Trust. The total amount of the unpaid balance of the obligation secured by the property to be sold and reasonable estimated costs, expenses and advances at the time of the initial publication of the Notice of Sale is:
$ 441,877.14.

Note: Because the Beneficiary reserves the right to bid less than the total debt owed, it is possible that at the time of the sale the opening bid may be less than the total debt.

If the Trustee is unable to convey title for any reason, the successful bidder's sole and exclusive remedy shall be the return of monies paid to the Trustee, and the successful bidder shall have no further recourse.

The beneficiary of the Deed of Trust has executed and delivered to the undersigned a written request to commence foreclosure, and the undersigned caused a Notice of Default and Election to Sell to be recorded in the county where the real property is located.

TS No.: 2017-03515-CA

## NOTICE OF TRUSTEE'S SALE

**NOTICE TO POTENTIAL BIDDERS:** If you are considering bidding on this property lien, you should understand that there are risks involved in bidding at a trustee auction. You will be bidding on a lien, not on the property itself. Placing the highest bid at a trustee auction does not automatically entitle you to free and clear ownership of the property. You should also be aware that the lien being auctioned off may be a junior lien. If you are the highest bidder at the auction, you are or may be responsible for paying off all liens senior to the lien being auctioned off, before you can receive clear title to the property. You are encouraged to investigate the existence, priority, and size of outstanding liens that may exist on this property by contacting the county recorder's office or a title insurance company, either of which may charge you a fee for this information. If you consult either of these resources, you should be aware that the same lender may hold more than one mortgage or deed of trust on this property.

**NOTICE TO PROPERTY OWNER:** The sale date shown on this notice of sale may be postponed one or more times by the mortgagee, beneficiary, trustee, or a court, pursuant to Section 2924g of the California Civil Code. The law requires that information about trustee sale postponements be made available to you and to the public, as a courtesy to those not present at the sale. If you wish to learn whether your sale date has been postponed, and, if applicable, the rescheduled time and date for the sale of this property, you may call (866)-960-8299 or visit this Internet Web site http://www.altisource.com/MortgageServices/DefaultManagement/TrusteeServices.aspx using the file number assigned to this case **2017-03515-CA**. Information about postponements that are very short in duration or that occur close in time to the scheduled sale may not immediately be reflected in the telephone information or on the Internet Web site. The best way to verify postponement information is to attend the scheduled sale.

> Western Progressive, LLC, as Trustee for beneficiary
> C/o 1500 Palma Drive, Suite 237
> Ventura, CA 93003
> Sale Information Line:  (866) 960-8299
> http://www.altisource.com/MortgageServices/DefaultManagement/TrusteeServices.aspx

Date: April 30, 2018          _____
                                 Iman Walcott, Trustee Sale Assistant

WESTERN PROGRESSIVE, LLC MAY BE ACTING AS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED MAY BE USED FOR THAT PURPOSE.

EXHIBIT 16

RECORDING REQUESTED BY:
Premium Title of California

WHEN RECORDED MAIL TO:
Western Progressive, LLC
Northpark Town Center
1000 Abernathy Rd NE; Bldg 400, Suite 200
Atlanta, GA 30328

TS No.: 2018-02992-CA

APN No.:0209-312-59-0-000

Electronically Recorded in Official Records, County of San Bernardino   12/05/2018 08:39 AM NC

**BOB DUTTON**
ASSESSOR - RECORDER - CLERK
432 Premium Title of CA, Inc.

Doc# **2018-0450273**

| Titles 1 | Pages 4 |
| --- | --- |
| Fees | 33.00 |
| Taxes | .00 |
| CA SB2 Fee | 75.00 |
| Others | .00 |
| Paid | 108.00 |

## NOTICE OF DEFAULT AND ELECTION TO SELL UNDER
## DEED OF TRUST

PURSUANT TO CIVIL CODE 2923.3(a), THE SUMMARY OF INFORMATION REFERRED TO BELOW IS NOT ATTACHED TO THE RECORDED COPY OF THIS DOCUMENT BUT ONLY TO THE COPIES PROVIDED TO THE TRUSTOR.

NOTE: THERE IS A SUMMARY OF THE INFORMATION IN THIS DOCUMENT ATTACHED
注：本文件包含一个信息摘要
참고사항: 본 첨부 문서에 정보 요약서가 있습니다
NOTA: SE ADJUNTA UN RESUMEN DE LA INFORMACION DE ESTE DOCUMENTO
TALA: MAYROONG BUOD NG IMPORMASYON SA DOKUMENTONG ITO NA NAKALAKIP
LƯU Ý: KÈM THEO ĐÂY LÀ BẢN TRÌNH BÀY TÓM LƯỢC VỀ THÔNG TIN TRONG TÀI LIỆU NÀY

## IMPORTANT NOTICE

**IF YOUR PROPERTY IS IN FORECLOSURE BECAUSE YOU ARE BEHIND IN YOUR PAYMENTS IT MAY BE SOLD WITHOUT ANY COURT ACTION,** and you may have the legal right to bring your account in good standing by paying all of your past due payments plus permitted costs and expenses within the time permitted by law for reinstatement of your account, which is normally five business days prior to the date set for the sale of your property. No sale date may be set until approximately 90 days from the date this notice of default may be recorded (which date of recordation appears on this notice).

This amount is $9,518.88 as of 12/28/2018, and will increase until your account becomes current. While your property is in foreclosure, you still must pay other obligations (such as insurance and taxes) required by your note and deed of trust or mortgage. If you fail to make future payments on the loan, pay taxes on the property, provide insurance on the property, or pay other obligations as required in the note and deed of trust or mortgage, the beneficiary or mortgagee may insist that you do so in order to reinstate your account in good standing. In addition, the beneficiary or mortgagee may require as a condition of reinstatement that you provide reliable written evidence that you paid all senior liens, property taxes, and hazard insurance premiums.

TS No.: 2018-02992-CA

## NOTICE OF DEFAULT AND ELECTION TO SELL UNDER
## DEED OF TRUST

Upon your written request, the beneficiary or mortgagee will give you a written itemization of the entire amount you must pay. You may not have to pay the entire unpaid portion of your account, even though full payment was demanded, but you must pay all amounts in default at the time payment is made. However, you and your beneficiary or mortgagee may mutually agree in writing prior to the time the notice of sale is posted (which may not be earlier than three months after this notice of default is recorded) to, among other things. (1) provide additional time in which to cure the default by transfer of the property or otherwise; or (2) establish a schedule of payments in order to cure your default; or both (1) and (2).

Following the expiration of the time period referred to in the first paragraph of this notice, unless the obligation being foreclosed upon or a separate written agreement between you and your creditor permits a longer period, you have only the legal right to stop the sale of your property by paying the entire amount demanded by your creditor.

To find out the amount you must pay, or to arrange for payment to stop the foreclosure, or if your property is in foreclosure for any other reason, contact:

U.S. Bank National Association, as Trustee for MASTR Adjustable Rate Mortgages Trust 2007-1, Mortgage Pass-Through Certificates, Series 2007-1, By Ocwen Loan Servicing, LLC, its attorney in-fact

C/O Western Progressive, LLC
Northpark Town Center
1000 Abernathy Rd NE; Bldg 400, Suite 200
Atlanta, GA 30328
Servicer Phone: 877-596-8580

If you have any questions, you should contact a lawyer or the governmental agency which may have insured your loan.

Notwithstanding the fact that your property is in foreclosure, you may offer your property for sale provided the sale is concluded prior to the conclusion of the foreclosure.

Remember, YOU MAY LOSE LEGAL RIGHTS IF YOU DO NOT TAKE PROMPT ACTION.

NOTICE IS HEREBY GIVEN: That Western Progressive, LLC is either the original trustee, the duly appointed substituted trustee, or acting as agent for the trustee or beneficiary under a Deed of Trust dated 09/29/2006, executed by, GLENDA R. MURPHY AND ERIC M MURPHY, WIFE AND HUSBAND AS JOINT TENANTS, as Trustor, to secure certain obligations in favor of AMERICAN BROKERS CONDUIT, AS LENDER, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS BENEFICIARY ., recorded 10/10/2006 , as Instrument No. 2006-0688088 , in Book ---, Page --- , of Official Records in the Office of the Recorder of San Bernardino County, California describing land therein as: As more particularly described on said Deed of Trust.

TS No.: 2018-02992-CA

# NOTICE OF DEFAULT AND ELECTION TO SELL UNDER
# DEED OF TRUST

Street Address or other common designation of real property:

9965 MCKINLEY STREET, RANCHO CUCAMONGA, CA 91730

The subject obligation includes ONE NOTE(S) FOR THE ORIGINAL sum of $ 370,000.00. A breach of, and default in, the obligations for which such Deed of Trust is security has occurred in that payment has not been made of the following:

Installment of Principal and Interest plus impounds and/or advances which became due on 06/01/2018 plus late charges, and all subsequent installments of principal, interest, balloon payments, plus impounds and/or advances and late charges that become payable.

You are responsible to pay all payments and charges due under the terms and conditions of the loan documents which come due subsequent to the date of this notice, including, but not limited to, foreclosure trustee fees and costs, advances and late charges.

Furthermore, as a condition to bring your account in good standing, you must provide the undersigned with written proof that you are not in default on any senior encumbrance and provide proof of insurance.

Nothing in this notice of default should be construed as a waiver of any fees owing to the beneficiary under the deed of trust, pursuant to the terms and provisions of the loan documents.

That by reason thereof, the present beneficiary under such deed of trust, has delivered to said duly appointed Trustee, a written request to commence foreclosure, and has deposited with said duly appointed Trustee, a copy of the deed of trust and other documents evidencing the obligations secured thereby, and has declared and does hereby declare all sums secured thereby immediately due and payable and has elected and does hereby elect to cause the trust property to be sold to satisfy the obligations secured thereby.

1. The mortgage servicer contacted the borrower to assess the borrower's financial situation and to explore options for the borrower to avoid foreclosure as required by California Civil Code § 2923.5. Thirty days, or more, have passed since the initial contact was made.

See attached Declaration.

Dated: December 3, 2018

Western Progressive, LLC, as Trustee for beneficiary

Iman Walcott, Trustee Sale Assistant

WESTERN PROGRESSIVE, LLC MAY BE ACTING AS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED MAY BE USED FOR THAT PURPOSE.

TS No.: 2018-02992-CA

### California Declaration of Compliance
#### (Civ. Code § 2923.5)

Borrower(s): GLENDA R MURPHY
Property Address: 9965 McKinley St, Rancho Cucamonga, CA 91730

The undersigned declares as follows:

      I am employed by the undersigned mortgage servicer, and I have reviewed its business records for the borrower's loan, including the borrower's loan status and loan information, to substantiate the borrower's present loan default and the right to foreclose. The information set forth herein is accurate, complete and supported by competent and reliable evidence that I have reviewed in the mortgage servicer's business records. Those records reflect one of the following.

☑   The mortgage servicer contacted the borrower to assess the borrower's financial situation and to explore options for the borrower to avoid foreclosure as required by California Civil Code § 2923.5. Thirty days, or more, have passed since the initial contact was made.

☐   The mortgage servicer has exercised due diligence to contact the borrower pursuant to California Civil Code § 2923.5 to "assess the borrower's financial situation and explore options for the borrower to avoid foreclosure." Thirty (30) days, or more, have passed since these due diligence requirements were satisfied.

☐   The mortgage servicer was not required to comply with California Civil Code § 2923.5 because the individual does not meet the definition of a "borrower" under Civil Code §2920.5(c).

☐   The mortgage servicer was not required to comply with California Civil Code § 2923.5 because the above-referenced loan is not secured by a first lien mortgage or deed of trust that secures a loan on "owner-occupied" residential real property as defined by California Civil Code § 2924.15(a)

Signed and Dated:

By: Ocwen Loan Servicing, LLC, as Servicer for U.S. Bank National Association, as Trustee for MASTR Adjustable Rate Mortgages Trust 2007-1, Mortgage Pass-Through Certificates, Series 2007-1

_____
Aaron Friedlander

Print Name  Contract Management Coordinator

_____
Signature

11/21/18
Date

EXHIBIT 17

RECORDING REQUESTED BY
Premium Title of California

AND WHEN RECORDED MAIL TO:
Western Progressive, LLC
Northpark Town Center
1000 Abernathy Rd. NE; Bldg. 400, Suite 200
Atlanta, GA 30328



Electronically Recorded in Official Records, County of San Bernardino   3/12/2019
09:36 AM
GA

BOB DUTTON
ASSESSOR - RECORDER - CLERK
432 Premium Title of CA, Inc.

Doc# 2019-0075263

| | | |
|---|---|---|
| Titles 1 | | Pages 3 |
| Fees | | 30.( |
| Taxes | | .( |
| CA SB2 Fee | | 75.( |
| Others | | .( |
| Paid | | 105.( |

---

T.S. No.: 2018-02992-CA
Property Address: 9965 McKinley Street, Rancho Cucamonga, CA 91730

SPACE ABOVE THIS LINE FOR RECORDER'S USE
A.P.N.:0209-312-59-0-000

## NOTICE OF TRUSTEE'S SALE

PURSUANT TO CIVIL CODE § 2923.3(a) and (d), THE SUMMARY OF INFORMATION REFERRED TO BELOW IS NOT ATTACHED TO THE RECORDED COPY OF THIS DOCUMENT BUT ONLY TO THE COPIES PROVIDED TO THE TRUSTOR.

NOTE: THERE IS A SUMMARY OF THE INFORMATION IN THIS DOCUMENT ATTACHED

注：本文件包含一个信息摘要
참고사항: 본 첨부 문서에 정보 요약서가 있습니다
NOTA: SE ADJUNTA UN RESUMEN DE LA INFORMACION DE ESTE DOCUMENTO
TALA: MAYROONG BUOD NG IMPORMASYON SA DOKUMENTONG ITO NA NAKALAKIP
LƯU Ý: KÈM THEO ĐÂY LÀ BẢN TRÌNH BÀY TÓM LƯỢC VỀ THÔNG TIN TRONG TÀI LIỆU NÀY

IMPORTANT NOTICE TO PROPERTY OWNER:
YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED 09/29/2006. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER.

Trustor: Glenda R. Murphy and Eric M. Murphy, wife and husband as joint tenants
Duly Appointed Trustee: Western Progressive, LLC
Deed of Trust Recorded 10/10/2006 as Instrument No. 2006-0688088 in Book --- Page --- and of Official Records in the office of the Recorder of San Bernardino County, California
Date of Sale: 04/23/2019 at 01:00 PM
Place of Sale:      NEAR THE FRONT STEPS LEADING UP TO THE CITY OF CHINO CIVIC
                    CENTER, 13220 CENTRAL AVENUE, CHINO, CA 91710

Estimated amount of unpaid balance, reasonably estimated costs and other charges: $443,198.58

V    CA NOS 0817

Page 1 of 3

2342291664

TS No.: 2018-02992-CA

## NOTICE OF TRUSTEE'S SALE

THE TRUSTEE WILL SELL AT PUBLIC AUCTION TO HIGHEST BIDDER FOR CASH, CASHIER'S CHECK DRAWN ON A STATE OR NATIONAL BANK, A CHECK DRAWN BY A STATE OR FEDERAL CREDIT UNION, OR A CHECK DRAWN BY A STATE OR FEDERAL SAVINGS AND LOAN ASSOCIATION, A SAVINGS ASSOCIATION OR SAVINGS BANK SPECIFIED IN SECTION 5102 OF THE FINANCIAL CODE AND AUTHORIZED TO DO BUSINESS IN THIS STATE:

All right, title, and interest conveyed to and now held by the trustee in the hereinafter described property under and pursuant to a Deed of Trust described as:

More fully described in said Deed of Trust.

Street Address or other common designation of real property: 9965 McKinley Street, Rancho Cucamonga, CA 91730
A.P.N.: 0209-312-59-0-000

The undersigned Trustee disclaims any liability for any incorrectness of the street address or other common designation, if any, shown above.

The sale will be made, but without covenant or warranty, expressed or implied, regarding title, possession, or encumbrances, to pay the remaining principal sum of the note(s) secured by the Deed of Trust with interest thereon, as provided in said note(s), advances, under the terms of said Deed of Trust, fees, charges and expenses of the Trustee and of the trusts created by said Deed of Trust. The total amount of the unpaid balance of the obligation secured by the property to be sold and reasonable estimated costs, expenses and advances at the time of the initial publication of the Notice of Sale is: $443,198.58.

Note: Because the Beneficiary reserves the right to bid less than the total debt owed, it is possible that at the time of the sale the opening bid may be less than the total debt.

If the Trustee is unable to convey title for any reason, the successful bidder's sole and exclusive remedy shall be the return of monies paid to the Trustee, and the successful bidder shall have no further recourse.

The beneficiary of the Deed of Trust has executed and delivered to the undersigned a written request to commence foreclosure, and the undersigned caused a Notice of Default and Election to Sell to be recorded in the county where the real property is located.

Version 1.1 CA NOS 0817

TS No.: 2018-02992-CA

## NOTICE OF TRUSTEE'S SALE

**NOTICE TO POTENTIAL BIDDERS:** If you are considering bidding on this property lien, you should understand that there are risks involved in bidding at a trustee auction. You will be bidding on a lien, not on the property itself. Placing the highest bid at a trustee auction does not automatically entitle you to free and clear ownership of the property. You should also be aware that the lien being auctioned off may be a junior lien. If you are the highest bidder at the auction, you are or may be responsible for paying off all liens senior to the lien being auctioned off, before you can receive clear title to the property. You are encouraged to investigate the existence, priority, and size of outstanding liens that may exist on this property by contacting the county recorder's office or a title insurance company, either of which may charge you a fee for this information. If you consult either of these resources, you should be aware that the same lender may hold more than one mortgage or deed of trust on this property.

**NOTICE TO PROPERTY OWNER:** The sale date shown on this notice of sale may be postponed one or more times by the mortgagee, beneficiary, trustee, or a court, pursuant to Section 2924g of the California Civil Code. The law requires that information about trustee sale postponements be made available to you and to the public, as a courtesy to those not present at the sale. If you wish to learn whether your sale date has been postponed, and, if applicable, the rescheduled time and date for the sale of this property, you may call (866)-960-8299 or visit this Internet Web site http://www.altisource.com/MortgageServices/DefaultManagement/TrusteeServices.aspx using the file number assigned to this case 2018-02992-CA. Information about postponements that are very short in duration or that occur close in time to the scheduled sale may not immediately be reflected in the telephone information or on the Internet Web site. The best way to verify postponement information is to attend the scheduled sale.

Western Progressive, LLC, as Trustee for Beneficiary
C/o 1500 Palma Drive, Suite 237
Ventura, CA 93003
Sale Information Line: (866) 960-8299
http://www.altisource.com/MortgageServices/DefaultManagement/TrusteeServices.aspx

Date: March 7, 2019

Tanesha Humphrey, Trustee Sale Assistant

WESTERN PROGRESSIVE, LLC MAY BE ACTING AS A DEBT COLLECTOR ATTEMPTI TO COLLECT A DEBT. ANY INFORMATION OBTAINED MAY BE USED FOR THAT PURPOSE.

Version 1.1 CA NOS 0817

P-