Eric M. Murphy, In Pro Per
Glenda C. Murphy, In Pro Per
9965 McKinley Street
Rancho Cucamonga, CA 91730
(909)463-7064 – Phone

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION-SAN BERNARDINO

| | |
|---|---|
| ERIC M. MURPHY, an individual; and GLENDA C. MURPHY, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MASTR ADJUSTABLE RATE MORTGAGES TRUST 2007-1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1; FIDELITY NATIONAL TITLE COMPANY; MEGA CAPITAL FUNDING, INC.; POWER DEFAULT SERVICES, INC.; OCWEN LOAN SERVICING, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; WESTERN PROGRESSIVE, LLC; and DOES 1 THROUGH 10, INCLUSIVE, <br><br> Defendants. | CASE NO.: <br> Dept: <br> Judge: <br><br> **NOTICE OF PENDENCY OF ACTION** <br><br> **(Pursuant to California Code of Civil Procedure, § 405.21)** |

PENDENCY OF ACTION

1

**PLEASE TAKE NOTICE** that the above-entitled action, United States District Court, Central District of California, Eastern Division, San Bernardino, Case No. EDCV19-636JGB (SPx), commenced April 9, 2019; Verified Civil Complaint for Damages by ERIC M. MURHPHY and GLENDA C. MURPHY (Plaintiffs) against U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MASTR ADJUSTABLE RATE MORTGAGES TRUST 2007-1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1, ET AL. (Defendants), and remains pending.

Plaintiffs allege a real property claim affecting the real property commonly known as 9965 McKinley Street, Rancho Cucamonga, California 91730 ("Property"), as APN 0209-312-59-0-000, in the Office of the County Recorder of the County of San Bernardino.

(See Attachment for Legal Description)

Plaintiffs dispute Defendants' claim and assert that they are the true and equitable owners of said property.

DATED: April 16, 2019     Respectfully submitted,

THE LAW OFFICES OF ANGELA SWAN, APC

BY: /s/ Angela Swan
Angela Swan, Esq.,
Attorney for ERIC M. MURPHY and
GLENDA C. MURPHY

APPROVED PURSUANT TO CAL. CIV. PROC. CODE. § 405.21

PENDENCY OF ACTION
2

Branch :C15   User :RSOL

Order No. 52816230 - 2816230-53

# EXHIBIT "~~ONE~~" A

Lot 18 of Tract No. 9035, as per map recorded in Book 129 Pages 87 through 89 inclusive of Maps, in the office of the County Recorder of said County.

Assessor's Parcel No: 0209-312-59

2

(Rev. 11/17/04)

Branch :C15   User :RSOL

SAN BERNARDINO, CA   Document:DD 2006.558087
Printed on: 14 2, 19 10:46 AM

Page:1 of 2