per form 663

being add' 9965

ask about 7069 in f/c

1006.86
1686.00

clc Cust. svc
took out the wrg
amt of money
bus. acct.

**MURPHY FAMILY DAY CARE** 08-10
7069 ISLE CT
ETIWANDA, CA 91739-1691

90-7182 41166
3222

1087

CHASE ♦
JPMorgan Chase Bank, N.A.
14810 Baseline Ave
Fontana, CA 92335
www.Chase.com

⑈3222716⑈7⑈ 866176043⑈ 1087

on 10/6/11 at 5pm sp w- David of Florida
pay 1st mods Mortg. 1006.86 by fone
advsd me of being late 5days & would accept
the payment given conformation # 6457052
paid out of Chase bus. acct ending 6043
in verify the payment. actual amt. taken was 1686.00

CHASE

CASHIER'S CHECK

Remitter  GLENDA C MURPHY

Customer Copy
1116610657

10/18/2011

FOR YOUR PROTECTION SAVE THIS COPY
CASHIER'S CHECK

AMERICAN HOME MORTGAGE SERVICE INC.

$ *************350.00    ***

Drawer:  JPMORGAN CHASE BANK, N.A.

NON NEGOTIABLE

KEEP THIS COPY FOR YOUR RECORD OF THE TRANSACTION.
PLEASE CONTACT CHASE TO REPORT A LOSS OR FOR ANY OTHER INFORMATION ABOUT THIS ITEM.

TERMS

Pay:   THREE HUNDRED FIFTY DOLLARS AND 00 CENTS

Remitter  GLENDA C MURPHY

1116610657
Date  10/18/2011

$ *************350.00    ***

Pay To The
Order Of:   AMERICAN HOME MORTGAGE SERVICE INC.

Drawer:  JPMORGAN CHASE BANK, N.A.
Senior Vice President
JPMorgan Chase Bank, N.A.
Phoenix, AZ

California

# CHASE ⬡

October 01, 2011 through October 31, 2011
Account Number:   **000000866176043**



## CHECKS PAID

| CHECK NO. | DESCRIPTION | | DATE PAID | AMOUNT |
|---|---|---|---|---|
| 1088 ^ | | | 10/31 | |
| 1121 * | Check # 1121   Ross Stores   8007677457   Boc ID: 30016125W2 | | 10/31 | $70.00 |
| **Total Checks Paid** | | | | 47.87 |
| | | | | **$117.87** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

\* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/14 | Card Purchase With Pin   10/14 USA Petroleum 68 Fontana CA Card 4706 | |
| 10/17 | ATM Withdrawal        10/15 14518 Baseline Ave Fontana CA Card 4706 | $25.00 |
| 10/17 | Card Purchase With Pin   10/15 Costco Gas #0627 Fontana   S CA Card 4706 | 140.00 |
| 10/17 | ATM Withdrawal        10/15 14518 Baseline Ave Fontana CA Card 4706 | 40.01 |
| 10/17 | Card Purchase        10/16 Claim Jumper - Ranch Rancho Cuca CA Card 4706 | 60.00 |
| 10/24 | Card Purchase        10/22 Metropcs 877-315-6074 TX Card 4706 | 37.04 |
| 10/24 | Card Purchase With Pin   10/23 Shell Service Statio Rancho Cuca CA Card 4706 | 146.66 |
| 10/24 | Card Purchase        10/23 Chipotle 1380 Rancho Cucamo CA Card 4706 | 50.22 |
| 10/24 | Card Purchase With Pin   10/23 Ralphs 14574 Baseline Fontana CA Card 4706 | 26.94 |
| 10/26 | Card Purchase With Pin   10/26 Costco Gas #0627 Fontana   S CA Card 4706 | 10.64 |
| 10/26 | Card Purchase With Pin   10/26 Ralphs 14574 Baseline Fontana CA Card 4706 | 100.00 |
| 10/31 | Card Purchase With Pin   10/29 Costco Gas #0627 Fontana   S CA Card 4706 | 36.41 |
| 10/31 | Card Purchase With Pin   10/31 76 / Circle K #5216 Rancho Cucam CA Card 4706 | 30.39 |
| **Total ATM & Debit Card Withdrawals** | | 20.06 |
| | | **$723.37** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/11 | Americanhomemtg Ahmsi Paym 0031408362   CCD ID: 9200509283 | $1,686.00 |
| **Total Electronic Withdrawals** | | **$1,686.00** |



## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/05 | 10/05 Withdrawal | |
| 10/05 | 10/05 Withdrawal | $2,487.94 |
| 10/11 | 10/11 Withdrawal | 2,391.41 |
| 10/14 | 10/14 Withdrawal | 100.00 |
| 10/24 | 10/24 Withdrawal | 1,220.00 |
| 10/24 | 10/24 Withdrawal | 106.00 |
| 10/24 | Money Order | 20.00 |
| 10/25 | 10/25 Withdrawal | 5.00 |
| **Total Fees & Other Withdrawals** | | 530.00 |
| | | **$6,860.35** |





# CHASE ○

March 24, 2011 through April 25, 2011
Account Number: 000000896266327

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 195 ^ | | |
| 196 ^ | 03/25 | $500.00 |
| 197 ^ | 04/01 | 90.00 |
| 198 ^ | 04/01 | 75.00 |
| 199 ^ | 04/13 | 1,084.64 |
| 201 * ^ | 04/11 | 500.00 |
| 202 ^ | 04/13 | 370.00 |
| 203 ^ | 04/19 | 30.00 |
| | 04/20 | 270.00 |
| Total Checks Paid | | $2,919.64 |

If you see a check description in the Transaction Detail section, it means your check has already been converted for electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.
* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.
^ An image of this check may be available for you to view on Chase.com.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | |
| 03/24 | Card Purchase 03/22 U R° Thai T Rancho Cucamo CA Card 2467 | | $3,124.56 |
| 03/25 | Deposit 213024713 | | 3,111.70 |
| 03/25 | 03/25 Withdrawal | - 12.86 | |
| 03/25 | Check # 195 | - 1,600.00 | 4,711.70 |
| 03/28 | Deposit 232401965 | - 2,100.00 | 2,611.70 |
| 03/28 | Card Purchase 03/24 U R° Baseline Bargai Rancho Cuca CA Card 2467 | - 500.00 | 2,111.70 |
| 03/28 | 03/28 Online Transfer To Chk Xxxxx6043 Transaction#: 2032468015 | 300.00 | 2,411.70 |
| 03/28 | Card Purchase With Pin 03/28 Costco Gas #0878 Rancho Cucam CA Card 2467 | - 49.73 | 2,361.97 |
| 03/29 | Card Purchase With Pin 03/28 Food 4 Less 12879 Fo . Rancho CU CA Card 2467 | - 550.00 | 1,811.97 |
| 03/30 | Card Purchase 03/28 U R° Sophia 99 Ontario CA Card 2467 | - 40.25 | 1,771.72 |
| 03/30 | Card Purchase 03/29 U R° CA Healthy Fami 866-8489166 CA Card 2467 | - 22.62 | 1,749.10 |
| 03/30 | Card Purchase 03/29 U R° Bellasposa One Rch Cucamong CA Card 2467 | - 21.74 | 1,727.36 |
| 03/31 | Card Purchase 03/29 U R° Cinderella Rncho Cucamga CA Card 2467 | - 66.00 | 1,661.36 |
| 03/31 | Card Purchase With Pin 03/31 Costco Gas #0478 San Bernardi CA Card 2467 | - 140.29 | 1,521.07 |
| 04/01 | Deposit | - 150.06 | 1,370.99 |
| 04/01 | US Treasury 303 Xxsoc Sec PPD ID: 3031036030 | - 40.01 | 1,330.98 |
| 04/01 | 04/01 Online Transfer To Chk Xxxxx6043 Transaction#: 2035743142 | 1,934.00 | 3,264.98 |
| 04/01 | 04/01 Check # 196 | 580.00 | 3,844.98 |
| 04/01 | 04/01 Withdrawal | - 100.00 | 3,744.98 |
| 04/01 | Card Purchase W/Cash 04/01 Costco Whse #0878 Rancho Cucam CA Card 2467 Purchase $15.27 Cash Back $60.00 | - 90.00 | 3,654.98 |
| | | - 3,000.00 | 654.98 |
| | | - 75.27 | 579.71 |

*(handwritten): Brenda's dep 1947.00 = Scotts 920 - SSI SSI ESSENCE (less) 233 Cash out 263)*

**CHASE** *Apne 2011*

March 24, 2011 through April 25, 2011
Account Number: **000000896266327**

*9965*

## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|------|-------------|---|--------|---------|
| 04/01 | Check | # 197 | - 75.00 | 504.71 |
| 04/04 | Deposit | | 2,800.00 | 3,304.71 |
| 04/04 | Card Purchase 2467 | 04/01 U R* Dsw Shoe Wareh00293 Ontario CA Card | - 45.63 | 3,259.08 |
| 04/04 | Card Purchase With Pin 2467 | 04/01 Wal-Mart Store Rancho Cucamo CA Card | - 89.71 | 3,169.37 |
| 04/04 | Card Purchase 2467 | 04/02 U R* Macy's East #53 Rancho Cuca CA Card | - 48.94 | 3,120.43 |
| 04/04 | ATM Withdrawal | 04/02 15320 Summit Ave Fontana CA Card 2467 | - 60.00 | 3,060.43 |
| 04/05 | Card Purchase 2467 | 04/04 U R* Medicredit Inc 800-5218946 MO Card | - 130.34 | 2,930.09 |
| 04/05 | Card Purchase 2467 | 04/04 U R* Lane Bryant  0 Rncho Cucam CA Card | - 42.42 | 2,887.67 |
| 04/06 | Card Purchase Return 2467 | 04/04 U R* Cinderella Rncho Cucamga CA Card | 43.50 | 2,931.17 |
| 04/07 | Deposit | | 150.00 | 3,081.17 |
| 04/07 | 04/07 Withdrawal | | - 3,000.00 | 81.17 |
| 04/08 | ATM Check Deposit | *for 9965 rent* | 1,890.65 | 1,971.82 |
| 04/11 | Deposit    148066726 | | 1,500.00 | 3,471.82 |
| 04/11 | Card Purchase 2467 | 04/09 U R* Agent Fee  890 One Travel NV Card | - 290.40 | 3,181.42 |
| 04/11 | Card Purchase 2467 | 04/09 U R* Airline Taxes  866-883-0908 NV Card | - 21.00 | 3,160.42 |
| 04/11 | Card Purchase 2467 | 04/09 U R* Airline Taxes  866-883-0908 NV Card | - 138.00 | 3,022.42 |
| 04/11 | Check | # 199 | - 500.00 | 2,522.42 |
| 04/13 | Deposit | | 206.00 | 2,728.42 |
| 04/13 | Check | # 198 | - 1,084.64 | 1,643.78 |
| 04/13 | Check | # 201 | - 370.00 | 1,273.78 |
| 04/15 | Deposit    148066891 | | 0.72 | 1,274.50 |
| 04/15 | Card Purchase With Pin 2467 | 04/15 Wal-Mart Store Rancho Cucamo CA Card | - 111.00 | 1,163.50 |
| 04/15 | 04/15 Withdrawal | | - 834.00 | 329.50 |
| 04/18 | Online Transfer From  Chk Xxxxx6043 Transaction#: 2046954799 | | 250.00 | 579.50 |
| 04/18 | Card Purchase 2467 | 04/14 U R* Food4Less #0328 Rancho Cuca CA Card | - 56.36 | 523.14 |
| 04/18 | Card Purchase 2467 | 04/15 U R* Usps 0563160833 Rancho Cuca CA Card | - 4.90 | 518.24 |
| 04/18 | 04/18 Online Payment 1083865598 To Charter Communications | | - 107.00 | 411.24 |
| 04/19 | Partial Refund: Annual Fee, Ultimate Rewards Card Ending IN 2467 | | 4.75 | 415.99 |
| 04/19 | Card Purchase 2467 | 04/18 U R* Usps 0563160833 Rancho Cuca CA Card | - 11.40 | 404.59 |
| 04/19 | Check | # 202 | - 30.00 | 374.59 |
| 04/20 | Check | # 203 | - 270.00 | 104.59 |
| 04/21 | Card Purchase | 04/18 U R* Denny's #7709 Fontana CA Card 2467 | - 17.10 | 87.49 |
| 04/21 | Card Purchase 2467 | 04/19 U R* Chevron 00201896 Fontana CA Card | - 40.00 | 47.49 |
| 04/22 | Deposit    212488974 | | 1,455.98 | 1,503.47 |
| 04/22 | Card Purchase 2467 | 04/20 U R* Ck5240Snbrndin1 San Bernard CA Card | - 40.00 | 1,463.47 |

Page 4 of 6

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G11Aug14-11

# CHASE ◯

February 27, 2014 through March 25, 2014
Primary Account 000000896266327

## TRANSACTION DETAIL (continued)

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| 03/17 | Card Purchase With Pin 03/15 Food 4 Less 12879 Fo . Rancho Cuca CA Card 1489 | - 32.26 | 164.98 |
| 03/17 | Card Purchase With Pin 03/17 Arco Paypoint Rancho Cucamo CA Card 1489 | - 22.26 | 142.72 |
| 03/18 | 03/18 Online Payment 3813534660 To Village Park Homeowners Asso. | - 126.00 | 16.72 |
| 03/20 | Card Purchase With Pin 03/20 Viva Bargain Center #9 Upland CA Card 1489 | - 5.89 | 10.83 |
| 03/21 | Deposit 578307299 | 1,080.67 | 1,091.50 |
| 03/21 | 03/21 Online Payment 3819527046 To Ocwen Loan Servicing LLC | - 1,008.00 | 83.50 |
| 03/24 | Deposit 578127105 | 300.00 | 383.50 |
| 03/24 | Card Purchase With Pin 03/22 The Home Depot 645 Rancho Cucamo CA Card 1489 | - 37.27 | 346.23 |
| 03/24 | Card Purchase With Pin 03/22 Target T0301 Target Ranchocucamon CA Card 1489 | - 76.01 | 270.22 |
| 03/24 | Card Purchase With Pin 03/23 The Home Depot 645 Rancho Cucamo CA Card 1489 | - 70.09 | 200.13 |
| 03/24 | Card Purchase With Pin 03/23 Lowe's #774 Rch Cucamonga CA Card 1489 | - 41.59 | 158.54 |
| 03/24 | Card Purchase With Pin 03/23 The Home Depot 645 Rancho Cucamo CA Card 1489 | - 11.84 | 146.70 |
| 03/24 | 03/23 Online Payment 3822271738 To J.M.Pool Service | - 100.00 | 46.70 |
| | Ending Balance | | $46.70 |

VP



GLENDA C MURPHY

OR BARBARA A THOMAS

Account Number: 000000101373580

## CHECKING SUMMARY

| | AMOUNT |
|---|---|
| Beginning Balance | $7.02 |
| Ending Balance | $7.02 |
| Annual Percentage Yield Earned This Period | 0.00% |

Interest paid in 2013 for account 000000101373580 was $0.01.

The monthly service fee for this account was waived as an added feature of Chase Premier Checking account.



| FILE # | 19586125 | | FNMA # | DATE COMPLETED | 4/21/2011 | | |
|---|---|---|---|---|---|---|---|
| PREPARED FOR | WISDOM FINANCIAL S - 10014362 | | | DATE ORDERED | 4/21/2011 | RQD' BY | DAVID THAIS |
| | 221 N. HARBOR BLVD., SUITE E | | | REPOSITORIES | XP | | |
| | FULLERTON, CA 92832 | | | PRICE | $5.35 | PRPO' BY | |
| PROPERTY ADDRESS | | | | REF. # | | LOAN TYPE | |

| APPLICANT | MURPHY, GLENDA | | CO-APPLICANT | | |
|---|---|---|---|---|---|
| APPLICANT SOC SEC # | 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 | DOB | CO-APPLICANT SOC SEC # | | |
| MARITAL STATUS | | | DEPENDENTS | DOB | |

| ECOA | WHOSE | CREDITOR | DATE REPORTED | DATE OPENED | HIGH CREDIT OR LIMIT | BALANCE | PAST DUE | NO REV | 30 | 60 | 90+ | STATUS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | P L A | ACCT TYPE | TERMS | | | | | | SOURCE |
| | | CONVENTIONAL REAL ESTATE LOAN, INCLUDING PURCHASE MONEY FIRST | | | | | | | | | | |
| P | B | FREMONT INVESTMENT & 1000125142 | 09/03 | 09/03 –/– | $229500 | $0 | $0 | 1 | 0 | 0 | 0 | PAID XP |
| | | CONVENTIONAL REAL ESTATE LOAN, INCLUDING PURCHASE MONEY FIRST | | | MTG | 360 $0 | | | | | | |
| J | B | GEMB/HOME DESIGN FLO 534516344541 | 11/07 | 08/96 –/– | $3000 | $0 | $0 | 99 | 0 | 0 | 0 | PAID XP |
| | | ACCOUNT CLOSED AT CREDIT GRANTOR'S REQUEST | | 11/01 | REV | $0 | | | | | | |
| J | B | GEMB/JCP 600689621501 | 10/07 | 08/86 –/– | $736 | $0 | $0 | 99 | 0 | 0 | 0 | PAID XP |
| | | ACCOUNT CLOSED AT CONSUMER'S REQUEST | | | REV | $0 | | | | | | |
| J | B | GEMB/JCP 600689621771 | 10/07 | 12/95 –/– | $239 | $0 | $0 | 99 | 0 | 0 | 0 | PAID XP |
| | | ACCOUNT CLOSED AT CONSUMER'S REQUEST | | | REV | $0 | | | | | | |
| J | B | GEMB/JCP 600689627306 | 09/07 | 08/96 –/– | $736 | $0 | $0 | 99 | 0 | 0 | 0 | PAID XP |
| | | ACCOUNT CLOSED AT CONSUMER'S REQUEST | | | REV | $0 | | | | | | |
| A | B | GEMB/JCP 600689628176 | 08/04 | 11/83 –/– | $2706 | $0 | $0 | 99 | 0 | 0 | 0 | PAID XP |
| | | ACCOUNT CLOSED AT CONSUMER'S REQUEST | | | REV | $0 | | | | | | |
| B | B | GEMB/JCP 600689625345 | 11/02 | 08/96 –/– | $252 | $0 | $0 | 86 | 0 | 0 | 0 | PAID XP |
| | | ACCOUNT CLOSED AT CONSUMER'S REQUEST | | | REV | $0 | | | | | | |
| B | B | GEMB/MERVYNS 604569365110 | 10/09 | 03/07 –/– | $700 | $0 | $0 | 32 | 0 | 0 | 0 | PAID XP |
| | | ACCOUNT CLOSED AT CREDIT GRANTOR'S REQUEST | | 09/07 | REV | $0 | | | | | | |
| J | B | GEMB/PEP BOYS 601918090166 | 11/05 | 10/97 –/– | $1300 | $0 | $0 | 85 | 0 | 0 | 0 | PAID XP |
| | | ACCOUNT CLOSED AT CONSUMER'S REQUEST | | 11/05 | REV | $0 | | | | | | |
| B | B | GEMB/WALMART 603228745103 | 09/07 | 08/96 –/– | $800 | $0 | $0 | 98 | 0 | 0 | 0 | PAID XP |
| | | ACCOUNT CLOSED AT CONSUMER'S REQUEST | | 11/01 | REV | $0 | | | | | | |
| B | B | GMAC MORTGAGE | 10/06 | 10/05 | $275000 | | $0 | 9 | 0 | 0 | 0 | PAID |

ECOA KEY: B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER

CREDIT PLUS: 31550 WINTERPLACE PARKWAY, SALISBURY, MD 21804 (P) (800) 258-3488 (F) (800) 258-9297

The information furnished is furnished as an aid in the interpretation of individual credit data. It has been obtained from sources deemed reliable, the accuracy of which is not guaranteed. The shipper has agreed in accordance with the several bodies for the ultimate service to the abuse of the credit worthiness of the individual who does not exist unless. The signer of the Fair Credit Reporting Act. Reporting Bureau declared that all Residential Mortgage Credit Report report are concerns governed by FNMA, FHMC, FHA, VA and the Farmers Home Administration.

Page 2 of 2

| 04/25/2011 | Debit Card Transaction | U R* BASELINE BARGAIN AL 0 4/22U R* BASE | $41.91 | | $761.08 |
| 04/22/2011 | Debit Card Transaction | COSTCO WHSE #0678 RANCH O846166 04/22COSTCO WH | $106.70 | | $802.99 |
| 04/22/2011 | Debit Card Transaction | COSTCO GAS #0678 RANCHO 042826 04/22COSTCO GA | $53.78 | | $909.69 |
| 04/22/2011 | Misc. Debit | WITHDRAWAL 04/22 | $500.00 | | $963.47 |
| 04/22/2011 | Debit Card Transaction | U R* CK5240SNBRNDIN1 SAN 0 4/20U R* CK52 | $40.00 | | $1,463.47 |
| 04/22/2011 | Deposit | DEPOSIT ID NUMBER 48897 4 (view) | | $1,455.98 | $1,503.47 |
| 04/21/2011 | Debit Card Transaction | U R* CHEVRON 00201896 FO 0 4/19U R* CHEV | $40.00 | | $47.49 |
| 04/21/2011 | Debit Card Transaction | U R* DENNY'S #7709 FONTA 0 4/18U R* DENN | $17.10 | | $87.49 |
| 04/20/2011 | Check | CHECK # 203 (view) | $270.00 | | $104.59 |
| 04/19/2011 | Check | CHECK # 202 (view) | $30.00 | | $374.59 |
| 04/19/2011 | Debit Card Transaction | U R* USPS 0563160833 RAN 0 4/18U R* USPS | $11.40 | | $404.59 |
| 04/19/2011 | Misc. Credit | Partial Refund: Annual Fee, Ultim ate Rewards card ending in 2467 | | $4.75 | $415.99 |
| 04/18/2011 | Bill Payment | Online Payment 1083885598 To CHARTER COMMUNICATIONS 04/18 | $107.00 | | $411.24 |
| 04/18/2011 | Debit Card Transaction | U R* USPS 0563160833 RAN 0 4/15U R* USPS | $4.90 | | $518.24 |
| 04/18/2011 | Debit Card Transaction | U R* FOOD4LESS #0328 RAN 0 4/14U R* FOOD | $56.36 | | $523.14 |
| 04/18/2011 | Account Transfer | Online Transfer from CHK XXXX X6043 transaction#: 2046954799 | | $250.00 | $579.50 |
| 04/15/2011 | Misc. Debit | WITHDRAWAL 04/15 | $834.00 | | $329.50 |
| 04/15/2011 | Debit Card Transaction | Wal-Mart Store RANCHO CU802 023 04/15Wal-Mart | $111.00 | | $1,163.50 |
| 04/15/2011 | Deposit | DEPOSIT ID NUMBER 6689 1 (view) | | $0.72 | $1,274.50 |
| 04/13/2011 | Check | CHECK # 201 (view) | $370.00 | | $1,273.78 |
| 04/13/2011 | Check | CHECK # 198 (view) | $1,084.64 | | $1,643.78 |
| 04/13/2011 | Deposit | DEPOSIT (view) | | $206.00 | $2,728.42 |

< Prev | Next >

Security | Terms of Use | Legal Agreements and Disclosures

© 2011 JPMorgan Chase & Co.

# CHASE ○

March 24, 2011 through April 25, 2011
Account Number: 00000896266327

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 195 ^ | 03/25 | |
| 196 ^ | 04/01 | $500.00 |
| 197 ^ | 04/01 | 90.00 |
| 198 ^ | 04/13 | 75.00 |
| 199 ^ | 04/11 | 1,084.64 |
| 201 ^ ^ | 04/13 | 500.00 |
| 202 ^ | 04/19 | 370.00 |
| 203 ^ | 04/20 | 30.00 |
| **Total Checks Paid** | | 270.00 |
| | | $2,919.64 |

If you see a check description in the Transaction Detail section, it means your check has already been converted for electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.

° All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $3,124.56 |
| 03/24 | Card Purchase          03/22 U R° Thai T Rancho Cucamo CA Card 2467 | - 12.86 | 3,111.70 |
| 03/25 | Deposit     213024713 | 1,600.00 | 4,711.70 |
| 03/25 | 03/25 Withdrawal | - 2,100.00 | 2,611.70 |
| 03/25 | Check          # 195 | - 500.00 | 2,111.70 |
| 03/28 | Deposit     232401965 | 300.00 | 2,411.70 |
| 03/28 | Card Purchase          03/24 U R° Baseline Bargal Rancho Cuca CA Card 2467 | - 49.73 | 2,361.97 |
| 03/28 | 03/28 Online Transfer To  Chk Xxxxx6043 Transaction#: 2032466015 | - 550.00 | 1,811.97 |
| 03/28 | Card Purchase With Pin  03/28 Costco Gas #0878 Rancho Cucam CA Card 2467 | - 40.25 | 1,771.72 |
| 03/29 | Card Purchase With Pin  03/28 Food 4 Less 12879 Fo . Rancho CU CA Card 2467 | - 22.62 | 1,749.10 |
| 03/30 | Card Purchase          03/28 U R° Sophia 99 Ontario CA Card 2467 | - 21.74 | 1,727.36 |
| 03/30 | Card Purchase          03/29 U R° CA Healthy Fami 866-8489166 CA Card 2467 | - 66.00 | 1,661.36 |
| 03/30 | Card Purchase          03/29 U R° Bellasposa One Rch Cucamong CA Card 2467 | - 140.29 | 1,521.07 |
| 03/31 | Card Purchase          03/29 U R° Cinderella Rncho Cucamga CA Card 2467 | - 150.08 | 1,370.99 |
| 03/31 | Card Purchase With Pin  03/31 Costco Gas #0478 San Bernardi CA Card 2467 | - 40.01 | 1,330.98 |
| 04/01 | Deposit | 1,934.00 | 3,264.98 |
| 04/01 | US Treasury 303 Xxsoc Sec          PPD ID: 3031036030 | 580.00 | 3,844.98 |
| 04/01 | 04/01 Online Transfer To  Chk Xxxxx6043 Transaction#: 2035743142 | - 100.00 | 3,744.98 |
| 04/01 | 04/01 Check          # 196 | - 90.00 | 3,654.98 |
| 04/01 | 04/01 Withdrawal | - 3,000.00 | 654.98 |
| 04/01 | Card Purchase W/Cash   04/01 Costco Whse #0878 Rancho Cucam CA Card 2467 | - 75.27 | 579.71 |
| | Purchase $15.27 Cash Back $60.00 | | |

Page 3 of 6

# Chase Online - Account Activity

| Date | Type | Description | | | |
|---|---|---|---|---|---|
| 04/25/2011 | Debit Card Transaction | U R* BASELINE BARGAIN AL 0 4/22U R* BASE | | | $761.08 |
| 04/22/2011 | Debit Card Transaction | COSTCO WHSE #0678 RANCH 0848166 04/22COSTCO WH | $41.91 | | $802.99 |
| 04/22/2011 | Debit Card Transaction | COSTCO GAS #0678 RANCHO 042826 04/22COSTCO GA | $106.70 | | $909.69 |
| 04/22/2011 | Misc. Debit | WITHDRAWAL 04/22 | $53.78 | | $963.47 |
| 04/22/2011 | Debit Card Transaction | U R* CK5240SNBRNDIN1 SAN 0 4/20U R* CK52 | $500.00 | | $1,463.47 |
| 04/22/2011 | Deposit | DEPOSIT ID NUMBER 48897 4 ... (view) | $40.00 | | $1,503.47 |
| 04/21/2011 | Debit Card Transaction | U R* CHEVRON 00201896 FO 0 4/19U R* CHEV | | $1,455.98 | $47.49 |
| 04/21/2011 | Debit Card Transaction | U R* DENNY'S #7709 FONTA 0 4/18U R* DENN | $40.00 | | $87.49 |
| 04/20/2011 | Check | CHECK # 203 ... (view) | $17.10 | | $104.59 |
| 04/19/2011 | Check | CHECK # 202 ... (view) | $270.00 | | $374.59 |
| 04/19/2011 | Debit Card Transaction | U R* USPS 0563160833 RAN 0 4/18U R* USPS | $30.00 | | $404.59 |
| 04/19/2011 | Misc. Credit | Partial Refund: Annual Fee, Ultim ate Rewards card ending in 2467 | $11.40 | | $415.99 |
| 04/18/2011 | Bill Payment | Online Payment 1083865598 To CHARTER COMMUNICATIONS 04/18 | | $4.75 | $411.24 |
| 04/18/2011 | Debit Card Transaction | U R* USPS 0563160833 RAN 0 4/15U R* USPS | $107.00 | | $518.24 |
| 04/18/2011 | Debit Card Transaction | U R* FOOD4LESS #0328 RAN 0 4/14U R* FOOD | $4.90 | | $523.14 |
| 04/18/2011 | Account Transfer | Online Transfer from CHK XXXX X6043 transaction#: 2046954799 | $56.36 | | $579.50 |
| 04/15/2011 | Misc. Debit | WITHDRAWAL 04/15 | | $250.00 | $329.50 |
| 04/15/2011 | Debit Card Transaction | Wal-Mart Store RANCHO CU802 023 04/15Wal-Mart | $834.00 | | $1,163.50 |
| 04/15/2011 | Deposit | DEPOSIT ID NUMBER 6689 1 ... (view) | $111.00 | | $1,274.50 |
| 04/13/2011 | Check | CHECK # 201 ... (view) | | $0.72 | $1,273.78 |
| 04/13/2011 | Check | CHECK # 198 ... (view) | $370.00 | | $1,643.78 |
| 04/13/2011 | Deposit | DEPOSIT .... (view) | $1,084.64 | | $2,728.42 |
| | | | | $206.00 | |

< Prev | Next >

https://banking.chase.com/AccountActivity/AccountDetails.aspx...



have to amend

OCwen (11)
NOD

12

11

10

9

8   7-8-11 Foreclosure bidding sale

7   with atty Gary Saunders   pd 22K for hus svcs :(

6-1-11 Delinquent taxes / MoDS 6-11
we have impounds ?

5   5-19-11 trustee sale
4   5-28-10 had Reqst
4-16-11 NOD / sale

3

2-16-11 trustee sale

1

IF THE OCCUPANCY STATUS BELOW IS REFLECTED AS "VACANT" AND YOUR STATE ALLOWS THE SHORTENING OF A POST SALE REDEMPTION PERIOD BASED ON OCCUPANCY STATUS, PLEASE PROCEED TO SHORTEN THE POST SALE REDEMPTION PERIOD.

## Foreclosure Sale Bidding Instructions

7/8/2011

| | | | |
|---|---|---|---|
| CLIENT | AHMSI | CLIENT LOAN NUMBER | 0031408362 |
| BORROWER NAME | MURPHY#GLENDA#R | ATTORNEY | |
| PROPERTY ADDRESS | 9985  MCKINLEY ST RANCHO CUCAMONGA, CA  91730 | | |
| LOAN TYPE | Conventional Uninsured | INSURER *** NOT ON RECORD *** | % |
| INVESTOR NAME | MASTR ARM Trust 2007-1 | INVESTOR CODE | P35 |
| INVESTOR LOAN NO. | 4569016 | OCCUPANCY STAT. | OWNER OCCUPIED |
| TOTAL DEBT | $            452,086.11 | MARKET VALUE  $ | 285,000.00 |

Sale Date     07/20/11

## TOTAL DEBT BREAKDOWN

### SYSTEM TOTALS

| | | |
|---|---|---|
| PRINCIPAL BALANCE | $ | 417,948.76 |
| INTEREST TO     7/20/2011 | $ | 19,872.85 |
| MIP/PMI PREMIUM | $ | - |
| ESCROW ADVANCE | $ | 11,482.57 |
| ESCROW BALANCE | $ | - |
| SUSPENSE BALANCE | $ | - |
| HUD BALANCE | $ | - |
| REPLACEMENT RESERVE | $ | - |
| RESTRICTED ESCROW | $ | - |
| TOTAL-FEES | $ | 75.00 |
| ACCUM LATE CHARGES | $ | - |
| ACCUM NSF CHARGES | $ | - |
| OTHER FEES DUE | $ | - |
| CORP ADVANCE BALANCE | $ | 2,634.86 |

### ADDITIONAL ADVANCES

| | | |
|---|---|---|
| PENDING HAZ DISB | $ | - |
| PENDING TAX DISB | $ | - |
| PENDING MIP DISB | $ | - |
| PENDING LT CHARGE | $ | 62.47 |
| APPRAISAL/BPO | $ | - |
| PROPERTY PRES. | $ | - |
| PROPERTY INSP. | $ | 9.60 |
| TOTAL DEBT | $ | 452,086.11 |

IF TAXES NEED TO BE PAID PRIOR TO THE FORECLOSURE SALE, PLEASE NOTIFY OUR OFFICE IMMEDIATELY.

IF YOUR OFFICE IS AWARE OF A TRANSFER OF TAX LIEN OR AN IRS LIEN IS PRESENT, PLEASE NOTIFY OUR OFFICE IMMEDIATELY.

IF TRANSFER OF TAXES OR SHERIFF'S COST APPLY,  PLEASE BEGIN BIDDING AT THE MINIMUM ALLOWABLE AMOUNT INCREASING INCREMENTALLY AS ALLOWED BY YOUR STATE, NOT TO EXCEED THE MAXIMUM BID AMOUNT PROVIDED BELOW.

Bid the specified amount of $228,000.00. Do not add outstanding fees and costs.

Deed Instructions: U.S. Bank National Association, as Trustee for MASTR Adjustable Rate Mortgages Trust 2007-1, Mortgage Pass-Through Certificates, Series 2007-1

SHOULD THE STATE ALLOWABLE BID AMOUNT BE LESS THAN THE MAXIMUM BID AMOUNT PROVIDED ABOVE, PLEASE CONTACT OUR OFFICE IMMEDIATELY FOR INSTRUCTIONS ON HOW TO PROCEED.

| | |
|---|---|
| LOAN ORIGINATION DATE | 9/29/2006 |
| ORIGINAL APPRAISED VALUE | $500,000.00 |
| VARIANCE OF ORIGINAL APPRAISAL AND CURRENT VALUE | ($215,000.00) |
| VARIANCE BETWEEN BID AND TOTAL DEBT | $224,086.11 |
| PERCENT OF MARKET VALUE USED FOR TIERING | 80% |

☐ LEAD          ☐ MANAGER          ☐ DIRECTOR



**AHMSI**
AMERICAN HOME MORTGAGE INC.
*Servicing at a higher power*

**DO NOT MAIL PAYMENTS TO THIS ADDRESS**
P.O. Box 619063
Dallas, TX  75261-9063

*JUNE 16, 2011*
*Requesting*
*Please resend*
*the entire Mods*
*pck to them*
*6-24-11 925Am*

5-764-60065-0000331-001-1-000-000-000-000
Glenda R Murphy
7069 Isle Court
Rancho Cucamonga, CA 91739-1691

Re: American Home Mortgage Servicing, Inc. Loan Number: 0031408362

Dear Glenda R Murphy :

### *LAST REQUEST FOR HAMP REQUIRED DOCUMENTATION*

American Home Mortgage Servicing, Inc. ("AHMSI"), your mortgage servicer, would like to thank you for seeking participation in the Home Affordable Modification Program ("HAMP"). AHMSI previously sent you a letter outlining the missing documents necessary to evaluate you for HAMP. Though you may have submitted one or more of the requested documents, either we have not received all documents previously requested or the document(s) you sent were incomplete.  AHMSI must receive the following completed documents by 07-01-11 in order to complete your HAMP eligibility evaluation.*

  Completed and Signed Request for Modification and Affidavit (RMA).
  Completed and Signed Dodd-Frank Certification of Making Home
    Affordable (MHA) Eligibility.
  Two most recent pay stubs for all employed borrowers showing
    year-to-date earnings.
  Copy of most recent, signed federal income tax return.
  Completed and Signed IRS Form 4506T-EZ or Form 4506-T (An IRS Form
    4506-T must be completed by borrowers who are not regular, calendar
    year IRS Form 1040/1040-EZ filers. If you have requested an extension
    to file your taxes, have not filed your taxes on a regular calendar
    year basis, or file any form other than Form 1040/1040-EZ you may not
    use Form 4506T-EZ and must submit Form 4506-T, instead. You can
    locate both forms at https://ahmsi3.com/servicing/forms.asp.)
  Most recent Audited or Unaudited Quarterly or Year-to-Date Profit
    and Loss Statements for all Self-Employed Borrowers.
X Documentation to substantiate the use of alimony or child support,
    such as a divorce decree, separation agreement, legal written
    agreement, or court order documenting continuance for at least one
    year, and evidence of receipt of income such as deposit advices,
    two most recent bank statements, or verification from court, state
    agency, or disinterested third party.

LM246 023 MRP

Page 1 of 2



Reinstatement Quote

www.ahmsi3.com

Jun 16, 2011

Attention To : GLENDA MURPHY
7069 Isle Court
Rancho Cucamonga , CA, 91739

Borrower Name : Glenda Murphy
Loan Number : 0031408362

Property Address : 9965 Mckinley St,
                   Rancho Cucamonga,CA 91730

Reinstatement Quote Good Through : 06/19/2011

| | | | |
|---|---|---|---|
| 1 | Payments @$ 1,162.25 | : $ | 1,162.25 |
| 1 | Payments @$ 1,162.25 | : $ | 1,162.25 |
| 1 | Payments @$ 1,162.25 | : $ | 1,162.25 |
| 1 | Payments @$ 1,162.25 | : $ | 1,162.25 |
| 1 | Payments @$ 1,162.25 | : $ | 1,162.25 |
| 1 | Payments @$ 1,162.25 | : $ | 1,162.25 |
| 1 | Payments @$ 1,249.41 | : $ | 1,249.41 |
| 1 | Payments @$ 1,249.41 | : $ | 1,249.41 |
| 1 | Payments @$ 1,249.41 | : $ | 1,249.41 |
| 1 | Payments @$ 1,249.41 | : $ | 1,249.41 |
| 1 | Payments @$ 1,249.41 | : $ | 1,249.41 |
| 1 | Payments @$ 1,249.41 | : $ | 1,249.41 |
| Foreclosure Attorney Fees | | : $ | 585.00 |
| Foreclosure Costs | | : $ | 3,771.21 |
| Property Inspections | | : $ | 28.80 |
| Property Valuations | | : $ | 100.00 |
| Escrow Advance/Shortage | | : | $11,482.57 |
| Forecasted Late Charge | | : $ | 62.47 |

TOTAL Servicer Reinstatement Amount : $   31,749.42

The amounts shown above are subject to change and may not reflect transactions that occur on or after the date of this letter. AHMSI reserves the right to demand additional funds, prior to or after reinstatement of the loan to correct any error or omission made in good faith, whether clerical, typographical, or otherwise.

All payments made pursuant to a reinstatement quote expiring on a Saturday, Sunday or federal holiday must be received on the business day immediately preceding the expiration date in order to be credited timely. Delivery of funds on a non-business day will not be accepted and may cause a shortage in the reinstatement amount.

Please remit the amount shown in the form of a money order or certified funds (cashier's check,

American Home Mortgage Servicing, Inc.
P.O. Box 13922
Durham, NC 27709-3922
Phone:   (866) 259-5641
Fax:      (866) 430-7863





Wednesday, June 1, 2011

0001523      01 AT 0.362 **AUTO     C01-I  4 -P01524
                            0 0 1408 91739-169169
GLENDA R MURPHY
7069 ISLE COURT
RANCHO CUCAMONGA, CA 91739-1691

Loan #       0031408362
Parcel #  0209312590000
Property Address:

9965 MCKINLEY ST
RANCHO CUCAMONGA, CA 91730
Taxing Agency:

San Bernardino County Tax Assessor's
Office
172 W. 3rd St
San Bernardino, CA 92415-
(909) 387-6719

RE:  Delinquent Real Estate Taxes

Dear Mortgagor,

An examination of official tax records indicates that real estate taxes and/or assessments on your property have not been paid.  Under the terms of your Mortgage or Deed of Trust, it is your responsibility to pay the taxes or charges in a timely manner and provide proof of payment.

If you have paid the taxes, please mail proof of payment to our office:

American Home Mortgage Servicing, Inc.
Real Estate Tax Department
P.O. Box 13922
Durham, NC 27709-3922

Or fax this information to us at 866-430-7862.

If you have not paid the taxes, please do so immediately. Please contact the taxing jurisdiction listed above to obtain the redemption amounts and remit payment directly to their office.

If American Home Mortgage Servicing, Inc. does not receive evidence of tax payment within 30 days of the date of this letter, we may pay the delinquent amount to protect our interest in the property and increase your monthly payment to collect these funds. Additionally, an impound account may be established for future tax payments.





0001523-0001-0009061

When Recorded Mail To:

Fidelity National Title Company
1920 Main Street, Suite 1120
Irvine, CA 92614

Trustee Sale No. 10-11773-6 .           Loan No. 0031408362          Title Order No. 540079

APN 0209-312-59-0-000

## NOTICE OF TRUSTEE'S SALE

**YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED September 29, 2006.  UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE.  IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDINGS AGAINST YOU, YOU SHOULD CONTACT A LAWYER.**

On May 19, 2011, at 12:00 PM, at the North Arrowhead Avenue entrance to the County Courthouse, 351 North Arrowhead Avenue, San Bernardino, CA, Power Default Services, Inc., as the duly appointed Trustee, under and pursuant to the power of sale contained in that certain Deed of Trust Recorded on October 10, 2006, as Instrument No. 2006-0688088 of Official Records in the office of the Recorder of San Bernardino County, CA , executed by: GLENDA R MURPHY AND ERIC M MURPHY, WIFE AND HUSBAND AS JOINT TENANTS, as Trustor, in favor of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC. as Beneficiary, WILL SELL AT PUBLIC AUCTION TO THE HIGHEST BIDDER, in lawful money of the United States, all payable at the time of sale, that certain property situated in said County, California describing the land therein as:

AS MORE FULLY DESCRIBED IN SAID DEED OF TRUST

The property heretofore described is being sold "as is".  The street address and other common designation, if any, of the real property described above is purported to be:

9965 MCKINLEY ST, RANCHO CUCAMONGA, CA

The undersigned Trustee disclaims any liability for any incorrectness of the street address and other common designation, if any, shown herein.

Said sale will be made without covenant or warranty, express or implied, regarding title, possession, or encumbrances, to pay the remaining unpaid balance of the obligations secured by and pursuant to the power of sale contained in that certain Deed of Trust (together with any modifications thereto)

The total amount of the unpaid balance of the obligations secured by the property to be sold and reasonable

Cho Cucamonga, CA 91730

||||||||| ALO2011021858741

**TRUSTEE SALE NO: 10-11773-6**

Costa Mesa, CA 92626
Suite 100
877-418-3934

# NOTICE OF TRUSTEE SALE

FHA/VA/PMI NO: 190340

*YOUR PROPERTY LOCATED AT 9965 McKinley St IS SCHEDULED FOR AUCTION ON: 5/19/2011 TIME:12:00 Pm  LOCATION: 351 N Arrowhead Ave, San Bernardino. UNLESS YOU TAKE ACTION.*

Dear Glenda Murphy,

Your lender has hired trustee Power Default Services Inc to sell your property on the date listed above. Do not let the lender sell your property out from under you.  We have developed a program that can delay the sale of your property without filing bankruptcy. (Bankruptcy should never be filed without merit.)  What we do is challenge the trustee on a set of legal procedures used to compel the trustee to verify that the property owner's rights were protected through the foreclosure process. When questioned, the trustee stops the sale while they research our challenges.  This will give you the time you need to complete your loan modification, close a short sale or determine an appropriate exit strategy. This is not a gimmick, and our approach is completely legal.  Call us today for a FREE consultation with one of our trained experts that will understand your situation and explain how our program works.

RE: Power Default Services Inc
Glenda Murphy                                    6
5812 San Sevaine Rd
Rancho Cucamonga, CA 91739-2196

|||||||||||||||||||||||||||||||||

**REFERENCE ID : 19632682**
**TRUSTEE SALE: 10-11773-6**

# CALL TO DISCUSS DELAYING YOUR TRUSTEE SALE TODAY.
## 1-877-418-3934
### "Se Habla Español"

*IF YOUR PROPERTY SOLD AT AUCTION DON'T MOVE UNTIL YOU CALL US.*

## ACT NOW, BEFORE IT'S TOO LATE!
### www.trusteedelay.com

Office Hours: Monday - Friday 9AM – 7:00PM

Su prestamista contrato al administrador para vender su propiedad a menos que usted tome acción. Podemos parar la venta de su propiedad para darle el tiempo necesario para completar una modificación de préstamo, venta corta o simplemente necesita más tiempo en su propiedad. Llámenos hoy para una consulta gratuita.

---

## DISCLOSURES:

Christopher P. Ayayo is an attorney licensed by the State Bar of California, State Bar No. 172594 and is licensed and authorized to perform foreclosure prevention services. Beware of companies that are not law firms who offer foreclosure prevention services to you, as they are often acting as Foreclosure Consultants without being licensed and bonded as required by the state of California. Also, look out for companies who ask you to transfer title to your home to a third party or file fraudulent bankruptcies, as these companies are usually not licensed or bonded, and such tactics may subject you to civil and criminal liability. If you recently filed bankruptcy, verify that your lender has not obtained an order allowing them to sell the property. Due to delay in title transfers, please disregard this notice if you recently purchased this property.

ADVERTISEMENT

Case 5:19-cv-00636-JGB-SP   Document 67-4   Filed 08/20/19   Page 18 of 50   Page ID #:1442

estimated costs, expenses and advances at the time of the initial publication of this Notice of Trustee's Sale is estimated to be $439,255.67 (Estimated), provided, however, prepayment premiums, accrued interest and advances will increase this figure prior to sale. Beneficiary's bid at said sale may include all or part of said amount. In addition to cash, the Trustee will accept a cashier's check drawn on a state or national bank, a check drawn by a state or federal credit union or a check drawn by a state or federal savings and loan association, savings association or savings bank specified in Section 5102 of the California Financial Code and authorized to do business in California, or other such funds as may be acceptable to the trustee. In the event tender other than cash is accepted, the Trustee may withhold the issuance of the Trustee's Deed Upon Sale until funds become available to the payee or endorsee as a matter of right. The property offered for sale excludes all funds held on account by the property receiver, if applicable.

DATE: 4/16/2011

POWER DEFAULT SERVICES, INC., Trustee

By: Fidelity National Title Company, its agent 1920 Main Street, Suite 1120, Irvine , CA 92614, 949-252-4900

By: _____

Michael Busby, Authorized Signature

SALE INFORMATION CAN BE OBTAINED ON LINE AT www.lpsasap.com AUTOMATED SALES INFORMATION PLEASE CALL 714-730 - 2727



Loan 1440173636 2012 Amend'd

APN 30931259        2012 Pay Ledger Ocwen

Acquistion date 10-10-06 DOC 200606288088/87-Joint tenency

12-17-12 pd 1005 - bus acct

(12) -15-12 pd 1005 - cck 111661 3749
12-19-12 pd Hmward 1022.12

√11-19-12 pd 1005.17 Chase bus

√10-15-12 pd 1005.17 Chase prem
(9) 17-12 payed 1005.00 09-17-12

9 chplR 7/9-21-09 BK -NO 609 bK 351 64 RN
Disch 03-15-10

√8-16-12 pd 1005.17 prem acct

8 √7-31-12 pd 1005.17 Chase bus

(7) 114-12 pd 1005.17 via western
    not credited          un. HK 7011715

(6) -15-12 pm WU paym pd 1031.95 HK 6956298 tenency
    6-18-12 pd 1005.00

(5) -12-12 pd 1014.00
    5-17-12 pd 1024.19 chase bus acct

(4) 3-24-12 pd 1005 cck 111661 1820

(3) -15-12 pd 3042.37 see attacht ocwen Letter Hamp
    03-27-12 notorized f/c mod pak * 3 payments

√2-21-12 pd 1006.48 cck 1523/23021

1-23-12 pd 1006.49 c c k # 111 6611356

(1) -30-12 pd 100.8 49 Chase 1006.49
                       ah msi

see attorney tender atty Gary Saunders
    who filed a chplr 7 by fraud
        During this time - ccp Dual Attack o

21 Payments made
18
4

# CHASE ⬡

*Apne 2011* (handwritten)

March 24, 2011 through April 25, 2011
Account Number: 000000896266327

*9965* (handwritten)

## TRANSACTION DETAIL (continued)

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|------|-------------|---|--------|---------|
| 04/01 | Check | # 197 | | |
| 04/04 | Deposit | | 75.00 | 504.71 |
| 04/04 | Card Purchase     04/01 U R* Dsw Shoe Wareh00293 Ontario CA Card 2467 | | 2,800.00 | 3,304.71 |
| 04/04 | Card Purchase With Pin  04/01 Wal-Mart Store Rancho Cucamo CA Card 2467 | | -45.63 | 3,259.08 |
| 04/04 | Card Purchase     04/02 U R* Macy's East #53 Rancho Cuca CA Card 2467 | | - 89.71 | 3,169.37 |
| 04/04 | ATM Withdrawal    04/02 15320 Summit Ave Fontana CA Card 2467 | | - 48.94 | 3,120.43 |
| 04/05 | Card Purchase     04/04 U R* Medicredit Inc 800-5218946 MO Card 2467 | | - 60.00 | 3,060.43 |
| 04/05 | Card Purchase     04/04 U R* Lane Bryant  0 Rncho Cucam CA Card 2467 | | - 130.34 | 2,930.09 |
| 04/06 | Card Purchase Return   04/04 U R* Cinderella Rncho Cucamga CA Card 2467 | | - 42.42 | 2,887.67 |
| 04/07 | Deposit | | 43.50 | 2,931.17 |
| 04/07 | 04/07 Withdrawal | | 150.00 | 3,081.17 |
| 04/08 | ATM Check Deposit | | - 3,000.00 | 81.17 |
| 04/11 | Deposit    148066726 | | 1,890.65 | 1,971.82 |
| 04/11 | Card Purchase     04/09 U R* Agent Fee  890 One Travel NV Card 2467 | | 1,500.00 | 3,471.82 |
| 04/11 | Card Purchase     04/09 U R* Airline Taxes  866-883-0908 NV Card 2467 | | - 290.40 | 3,181.42 |
| 04/11 | Card Purchase     04/09 U R* Airline Taxes  866-883-0908 NV Card 2467 | | - 21.00 | 3,160.42 |
| 04/11 | Check | # 199 | - 138.00 | 3,022.42 |
| 04/13 | Deposit | | - 500.00 | 2,522.42 |
| 04/13 | Check | # 198 | 206.00 | 2,728.42 |
| 04/13 | Check | # 201 | 1,084.64 | 1,643.78 |
| 04/15 | Deposit    148066891 | | - 370.00 | 1,273.78 |
| 04/15 | Card Purchase With Pin  04/15 Wal-Mart Store Rancho Cucamo CA Card 2467 | | 0.72 | 1,274.50 |
| 04/15 | 04/15 Withdrawal | | - 111.00 | 1,163.50 |
| 04/18 | Online Transfer From  Chk Xxxxx6043 Transaction#: 2046954799 | | - 834.00 | 329.50 |
| 04/18 | Card Purchase     04/14 U R* Food4Less #0328 Rancho Cuca CA Card 2467 | | 250.00 | 579.50 |
| 04/18 | Card Purchase     04/15 U R* Usps 0563160833 Rancho Cuca CA Card 2467 | | - 56.36 | 523.14 |
| 04/18 | 04/18 Online Payment 1083865598 To Charter Communications | | - 4.90 | 518.24 |
| 04/19 | Partial Refund: Annual Fee, Ultimate Rewards Card Ending IN 2467 | | - 107.00 | 411.24 |
| 04/19 | Card Purchase     04/18 U R* Usps 0563160833 Rancho Cuca CA Card 2467 | | 4.75 | 415.99 |
| 04/19 | Check | # 202 | - 11.40 | 404.59 |
| 04/20 | Check | # 203 | - 30.00 | 374.59 |
| 04/21 | Card Purchase     04/18 U R* Denny's #7709 Fontana CA Card 2467 | | - 270.00 | 104.59 |
| 04/21 | Card Purchase     04/19 U R* Chevron 00201896 Fontana CA Card 2467 | | - 17.10 | 87.49 |
| 04/22 | Deposit    212488974 | | - 40.00 | 47.49 |
| 04/22 | Card Purchase     04/20 U R* Ck5240Snbrndin1 San Bernard CA Card 2467 | | 1,455.98 | 1,503.47 |
| | | | - 40.00 | 1,463.47 |

*for 9965 Rent* (handwritten)

*719* (handwritten)   Page 4 of 6   *346* (handwritten)

December 01, 2012 through December 31, 2012
Account Number: 000000866176043

Total Card Purchases
Total Card Deposits & Credits          $650.12
                                       $0.00

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/19 | Homeward        Homeward P 0031408362    Tel ID: 9200509285 | |
| 12/24 | 12/23 Online Payment 3026960757 To Sprint | $1,022.12 |
| 12/24 | 12/23 Online Payment 3026961841 To Cucamonga Valley CA Water | 150.00 |
| | Total Electronic Withdrawals | 116.80 |
| | | $1,288.92 |

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/06 | Insufficient Funds Fee For A $280.25 Card Purchase - Details:      1205Cvwd Water Pymt | $34.00 |
| | 909-9872591 CA    04427427039626405 | |
| 12/13 | Extended Overdraft Fee | |
| 12/17 | 12/15 Withdrawal | 15.00 |
| 12/17 | 12/17 Withdrawal | 1,105.00 |
| | Total Fees & Other Withdrawals | 40.00 |
| | | $1,194.00 |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|
| 12/03 | $13.41 | 12/19 | 137.68 |
| 12/05 | 183.41 | 12/20 | 637.68 |
| 12/06 | -130.84 | 12/21 | 576.64 |
| 12/13 | -145.84 | 12/24 | 28.00 |
| 12/17 | 1,266.79 | 12/26 | 8.00 |
| 12/18 | 1,159.80 | | |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 14 |
| Deposits / Credits | 2 |
| Deposited Items | 1 |
| Transaction Total | 17 |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $0.00 |
| Service Fee Credit | $0.00 |
| Net Service Fee | $0.00 |
| Excessive Transaction Fees (Above 0) | $0.00 |
| Total Service Fees | $0.00 |




# CHASE ⬡

December 01, 2012 through December 31, 2012

Account Number: **000000866176043**

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 12/03 | Online Transfer From  Chk ...6327 Transaction#: 2990945587 | $20.00 |
| 12/05 | Online Transfer From  Chk ...6327 Transaction#: 2996762221 | 170.00 |
| 12/17 | Deposit     424431694 | 1,552.63 |
| 12/17 | Deposit     389509963 | 1,005.00 |
| 12/20 | Online Transfer From  Chk ...3580 Transaction#: 3023058445 | 500.00 |
| **Total Deposits and Additions** | | **$3,247.63** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|-----------|-------------|-----------|--------|
| 1007  ^ | | 12/03 | $20.00 |
| 1138  * ^ | | 12/18 | 100.00 |
| **Total Checks Paid** | | | **$120.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 12/06 | Card Purchase          12/05 Cvwd Water Pymt 909-9872591 CA Card 6405 | $280.25 |
| 12/18 | Card Purchase          12/17 Wienerschnitzel #668 Fontana CA Card 6405 | 6.99 |
| 12/21 | Card Purchase With Pin  12/21 Wal Wal-Mart Store 2 Rancho Cucamo CA Card 6405 | 61.04 |
| 12/24 | Card Purchase          12/21 Fsi*Verizon+Bmc$3.50 800-345-6563 TX Card 6405 | 187.50 |
| 12/24 | Card Purchase W/Cash   12/22 Rite Aid Corp. Fontana CA Card 6405 Purchase $12.87 Cash Back $20.00 | 32.87 |
| 12/24 | Card Purchase          12/21 Jack IN The Box #3554 Fontana CA Card 6405 | 11.28 |
| 12/24 | Card Purchase With Pin  12/22 Htb #0262 Ranch Rancho Cucamo CA Card 6405 | 30.64 |
| 12/24 | Card Purchase With Pin  12/23 Food 4 Less . Rancho Cuca CA Card 6405 | 19.55 |
| 12/26 | Card Purchase With Pin  12/26 Arco Paypoint Rialto CA Card 6405 | 20.00 |
| **Total ATM & Debit Card Withdrawals** | | **$650.12** |

## ATM & DEBIT CARD SUMMARY

Glenda C Murphy  Card 6405

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $650.12 |
| Total Card Deposits & Credits | $0.00 |
| **ATM & Debit Card Totals** | |
| Total ATM Withdrawals & Debits | $0.00 |



**CHASE**

| Send On | Deliver By | Status | Payee | Amount |
|---|---|---|---|---|
| 11/19/2012 | 11/20/2012 | Paid | **AMERICAN HOME MORTGAGE** | $1,005.17 |

**Status:** Your payment has been paid to your payee.

**Paid from:** BUSINESS CLASSIC (...6043)

**Memo:**

**Submitted by:** GLENDA C MURPHY 11/16/2012

**Updated by:** Not Available 11/20/2012

**Transaction number:** 2967807675

**CHASE ◯**

11/12

My Accounts · Products & Services · Customer Center

Payments & Transfers > Pay Bills

CHASE ONLINE℠  Friday, November 16, 2012

## Pay Bills

◉ Print ◉ Help with this page

**I'd like to...**
▸ See pending approvals
▸ Add Payee
▸ See payment activity
▸ See more choices

| | | Confirmation |

### Finished!

**Note: Please do not click the Back button on your browser, as this may result in a double payment.**

Pay Bills - Step 3 of 3

Your payment to AMERICAN HOME MORTGAGE - (...8362) for $1,005.17 on 11/20/2012 has been successfully scheduled. Your payment Transaction Number is 2967807675. Check the Bill Payment Activity page to review payment details.

| Pay To | Pay From | Send On | Deliver By | Delivery Method | Transaction Number | Amount |
|---|---|---|---|---|---|---|
| AMERICAN HOME MORTGAGE (...8362) | BUSINESS CLASSIC (...6043) $144.86 | 11/19/2012 | 11/20/2012 | | 2967807675 | $1,005.17 |
| | | | | | **Total Payments:** | **$1,005.17** |

Security | Terms of Use | Legal Agreements and Disclosures

fax (866) 775 6579

Mail to - Home Ward Residental
Cust. Resolution Dept.
P.O. 631-730
Irving TX 75063-1730

Customer Resolution Dept

Sp Susan in Flora                223

Conf. 2967807675  11-16-12 (5?pm)

**CHASE** ♦

Chase.com | Contact Us | Privacy Notice | En Español | **LOG OFF**

My Accounts      Products & Services      Customer Center

Payments & Transfers > Pay Bills

CHASE ONLINE℠  Thursday, October 11, 2012

## Pay Bills

♦ Print  ♦ Help with this page

**I'd like to...**
- See pending approvals
- Add Payee
- See payment activity
- See more choices

Payment Information | Verify | **Confirmation**

**Finished!** Please review the confirmation message below. You may want to print it for your records.

**Note:** Please do not click the Back button on your browser, as this may result in a double payment.

Pay Bills - Step 3 of 3

*Handwritten: Horse Ward Payment HK# 10/20/2012*

Your payment to AMERICAN HOME MORTGAGE - (...8362) for $1,005.17 on 10/15/2012 has been successfully scheduled. Your payment Transaction Number is 2909070721. Check the Bill Payment Activity page to review payment details.

| Pay To | Pay From | Send On | Deliver By | Delivery Method | Transaction Number | Amount |
|---|---|---|---|---|---|---|
| AMERICAN HOME MORTGAGE (...8362) | CHASE PREMIER (...6327) $243.54 | 10/12/2012 | 10/15/2012 | Next Day | 2909070721 | $1,005.17 |
| | | | | | Total Payments: | $1,005.17 |

Security | Terms of Use | Legal Agreements and Disclosures

© 2012 JPMorgan Chase & Co.

*Handwritten annotations:*
*Confirm SI to Hermandd bound Monday.*
*Pd 12-16-12 1002.12 Dec payment HK# 9200509285*
*Also pd 11-20-12 1005.17 HK# 296780 7675 224 301*

**CHASE ⬡**

August 24, 2012 through September 26, 2012

Primary Account: **000000896266327**

## CHASE PREMIER CHECKING

GLENDA C MURPHY

OR ERIC MURPHY

Account Number: 000000896266327

## CHECKING SUMMARY

|  | AMOUNT |
|---|---|
| **Beginning Balance** | **-$104.81** |
| Deposits and Additions | 11,565.19 |
| ATM & Debit Card Withdrawals | - 1,015.37 |
| Electronic Withdrawals | - 2,205.17 |
| Fees and Other Withdrawals | - 4,748.51 |
| **Ending Balance** | **$3,491.33** |
|  |  |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Earned This Period | $0.01 |
| Interest Paid Year-to-Date | $0.40 |

The monthly service fee for this account was waived as an added feature of Chase BusinessClassic account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
|  | **Beginning Balance** |  | **-$104.81** |
| 08/31 | Deposit        389674334 | 1,300.00 | 1,195.19 |
| 08/31 | Deposit        389674333 | 1,036.76 | 2,231.95 |
| 08/31 | Deposit        389745266 | 60.00 | 2,291.95 |
| 08/31 | Transfer From Chk Xxxxx3580 | 300.00 | 2,591.95 |
| 08/31 | 08/31 Withdrawal | - 2,438.51 | 153.44 |
| 08/31 | 08/31 Online Transfer To  Chk ...6043 Transaction#: 2842479025 | - 100.00 | 53.44 |
| 09/04 | Deposit        389674398 | 1,000.00 | 1,053.44 |
| 09/06 | Online Transfer From  Chk ...6043 Transaction#: 2851949297 | 100.00 | 1,153.44 |
| 09/06 | 09/06 Online Transfer To  Chk ...6043 Transaction#: 2851952033 | - 200.00 | 953.44 |
| 09/06 | Card Purchase With Pin  09/06 Ralphs 14574 Baseline Fontana CA Card 4557 | - 47.23 | 906.21 |
| 09/06 | Card Purchase With Pin  09/06 Ralphs 14574 Baseline Fontana CA Card 4557 | - 3.99 | 902.22 |
| 09/07 | Deposit        389913216 | 350.00 | 1,252.22 |
| 09/07 | 09/07 Withdrawal | - 1,250.00 | 2.22 |
| 09/13 | Deposit        389674498 | 1,109.10 | 1,111.32 |
| 09/14 | Card Purchase With Pin  09/13 Food 4 Less 12879 Fo . Rancho Cuca CA Card 4557 | - 64.98 | 1,046.34 |
| 09/14 | 09/14 Online Payment 2863271590 To American Home Mortgage | - 1,005.17 | 41.17 |
| 09/17 | Deposit        389854058 | 6,309.32 | 6,350.49 |
| 09/19 | Card Purchase        09/19 Dell Sales & Service 866-393-9460 TX Card 4557 | - 86.19 | 6,264.30 |
| 09/19 | Card Purchase        09/19 Dell Sales & Service 866-393-9460 TX Card 4557 | - 24.77 | 6,239.53 |

8-16-12

# CHASE

My Accounts          Products & Services          Customer Care

Payments & Transfers > Pay Bills

## Pay Bills

Print · Help with this page          To take you...

› See pending approvals
› Add Payee
› See payment activity
› Sho...

Confirmation

## Finished!

**Note: Please do not click the Back button on your browser, as this may result in a double payment.**

**Pay Bills - Step 3 of 3**

Your payment to AMERICAN HOME MORTGAGE - (...8392) for $1,005.17 on 08/16/2012 has been successfully scheduled. Your payment Transaction Number is 2816763001. Check the Bill Payment Activity page to review payment details.

| Pay To | Pay From | Send On | Deliver By | Delivery Method | Transaction Number | Amount |
|---|---|---|---|---|---|---|
| AMERICAN HOME MORTGAGE (...8392) | PREMIER PLUS CKG (...3580) $934.15 | 8/15/2012 | 8/16/2012 | | 2816763001 | $1,005.17 |
| | | | | | **Total Payments:** | **$1,005.17** |

Security   Terms of Use   Legal Agreements and Disclosures

226



# CHASE ⬡

May 01, 2012 through May 31, 2012

Account Number: **00000866176043**

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 05/21 | Card Purchase With Pin  05/19 Food 4 Less . Rancho Cuca CA Card 6405 | $5.37 |
| 05/25 | ATM Withdrawal         05/25 8108 Milliken Ave Rnch Cucamong CA Card 6405 | 500.00 |
| 05/25 | Card Purchase With Pin  05/25 Lowe's #774 Rch Cucamonga CA Card 6405 | 75.08 |
| 05/29 | ATM Withdrawal         05/26 15320 Summit Ave Fontana CA Card 6405 | 60.00 |
| 05/29 | Card Purchase With Pin  05/26 Lowe's #774 Rch Cucamonga CA Card 6405 | 30.09 |
| 05/29 | Card Purchase With Pin  05/26 Food 4 Less . Rancho Cuca CA Card 6405 | 43.50 |
| 05/29 | Card Purchase         05/27 Dalia's Pizza Alta Loma CA Card 6405 | 21.00 |
| 05/30 | Card Purchase With Pin  05/30 Wal Wal-Mart Store 1 Rancho Cuca CA Card 6405 | 131.10 |
| 05/30 | Card Purchase With Pin  05/30 Costco Whse #0678 Rancho Cucam CA Card 6405 | 26.93 |
| 05/30 | Card Purchase With Pin  05/30 Costco Gas #0678 Rancho Cucam CA Card 6405 | 21.24 |
| **Total ATM & Debit Card Withdrawals** | | **$914.31** |

## ATM & DEBIT CARD SUMMARY

Glenda C Murphy   Card 6405

| | |
|---|---|
| Total ATM Withdrawals & Debits | $560.00 |
| Total Card Purchases | $354.31 |
| Total Card Credits | $0.00 |

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $560.00 |
| Total Card Purchases | $354.31 |
| Total Card Credits | $0.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 05/17 | 05/16 Online Payment 2673892279 To Southern California Edison | $210.21 |
| 05/17 | 05/16 Online Payment 2673921420 To Cucamonga Valley CA Water | 100.00 |
| 05/17 | 05/16 Online Payment 2673921417 To Healthy Families Program | 13.00 |
| 05/17 | 05/16 Online Payment 2673928050 To The Gas Company | 164.00 |
| 05/17 | 05/16 Online Payment 2673928051 To Southern California Gas | 122.00 |
| 05/17 | 05/16 Online Payment 2673934005 To Villiage Park Homeowners Assc. | 61.00 |
| 05/17 | 05/16 Online Payment 2673933997 To Verizon | 34.80 |
| 05/17 | 05/17 Online Payment 2674568842 To American General Life Companys | 106.00 |
| 05/17 | Americanhomemtg  Ahmsi Paym         PPD ID: 9200509282 | 1,024.19 |
| 05/31 | 05/31 Online Transfer To  Chk ...6327 Transaction#: 2695109116 | 250.00 |
| 05/31 | 05/31 Online Payment 2695139441 To Essence Magazine | 16.00 |
| **Total Electronic Withdrawals** | | **$2,101.20** |





**DO NOT MAIL PAYMENTS TO THIS ADDRESS**
P.O. Box 619063
Dallas, TX 75261-9063

MARCH 15, 2012



6-764-68400-0000668-001-1-000-000-000-000
Glenda R Murphy
PO Box 402
Rancho Cucamonga, CA 91739-0402

Re: American Home Mortgage Servicing, Inc. Loan Number 0031408362
    Property Address: 9965 Mckinley St
                      Rancho Cucamonga CA 91730

Dear Glenda R Murphy :

American Home Mortgage Servicing, Inc. (AHMSI) has received funds in the amount of $3042.37 as a payment on the above-referenced loan. Unfortunately, this payment does not cover the full contractual amount due, which is $ 1,014.24. It is important that you send each loan payment on time and for the correct amount indicated on your most recent billing statement.

To accommodate you, we will accept this partial payment and advance an amount sufficient to cover remaining amount due. Your partial payment plus our advance will be applied to your loan as a full monthly mortgage payment. Please understand that you are responsible for repaying the full amount of any advance AHMSI has made on your behalf. The next billing statement will itemize the total amount due, including any advances.

Since AHMSI is not contractually obligated to accept partial payments, any future partial payments may be returned to you, or we may post the partial payment in a suspense account to give you the opportunity to send the remaining amount due.

At American Home Mortgage Servicing, Inc., our mission is to provide for and preserve our customer's dream of home ownership. For more information, contact Customer Care at 1-877-304-3100. Customer Care associates are available Monday through Friday from 7:00 a.m. to 9:00 p.m. and Saturday from 7:00 a.m. to 4:00 p.m. CT. You can also visit our website at www.ahmsi3.com.

CA006 056 JNS                                    Page 1 of 2

7/27/12 10:53

Chase Online - Confirmation

# CHASE ◯

7/30/2012

My Accounts        Products & Services        Customer Center        Chase.com | Contact Us | Privacy Notice | **Log Off**

Payments & Transfers > Pay Bills

CHASE ONLINE℠  Friday, July 27, 2012

## Pay Bills

◉ Print  ◉ Help with this page

I'd like to...
‣ See pending approvals
‣ Add Payee
‣ See payment activity
‣ See more choices

## Finished! Please review the confirmation message below. You may want to print it for your records.

**Note: Please do not click the Back button on your browser, as this may result in a double payment.**

Pay Bills - Step 3 of 3

Your payment to AMERICAN HOME MORTGAGE - (...8362) for $1,005.17 on 07/31/2012 has been successfully scheduled.  Your payment Transaction Number is 2786237887. Check the Bill Payment Activity page to review payment details.

| Pay To | Pay From | Send On | Deliver By | Delivery Method | Transaction Number | Amount |
|---|---|---|---|---|---|---|
| AMERICAN HOME MORTGAGE (...8362) | BUSINESS CLASSIC (...6043) $40.04 | 7/30/2012 | 7/31/2012 |  | 2786237887 | $1,005.17 |
|  |  |  |  | Total Payments: |  | $1,005.17 |

Security | Terms of Use | Legal Agreements and Disclosures

© 2012 JPMorgan Chase & Co.

 Mass.gov

*This voids Loan Receipt of payments after 8/2/07*

**OFFERED BY**

**TEMPORARY ORDER TO CEASE AND DESIST**

# American Home Mortgage Corp., dba American Brokers Conduit

**DATE:**

08/02/2007

**ORGANIZATION:**

Division of Banks

**DOCKET NUMBER:**

2007-022

**LOCATION:**

Melville, NY

# American Home Mortgage Corp., d/b/a American Brokers Conduit, Melville, NY – Temporary Order to Feed

## Cease and Desist

# COMMONWEALTH OF MASSACHUSETTS

230 

#RC190640343 As of 5/28/2019 16:04:03

Priority:3 Type:530.5 - IDENT THEFT RPT
Location:5812 SAN SEVAINE RD, RCC btwn CLARK CT and ROSS CT

| | | | |
|---|---|---|---|
| Create: | 2019 | RC29 | 1135? |
| Enter: | 2019 | RC29 | 1135? |
| Dispatch: | 2019 | RC07 | 1145? |
| Enroute: | 05/28/2019 17:58:3 RC07 | | AS02 |
| Onscene: | 2019 | RCP10 | G6197 |
| Control: | 2019 | RC07 | AS02 |
| Clear: | 2019 | RCP10 | G6197 |

IC: PrimeUnit:11P23 Disp:11P23 Type:530.5 - IDENT THEFT RPT
Jur:RC Group:RC Squad:8 RptDis:RC069 ☐ Detail

17:18:39 pst

Loc:5812 SAN SEVAINE RD, RCC Type:530.5 Inf/Name:MURPHY, GLINDA Phone:909/463-7064 Group:RC RD:RC069 TypeDesc:IDENT THEFT RPT LocDesc:btwn CLARK CT and ROSS CT Priority:3 Response:1PAT Jur:RC LocType:S RPCont:Y UnitsRecommend-->R Text:RP WOULD LIKE TO SPEAK TO A DEP REF A 530.5. WILL BE REGARDING A REFI AND MORTGAGE PAYMENTS.

| 17:18:39 | ENTRY | |
|---|---|---|
| 17:18:39 | SELECT | |
| 17:18:39 | -ITEMS | Text:(none) |
| 17:18:41 | NOMORE | |
| 17:19:07 | END | |
| 17:58:31 | DISPER | |
| 17:58:31 | -PSU | 11P23 Operator:G6197 OperName:HEENEY,JON |
| 17:58:35 | *ENRTE | 11P23 |
| 18:16:48 | *ONSCN | 11P23 |
| 18:29:32 | *ASSIST | 11P23 CallSgn:11P23 Location:5812 SAN SEVAINE RD, RCC Operator:F5704 OperNames:RESENDEZ,CRYSTILYN |
| 18:30:11 | *ASSIST | 11P23 CallSgn:11P23 Location:5812 SAN SEVAINE RD, RCC Operator:G6191 OperNames:DEROSE,JAMES |
| 18:30:20 | OK | 11P23 |
| 18:30:34 | PRMPT | 11P23 Text:Preempted and dispatched to call #RC190640369 |
| 18:30:40 | PRMPT | 11P23 |
| 18:53:02 | *CLEAR | 11P23 Dispo:NAT Text:RP IS IN ONGOING INCIDENT WITH FINANCE COMPANY OF HER THREE HOMES. ALL HER HOUSES ARE PAID OFF AND FINANCE COMPANIES ARE STATING SHE STILL OWES MONEY ON THEM. ADVISED SUBJECT IT WAS A CIVIL MATTER AND SHE UNDERSTOOD IT WAS. JUST REQUESTED DOCUMENTATION. SHE HAS A COURT DATE ON 3/15. SHE STATED SHE WAS HAVING A HARD TIME WITH HER LAWYERS TO TAKE AND UNDERSTAND HER CASE SO SHE IS GOING TO REPRESENT HERSELF. SHE REQUESTED A RC NUMBER FOR HER DOCUMENTATION. |
| 18:53:02 | -PRIU | |
| 18:53:02 | -CLEAR | |
| 18:53:02 | *CLOSE | 11P23 |

## CONTACT INFO:

| Inf/Name | Phone | InfAdd | RPCont | Language | HBD/HS | RPArmed |
|---|---|---|---|---|---|---|
| MURPHY, GLINDA | 909/463-7064 | | Y | | | |

731



Courts misson

Request
Fair
Justice
under
the

**ALIF BUSIN...** ...6340... (4711 S MOUNTAIN AV, MONROVIA, CA 91017, (626) 303-1515 )

Date issued: 10/19/2018

...aced for collection...
...ponsibility: Individual Account
...count Type: Open Account
...an Type: COLLECTION AGENCY/ATTORNEY

Balance: $0
Date Updated: 09/28/2016
Date Opened: 06/12/2013
Original Amount: $219
Original Creditor: MEDICAL-SAN ANTONIO REGIONAL HOSPITAL (Medical/Health Care)

Pay Status: >Account Paid in Full; was a Collection<
Date Closed: 06/12/2013
Date Paid: 06/12/2013

*to 2016*

...marks: >PAID COLLECTION<
...timated month and year that this item will be removed: 10/2019

*zero bal*

**N CR NETW...** ...(1800 W MAIN, VISALIA, CA 95277, (559) 733-7550 )

...ced for collection...
...ponsibility: Individual Account
...count Type: Open Account
...n Type: COLLECTION AGENCY/ATTORNEY

Balance: $165
Date Updated: 10/09/2018
Original Amount: $165
Original Creditor: CUCAMONGA VALLEY WATER DISTRIC (Utilities)
Past Due: $165<

Pay Status: >In Collection<

...marks: >PLACED FOR COLLECTION<
...timated month and year that this item will be removed: 05/2025

**ME SERV...** ...(9 BOX..., BATON ROUGE, LA 70808, (225) 935-2191 )

...e Opened: ...
...ponsibility: ...
...count Type: Mortgage Account
...n Type: CONVENTIONAL REAL ESTATE MTG

Balance: $0
Date Updated: 07/10/2014
Last Payment Made: 05/12/2014
High Balance: $863,994

Pay Status: >Account 60 Days Past Due Date<
Terms: Monthly for 420 months
Date Closed: 07/09/2014
>Maximum Delinquency of 60 days in 07/2014<

...marks: PURCHASED BY ANOTHER LENDER; TRANSFERRED TO ANOTHER OFFICE
...timated mon...

| | 08/... | ... | ... | 09/2014 | 12/2013 | 11/2013 | 10/2013 | 09/2013 | 08/2013 | 07/2013 |
|---|---|---|---|---|---|---|---|---|---|---|
| | 06/... | | | | 30< | X | X | X | X | X | X |

*OK = Current*     *X = unknown*

**WEN/HOM...** HOMEWARD RESIDENTIAL ...#3140... (4525 S BELTLINE, COPPELL, TX 75019, (877) 304-3100 )

...Opened: ...
...ponsibility: Individual Account
...unt Type: Mortgage Account
...Type: CONVENTIONAL REAL ESTATE MTG

Balance: ...
Date Opened: 15/05/2013
Last Payment Made: 06/16/2008
High Balance: $370,000

Pay Status: Current; Paid or Paying as Agreed
Terms: $1,005 per month, paid Monthly for 480 months
Date Closed: 03/03/2013
>Maximum Delinquency of 120 days in 01/2012 and in 02/2013<

*- 2013 & bal.*

...rks: TRANSFERRED TO ANOTHER LENDER; TRANSFERRED TO ANOTHER OFFICE

| 02/20... | ... | ... | 04/20... | 10/2... | 09/2... | 08/2012 | 07/2012 | 06/2012 | 05/2012 | 04/2012 | 03/2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/2003 | 11/20... | | | | | 120 | | 120 | | | 120 |
| 02/2013 | 11/20... | 120 | 120 | 120 | 120 | | 120 | | 120 | 120 | |

*120 = 120 Lates    /    X = unknown*

**ECA MORT...** ...21000... (10 Jamison R... Elma, NY 14059, (866) 919-5608 )

...Opened: 04/15/2005
...onsibility: Joint Account
...nt Type: Mortgage Account
...Type: CONVENTIONAL REAL ESTATE MTG

Balance: ...
Date Updated: 06/10/2015
Last Payment Made: 04/01/2014
High Balance: $863,994

Pay Status: >Account Included in Bankruptcy<
Date Closed: 06/10/2015

...rks: >CHAPTER 7 BANKRUPTCY<
...ated month and year that this item will be removed 04/2021

| 05/20... | 04/2015 | 03/2015 | ... | 12/2014 | 11/2014 | 10/2014 |
|---|---|---|---|---|---|---|
| | X | X | | X | X | X |

*X = unknown*

**ED RESOURCE SYSTEMS #D23127***** (10075 W COLFAX AVE, LAKEWOOD, CO 80215-3907, (303) 205-0152 )

...for collection: 05/03/2018
...nsibility: Individual Account
...nt Type: Open Account
...Type: COLLECTION AGENCY/ATTORNEY

Balance: $116
Date Updated: 10/02/2018
Original Amount: $112
Original Creditor: MEDICAL-RANCHO PHYSICAL THERAPY (Medical/Health Care)
Past Due: >$116<

Pay Status: >In Collection<

...ks: >PLACED FOR COLLECTION<
...ated month and year that this item will be removed 01/2025

*733*    *(913)*

To dispute online go to: https://transunion.com/disputeonline

2012 Payment Ledger
Ocwen

1. 12-17-12     1005
2. 12-15-12     1005
3.            2010 SUB
4. 12-19-12     1022.12
5.
6. 11-19-12    3032 Sub
7.           1005
8. 10-15-12    4037 Sub
9.           1005
10. 9-17-12    5032 Sub
11.          1005
12. 8-16-12    6037 Sub
13.          1005
14. 7-31-12    7042 Sub
15.          1005
16.          8047 Sub
17. 7-14-12    1005
18.          9052 Sub
19. 6-15-12   1631 WO
20. 6-18-12   10,083.00
21.          1005
22.          11,08800 SUB
23. 5-12-12   1614
24.          12092 SUB
25. 3-24-12   1005
26.          13097 SUB
27. 2-21-12   1006
28.          14103,00SUB
     1-23-12   1006
         15,169.00
     1-30-12   1008

# payment
24 payments

Regular payment
annually 12,000.00

Total amount
paid
$16,117.00
3,042
$19,159.00
$19,159.00

03/15/12
pd 3042.34
NOT counted

214

234

2012 Payment Ledger
Ocwen

1  12-17-12          1005
2  12-15-12          1005
3                    2010 SUB
4  12-19-12          1022.12
5                    3032 Sub
6  11-19-12          1005
7                    4037 SUB
8  10-15-12          1005
9
10  9-17-12          5032 Sub
                     1005
11                   6037 Sub
12  8-16-12          1005
13                   7042 Sub
14  7-31-12          1005
15                   8047 Sub
16  7-14-12          1005
17                   9052 Sub
18  6-15-12          1631 WO
19                   10083.00
20  6-18-12          1005
21                   11088.00 SUB
22  5-12-12          1014
23                   12092 SUB
24  3-24-12          1005
25                   13097 SUB
26  2-21-12          1006
27                   14103.00 SUB
28  1-23-12          1006
                     15,169.00
   1-30-12           1008
                     16,

#1 payment
24 payments

Regular payment
annually 12,000.00

Total amount
paid
$16,117.00
3042
19,159.00
$19,159.00

03/15/12
pd 3042.37
Not counted

Loan 7140257960
Ocwen 2013 pay Ledger

1
2    12-10-13  pd Chase online 1008 # 36287 708   confirm
3    11-13-13  notice of Default
4    11-1-13  pd 1008 CC CK  486 1511 459 ✓
5    11-14-13  pd  1008-by check  See attach  Ocwen teller
6
7    10-17-13  pd 1009 - Chase prem  353363 54   Confirm  34354 ✓
8    9-16-13  pd 1008-WU Confirm 7140257860 ✓
9    missing August-2013 - See Homeward Escrow
10   pay 8-2013
11
12   7-3-18  pd 1008 -Chase prem
13   6-13-13  pd AHMSI 1008 - Chase perm
14   6-4-13  pd  1008 - Chase prem  #3648788 6   confirm
15   5-3-13  pd 1005.17 Chase prem - 32508802 24
16                                    $981 —
17   4-2-13  pd Cashier CK # 11661 4536  pd ✓
18
19   3-19-13  pd 1005.17  bus ceck + 2510035452 ✓
20   3-13-13  pd 1005 - Confer 1362 15 A08 ✓
21   3-18-13  pd 1195 Chase bus #37191966 ✓
22
23   2-15-13  pd western union pay 1005.17 ✓
24                      Confirm 000 7439127
25
26   1-9-13 w/f payment of 1005.17
27             & confirm CBM 9 4 2M 7
28
                              736   117

**CHASE**

| Send On | Deliver By | Status | Payee | Amount |
|---|---|---|---|---|
| 12/09/2013 | 12/15/2013 | Paid | ahmsi homeward mort | $1,008.00 |

Status:  Your payment has been paid to your payee.

Paid From:  CHASE PREMIER (...0327)

Memo:

Submitted By:  GLENDA C MURPHY 12/06/2013

Updated On:  Not Available 12/15/2013

Transaction Number:  245703847.01

12 - 2013

237

Subject: Loan Payment Received
From:    rdocmail@ocwen.com (rdocmail@ocwen.com)
To:      Grom49@Yahoo.Com;
Date:    Thursday, November 14, 2013 5:41 AM

#2 Pg 2 of 3
7140257960
Murphy ar

## Ocwen Loan Servicing

O C W E N

Helping Homeowners Is What We Do!™

3 aymt
N O V (14th) 2013

RCVD

November 14, 2013

Loan Number:      7140257960
Property Address: 9965 Mckinley St
                  Rancho Cucamonga, CA 91730

ear Glenda R Murphy:

OCWEN received a payment on 11/12/2013 for the amount of $1,008.00.

Sincerely,

OCWEN
P.O. Box 24737
West Palm Beach, FL 33416-4737
(Do not send correspondence or payments to the above address.)

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.

To Unsubscribe from these notifications please click here
*********************************************************
This E-mail message and its attachments, if any are intended solely for the use of the addressee hereof. In addition, this message and the attachments, if any may contain information that is privileged, confidential or otherwise protected from disclosure under applicable law. If you are not the intended recipient of this message, you are prohibited from reading, disclosing, reproducing, distributing, disseminating or otherwise using this transmission. Delivery of this message to any person other than the intended recipient is not intended to waive any right or privilege. If you have received this message in error, please promptly notify the sender by reply E-mail and immediately delete this message from your system. Instructions transmitted over this system are not binding on us until they are confirmed by us. Message transmission is not guaranteed to be secure or free of software virus and, accordingly, Ocwen and its subsidiaries collectively "Ocwen" takes every reasonable precaution to minimize such risks, Ocwen cannot accept liability for any damage sustained by you or any third party as a result of software virus.
*********************************************************

238



pg 30 3

Murphy ar
Loan# 714257960

11-1-2013

0070691         11-24
Office ALI #    12/10(9)

Purchaser:          GLENDA R MURPHY
Purchaser Account:   0894365344
Operator I.D.:       cod90312

PAY TO THE ORDER OF   ***OCWEN MORTGAGE***

***One thousand eight dollars and no cents***

WELLS FARGO BANK, N.A.
8071 DAY CREEK BLVD
RANCHO CUCAMONGA, CA 91739
FOR INQUIRIES CALL (480) 394-3722

CASHIER'S CHECK

SERIAL #: 7689101683

ACCOUNT#: 4081-511459

November 01, 2013

***$1,008.00***

VOID IF OVER US $  1,008.00

NON-NEGOTIABLE

NOTICE TO PURCHASER: IF THIS INSTRUMENT IS LOST,
STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION
AND REISSUANCE. AS A CONDITION TO CANCELLATION AND
REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A
FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

Purchaser Copy

Re: 714257960

mail to Ocwen p.c. box 64410
                                     la Tee
                                     Indiana
                                     Indiana
                                     60134 — 6440

mail
11-2-13

mailed 11-3-13

pard 11-12-13

(check to see if late)
(payment applied)

most all payment online
show late payments

239

**CHASE**

Chase Online - Payment Activity

| Send On | Deliver By | Status | Payee | Amount |
|---|---|---|---|---|
| 10/15/2013 | 10/17/2013 | Paid | ahmsi homeward mort | $1,009.00 |

**Status:** Your payment has been paid to your payee.

**Paid from:** CHASE PREMIER (...6327)

**Memo:**

**Submitted by:** GLENDA C MURPHY 10/14/2013

**Updated by:** Not Available 10/16/2013

**Transaction number:** 3533634354

*(handwritten notes):*

Oct 2013

Oct 2013 OCWEN payment!

Late payment applied chrg 123.43

sent on 10-14-13 430pm 1 Bns day delivery

Chase late pay inquiries fic 877 242 7372

Claims 1-866-564-3262

240

178

# CHASE ⬛

August 31, 2013 through September 30, 2013
Account Number: **000000866176043**

| | |
|---|---|
| Total Card Purchases | |
| Total Card Deposits & Credits | $81.37 |
| ATM & Debit Card Totals | $0.00 |
| Total ATM Withdrawals & Debits | |
| Total Card Purchases | $0.00 |
| Total Card Deposits & Credits | $81.37 |
| | $0.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 09/18 | Ocwen Loan Servi Mtg Pmt | PPD ID: 2510035452 | |
| 09/18 | Ocwen Loan Servi Mtg Pmt | PPD ID: 3510035452 | $1,008.00 |
| **Total Electronic Withdrawals** | | | 12.00 |
| | | | **$1,020.00** |

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 09/04 | 09/04 Withdrawal | |
| 09/30 | Service Fee | $2,438.99 |
| **Total Fees & Other Withdrawals** | | 12.00 |
| | | **$2,450.99** |

You can waive the monthly service fee on your Chase BusinessClassic account by maintaining an average checking balance of $5,000 or more during the statement period, linking this account to a qualifying Chase personal checking account or active Chase Business Credit Card, or conducting at least 5 debit card purchases each statement period. If you would like to understand more about your options, please visit any branch or call the number listed on this statement.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 09/03 | $823.89 |
| 09/04 | 75.29 |
| 09/05 | 3.53 |
| 09/17 | 1,023.53 |
| 09/18 | 3.53 |
| 09/30 | -8.47 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|------------------------------------------|------------------------|
| Checks Paid / Debits | 5 |
| Deposits / Credits | 2 |
| Deposited Items | 0 |
| **Transaction Total** | 7 |

| SERVICE FEE CALCULATION | AMOUNT |
|-------------------------|--------|
| Service Fee | $12.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | $12.00 |
| Excessive Transaction Fees (Above 0) | $0.00 |
| **Total Service Fees** | $12.00 |

241

Page 2 of 4



**Homeward**
RESIDENTIAL

RETURN SERVICE ONLY
Please do not mail payments to this address
P.O. Box 619063
Dallas, TX 75261-9063

8-764-80621-0113771-023-1-000-000-000-000

GLENDA R MURPHY
PO BOX 402
RCH CUCAMONGA CA 91739-0402

Statement Date: 03/05/2013

Loan Number: 0031408362

# ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT

As you know, we are required to maintain an escrow account which is used to pay your real estate taxes and/or insurance premiums. This account must be analyzed annually to determine whether enough funds are being collected monthly, and whether the account has a shortage or surplus based on the anticipated activity. The statement is the result of loan payoff, assumption, or transfer.

## ACCOUNT HISTORY

The following statement of activity in your escrow account from 06/2012 through 04/2013 displays actual activity as it occurred in your escrow account during that period. If you received Account Projections with a prior analysis, they are included again here for comparison.

Over this period, an additional $6.57 was deposited into your escrow account for interest on escrow.

| Month | Payments Projected | Payments Actual | Disbursements Projected | Disbursements Actual | Description | Projected Escrow Account Balance | Actual Escrow Account Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance | 886.74 | 231.09 |
| 06/12 | 221.70 | 232.63 | | | | 1,108.44 | 463.72 |
| 07/12 | 221.70 | 232.63 | | | | 1,330.14 | 696.35 |
| 08/12 | 221.70 | 232.63 | | | | 1,551.84 | 928.98 |
| 09/12 | 221.70 | 232.63 * | | | | 1,773.54 | 1,161.61 |
| 10/12 | 221.70 | 232.63 * | 978.17 | 733.00 | HAZARD INS. | 1,995.24 | 661.24 |
| 11/12 | | * | 704.00 | 984.44 | CNTY TAX (SE | 1,238.77 | -90.57 |
| 11/12 | 221.70 | 237.88 | | | HAZARD INS. | 534.77 | -90.57 |
| 12/12 | 221.70 | 232.63 | | | | 756.47 | 147.91 |
| 01/13 | 221.70 | 232.63 | | | | 978.17 | 379.94 |
| 02/13 | 221.70 | 1.32 * | 976.17 | | CNTY TAX (SE | 1,199.87 | 612.57 |
| 03/13 | | * | | 1.32 | MISC ESCROW | 443.40 | 613.89 |
| 03/13 | 221.70 | | | 612.57 | TRANSFER BAL | 443.40 | 612.57 |
| 04/13 | | | | | | 443.40 | 0.00 |
| | | | | | | 665.10 | 0.00 |

An asterisk (*) beside an amount indicates a difference from projected activity either in the amount or the date.

Homeward Residential, Inc. is a debt collector attempting to collect a debt. Any information obtained will be used for that purpose. However, in the event the debt has been discharged pursuant to or the addressee or recipient is under the protection of federal bankruptcy law, this communication is solely for informational purposes and is not an attempt to collect a debt.

Should you have any questions about this Escrow Analysis, please call our Customer Care Department toll-free at (7)304-3100.

**CHASE**

Chase Online – Payment Activity

*July 2013*

| Send On | Deliver By | Status | Payee | Amount |
|---|---|---|---|---|
| 07/02/2013 | 07/03/2013 | Paid | homeward-ahms | $1,008.00 |

**Status:** Your payment has been paid to your payee.

**Paid from:** CHASE PREMIER (...6327)

**Memo:**

**Submitted by:** GLENDA C MURPHY 07/02/2013

**Updated by:** Not Available 07/03/2013

**Transaction number:** 3354855951

# CHASE

| and On | Deliver By | Status | Payee | Amount |
|---|---|---|---|---|
| 05/04/2013 | | | **ahmsi homeward mort** | $1,008.00 |

Chase Online - Payment Activity

# CHASE

*May 2013*

| Send On | Deliver By | Status | Payee | Amount |
|---|---|---|---|---|
| 05/03/2013 | 05/07/2013 | Paid | hmward bound | $1,005.17 |

**Status:** Your payment has been paid to your payee.

**Paid from:** CHASE PREMIER (...6327)

**Memo:**

**Submitted by:** GLENDA C MURPHY 05/02/2013

**Updated by:** Not Available 05/07/2013

**Transaction number:** 3250880204

*Late chrg apped of 123.45*

*Schedule to pay 5-2-13*
*Payment Sent or 5-3-13*
*Delivery by 5-7-13 -*

*for - Call*
*lates (877) 242-7372*

245 (183)

CHASE

CASHIER'S CHECK

28211467 NEW 01/05 GEN2004RX

Remitter: GLENDA C MURPHY

Date: 04/02/2013

1116614536

91-2 1221

Pay: NINE HUNDRED EIGHTY ONE DOLLARS AND 00 CENTS

Pay To The
Order Of     OCWEN LOAN SERVICING
             LOAN # 714025796O

$ ************981.00***

Drawer: JPMORGAN CHASE BANK, N.A.

*Michael Andrews*

Senior Vice President
JPMorgan Chase Bank, N.A.
Phoenix, AZ

# CHASE

| Send On | Deliver By | Status | Payee | Amount |
|---|---|---|---|---|
| 03/13/2013 | 03/14/2013 | | AMERICAN HOME MORTGAGE | $1,005.1 |

**Status:** This payment was returned and not paid because the account to which you instructed us to make this payment does not exist. Please verify the information on your current billing statement and resubmit the payment, or contact your payee regarding this account.

**Paid from:** CHASE PREMIER (...6327)

**Memo:**

**Submitted by:** GLENDA C MURPHY 03/13/2013

**Updated by:** Not Available 03/15/2013

**Transaction number:** 3162151908

March 2013

2 - 2013

February 15, 2013

Re: American Home Mortgage Servicing, Inc. ******8362

Dear Glenda R Murphy,

This letter is to confirm that you verbally authorized a single payment to American Home Mortgage Servicing, Inc. on 02/15/13 to the account referenced above.

Details regarding the transaction appear below:

| | |
|---|---|
| Payment Amount: | |
| Fee Amount: | $1,005.17 |
| This Payment Scheduled On: | $16.95 |
| Drawn On: | 02/15/13 |
| Bank Account: | JPMorgan Chase Bank, National Association |
| Confirmation Number: | ******6043 |
| | 0007439127 |

Per our agreement, the above noted funds will be automatically debited from your bank account. Please retain this letter as documentation regarding the transaction. On your bank account statement, typically, you will not see a check number; you will see an ACH or EFT Debit.

If your bank does not allow for ACH transactions, your payment may be processed as a check transaction.

If you have any questions, please contact Customer Service at 877-304-3100.

Sincerely,

American Home Mortgage Servicing, Inc.

WESTERN
UNION
SPEEDPAY

100218-OO-5951

248

Gregg Owen

Feb 2013

2 pd in Aug   CK 308
                    ck 206

1 payment placed into suspense

have money in suspense

309.74 currently

Suppose to have been in B/K

Rest transaction history thru BK

took Aug 2014 Money put in

Suspense then what was needed

+ pd OA

reverse fees all Bk into monthly

Payments.

Call BK 25 Aug W/I 5 Business day

749   187