

Wells Fargo Online

Accounts

Bill Pay Overview

## Payment Confirmation

**Payee:** HOMEWARD RESIDEN
**Amount:** 1,005.17
**Send on:** 01/09/2013
**Deliver By:** 01/11/2013
**Reference #:** CBM9H1M7

You will be notified by email when a payment is sent.    notifications.

Go to Overview    View My Payees    **Pay New Payee**

Note: Payments can be scheduled for Monday-Friday, excluding holidays. To make or change payments scheduled for today, you must submit your request before 7:00 p.m. Pacific Time.

**Payment Account(s)**

**Checking Accounts**

**CHECKING 1** XXXXXX3344
Avail. Balance:    $1,096.22

**CHECKING 2** XXXXXX0486
Avail. Balance:    $26.85

**Credit Accounts**

**Credit Card**

**Personal Line of Credit**

**Home Equity Line**

**Other Services**

**Payments Help**
Learn more about:

⌂ Equal Housing Lender
© 2001-2013 Wells Fargo. All rights reserved.

**CALIF BUSINESS BUREAU #665340****** (1711 S MOUNTAIN AV, MONROVIA, CA 91017, (626) 303-1515)

| | |
|---|---|
| Placed for collection: 06/17/2012 | |
| Responsibility: Individual Account | Balance: $0 |
| Account Type: Open Account | Date Updated: 09/28/2016 |
| Loan Type: COLLECTION AGENCY/ATTORNEY | Last Payment Made: 06/12/2013 |
| | Original Amount: $219 |
| | Original Creditor: MEDICAL-SAN ANTONIO REGIONAL HOSPITAL (Medical/Health Care) |

Pay Status: ›Account Paid in Full; was a Collection‹
Date Closed: 06/12/2013     *to 2016* (handwritten)
Date Paid: 06/12/2013

*zero bal* (handwritten)

Remarks: ›PAID COLLECTION‹
Estimated month and year that this item will be removed: 11/2018

**FIN CR NETWK #93402****** (1300 W MAIN, VISALIA, CA 93277, (559) 733-7550)

| | |
|---|---|
| Placed for collection: 11/19/2014 | |
| Responsibility: Individual Account | Balance: $165 |
| Account Type: Open Account | Date Updated: 10/09/2018 |
| Loan Type: COLLECTION AGENCY/ATTORNEY | Original Amount: $165 |
| | Original Creditor: CUCAMONGA VALLEY WATER DISTRIC (Utilities) |
| | Past Due: ›$165‹ |

Pay Status: ›In Collection‹

Remarks: ›PLACED FOR COLLECTION‹
Estimated month and year that this item will be removed: 05/2021

**HOME SERVICING LLC #863401****** (5615 CORPORATE BLVD, STE 600A, BATON ROUGE, LA 70808, (225) 935-2191)

| | |
|---|---|
| Date Opened: 01/17/2008 | |
| Responsibility: Joint Account | Balance: $0 |
| Account Type: Mortgage Account | Date Updated: 07/09/2014   *2014* (handwritten) |
| Loan Type: CONVENTIONAL REAL ESTATE MTG | Last Payment Made: 05/12/2014 |
| | High Balance: $863,994 |

Pay Status: ›Account 60 Days Past Due Date‹
Terms: Monthly for 420 months
Date Closed: 07/09/2014
›Maximum Delinquency of 60 days in 07/2014‹

Remarks: PURCHASED BY ANOTHER LENDER; TRANSFERRED TO ANOTHER OFFICE
Estimated month and year that this item will be removed: 05/2021

| ...ting | 06/2014 | 05/2014 | 04/2014 | 03/2014 | 02/2014 | 01/2014 | 12/2013 | 11/2013 | 10/2013 | 09/2013 | 08/2013 | 07/2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | OK | OK | OK | OK | OK | OK | 30 | X | X | X | X | X |

| ...ing | 06/2013 |
|---|---|
| | X |

*OK = Current* (handwritten)          *X = unknown* (handwritten)

**CWEN/HOMEWARD RESIDENTIAL, TX FIDELCPI #3140****** (1525 S BELTLINE, COPPELL, TX 75019, (877) 304-3100)

| | |
|---|---|
| ...te Opened: 09/29/2006 | |
| ...ponsibility: Individual Account | Balance: $0 |
| ...count Type: Mortgage Account | Date Updated: 03/03/2013 |
| ...an Type: CONVENTIONAL REAL ESTATE MTG | Last Payment Made: 06/16/2008 |
| | High Balance: $370,000 |

Pay Status: Current; Paid or Paying as Agreed
Terms: $1,005 per month, paid Monthly for 480 months
Date Closed: 03/03/2013
›Maximum Delinquency of 120 days in 01/2012 and in 02/2013‹

*-2013 0 bal.* (handwritten)

Remarks: TRANSFERRED TO ANOTHER LENDER; TRANSFERRED TO ANOTHER OFFICE

| ...ing | 02/2013 | 01/2013 | 12/2012 | 11/2012 | 10/2012 | 09/2012 | 08/2012 | 07/2012 | 06/2012 | 05/2012 | 04/2012 | 03/2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 120 | 120 | 120 | 120 | X | 120 | 120 | 120 | 120 | 120 | 120 | 120 |

| ...ing | 02/2012 | 01/2012 |
|---|---|---|
| | 120 | 120 |

*120 = 120 Lates   /   X = unknown* (handwritten)

**...NECA MORTGAGE LLC #621000508****** (611 Jamison Road, Elma, NY 14059, (866) 919-5608)

| | |
|---|---|
| ...e Opened: 01/15/2008 | |
| ...ponsibility: Joint Account | Balance: |
| ...unt Type: Mortgage Account | Date Updated: 06/10/2015 |
| ...Type: CONVENTIONAL REAL ESTATE MTG | Last Payment Made: 04/01/2014 |
| | High Balance: $863,994 |

Pay Status: ›Account Included in Bankruptcy‹
Date Closed: 06/10/2015

...arks: ›CHAPTER 7 BANKRUPTCY‹
...nated month and year that this item will be removed: 04/2021

| | 05/2015 | 04/2015 | 03/2015 | 02/2015 | 01/2015 | 12/2014 | 11/2014 | 10/2014 |
|---|---|---|---|---|---|---|---|---|
| | X | X | X | X | X | X | X | X |

*X = unknown* (handwritten)

**...TED RESOURCE SYSTEMS #D23127****** (10075 W COLFAX AVE, LAKEWOOD, CO 80215-3907, (303) 205-0152)

| | |
|---|---|
| ...ed for collection: 05/03/2018 | |
| ...ponsibility: Individual Account | Balance: $116 |
| ...nt Type: Open Account | Date Updated: 10/02/2018 |
| ...Type: COLLECTION AGENCY/ATTORNEY | Original Amount: $112 |
| | Original Creditor: MEDICAL-RANCHO PHYSICAL THERAPY (Medical/Health Care) |
| | Past Due: ›$116‹ |

Pay Status: ›In Collection‹

...rks: ›PLACED FOR COLLECTION‹
...ated month and year that this item will be removed: 01/2025

**To dispute online go to: http://transunion.com/disputeonline**

Incomplete ledgers

Ocwens — Loan 714 0257960
2013 Notice of Defaul

12-30-13  NOD want — 4877.98
2-30-13  NOD OcweN
12— 10—13  NOD want 2274.07

11-13-13 NOD wan 2268.39
11-9-13  NOD-threat
10-7-13 NOD want 2237.03.

10-12-13 NOD wan 2253.21

9-7-13-NOD want — 2237.03

all records put away compled together in order to have a repast for fathers funeral — more proof of NOD's to come

252

189

OCWEN

Ocwen Loan Servicing, LC
HELPING HOMEOWNERS IS WHAT WE DO!™
WWW.OCWEN.COM

Your mortgage payments are past due, which puts you in default of your loan agreement. As of **December 10, 2013**, you owe the following:

| | |
|---|---|
| Principal and Interest | $ 1,545.08 |
| Interest Arrearage | $ 0.00 |
| Escrow | $ 469.22 |
| Late Charges | $ 115.89 |
| Insufficient Funds Charges | $ 0.00 |
| Fees / Expenses | $147.43 |
| Suspense Balance (CREDIT) | $ 3.55 |
| Interest Reserve Balance (CREDIT) | $ 0.00 |
| TOTAL DUE | $ 2,274.07 |

On or before **January 10, 2014**, you must submit payment by Money Gram, Bank Check, Money Order or Certified Funds for the entire total due amount stated above to the appropriate address listed at the bottom of page two of this notice. Any payment(s) that become due in the interim must also be included.

Failure to bring your account current may result in our election to exercise our right to foreclose on your property. Upon acceleration, your total obligation will be immediately due and payable without further demand. In foreclosure proceedings, we are entitled to collect your total arrearage in addition to any expenses of foreclosure, including but not limited to reasonable attorney's fees and costs. If your loan has already been accelerated and foreclosure proceedings already begun, we will continue the foreclosure action (if possible). You have the right to assert in court the non-existence of a default or any other defense to acceleration and foreclosure. OCWEN will work with bankruptcy lawyers, foreclosure defense lawyers, housing counselors, and other authorized representatives of our customers. However, we will only release information once your written authorization has been obtained, as required by law.

After acceleration of the debt, but prior to foreclosure, you may have the right to reinstate the mortgage loan, depending on the terms of the note and mortgage. We encourage you to review the provisions of the note and mortgage. Please be aware that, after acceleration of the debt, there may be expenses and attorney's fees and costs incurred by OCWEN to enforce the mortgage in addition to the overdue amount on the mortgage. Any payment to reinstate the mortgage loan after acceleration must therefore include an amount sufficient to cover such expenses and fees incurred. Payments received that are less than the amount required to reinstate the mortgage loan will be returned, and will not stop any foreclosure proceedings that have begun. **PRIOR TO SUBMITTING PAYMENT, YOU MAY WISH TO CALL US TO VERIFY THE EXACT AMOUNT DUE.**

7140287960

DEMAND05.88

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*

NMLS # 1852



Ocwen Loan Servicing, LLC
HELPING HOMEOWNERS IS WHAT WE DO!™
WWW.OCWEN.COM

OCWEN

Your mortgage payments are past due, which puts you in default of your loan agreement. As of **October 12, 2013**, you owe the following:

| | |
|---|---|
| Principal and Interest | $1,545.08 |
| Interest Arrearage | $0.00 |
| Escrow | $469.22 |
| Late Charges | $115.89 |
| Insufficient Funds Charges | $0.00 |
| Fees / Expenses | $123.87 |
| Suspense Balance (CREDIT) | $0.85 |
| Interest Reserve Balance (CREDIT) | $0.00 |
| TOTAL DUE | $2,253.21 |

On or before **November 12, 2013**, you must submit payment by Money Gram, Bank Check, Money Order or Certified Funds for the entire total due amount stated above to the appropriate address listed at the bottom of page two of this notice. Any payment(s) that become due in the interim must also be included.

Failure to bring your account current may result in our election to exercise our right to foreclose on your property. Upon acceleration, your total obligation will be immediately due and payable without further demand. In foreclosure proceedings, we are entitled to collect your total arrearage in addition to any expenses of foreclosure, including but not limited to reasonable attorney's fees and costs. If your loan has already been accelerated and foreclosure proceedings already begun, we will continue the foreclosure action (if possible). You have the right to assert in court the non-existence of a default or any other defense to acceleration and foreclosure.

OCWEN will work with bankruptcy lawyers, foreclosure defense lawyers, housing counselors, and other authorized representatives of our customers. However, we will only release information once your written authorization has been obtained, as required by law.

After acceleration of the debt, but prior to foreclosure, you may have the right to reinstate the mortgage loan, depending on the terms of the note and mortgage. We encourage you to review the provisions of the note and mortgage. Please be aware that, after acceleration of the debt, there may be expenses and attorney's fees and costs incurred by OCWEN to enforce the mortgage in addition to the overdue amount on the mortgage. Any payment to reinstate the mortgage loan after acceleration must therefore include an amount sufficient to cover such expenses and fees incurred. Payments received that are less than the amount required to reinstate the mortgage loan will be returned, and will not stop any foreclosure proceedings that have begun. **PRIOR TO SUBMITTING PAYMENT, YOU MAY WISH TO CALL US TO VERIFY THE EXACT AMOUNT DUE.**

7140257960

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*

DEMAND05.57

NMLS # 1852

O C W E N

November 09, 2013

VIA Certified Mail (return receipt requested)
Certified Number: 7196 9006 9297 0520 7144
Reference Code: 1310

Glenda R. Murphy
9965 MCKINLEY ST
RANCHO CUCAMONGA, CA 91730-4600

Loan Number:         7140257960
Property Address:    9965 Mckinley St ,
                     Rancho Cucamonga. CA 91730-0000

NOTICE OF DEFAULT

**AVISO IMPORTANTE PARA PERSONAS DE HABLA HISPANA:**
Esta notificación es de suma importancia. Puede afectar su derecho a continuar viviendo en su casa. Si no entiende su contenido, obtenga una traducción inmediatamente o contáctenos ya que tenemos representantes que hablan español y están disponibles para asistir.

Dear Borrower(s):

## SPECIAL NOTICE IN THE EVENT YOU HAVE FILED BANKRUPTCY

If you have received a Chapter 7 discharge under the Bankruptcy Code of the United States, or if your mortgage is the type which has been discharged pursuant to a completed Chapter 13 plan, this notice is not intended and does not constitute an attempt to collect a debt against you personally. If the foregoing applies to you, this notice is sent to you only as a preliminary step to a foreclosure on the mortgage against the above-referenced property. Provisions may be contained within your mortgage/deed of trust that require notice prior to foreclosure. As such, this is not an attempt to assert that you have any personal liability for this debt.

In addition, if you have recently filed a petition under the Bankruptcy Code, this notice has been sent to you because OCWEN has not been notified of your bankruptcy case. If the foregoing applies to you, it is **IMPORTANT** that you or your bankruptcy attorney contact us immediately and provide us with the following information: date and jurisdiction of your filing, your case number and the bankruptcy chapter number under which you have filed.

If you have not recently filed bankruptcy or received a bankruptcy discharge, you are hereby notified that this letter is an attempt to collect a debt. All information obtained will be used for that purpose. The debt is owed to OCWEN as the owner or servicer of your home loan and mortgage.

Unless you dispute the validity of the debt, or any portion thereof, within thirty (30) days after receipt of this letter, the debt will be assumed to be valid by OCWEN. If you notify OCWEN in writing within thirty (30) day that the debt or a portion of the debt is disputed, OCWEN will send you verification of the debt. If you would like to obtain such verification, direct your request in writing to the Loan Resolution Consultant within thirty (30) days. The failure to dispute the validity of the debt may not be construed by any court as an admission of liability by you.

255

7140257960

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*

DEMAND05.58

NMLS # 1852

Ocwen Loan Servicing, LLC
HELPING HOMEOWNERS IS WHAT WE DO!™
WWW.OCWEN.COM

October 1?, 2013

VIA Certified Mail (return receipt requested)
Certified Number: 7196 9006 9296 9915 0006  1
Reference Code: 1309  )

Glenda F. Murphy
9965 MCKINLEY ST
RANCHO CUCAMONGA, CA 91730-4600

Loan Number:        7140257960
Property Address:   9965 Mckinley St,
                    Rancho Cucamonga, CA 91730-0000

**NOTICE OF DEFAULT**

**AVISO IMPORTANTE PARA PERSONAS DE HABLA HISPANA:**
Esta notificación es de suma importancia.  Puede afectar su derecho a continuar viviendo en su casa.  Si no entiende su contenido, obtenga una traducción inmediatamente o contáctenos ya que tenemos representantes que hablan español y están disponibles para asistir.

Dear Borrower(s):

### SPECIAL NOTICE IN THE EVENT YOU HAVE FILED BANKRUPTCY

If you have received a Chapter 7 discharge under the Bankruptcy Code of the United States or if your mortgage is the type which has been discharged pursuant to a completed Chapter 13 plan, this notice is not intended and does not constitute an attempt to collect a debt against you personally. If the foregoing applies to you, this notice is sent to you only as a preliminary step to a foreclosure on the mortgage against the above-referenced property. Provisions may be contained within our mortgage/deed of trust that require notice prior to foreclosure. As such, this is not an attempt to assert that you have any personal liability for this debt.

In addition, if you have recently filed a petition under the Bankruptcy Code, this notice has been sent to you because OCWEN has not been notified of your bankruptcy case. If the foregoing applies to you, it is IMPORTANT that you or your bankruptcy attorney contact us immediately and provide us with the following information: date and jurisdiction of your filing, your case number and the bankruptcy chapter number under which you have filed.

If you have not recently filed bankruptcy or received a bankruptcy discharge, you are hereby notified that this letter is an attempt to collect a debt. All information obtained will be used for that purpose. The debt is owed to OCWEN as the owner or servicer of your home loan and mortgage.

Unless you dispute the validity of the debt, or any portion thereof, within thirty (30) days after receipt of this letter, the debt will be assumed to be valid by OCWEN. If you notify OCWEN in writing within thirty (30) days that the debt or a portion of the debt is disputed, OCWEN will send you verification of the debt. If you would like to obtain such verification, direct your request in writing to the Loan Resolution Consultant within thirty (30) days. The failure to dispute the validity of the debt may not be construed by any court as an admission of liability by you.

7140257960

DEMAND05.57

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*

*NMLS # 1852*

HELPING HOMEOWNERS IS WHAT WE DO!™
WWW.OCWEN.COM

OCWEN

Your mortgage payments are past due, which puts you in default of your loan agreement. ... of September 07, 2013, you owe the following:

| | |
|---|---|
| Principal Balance Past Due | $ 1,545.08 |
| Interest Arrearage | $ 0.00 |
| Escrow | $ 469.22 |
| Late Charges | $ 115.99 |
| Insufficient Funds Charges | $ 0.00 |
| Fees / Expenses | $ 0.00 |
| Suspense Balance /CREDIT | $106.84 |
| Interest Reserve Balance (CREDIT) | $ 0.00 |
| TOTAL DUE | $ 2,237.03 |

On or before October 07, 2013, you must submit payment by Money Gram, Bank Check, Money Order or Certified Funds for the entire total due amount stated above to the appropriate address listed at the bottom of page two of this notice. Any payment(s) that become due in the interim must also be paid in full.

Failure to bring your account current may result in our election to exercise our right to foreclose on your property. Upon acceleration, your total obligation will be immediately due and payable without further demand. In foreclosure proceedings, we are entitled to collect your total arrearage in addition to any expenses of foreclosure, including but not limited to reasonable attorney's fees and costs. If your loan has already been accelerated and foreclosure proceedings already begun, we will continue the foreclosure action (if possible). You have the right to assert in court the non-existence of a default or any other defense to acceleration and foreclosure.

OCWEN will work with bankruptcy lawyers, foreclosure defense lawyers, housing counselors, and other authorized representatives of our customers. However, we will only release information once your written authorization has been obtained, as required by law.

After acceleration of the debt, but prior to foreclosure, you may have the right to reinstate the mortgage loan, depending on the terms of the note and mortgage. We encourage you to review the provisions of the note and mortgage. Please be aware that, after acceleration of the debt, there may be expenses and attorney's fees and costs incurred by OCWEN to enforce the mortgage in addition to the overdue amount on the mortgage. Any payment to reinstate the mortgage loan after acceleration must therefore include an amount sufficient to cover such expenses and fees incurred. Payments received that are less than the amount required to reinstate the mortgage loan will be returned, and will not stop any foreclosure proceedings that have begun. **PRIOR TO SUBMITTING PAYMENT, YOU MAY WISH TO CALL US TO VERIFY THE EXACT AMOUNT DUE.**

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*

DEMAND05.55

*NMLS # 1852*

HELPING HOMEOWNERS IS WHAT WE DO!™
WWW.OCWEN.COM

September 21, 2013

VIA Certified Mail (return receipt requested)
Certified Number 7196 9006 9296 9286 1428
Reference Code: 1307

Glenda R. Murphy
9965 MCKINLEY ST
RANCHO CUCAMONGA, CA 91730-4600

*9 - 1 - 13*
*NOD*

Loan Number:      71402111960
Property Address:  9965 Mckinley St ;
                    Rancho Cucamonga, CA 91730-0000

**NOTICE OF DEFAULT**

**AVISO IMPORTANTE PARA PERSONAS DE HABLA HISPANA:**
Esta notificación es de suma importancia.  Puede afectar su derecho a continuar viviendo en su casa.  Si no entiende su contenido, obtenga una traducción inmediatamente o contáctenos ya que tenemos representantes que hablan español están disponibles para asistir.

Dear Borrower(s):

## SPECIAL NOTICE IN THE EVENT YOU HAVE FILED BANKRUPTCY

If you have received a Chapter 7 discharge under the Bankruptcy Code of the United States or your mortgage is the type which has been discharged pursuant to a completed Chapter 13 plan, this notice is not intended and does not constitute an attempt to collect a debt against you personally.  If the foregoing applies to you, this notice is sent to you only as a preliminary step to a foreclosure on the mortgage against the above-referenced property.  Provisions may be contained within your mortgage/deed of trust that require notice prior to foreclosure. As such, this is not an attempt to assert that you have any personal liability for this debt.

In addition, if you have recently filed a petition under the Bankruptcy Code, this notice has been sent to you because OCWEN has not been notified of your bankruptcy case. If the foregoing applies to you, it is **IMPORTANT** that you or your bankruptcy attorney contact us immediately and provide us with the following information: date and jurisdiction of your filing, your case number and the bankruptcy chapter number under which you have filed.

If you have not recently filed bankruptcy or received a bankruptcy discharge, you are hereby notified that this letter is an attempt to collect a debt.  All information obtained will be used for that purpose.  The debt is owed to OCWEN as the owner or servicer of your home loan and mortgage.

Unless you dispute the validity of the debt, or any portion thereof, within thirty (30) days after receipt of this letter, the debt will be assumed to be valid by OCWEN. If you notify OCWEN in writing within thirty (30) days that the debt or a portion of the debt is disputed, OCWEN will send you verification of the debt.  If you would like to obtain such verification, direct your request in writing to the Loan Resolution Consultant within thirty (30) days.  The failure to dispute the validity of the debt may not be construed by any court as an admission of liability by you.

*758*
*195*

**DEMAND05.55**

1257960

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*

NMLS # 1852



**Ocwen Loan Servicing, LLC**
www.ocwen.com

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

## IMPORTANT NOTICES

Other amounts due calculations: The total of other amounts outstanding and due includes expenses we have incurred in connection with the mortgage obligations. These expenses include attorney fees and costs, property preservation expenses, inspections and other expenses.

Pending additional fees/costs: If the account is or was recently past due, additional fees and costs may have already been incurred but not yet billed to the account. These fees and expenses, if any, will be billed to the account once they are verified and paid by Ocwen.

Certified funds required... as Wire Transfer, Cashier's Check, Certified Bank Check, Title Company Check, Money Order, Attorney's Escrow Check, MoneyGram or Western Union. All other forms of payment will be returned and the reinstatement amount will not be accepted.

## CONVENIENT PAYMENT OPTIONS

**Bank:** Wells Fargo Bank, NA
**ABA:**
**Account Number:** 4024873852
**Account Name:** Ocwen Loan Servicing, LLC
**Reference:** Ocwen Loan # 7140257960, Property Address and Borrower's Name
**Email:** Wire details to Transferfunds@ocwen.com

**By Mail**

Regular Payments
Ocwen Loan Servicing, LLC
P.O. Box 6264
Dallas, TX 75266-264

Express Payments
Ocwen Loan Servicing, LLC
Box # 660264
1010 W. Mockingbird Lane, Suite 100
Dallas, TX 75247

*All checks/money orders should be made payable to: Ocwen Loan Servicing, LLC. The mortgage account number, borrower's name and property address should be included on the front of any check or money order.

**Western Union Quick Collect**
Code City: OCWEN
State: Florida
Reference: Ocwen Loan Number # 7140257960
Agent Locator: 800.225.5227

**MoneyGram**
Receiver Code: 2355
Payable to: Ocwen Loan Servicing, LLC
City, State: Orlando Florida
Reference: Ocwen Loan Number # 7140257960
Agent locator: 800.926.9400

**Western Union and MoneyGram may charge a fee for this service. Contact Western Union or MoneyGram for any payment or transaction limitations.

NMLS # 1852

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.

REINSTE

2012 Payledge payments

12-24-09        1000 —
12-18-09        1062
                2062 SUB
11/09/09 —      1062
                3124 SUB
10-06-09        1081
                4965
                1197
9-8-09          5402 -SUB
                1051
9/9/09          6453 SUB
9/7/09    wamu becomes chase
                6553 SUB
8-10-09         1081
                7534 SUB
7-16-09         1081
                8615 SUB
6-22-09         1089
                9804 SUB
5-26-09         1200
                11,084.00
4-20-09         1098
                12,102. 00
3-10-09         1181
                13,283.00 SUB
3-4-09          1064
                14,347.00 SUB
2-24-09         1295
                15,642.00
                1085.
1-5-09          16,727.00

Total of
16 payment

paid 4 extra
Payment

totally
16.727.00

12 months
annually
payment equals
12,000.00
300

2014 AHM
acct 31408362        leave to amend

loan # 7140257960

2014 Ocwen Payment Ledger

12-9-14 chase online pd 1008.00 prem acct

11-17-14 pd 1008.00 chase prem plus acct

10-17-14 pd 1008.00 prem plus acct

9-16-14 pd 1008. prem plus Acct. Cancelled pay.

X2 pay  9-14-14 pd AHMSI 1005.17 pd W-Chase prem acct

X2 pay  8-5-14 pd 1008.00 Chase prem acct.

8-1-14 pd 1008.00 Chase bus. acct.

7-24-14 pd 1008.00 cashier ck # 116617885  void

⑦-31-14 pd 1008- bus acct.

X2 pay  ⑥ 6-12-14 pd 1007.15

⑥-24-14 pd -

⑤-16-14 pd pd 1007.15

4-7-14 pd 1008.00 chase prem acct.

③-03-14 pd 1020.20

② 3-21-14 pd 1008.00 pd chase premier

pay  2-26-14 pd 1008.00 CC CK # 1523,39 558 ✓

2-19-14 pd 1008.00 pd chase premier ✓

① -8-14 pd 1008.00 -

⑯  361

2011 Pay off

AHMSI - Loan # 31408362

12-9-14 — 1008
11-17-14 — 1008
2016 Sub
1008
16-17-14 3014 SuB
1008
9-16-14 4030 Sub
9-14-14
1005
50 37 sub
8-5-14 1008
60 45 SuB
8-1-14 1008
7053.00 sub
7-24-14 1008
8061 Sub
7-31-14 1008
9069 Sub
6--12-14 9069
1007
10,076.00
6-24-14 10,076.00
5-16-14 11,067
11,083.00
4-7-14 1,008
12,091.00 Sub
1,020
3-3-14 13,101.00

3-3-14 SubB
(13,1101.01)

13,1191.01
3-21-14 1,008
14,109.01
2-26-14 1008
15,017.00
1,008
2-19-14 16,025.00
1,008
1-8-14 17,033.00

$17,033.00
(paid 2014)

Regular
Annual
pay
$12,000.00

Extra 5033
pymts Paid too

302



*owen*
*2014*

*Sept 2014*
*paid 2 payments in aug*
*2014, one payment goes*
*toward sept 2014*

Payee/Recipient Activity

| Send On Deliver By | Status | Amount | Paid With | Pay From |
|---|---|---|---|---|
| 07/17/2015 09/20/2015 | Paid | $1,008.00 | Bill Pay | BUSINESS CLASSIC (...6043) |
| 06/12/2015 06/15/2015 | Paid | $1,008.00 | Bill Pay | PREMIER PLUS CKG (...3580) |
| 02/06/2015 02/09/2015 | Paid | $1,008.00 | Bill Pay | CHASE PREMIER (...6327) |
| 01/20/2015 01/21/2015 | Paid | $1,008.00 | Bill Pay | PREMIER PLUS CKG (...3580) |
| 12/09/2014 12/10/2014 | Paid | $1,008.00 | Bill Pay | CHASE PREMIER (...6327) |
| 11/17/2014 11/18/2014 | Paid | $1,008.00 | Bill Pay | PREMIER PLUS CKG (...3580) |
| 10/17/2014 10/20/2014 | Paid | $1,008.00 | Bill Pay | PREMIER PLUS CKG (...3580) |
| 09/16/2014 | Canceled | $1,008.00 | Bill Pay | PREMIER PLUS CKG (...3580) |
| 08/05/2014 08/06/2014 | Paid | $1,008.00 | Bill Pay | CHASE PREMIER (...6327) |
| 08/01/2014 08/04/2014 | Paid | $1,008.00 | Bill Pay | BUSINESS CLASSIC (...6043) |

*Pays for Sept.*

*paid twice*
*august 2014*
*payment pays for*
*Sept 2014*
*Electronic*
*8-1-14 - 1008*
*pg1-of4*

*uly - 31.14 - 1008.p   (2014)*

Chase Bank, N.A. Member FDIC

*Aug 5*
*jul 7-2014 1008 - p*
*arch 21.14 - 1008 p*
*-29, 2014 1008 - PP*
*nt 9-2014 - 1008.60 prem act*

*148    303*

ments.chase.com/PnT/PayeeRecentActivity/MerchantPayeeActivity/637326447

# CHASE ◯

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

January 01, 2014 through January 31, 2014
Account Number:  **000000866176043**

---

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00401016 DRE 703 210 03214 NNNNYNYNNNN  1 000000000 61 0000

GLENDA R MURPHY
DBA MURPHY FAMILY DAY CARE
PO BOX 402
RCH CUCAMONGA CA 91739-402

---

## We will update your Deposit Account Agreement

Effective March 23, 2014, we will be updating your agreement, including:

- How we determine the exchange rate that we use for foreign-currency transactions. See the "Transactions in a Foreign Currency" section.

- How we handle demands for payment by another Chase customer whose item you cashed or deposited with us. See "Our right to charge back deposited or cashed checks."

- That we use the description of Returned Item fee if we decide to pay an item after we initially decide to return it. See "Insufficient funds, Returned Item, and Extended Overdraft fees."

- Why we may block or delay transactions or restrict an account to protect you or us or to comply with legal requirements. See "Restricting your account; blocking or delaying transactions."

All other terms and conditions remain the same. For a copy of your agreement, log on to chase.com or visit a branch. If you have questions, please call us at the telephone number listed on this statement or visit your nearest Chase branch.

---

## CHECKING SUMMARY | Chase BusinessClassic

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **-$11.99** |
| Deposits and Additions | 12 | 6,310.69 |
| Checks Paid | 1 | - 284.71 |
| ATM & Debit Card Withdrawals | 23 | - 958.16 |
| Electronic Withdrawals | 4 | - 510.00 |
| Fees and Other Withdrawals | 2 | - 1,035.00 |
| **Ending Balance** | **42** | **$3,510.83** |

*— berify*

Your monthly service fee was waived because you had at least 5 debit card purchases during the statement period.

---

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/03 | Service Fee Reversal | $12.00 |
| 01/03 | Service Fee Reversal | 12.00 |
| 01/03 | Deposit      578301526 | 400.00 |
| 01/10 | Deposit      563549692 | 981.01 |
| 01/10 | Online Transfer From Chk ...3580 Transaction#: 3687650881 | 79.00 |



Page 1 of 6

*364*



November 27, 2014 through December 23, 2014
Primary Account: 000000896266327

*12-9-14*

## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| 12/09 | 12/09 Online Payment 4315711131 To Cucamonga Valley CA Water | - 125.00 | 2,455.23 |
| 12/09 | 12/09 Online Payment 4315711135 To George Bowman | - 105.00 | 2,350.23 |
| 12/09 | 12/09 Online Payment 4315711134 To AT&T Mobility | - 80.25 | 2,269.98 |
| 12/09 | 12/09 Online Payment 4315711133 To Chris T Shitibata Dds | - 25.00 | 2,244.98 |
| 12/09 | 12/09 Online Payment 4315711139 To Ocwen Loan Servicing LLC | - 1,008.00 | 1,236.98 |
| 12/09 | 12/09 Online Payment 4315711136 To Health Net | - 173.29 | 1,063.69 |
| 12/09 | 12/09 Online Payment 4315711141 To Cucamonga Valley CA Water | - 125.00 | 938.69 |
| 12/09 | 12/09 Online Payment 4315711140 To American General Life Companys | - 106.00 | 832.69 |
| 12/09 | 12/09 Online Payment 4315711137 To J.M.Pool Service | - 100.00 | 732.69 |
| 12/09 | 12/09 Online Payment 4315711143 To John Logan | - 219.00 | 513.69 |
| 12/09 | 12/09 Online Payment 4315711144 To Atty.Edward Hess Jr | - 135.00 | 378.69 |
| 12/09 | 12/09 Online Transfer To Chk ...7254 Transaction#: 4316528190 | - 60.00 | 318.69 |
| 12/10 | Card Purchase With Pin  12/10 Arco Paypoint Rancho Cucamo CA Card 1489 | - 39.60 | 279.09 |
| 12/11 | Deposit      1433956506 | 2,697.33 | 2,976.42 |
| 12/11 | Card Purchase       12/09 Mountain Mikes Pizza Rancho Cucamo CA Card 1489 | - 20.51 | 2,955.91 |
| 12/11 | Card Purchase With Pin  12/11 99-Cents-Only # 9640 Rancho Cucamo CA Card 1489 | - 31.12 | 2,924.79 |
| 12/12 | Card Purchase       12/10 Mountain Mikes Pizza Rancho Cucamo CA Card 1489 | - 22.67 | 2,902.12 |
| 12/12 | Card Purchase       12/10 Mountain Mikes Pizza Rancho Cucamo CA Card 1489 | - 3.00 | 2,899.12 |
| 12/12 | Card Purchase       12/11 76 10027720 Rancho Cucamo CA Card 1489 | - 25.22 | 2,873.90 |
| 12/12 | Card Purchase       12/11 Wal-Mart #5691 Upland CA Card 1489 | - 67.60 | 2,806.30 |
| 12/15 | 12/15 Withdrawal | - 2,438.61 | 367.69 |
| 12/15 | 12/15 Telephone Transfer To Chk Xxxxxx0533 | - 60.00 | 307.69 |
| 12/15 | Card Purchase With Pin  12/15 Costco Whse #0678 Rancho Cucamo CA Card 1489 | - 102.79 | 204.90 |
| 12/15 | 12/15 Online Payment 4328314672 To J.M.Pool Service | - 80.00 | 124.90 |
| 12/16 | Card Purchase       12/15 Wendy's 8610 Fontana CA Card 1489 | - 6.13 | 118.77 |
| 12/17 | Card Purchase With Pin  12/17 Dollartree 1387 E Foot Upland CA Card 1489 | - 2.13 | 116.64 |
| 12/18 | 12/17 Online Payment 4332670113 To Mapfre Insurance | - 116.00 | 0.64 |
| 12/23 | Interest Payment | 0.01 | 0.65 |
| | **Ending Balance** | | **$0.65** |

305

Dec 2014

| Date | Status | Amount | | Account |
|---|---|---|---|---|
| 12/09/2014 12/10/2014 | Paid | $1,008.00 | Bill Pay | CHASE PREMIER (...6327) |
| 11/17/2014 11/18/2014 | Paid | $1,008.00 | Bill Pay | PREMIER PLUS CKG (...3580) |
| 10/17/2014 10/20/2014 | Paid | $1,008.00 | Bill Pay | PREMIER PLUS CKG (...3580) |
| 09/16/2014 --/--/---- | Canceled | $1,008.00 | Bill Pay | PREMIER PLUS CKG (...3580) |
| 08/05/2014 08/06/2014 | Paid | $1,008.00 | Bill Pay | CHASE PREMIER (...6327) |
| 08/01/2014 08/04/2014 | Paid | $1,008.00 | Bill Pay | BUSINESS CLASSIC (...6043) |

16 payments paid
within 10 mos
must ck

1008.00
10-02-15 pd 1001.00
10-26-15 pd 1001.00

(15) 306

JPMorgan Chase Bank, N.A., Member FDIC
Equal Opportunity Lender


**CHASE**

## Pay Bills

☑ You've successfully scheduled this payment.

| Payee | Pay From | Send On | Deliver By | Amount | Status<br>Transaction No. |
|---|---|---|---|---|---|
| **ocwen**<br>ocwen loan<br>servicing<br>llc. .7960 | PREMIER PLUS<br>CKG (...3580) | 11/17/2014 | 11/18/2014 | **$1,008.00** | Funded<br>4272908856 |

Total: **$1,008.00**

JPMorgan Chase Bank, N.A. Member FDIC
Equal Opportunity Lender

*Oct 2014* (handwritten)

| Date | Status | Amount | Type | Account |
|---|---|---|---|---|
| 12/09/2014 12/10/2014 | Paid | $1,008.00 | Bill Pay | CHASE PREMIER (...6327) |
| 11/17/2014 11/18/2014 | Paid | $1,008.00 | Bill Pay | PREMIER PLUS CKG (...3580) |
| 10/17/2014 10/20/2014 | Paid | $1,008.00 | Bill Pay | PREMIER PLUS CKG (...3580) |
| 09/16/2014 --/--/---- | Cancelled | $1,008.00 | Bill Pay | PREMIER PLUS CKG (...3580) |
| 08/05/2014 08/06/2014 | Paid | $1,008.00 | Bill Pay | CHASE PREMIER (...6327) |
| 08/01/2014 08/04/2014 | Paid | $1,008.00 | Bill Pay | BUSINESS CLASSIC (...6043) |

JPMorgan Chase Bank, N.A. Member FDIC.
Equal Opportunity Lender

*16 payments paid within 10 mos must ck* (handwritten)

*1008.00* (handwritten)

*10-02-15 pd 1009.00* (handwritten)

*10-26-15 pd 1009.60* (handwritten)

5

308

*Sept 14*

December 28, 2012

Primary Acct 9628  27

# CHECKING

Account Number: 000 000829 927

## SUMMARY

| | AMOUNT |
|---|---|
| Deposits and Additions | -3196.84 |
| ATM & Debit Card Withdrawals | 11,555.19 |
| Electronic Withdrawals | 1,015.87 |
| Fees and Other Withdrawals | -2,205.17 |
| Ending Balance | -4,748.51 |
| | -9,481.33 |

Annual Percentage Yield Earned This Period 0.01%
Interest Paid This Period $0.01
Interest Paid Year-to-Date $0.40

The monthly service fee for this account was waived as an added feature of Chase BusinessClassic account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | -4310.61 |
| 09/04 | Deposit 389374434 | | 1,14 .5 |
| 09/01 | Deposit 389374935 | | 2,38 .5 |
| 09/01 | Deposit 389743988 | | 3,20 .55 |
| 08/31 | Transfer From Chk Xxxxxx3580 | 500.00 | 2,691.35 |
| 09/01 | 09/01 Online Transfer To Chk ...6043 Transaction#: 2842478025 | -2, 00.00 | 108.44 |
| 09/04 | Deposit 389374999 | 100.00 | 59.44 |
| 09/06 | Online Transfer From Chk ...6043 Transaction#: 2851949297 | | 1,059.44 |
| 09/06 | Online Transfer To Chk ...6043 Transaction#: 285193 088 | -80.00 | 1,153.44 |
| 09/06 | Card Purchase With Pin 09/06 Ralphs 14574 Baseline Fontana CA Card 4557 | -47.23 | 953.21 |
| 09/03 | Card Purchase With Pin 09/06 Ralphs 14574 Baseline Fontana CA Card 4557 | -3.99 | 912.22 |
| 09/07 | Deposit 389913216 | | |
| 09/07 | 09/07 Withdrawal | -60.00 | 1,262.22 |
| 09/13 | Deposit 389674493 | -1,250.00 | 2.22 |
| 09/14 | Card Purchase With Pin 09/13 Food 4 Less 12879 Fo . Rancho Cuca CA Card 4557 | 1, 09.10 | 1,111.32 |
| | | 64.98 | 1,046.34 |
| 09/14 | 09/14 Online Payment 2663271590 To American Home Mortgage | | |
| 09/17 | Deposit 389854058 | -1, 05.17 | 41.17 |
| 09/19 | Card Purchase 09/19 Dell Sales & Service 866-393-9460 TX Card 4557 | 6, 09.32 | 6,350.49 |
| | | 86.19 | 6,264.30 |
| 09/19 | Card Purchase 09/19 Dell Sales & Service 866-393-9460 TX Card 4557 | 24.77 | 6,239.53 |

*premier acct*
*acct*
*6327*

*(154)*

*309*

| | Status | Amount | Type | Account |
|---|---|---|---|---|
| 12/09/2014<br>12/10/2014 | Paid | $1,008.00 | Bill Pay | CHASE PREMIER (...6327) |
| 11/17/2014<br>11/18/2014 | Paid | $1,008.00 | Bill Pay | PREMIER PLUS CKG (...3580) |
| 10/17/2014<br>10/20/2014 | Paid | $1,008.00 | Bill Pay | PREMIER PLUS CKG (...3580) |
| 09/16/2014<br>--/--/---- | Cancelled | $1,008.00 | Bill Pay | PREMIER PLUS CKG (...3580) |
| 09/05/2014 | Paid | $1,008.00 | Bill Pay | PREMIER PLUS CKG (...3580) |
| 08/06/2014 | Paid | $1,008.00 | Bill Pay | CHASE PREMIER (...6327) |
| 08/01/2014<br>08/04/2014 | Paid | $1,008.00 | Bill Pay | BUSINESS CLASSIC (...6043) |

JPMorgan Chase Bank, N.A. Member FDIC
Equal Opportunity Lender

*(handwritten annotations)*

on premier plus acct. 3580

Cancel

Sept

Sept Cancelled

16 payments paid within 10 mos
must ck

16 payments paid within 10 mos

1008.00
10-02-15 pd 1001.00

10-26-15 pd 1001.00

155
310

*(handwritten: Chase for Sept 2014  X 1)*

## Pay Bills

*(handwritten: 5th Aug 2014 Double pay 1 pay-pays for Sept 2014)*

| Payee | Pay From | Send On | Deliver By | Amount | Status Transaction No. |
|-------|----------|---------|-----------|--------|------------------------|
| ahmsi homeward mort | CHASE PREMIER (...6327) | 8/5/2014 | 8/6/2014 | $1,008.00 | |

|  |  |  | Total: | $1,008.00 | |

JPMorgan Chase Bank, N.A. Member FDIC
Equal Opportunity Lender

*(handwritten: 3/1  156)*

# CHASE ⬤

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

July 01, 2014 through July 31, 2014
Account Number:  **000000866176043**

00410733 DRE 703 210 21314 NNNNNNNNNNN  1 000000000 61 0000

GLENDA R MURPHY
DBA MURPHY FAMILY DAY CARE
PO BOX 402
RCH CUCAMONGA CA 91739-402



## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

## CHECKING SUMMARY   Chase BusinessClassic

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **-$12.00** |
| Deposits and Additions | 3 | 2,398.00 |
| ATM & Debit Card Withdrawals | 1 | - 23.70 |
| Electronic Withdrawals | 2 | - 540.00 |
| Fees and Other Withdrawals | 2 | - 812.00 |
| **Ending Balance** | **8** | **$1,010.30** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/08 | Online Transfer From Chk ...6327 Transaction#: 4022039113 | $50.00 |
| 07/15 | Online Transfer From Chk ...6327 Transaction#: 4036452123 | 1,340.00 |
| 07/31 | Deposit    579101201 | 1,008.00 |
| **Total Deposits and Additions** | | **$2,398.00** |

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/23 | Card Purchase With Pin  07/23 Food 4 Less . Rancho Cuca CA Card 1513 | $23.70 |
| **Total ATM & Debit Card Withdrawals** | | **$23.70** |

## ATM & DEBIT CARD SUMMARY

Glenda  Murphy  Card 1513

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $23.70 |

Cancelled 7-20-14

JPMorgan

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

CHASE

CASHIER'S CHECK

282111107 NEW 01/09 8810004306

1116617885 91-2 / 1221

Date 07/24/2014 Void after 7 years

Remitter: GLENDA C MURPHY

Pay To The Order Of: OCWEN LOAN SERVICING

Pay: ONE THOUSAND EIGHT DOLLARS AND 00 CENTS $** 1,008.00 **

Drawer: JPMORGAN CHASE BANK, N.A.

Senior Vice President
JPMorgan Chase Bank, N.A.
Phoenix, AZ

Memo: for 9965 McKinley principal only

Note: For information only. Comment has no effect on bank's payment.

⑈1116617885⑈ ⑆122100024⑆ 806002234⑈

| | |
|---|---|
| Posting Date: | 07/31/2014 |
| Sequence Number: | 5380736029 |
| Amount: | 1,008.00 |
| Account: | 806002234 |
| Routing Transit Number: | 12210002 |
| Check/Serial Number: | 001116617885 |
| Bank Number: | 601 |
| IRD: | 0 |
| Image type: | P |
| BOFD: | 111900057 |
| Cost Center: | 741166 |
| Teller Number: | 7 |
| Teller Sequence Number: | 145 |
| Capture Source: | BY |
| Entry Number: | 0000009023 |
| UDK: | 601140731005380736029 |

Copyright © 2010 J.P. Morgan Chase & Co. All Rights Reserved

WARNING — DO NOT CASH CHECK WITHOUT NOTING WATERMARK. HOLD TO LIGHT TO VERIFY WATERMARK. NOT USED FOR INTENDED PURPOSES

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE

DEPOSITORY BANK ENDORSEMENT

FOR INFORMATION CONCERNING THIS INSTRUMENT CONTACT: JPMORGAN CHASE BANK, N.A.

Security features on this document include a Micro-Print Endorsement Line, Watermark and Visible Fibers. Absence of these features may indicate alteration.

91151093

electronical signature on JP Chase Bank NA — VP someone authorized to sign on this said account

3/13 (158)

# CHASE 

May 24, 2014 through June 24, 2014

Primary Account: 000000896266327

The monthly service fee for this account was waived as an added feature of Chase BusinessClassic account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| | **Beginning Balance** | | **$4.42** |
| 06/06 | Deposit    1364807841 | 2,435.00 | 2,439.42 |
| 06/09 | Cbp Transfer From Checking 0533 | 435.00 | 2,874.42 |
| 06/09 | Online Transfer From Chk ...6043 Transaction#: 3966236674 | 60.00 | 2,934.42 |
| 06/09 | 06/07 Cbp Transfer To Checking 0533 | 2,435.00 | 499.42 |
| 06/09 | 06/07 Online Transfer To Chk ...6043 Transaction#: 3966188775 | - 439.00 | 60.42 |
| 06/16 | Card Purchase        06/13 Coco's - 503 Rancho Cucamo CA Card 1489 | - 16.19 | 44.23 |
| 06/16 | 06/16 Withdrawal | - 34.00 | 10.23 |
| | **Ending Balance** | | **$10.23** |

## CHASE PREMIER PLUS CHECKING

GLENDA C MURPHY                                       Account Number: 000000101373580

OR BARBARA A THOMAS

## CHECKING SUMMARY

| | AMOUNT |
|------|--------|
| **Beginning Balance** | **$56.19** |
| Deposits and Additions | 367.86 |
| ATM & Debit Card Withdrawals | - 411.84 |
| **Ending Balance** | **$12.21** |
| Annual Percentage Yield Earned This Period | 0.00% |

The monthly service fee for this account was waived as an added feature of Chase Premier Checking account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| | **Beginning Balance** | | **$56.19** |
| 05/30 | Card Purchase With Pin  05/30 Wal-Mart Store Rancho Cucamo CA Card 4737 | - 39.04 | 17.15 |
| 06/03 | Deposit    611706210 | 342.86 | 360.01 |
| 06/04 | Card Purchase With Pin  06/04 Food 4 Less 12879 Fo . Rancho Cuca CA Card 4737 | - 52.42 | 307.59 |
| 06/04 | Card Purchase With Pin  06/04 Autozone  5622 9457 Rancho Cucamo CA Card 4737 | - 11.87 | 295.72 |
| 06/05 | Card Purchase With Pin  06/05 Target T1958 Target T1 Fontana CA Card 4737 | - 32.72 | 263.00 |
| 06/05 | ATM Withdrawal        06/05 15320 Summit Ave Fontana CA Card 4737 | - 100.00 | 163.00 |

154

# CHASE ⬭

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

May 24, 2014 through June 24, 2014
Primary Account: **000000896266327**

00159607 DRE 703 219 17614 NNNNNNNNNN  1 000000000 17 0000
GLENDA C MURPHY
OR ERIC MURPHY
PO BOX 402
ETIWANDA CA 91739-0402

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Premier Checking | 000000896266327 | $4.42 | $10.23 |
| Chase Premier Plus Checking | 000000101373580 | 56.19 | 12.21 |
| **Total** | | **$60.61** | **$22.44** |

| | | | |
|---|---|---|---|
| **TOTAL ASSETS** | | **$60.61** | **$22.44** |

**All Summary Balances** shown are as of June 24, 2014 unless otherwise stated.   For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements.  Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.

## CHASE PREMIER CHECKING

GLENDA C MURPHY

OR ERIC MURPHY

Account Number: 000000896266327

## CHECKING SUMMARY

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$4.42** |
| Deposits and Additions | 2,930.00 |
| ATM & Debit Card Withdrawals | - 16.19 |
| Electronic Withdrawals | - 2,874.00 |
| Fees and Other Withdrawals | - 34.00 |
| **Ending Balance** | **$10.23** |
| | |
| Annual Percentage Yield Earned This Period | 0.00% |
| Interest Paid Year-to-Date | $0.01 |



Page 1 of 4

4-30-14

 **CHASE**

---

### Pay Bills

☑ You've successfully scheduled this payment.

| Payee | Pay From | Send On | Deliver By | Amount | Status Transaction No. |
|---|---|---|---|---|---|
| ahmsi homeward mort | CHASE PREMIER (...6327) | 4/7/2014 | 4/8/2014 | $1,008.00 | Funded 3848345041 |

| | | | Total: | $1,008.00 | |

---

JPMorgan Chase Bank, N.A. Member FDIC
Equal Opportunity Lender

0

OCEWN

9965

april's payment

1008 —

316

# CHASE ⬡

February 27, 2014 through March 25, 2014
Primary Account: 000000896266327

## TRANSACTION DETAIL (continued)

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| 03/17 | Card Purchase With Pin  03/15 Food 4 Less 12879 Fo . Rancho Cuca CA Card 1489 | - 32.28 | 164.98 |
| 03/17 | Card Purchase With Pin  03/17 Arco Paypoint Rancho Cucamo CA Card 1489 | - 22.26 | 142.72 |
| 03/18 | 03/18 Online Payment 3813534650 To Villiage Park Homeowners Assc. | - 126.00 | 16.72 |
| 03/20 | Card Purchase With Pin  03/20 Viva Bargain Center #9 Upland CA Card 1489 | - 5.89 | 10.83 |
| 03/21 | Deposit    578307299 | 1,080.67 | 1,091.50 |
| 03/21 | 03/21 Online Payment 3819527046 To Ocwen Loan Servicing LLC | - 1,008.00 | 83.50 |
| 03/24 | Deposit    578127105 | 300.00 | 383.50 |
| 03/24 | Card Purchase With Pin  03/22 The Home Depot 645 Rancho Cucamo CA Card 1489 | - 37.27 | 346.23 |
| 03/24 | Card Purchase With Pin  03/22 Target T0301 Target Ranchocucamon CA Card 1489 | - 76.01 | 270.22 |
| 03/24 | Card Purchase With Pin  03/23 The Home Depot 645 Rancho Cucamo CA Card 1489 | - 70.09 | 200.13 |
| 03/24 | Card Purchase With Pin  03/23 Lowe's #774 Rch Cucamonga CA Card 1489 | - 41.59 | 158.54 |
| 03/24 | Card Purchase With Pin  03/23 The Home Depot 645 Rancho Cucamo CA Card 1489 | - 11.84 | 146.70 |
| 03/24 | 03/23 Online Payment 3822271738 To J.M.Pool Service | - 100.00 | 46.70 |
| | **Ending Balance** | | **$46.70** |

## CHASE PREMIER PLUS CHECKING

GLENDA C MURPHY

OR BARBARA A THOMAS

Account Number: 000000101373580

## CHECKING SUMMARY

| | AMOUNT |
|---|--------|
| Beginning Balance | $7.02 |
| Ending Balance | $7.02 |
| Annual Percentage Yield Earned This Period | 0.00% |

Interest paid in 2013 for account 000000101373580 was $0.01.

The monthly service fee for this account was waived as an added feature of Chase Premier Checking account.



**CHASE** ◼

February 27, 2014 through March 25, 2014
Primary Account: **000000896266327**

Interest paid in 2013 for account 000000896266327 was $0.12.

The monthly service fee for this account was waived as an added feature of Chase BusinessClassic account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $345.94 |
| 02/27 | 02/27 Online Payment 3775018965 To Villiage Park Homeowners Assc. | - 300.00 | 45.94 |
| 02/28 | Card Purchase With Pin  02/27 The Home Depot 645 Rancho Cucamo CA Card 1489 | - 21.60 | 24.34 |
| 02/28 | Card Purchase With Pin  02/28 Ross Stores #717 Fontana CA Card 1489 | - 4.14 | 20.20 |
| 03/03 | Cbp Transfer From Checking 0533 | 1,000.00 | 1,020.20 |
| 03/05 | Card Purchase With Pin  03/05 Food 4 Less 12879 Fo . Rancho Cuca CA Card 1489 | - 46.41 | 973.79 |
| 03/06 | Card Purchase With Pin  03/06 Wal-Mart #1922 Rancho Cucam CA Card 1489 | - 49.58 | 924.21 |
| 03/06 | Card Purchase With Pin  03/06 Lowe's #1700 Fontana CA Card 1489 | - 67.59 | 856.62 |
| 03/07 | Card Purchase With Pin  03/07 Arco Paypoint Rancho Cucamo CA Card 1489 | - 35.33 | 821.29 |
| 03/10 | Card Purchase          03/07 Carl's Jr 1100200 Rancho Cucamo CA Card 1489 | - 11.64 | 809.65 |
| 03/10 | Card Purchase With Pin  03/09 USA Gasoline #68 Fontana CA Card 1489 | - 39.79 | 769.86 |
| 03/10 | 03/10 Withdrawal | - 314.86 | 455.00 |
| 03/10 | Card Purchase With Pin  03/10 Wal-Mart #1922 Rancho Cucam CA Card 1489 | - 12.61 | 442.39 |
| 03/11 | Card Purchase          03/10 Claim Jumper-Rancho Rancho Cucamo CA Card 1489 | - 19.97 | 422.42 |
| 03/11 | Card Purchase With Pin  03/11 Usps0563169552/10950 Rancho Cucamo CA Card 1489 | - 5.96 | 416.46 |
| 03/11 | Card Purchase With Pin  03/11 Food 4 Less 12879 Fo . Rancho Cuca CA Card 1489 | - 21.43 | 395.03 |
| 03/12 | Card Purchase          03/11 Pip Printing No 723 Rancho Cucamo CA Card 1489 | - 6.67 | 388.36 |
| 03/12 | Card Purchase With Pin  03/12 Wal-Mart #5691 Upland CA Card 1489 | - 6.93 | 381.43 |
| 03/13 | Card Purchase          03/11 Denny's #7709 Fontana CA Card 1489 | - 37.74 | 343.69 |
| 03/13 | Card Purchase          03/12 Little Beijing Chinese Fontana CA Card 1489 | - 14.29 | 329.40 |
| 03/13 | Card Purchase          03/12 El Pollo Loco Restau Rancho Cucamo CA Card 1489 | - 8.19 | 321.21 |
| 03/13 | Card Purchase W/Cash   03/13 Arco Paypoint Rancho Cucamo CA Card 1489  Purchase $55.34 Cash Back $20.00 | - 75.34 | 245.87 |
| 03/13 | Card Purchase With Pin  03/13 Lowe's #774 Rch Cucamonga CA Card 1489 | - 10.72 | 235.15 |
| 03/14 | Card Purchase With Pin  03/14 Wal-Mart #1922 Rancho Cucam CA Card 1489 | - 13.32 | 221.83 |
| 03/17 | Card Purchase          03/14 El Pollo Loco Restau Rancho Cucamo CA Card 1489 | - 10.44 | 211.39 |
| 03/17 | Card Purchase          03/15 Burger King #6163 Rch Cucamonga CA Card 1489 | - 7.12 | 204.27 |
| 03/17 | Card Purchase          03/15 El Pollo Loco Restau Rancho Cucamo CA Card 1489 | - 7.01 | 197.26 |

# CHASE 🟦

## Terms and Conditions (Remitter and Payee):

* Please keep this copy for your record of the transaction
* The laws of a specific state will consider these funds to be "abandoned"
  if the Cashier's Check is not cashed by a certain time
  - Please cash/deposit this Cashier's Check as soon as possible to
    prevent this from occurring
  - In most cases, the funds will be considered "abandoned"
    before the "Void After" Date
* Placing a Stop Payment on a Cashier's Check
  - Stop Payment can only be placed if the Cashier's Check
    is lost, stolen, or destroyed
  - We may not re-issue or refund the funds after the stop payment has
    been placed until 90 days after the original check was issued
* Please visit a Chase branch to report a lost, stolen, or destroyed Cashier's Check
  or for any other information about this item

FOR YOUR PROTECTION SAVE THIS COPY    **Customer Copy**

**CASHIER'S CHECK**    1523139558

02/26/2014
Void after 7 years

$** 1,008.00 **

**Remitter:**   GLENDA C MURPHY

Drawer:   **JPMORGAN CHASE BANK, N.A.**

**NON NEGOTIABLE**

**Pay To The
Order Of:**   OCWEN

Memo:
Note: For information only. Comment has no effect on bank's payment.

_26th Feb 2014_
_9965_

_pd See attached_

3/9   (164)

## JPMorgan



Posting Date: 03/05/2014

Sequence Number: 3880000662

Amount: 1,008.00

Account: 806002234

Routing Transit Number: 12210002

Check/Serial Number: 001523139558

Bank Number: 601

IRD: 0

Image type: P

BOFD: 000000000

Cost Center:

Teller Number:

Teller Sequence Number:

Capture Source: PV

Entry Number: 0000007306

UDK: 6011403050038800000662

Copyright © 2010 J.P. Morgan Chase & Co. All Rights Reserved



# CHASE

January 28, 2014 through February 26, 2014
Primary Account: 000000896266327

GLENDA C MURPHY
OR BARBARA A THOMAS

Account Number: 000000101373580

## CHECKING SUMMARY

| | AMOUNT |
|---|---|
| Beginning Balance | $33.76 |
| Deposits and Additions | 3,697.38 |
| ATM & Debit Card Withdrawals | - 47.12 |
| Electronic Withdrawals | - 1,238.00 |
| Fees and Other Withdrawals | - 2,439.00 |
| Ending Balance | $7.02 |

Annual Percentage Yield Earned This Period                 0.00%

Interest paid in 2013 for account 000000101373580 was $0.01.

The monthly service fee for this account was waived as an added feature of Chase Premier Checking account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $33.76 |
| 02/12 | Online Transfer From Chk ...6327 Transaction#: 3748085649 | 1,640.00 | 1,673.76 |
| 02/13 | Deposit     589753852 | 983.38 | 2,657.14 |
| 02/13 | 02/13 Withdrawal | - 2,439.00 | 218.14 |
| 02/14 | 02/14 Online Transfer To Chk ...6043 Transaction#: 3752259329 | - 200.00 | 18.14 |
| 02/18 | ATM Check Deposit     02/15 14518 Baseline Ave Fontana CA Card 6277 | 1,074.00 | 1,092.14 |
| 02/18 | Card Purchase     02/17 Sq *Starbucks #09509 Rancho Cucamo CA Card 6277 | - 8.90 | 1,083.24 |
| 02/18 | Card Purchase With Pin  02/17 Food 4 Less 12879 Fo . Rancho Cuca CA Card 6277 | - 2.57 | 1,080.67 |
| 02/19 | 02/19 Online Payment 3759844569 To Ocwen Loan Servicing LLC | - 1,008.00 | 72.67 |
| 02/19 | Card Purchase W/Cash   02/19 The Home Depot 645 Rancho Cucamo CA Card 6277 Purchase $5.27 Cash Back $10.00 | - 15.27 | 57.40 |
| 02/19 | Card Purchase With Pin  02/19 Food 4 Less 12879 Fo . Rancho Cuca CA Card 6277 | - 20.38 | 37.02 |
| 02/21 | 02/21 Online Transfer To Chk ...6327 Transaction#: 3765155983 | - 30.00 | 7.02 |
| | Ending Balance | | $7.02 |

321

166

Consumer Credit Report for GLENDA R. MURPHY

*apn 209 3/2/5*  *pd cut fall*

**Remarks:** CLOSED                           **File Number:** 334986977   **Date Issued:** 07/02/2014

| Rating | 09/2005 | 08/2005 | 07/2005 | 06/2005 | 05/2005 | 04/2005 | 03/2005 | 02/2005 | 01/2005 | 12/2004 | 11/2004 | 10/2004 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | X | X | X | X | X | X | X | X | X | OK | OK | OK |

| ...ng | 09/2004 | 08/2004 | 07/2004 | 06/2004 | 05/2004 | 04/2004 | 03/2004 | 02/2004 | 01/2004 | 12/2003 | 11/2003 | 10/20.. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

## GMAC MORTGAGE #65525**** (PO BOX 4622, WATERLOO, IA 50704-4622, (800) 766-4622)

**Date Opened:** 11/19/2004           **Balance:** $0                **Pay Status:** Current; Paid or Paying as Agre
**Responsibility:** Joint Account      **Date Updated:** 10/24/2006     **Terms:** $3,010 per month, paid Month
**Account Type:** Mortgage Account     **Last Payment Made:** 10/13/2006          for 360 months
**Loan Type:** CONVENTIONAL REAL ESTATE MTG   **High Balance:** $419,000   **Date Closed:** 10/24/2006
**Remarks:** ACCT INFO DISPUTED BY CONSUMR

*2006 paid*

| Rating | 09/2006 | 08/2006 | 07/2006 | 06/2006 | 05/2006 | 04/2006 | 03/2006 | 02/2006 | 01/2006 | 12/2005 | 11/2005 | 10/20.. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| Rating | 09/2005 | 08/2005 | 07/2005 | 06/2005 | 05/2005 | 04/2005 | 03/2005 | 02/2005 | 01/2005 | 12/2004 | 11/2004 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | |

## GMAC MORTGAGE #60140**** (PO BOX 4622, WATERLOO, IA 50704-4622, (800) 766-4622)

**Date Opened:** 10/10/2005           **Balance:** $0                **Pay Status:** Current; Paid or Paying as Agre
**Responsibility:** Joint Account      **Date Updated:** 10/10/2006     **Terms:** $1,715 per month, paid Month
**Account Type:** Mortgage Account     **Last Payment Made:** 09/15/2006          for 360 months
**Loan Type:** CONVENTIONAL REAL ESTATE MTG   **High Balance:** $275,000   **Date Closed:** 10/10/2006
**Mortgage Info:** Fannie Mae ID #100089200000055903 Acct #4004670871
**Remarks:** CLOSED

*2006 paid*

| Rating | 09/2006 | 08/2006 | 07/2006 | 06/2006 | 05/2006 | 04/2006 | 03/2006 | 02/2006 | 01/2006 | 12/2005 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | OK | OK | OK | OK | OK | OK | OK | OK | OK | X | | |

## GMAC MORTGAGE #65479**** (PO BOX 4622, WATERLOO, IA 50704-4622, (800) 766-4622)

**Date Opened:** 11/26/2003           **Balance:** $0                **Pay Status:** Current; Paid or Paying as Agre
**Responsibility:** Joint Account      **Date Updated:** 11/30/2004     **Terms:** $2,392 per month, paid Month
**Account Type:** Mortgage Account     **Last Payment Made:** 11/06/2004          for 360 months
**Loan Type:** CONVENTIONAL REAL ESTATE MTG   **High Balance:** $322,700   **Date Closed:** 11/30/2004
**Mortgage Info:** Fannie Mae ID #100037506547924408 Acct #1694169513
**Remarks:** CLOSED

*2004 paid*

| Rating | 10/2004 | 09/2004 | 08/2004 | 07/2004 | 06/2004 | 05/2004 | 04/2004 | 03/2004 | 02/2004 | 01/2004 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | OK | OK | OK | OK | OK | OK | OK | OK | OK | X | | |

## HOMEWARD RESIDENTIAL #3140**** (1525 S BELTLINE, COPPELL, TX 75019, (877) 304-3100)

**Date Opened:** 09/29/2006           **Balance:**                   **Pay Status:** Current; Paid or Paying as Agre
**Responsibility:** Participant on Account   **Date Updated:** 06/30/2008   **Terms:** $1,005 per month, paid Month
**Account Type:** Mortgage Account     **Last Payment Made:** 06/16/2008          for 480 months
**Loan Type:** CONVENTIONAL REAL ESTATE MTG   **High Balance:** $370,000

*2008 paid*

| Rating | 05/2008 | 04/2008 | 03/2008 | 02/2008 | 01/2008 | 12/2007 | 11/2007 | 10/2007 | 09/2007 | 08/2007 | 07/2007 | 06/20.. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | N.. |

| Rating | 05/2007 | 04/2007 | 03/2007 | 02/2007 | 01/2007 | 12/2006 | 11/2006 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | OK | N/R | OK | OK | N/R | OK | OK | | | | | |

## SPRINGLEAF FORMERLY AGF #304122201024**** (PO BOX 1359, RCH CUCAMONGA, CA 91729-1359, (909) 481-0309)

**Date Opened:** 03/18/2004           **Balance:** $0                **Pay Status:** Current; Paid or Paying as Agre
**Responsibility:** Joint Account      **Date Updated:** 10/01/2005     **Date Closed:** 12/01/2004
**Account Type:** Line of Credit Account   **Last Payment Made:** 12/02/2004   **Date Paid:** 12/02/2004
**Loan Type:** CREDIT LINE SECURED     **High Balance:** $0
**Remarks:** CLOSED

| Rating | 09/2005 | 08/2005 | 07/2005 | 06/2005 | 05/2005 | 04/2005 | 03/2005 | 02/2005 | 01/2005 | 12/2004 | 11/2004 | 10/20.. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | X | X | X | X | X | X | X | X | X | X | OK | ( |

| Rating | 09/2004 | 08/2004 | 07/2004 | 06/2004 | 05/2004 | 04/2004 | 03/2004 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | OK | OK | OK | OK | OK | OK | OK | | | | | |

## SPRINGLEAF FORMERLY AGF #405012802186**** (PO BOX 7786, RIVERSIDE, CA 92513-7786, (909) 687-4765)

**Date Opened:** 04/12/2005           **Balance:** $0                **Pay Status:** Current; Paid or Paying as Agre
**Responsibility:** Individual Account   **Date Updated:** 10/01/2005   **Terms:** $203 per month, paid Monthl
**Account Type:** Installment Account   **Last Payment Made:** 09/08/2005          60 months
**Loan Type:** SECURED BY HSHLD GDS OR OTHER   **High Balance:** $7,874   **Date Closed:** 10/01/2005
                                                                    **Date Paid:** 10/01/2005
**Remarks:** CLOSED

| Rating | 09/2005 | 08/2005 | 07/2005 | 06/2005 | 05/2005 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | X | X | X | OK | OK | | | | | | | |

*372*




**To dispute online go to: http://transunion.com/disputeonline**

April 4, 2014

To Whom It May Concern:

On October 16, 2006 my family refinanced our home through Fidelity National Title Company, Escrow Number 0007009362.  Bank of America represented my family through our account, Account Number: 2746000023, Routing Number: 122000661.  The names on the account were Glenda R Murphy and Eric M Murphy at 7069 Isle Court Rancho Cucamonga, California 91739.   According to Fidelity National Title Company, on October 24, 2006, 87,918.33 was deposited into our joint account.  Contrary to that statement, my family never saw any evidence of a deposit into our account.  Because we were unaware of the transaction, it became an oversight for Bank of America, and the money was never delivered to our account.

After several attempts to retrieve the funds, we were surprised to discover that our branch at 15092 Summit Avenue Fontana, CA 92336 had no record of the said account or account number.  We were advised that records are destroyed after five years.  However, if we owed Bank of America 89,000, the records would stand indefinitely.

We are disappointed with this oversight, therefore we are attempting to clarify and amend all mistakes made on Bank of America's behalf.  It is our request that Bank of America take another look at the Escrow documents and transfer any and all owed money including interest to our account.  We also request an explanation as to why the finances weren't transferred primarily.

We hope to resolve this matter within two weeks of the above date. If we can't resolve this matter soon, we will be forced to expose this matter and contract legal representation.  Thank you for taking the time to address this matter.  You can contact us at the following:

Eric and Glenda Murphy

7069 Isle Court
Etiwanda, CA 91739
Grcm49@yahoo.com

Sincerely,

Eric and Glenda Murphy

323

# CHASE 

**Terms and Conditions (Remitter and Payee):**

* Please keep this copy for your record of the transaction
* The laws of a specific state will consider these funds to be "abandoned"
  if the Cashier's Check is not cashed by a certain time
  - Please cash/deposit this Cashier's Check as soon as possible to
    prevent this from occurring
  - In most cases, the funds will be considered "abandoned"
    before the "Void After" Date
* Placing a Stop Payment on a Cashier's Check
  - Stop Payment can only be placed if the Cashier's Check
    is lost, stolen, or destroyed
  - We may not re-issue or refund the funds after the stop payment has
    been placed until 90 days after the original check was issued
* Please visit a Chase branch to report a lost, stolen, or destroyed Cashier's Check
  or for any other information about this item



FOR YOUR PROTECTION SAVE THIS COPY

**CASHIER'S CHECK**

Customer Copy

1523139558

02/26/2014

Void after 7 years

Remitter:    GLENDA C MURPHY

$*** 1,008.00 **

Drawer: JPMORGAN CHASE BANK, N.A.

**NON NEGOTIABLE**

Pay To The
Order Of:        OCWEN

_____

Memo:

Note: For information only. Comment has no effect on bank's payment.




**Mass.gov**

*This voids Loan*
*Receipt of payments*
*after 8/2/07*

**OFFERED BY**

## TEMPORARY ORDER TO CEASE AND DESIST
# American Home Mortgage Corp., dba American Brokers Conduit

**DATE:**

08/02/2007

**ORGANIZATION:**

Division of Banks

**DOCKET NUMBER:**

2007-022

**LOCATION:**

Melville, NY

# American Home Mortgage Corp., d/b/a American Brokers Conduit, Melville, NY – Temporary Order to Cease and Desist

# COMMONWEALTH OF MASSACHUSETTS

325



# Detailed History for Police Inc# #RC190640343 As of 5/28/2019 16:04:03

Output for: G3408

Priority:3 Type:530.5 - IDENT THEFT RPT
Location:5812 SAN SEVAINE RD, RCC btwn CLARK CT and ROSS CT

| Created: | 03/05/2019 17:15:12 | EC29 | I1531 |
| Entered: | 03/05/2019 17:18:39 | EC29 | I1531 |
| Dispatch: | 03/05/2019 17:58:31 | EC07 | A5192 |
| Enroute: | 03/05/2019 17:58:31 | EC07 | A5192 |
| Onscene: | 03/05/2019 18:16:48 | MRCP10 | G6197 |
| Control: | 03/05/2019 18:30:20 | EC07 | A5192 |
| Closed: | 03/05/2019 18:53:02 | MRCP10 | G6197 |

IC: PrimeUnit:11P23 Dispo:NAT Type:530.5 - IDENT THEFT RPT
Jur:RC Group:RC Squad Area:RC3 RptDist:RC069  ☐ Detail

| 17:15:12pst | CREATE | Location:5812 SAN SEVAINE RD, RCC Type:530.5 Inf/Name:MURPHY, GLINDA Phone:909/463-7064 Group:RC RD:RC069 TypeDesc:IDENT THEFT RPT LocDesc:btwn CLARK CT and ROSS CT Priority:3 Response:1PAT Jur:RC LocType:S RPCont:Y Urgency:None-->R Text:RP WOULD LIKE TO SPEAK TO A DEP REF A 530.5. WILL BE REGARDING A REFI AND MORTGAGE PAYMENTS. |
| 17:18:39 | ENTRY | |
| 17:18:40 | -SELECT | |
| 17:18:39 | -NPREMS | Text:(none) |
| 17:18:41 | NOMORE | |
| 17:19:07 | HOLD | |
| 17:58:31 | DISPER | 11P23 Operator:G6197 OperNames:HEENEY,JON |
| 17:58:31 | -PRIU | 11P23 |
| 17:58:35 | *ENRTE | 11P23 |
| 18:16:48 | *ONSCN | 11P23 |
| 18:29:32 | *ASSIST | 11R33 CalSgn:11P23 Location:5812 SAN SEVAINE RD, RCC Operator:FS704 OperNames:RESENDEZ,CRYSTILYN |
| 18:30:11 | *ASSIST | 11P22 CalSgn:11P23 Location:5812 SAN SEVAINE RD, RCC Operator:G6191 OperNames:DEROSE,JAMES |
| 18:30:20 | OK | 11P24 |
| 18:30:34 | PRMPT | 11R33 Text:Preempted and dispatched to call #RC190640360 |
| 18:30:40 | PRMPT | 11P22 |
| 18:53:02 | *CLEAR | 11P23 Dispo:NAT Text:RP IS IN ONGOING INCIDENT WITH FINANCE COMPANY OF HER THREE HOMES. ALL HER HOUSES ARE PAID OFF AND FINANCE COMPANIES ARE STATING SHE STILL OWES MONEY ON THEM. ADVISED SUBJECT IT WAS A CIVIL MATTER AND SHE UNDERSTOOD IT WAS. JUST REQUESTED DOCUMENTATION. SHE HAS A COURT DATE ON 3/15. SHE STATED SHE WAS HAVING A HARD TIME WITH HER LAWYERS TO TAKE AND UNDERSTAND HER CASE SO SHE IS GOING TO REPRESENT HERSELF. SHE REQUESTED A RC NUMBER FOR HER DOCUMENTATION. |
| 18:53:02 | -PRIU | 11P23 |
| 18:53:02 | -CLEAR | |
| 18:53:02 | *CLOSE | |

CONTACT INFO:

| Inf/Name | Phone | InfAdd | RPCont | Language | HBD/HS | RPArmed |
|---|---|---|---|---|---|---|
| MURPHY, GLINDA | 909/463-7064 | | Y | | | |

326 



327

**CALIF BUSINESS BUREAU** #663340**** (1711 S MOUNTAIN AV, MONROVIA, CA 91016-4017, (626) 303-1515)

| | |
|---|---|
| Placed for collection: 06/17/2012 | Balance: $0 |
| Responsibility: Individual Account | Date Updated: 09/28/2016 |
| Account Type: Open Account | Last Payment Made: 06/12/2013 |
| Loan Type: COLLECTION AGENCY/ATTORNEY | Original Amount: $219 |
| | Original Creditor: MEDICAL-SAN ANTONIO REGIONAL HOSPITAL (Medical/Health Care) |

Pay Status: ›Account Paid in Full; was a Collection‹
Date Closed: 06/12/2013    *to 2016*
Date Paid: 06/12/2013

*zero bal*

Remarks: ›PAID COLLECTION‹
Estimated month and year that this item will be removed: 11/2018

**FIN CR NETWK #93402**** (1300 W MAIN, VISALIA, CA 93277, (559) 733-7550)

| | |
|---|---|
| Placed for collection: 11/19/2014 | Balance: $165 |
| Responsibility: Individual Account | Date Updated: 10/09/2018 |
| Account Type: Open Account | Original Amount: $165 |
| Loan Type: COLLECTION AGENCY/ATTORNEY | Original Creditor: CUCAMONGA VALLEY WATER DISTRIC (Utilities) |
| | Past Due: ›$165‹ |

Pay Status: ›In Collection‹

Remarks: ›PLACED FOR COLLECTION‹
Estimated month and year that this item will be removed: 05/2021

**HOME SERVICING LLC** #863401**** (5615 CORPORATE BLVD, STE 100A, BATON ROUGE, LA 70808, (225) 935-2191)

| | |
|---|---|
| Date Opened: 01/17/2008 | Balance: $0 |
| Responsibility: Joint Account | Date Updated: 07/09/2014 |
| Account Type: Mortgage Account | Last Payment Made: 05/12/2014 |
| Loan Type: CONVENTIONAL REAL ESTATE MTG | High Balance: $863,994 |

Pay Status: ›Account 60 Days Past Due Date‹
Terms: Monthly for 420 months
Date Closed: 07/09/2014
›Maximum Delinquency of 60 days in 07/2014‹

Remarks: PURCHASED BY ANOTHER LENDER; TRANSFERRED TO ANOTHER OFFICE
Estimated month and year that this item will be removed: 05/2021

| | 06/2014 | 05/2014 | 04/2014 | 03/2014 | 02/2014 | 01/2014 | 12/2013 | 11/2013 | 10/2013 | 09/2013 | 08/2013 | 07/2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ing | OK | OK | OK | OK | OK | OK | OK | 30 | X | X | X | X |

| | 06/2014 |
|---|---|
| ing | X |

*OK = Current*    *X = unknown*

**OCWEN/HOMEWARD RESIDENTIAL TX FIDELCPI #3140**** (1525 S BELTLINE, COPPELL, TX 75019, (877) 304-3100)

| | |
|---|---|
| Date Opened: 09/29/2006 | Balance: $0 |
| Responsibility: Individual Account | Date Updated: 03/03/2013 |
| Account Type: Mortgage Account | Last Payment Made: 06/16/2008 |
| Loan Type: CONVENTIONAL REAL ESTATE MTG | High Balance: $370,000 |

*-2013 $ bal.*

Pay Status: Current; Paid or Paying as Agreed
Terms: $1,005 per month, paid Monthly for 480 months
Date Closed: 03/03/2013
›Maximum Delinquency of 120 days in 01/2012 and in 02/2013‹

Remarks: TRANSFERRED TO ANOTHER LENDER; TRANSFERRED TO ANOTHER OFFICE

| | 02/2013 | 01/2013 | 12/2012 | 11/2012 | 10/2012 | 09/2012 | 08/2012 | 07/2012 | 06/2012 | 05/2012 | 04/2012 | 03/2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| g | 120 | 120 | 120 | 120 | 120 | X | 120 | 120 | 120 | 120 | 120 | 120 |

| | 02/2012 | 01/2012 |
|---|---|---|
| g | 120 | 120 |

*120 = 120 Lates*    /    *X = unknown*

**SENECA MORTGAGE LLC #621000508**** (611 Jamison Road, Elma, NY 14059, (866) 919-5608)

| | |
|---|---|
| Date Opened: 01/15/2008 | Balance: |
| Responsibility: Joint Account | Date Updated: 06/10/2015 |
| Account Type: Mortgage Account | Last Payment Made: 04/01/2014 |
| Loan Type: CONVENTIONAL REAL ESTATE MTG | High Balance: $863,994 |

Pay Status: ›Account Included in Bankruptcy‹
Date Closed: 06/10/2015

Remarks: ›CHAPTER 7 BANKRUPTCY‹
Estimated month and year that this item will be removed: 04/2021

| | 05/2015 | 04/2015 | 03/2015 | 02/2015 | 01/2015 | 12/2014 | 11/2014 | 10/2014 |
|---|---|---|---|---|---|---|---|---|
| | X | X | X | X | X | X | X | X |

*X = unknown*

**UNITED RESOURCE SYSTEMS #D23127**** (10075 W COLFAX AVE, LAKEWOOD, CO 80215-3907, (303) 205-0152)

| | |
|---|---|
| Placed for collection: 05/03/2018 | Balance: $116 |
| Responsibility: Individual Account | Date Updated: 10/02/2018 |
| Account Type: Open Account | Original Amount: $112 |
| Loan Type: COLLECTION AGENCY/ATTORNEY | Original Creditor: MEDICAL-RANCHO PHYSICAL THERAPY (Medical/Health Care) |
| | Past Due: ›$116‹ |

Pay Status: ›In Collection‹

Remarks: ›PLACED FOR COLLECTION‹
Estimated month and year that this item will be removed: 01/2025

*388*

**CALIF BUSINESS BUREAU #66340****** (1711 S MOUNTAIN AV, MONROVIA, CA 91017, (626) 303-1515)

| | |
|---|---|
| Placed for collection: 06/17/2012 | Balance: $0 |
| Responsibility: Individual Account | Date Updated: 09/28/2016 |
| Account Type: Open Account | Last Payment Made: 06/12/2013 |
| Loan Type: COLLECTION AGENCY/ATTORNEY | Original Amount: $219 |
| | Original Creditor: MEDICAL-SAN ANTONIO REGIONAL HOSPITAL (Medical/Health Care) |

Pay Status: ›Account Paid in Full; was a Collection‹
Date Closed: 06/12/2013  *to 2016*
Date Paid: 06/12/2013

*zero bal*

Remarks: ›PAID COLLECTION‹
Estimated month and year that this item will be removed: 11/2018

**FIN CR NETWK #93402**** ( 1300 W MAIN, VISALIA, CA 93277, (559) 733-7550 )

| | |
|---|---|
| Placed for collection: 11/19/2014 | Balance: $165 |
| Responsibility: Individual Account | Date Updated: 10/09/2018 |
| Account Type: Open Account | Original Amount: $165 |
| Loan Type: COLLECTION AGENCY/ATTORNEY | Original Creditor: CUCAMONGA VALLEY WATER DISTRIC (Utilities) |
| | Past Due: ›$165‹ |

Pay Status: ›In Collection‹

Remarks: ›PLACED FOR COLLECTION‹
Estimated month and year that this item will be removed: 05/2021

**HOME SERVICING LLC #863401****** ( 5615 CORPORATE BLVD, STE 600A, BATON ROUGE, LA 70808, (225) 935-2191 )

| | |
|---|---|
| Date Opened: 01/17/2008 | Balance: $0 |
| Responsibility: Joint Account | Date Updated: 07/09/2014 |
| Account Type: Mortgage Account | Last Payment Made: 05/12/2014  *2014* |
| Loan Type: CONVENTIONAL REAL ESTATE MTG | High Balance: $863,994 |

Pay Status: ›Account 60 Days Past Due Date‹
Terms: Monthly for 420 months
Date Closed: 07/09/2014
›Maximum Delinquency of 60 days in 07/2014‹

Remarks: PURCHASED BY ANOTHER LENDER; TRANSFERRED TO ANOTHER OFFICE
Estimated month and year that this item will be removed: 05/2021

| ...ting | 06/2014 | 05/2014 | 04/2014 | 03/2014 | 02/2014 | 01/2014 | 12/2013 | 11/2013 | 10/2013 | 09/2013 | 08/2013 | 07/2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| ...ting | 06/2014 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | X | X | X | X | X | X | 30 | X | X | X | X | X |

*OK = Current*          *X = unknown*

**OCWEN/HOMEWARD RESIDENTIAL, TX FIDELCPI #3140****** ( 1525 S BELTLINE, COPPELL, TX 75019, (877) 304-3100 )

| | |
|---|---|
| ...te Opened: 09/29/2006 | Balance: $0 |
| ...sponsibility: Individual Account | Date Updated: 03/03/2013 |
| ...count Type: Mortgage Account | Last Payment Made: 06/16/2008  *- 2013* |
| ...an Type: CONVENTIONAL REAL ESTATE MTG | High Balance: $370,000  *0 bal.* |

Pay Status: Current; Paid or Paying as Agreed
Terms: $1,005 per month, paid Monthly for 480 months
Date Closed: 03/03/2013
›Maximum Delinquency of 120 days in 01/2012 and in 02/2013‹

...marks: TRANSFERRED TO ANOTHER LENDER; TRANSFERRED TO ANOTHER OFFICE

| ...ng | 02/2013 | 01/2013 | 12/2012 | 11/2012 | 10/2012 | 09/2012 | 08/2012 | 07/2012 | 06/2012 | 05/2012 | 04/2012 | 03/2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 120 | 120 | 120 | 120 | 120 | X | | | | | | 120 |

| ...ng | 02/2012 | 01/2012 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 120 | 120 | 120 | 120 | 120 | X | | 120 | 120 | 120 | 120 | 120 |

*120 = 120 Lates*  /  *X = unknown*

**NECA MORTGAGE LLC #621000508****** (611 Jamison Road, Elma, NY 14059, (866) 919-5608)

| | |
|---|---|
| ...e Opened: 01/15/2008 | Balance: |
| ...ponsibility: Joint Account | Date Updated: 06/10/2015 |
| ...ount Type: Mortgage Account | Last Payment Made: 04/01/2014 |
| ...n Type: CONVENTIONAL REAL ESTATE MTG | High Balance: $863,994 |

Pay Status: ›Account Included in Bankruptcy‹
Date Closed: 06/10/2015

...marks: ›CHAPTER 7 BANKRUPTCY‹
...mated month and year that this item will be removed: 04/2021

| ...g | 05/2015 | 04/2015 | 03/2015 | 02/2015 | 01/2015 | 12/2014 | 11/2014 | 10/2014 |
|---|---|---|---|---|---|---|---|---|
| | X | X | X | X | X | X | X | X |

*X = unknown*

**...TED RESOURCE SYSTEMS #D23127****** ( 10075 W COLFAX AVE, LAKEWOOD, CO 80215-3907, (303) 205-0152)

| | |
|---|---|
| ...ed for collection: 05/03/2018 | Balance: $116 |
| ...onsibility: Individual Account | Date Updated: 10/02/2018 |
| ...unt Type: Open Account | Original Amount: $112 |
| ...Type: COLLECTION AGENCY/ATTORNEY | Original Creditor: MEDICAL-RANCHO PHYSICAL THERAPY (Medical/Health Care) |
| | Past Due: ›$116‹ |

Pay Status: ›In Collection‹

...rks: ›PLACED FOR COLLECTION‹
...ated month and year that this item will be removed: 01/2025

*329*

To dispute online go to: http://transunion.com/disputeonline



*leave to amend*

OC Wen 2015
Payments - Loan # 7140257960

12-28-15 pd 1000  Confrom 866176043 online

11-17-15 pd 1008 Confern 4272968256

10-2-15 - pd 1001 Confirm 4917174267

10-26-15 pd 1001 pp acct

9-30-15 pd 643.37 p-acct

9-10-15 pd $1008

8-28-15 pd 1000.22 Eries acct 3580

7-17-15 pd 1008 - Bus

6-4-15 pd 1008 - Premeer acct

6-12-15 pd 1008 - pp acct

6-6-15 pd 1008 - pp acct.

5-19-15 pd 1008 - Bus. acct

4-16-15 pd 1008 - prom

3-2-15 pd 1008 -

2-6-15 - pd 1008 premeer acct

1-20-18 pd 1008 prem acct

336

(115)

# CHASE ❖

12-28-15

December 01, 2015 through December 31, 2015

Account Number: 000000866176043

**ACCOUNT # 000000866176043**

See both front and back images of cleared checks at Chase.com.  If you're not enrolled in this free service, please enroll now.

| CHASE ❖ | WITHDRAWAL/RETIRO | | |
|---|---|---|---|
| 12-28-15 | Glenda Virtor | | |

806176043  TOTAL $  20.—

006280434697 DEC 28 #0000000000 $20.00

| CHASE ❖ | WITHDRAWAL | | |
|---|---|---|---|
| 12/28/15 | Glenda Murphy | | |

806 176043  TOTAL $  1000.00

006380170441 DEC 28 #0000000000 $1,000.00

331

11-17-15

**CHASE** ◯

@ Murphy Ak — Loan# 71402579

proof of pay

Nov 2015 (17th)

October 26, 2014 through November 26, 2014
Primary Account: 00000096266327

The monthly service fee for this account was waived as an added feature of Chase Premier Checking account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| | Beginning Balance | | $0.10 |
| 11/17 | Deposit    645469082 | 989.00 | 989.10 |
| 11/17 | Online Transfer From Chk ...6327 Transaction#: 4272961217 | | |
| 11/17 | 11/17 Online Payment 4272968856 To Oowen Loan Servicing LLC | 30.00 | 1,019.10 |
| | Ending Balance | - 1,008.00 | 11.10 |
| | | | $11.10 |

337



# CHASE ⬤

*7/4 (...) ... October 2015 x2*

*Alu-yflug ...*

September 26, 2015 through October 26, 2015
Primary Account: 000000896266327

## TRANSACTION DETAIL (continued)

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| 10/02 | Card Purchase With Pin  10/02 Usps 0563160834 Rancho Cucamo CA Card 6824 | - 4.16 | 1,067.32 |
| 10/02 | 10/02 Online Payment 4917174267 To Ocwen Loan Servicing LLC | - 1,001.00 | 66.32 |
| 10/05 | ATM Check Deposit    10/04 10598 Baseline Rd Rancho Cucamo CA Card 6824 | 180.62 | 246.94 |
| 10/05 | Card Purchase    10/02 Popeyes Chicken & Bi Rancho Cucamo CA Card 6824 | - 16.50 | 230.44 |
| 10/05 | Card Purchase    10/02 Sally Beauty #1846 Ranchocucamon CA Card 6824 | - 49.12 | 181.32 |
| 10/05 | ATM Withdrawal    10/04 14518 Baseline Ave Fontana CA Card 6824 | - 20.00 | 161.32 |
| 10/05 | Card Purchase    10/04 Kfc E791 037 D Fontana CA Card 6824 | - 4.80 | 156.52 |
| 10/05 | Card Purchase With Pin  10/04 Vons   Store  1742 Fontana CA Card 6824 | - 31.28 | 125.24 |
| 10/05 | Card Purchase    10/04 Marie Callende00001164 Ontario CA Card 6824 | - 26.37 | 98.87 |
| 10/06 | Online Transfer From Chk ...6327 Transaction#: 4923297562 | 170.00 | 268.87 |
| 10/06 | 10/05 Online Payment 4923298644 To Mapfre Car Insurance | - 189.00 | 79.87 |
| 10/06 | 10/06 Online Payment 4923401381 To Richs 2ND Jewerly And Loan | - 50.00 | 29.87 |
| 10/19 | ATM Check Deposit    10/17 16879 Sierra Lakes Pkwy Fontana CA Card 6824 | 101.97 | 131.84 |
| 10/19 | ATM Check Deposit    10/17 16879 Sierra Lakes Pkwy Fontana CA Card 6824 | 17.38 | 149.22 |
| 10/19 | Online Transfer From Chk ...2981 Transaction#: 4950128595 | 100.00 | 249.22 |
| 10/19 | Card Purchase    10/17 Burger King #6163 Rch Cucamonga CA Card 6824 | - 4.29 | 244.93 |
| 10/19 | ATM Withdrawal    10/17 16879 Sierra Lakes Pkwy Fontana CA Card 6824 | - 80.00 | 164.93 |
| 10/20 | Card Purchase With Pin  10/19 Autozone  14343 Baseli Fontana CA Card 6824 | - 5.53 | 159.40 |
| 10/20 | ATM Withdrawal    10/20 14518 Baseline Ave Fontana CA Card 6824 | - 120.00 | 39.40 |
| 10/21 | ATM Check Deposit    10/21 10598 Baseline Rd Rancho Cucamo CA Card 6824 | 162.95 | 202.35 |
| 10/21 | ATM Withdrawal    10/21 10598 Baseline Rd Rancho Cucamo CA Card 6824 | - 60.00 | 142.35 |
| 10/22 | 10/21 Online Payment 4954467003 To J.M.Pool Service | - 100.00 | 42.35 |
| 10/22 | Card Purchase With Pin  10/21 Ralphs 12201 Highlan Rancho Cucamo CA Card 6824 | - 11.39 | 30.96 |
| 10/23 | ATM Cash Deposit    10/23 14518 Baseline Ave Fontana CA Card 6824 | 140.00 | 170.96 |
| 10/23 | Deposit    782304939 | 1,065.43 | 1,236.39 |
| 10/23 | 10/23 Online Payment 4959163906 To Southern California Edison | - 209.00 | 1,027.39 |
| 10/26 | Card Purchase    10/22 Denny's #7709 Fontana CA Card 6824 | - 18.70 | 1,008.69 |
| 10/26 | 10/23 Online Payment 4959414910 To Ocwen Loan Servicing LLC | - 1,001.00 | 7.69 |
| | **Ending Balance** | | **$7.69** |

*We paid Ocwen 1001.00
2nd payment paid towards
Princle paid 10-30-15*

**CHASE** ⬡

*(handwritten at top)* 7140357960  Majgar

*(handwritten upper right)* Sept 15  X / paid

---

## Pay Bills

☑ **You've successfully scheduled this payment.**

| Payee | Pay From | Send On | Deliver By | Amount | Status Transaction No. |
|-------|----------|---------|------------|--------|------------------------|
| **homeward-ahmsi** ocwen loan servicing llc...7960 | CHASE PREMIER (...6327) | 9/10/2015 | 9/11/2015 | $1,008.00 | Funded 4871135752 |

| | | | | **Total:** | **$1,008.00** |

JPMorgan Chase Bank, N.A. Member FDIC
Equal Opportunity Lender

---

*(handwritten notes)*

Ocwen's 1st Payment made Sept-10, 2015
amount paid 1008.00
paid thru chase online


Re: Glenda Murphy
Loan # 7140357960
Ocwen
APN # 209


NOTE as of 9-275 Ocwens is asking
— Reinstate fee of 3,615.00 ·

*(handwritten right)* 334

*(circled)* 119

*(circled)* 5

*[handwritten: May 19 2015]*
*[handwritten: Proof of Pay]*
*[handwritten: Loan# 7140257P16]*
*[handwritten: $1,760.00]*
*[handwritten top: Exhibit/Marketing AR]*
*[handwritten: D-5]*

# CHASE ⬡

Chase Online - Payee/Recipient Activity

## Payee/Recipient Activity

**homeward-ahmsi**

ocwen loan servicing llc

See details | Delete payee

Schedule a payment

Set up repeating payment

*[handwritten: 10-26-15]*

Search for transaction

| Send On Deliver By | Status | Amount | Paid With | Pay From |
|---|---|---|---|---|
| 10/26/2015 10/27/2015 | Funded | $1,001.00 | Bill Pay | PREMIER PLUS CKG (...3580) |
| 09/30/2015 10/01/2015 | Paid | $643.37 | Bill Pay | CHASE PREMIER (...6327) |
| 09/10/2015 09/11/2015 | Paid | $1,008.00 | Bill Pay | CHASE PREMIER (...6327) |
| 05/19/2015 05/20/2015 | Paid | $1,008.00 | Bill Pay | BUSINESS CLASSIC (...6043) |

JPMorgan Chase Bank, N.A. Member FDIC
Equal Opportunity Lender

*[handwritten: 335]*
*[handwritten, circled: 120]*

**CHASE** ○

## Pay Bills

☑ **You've successfully scheduled this payment.**

| Payee | Pay From | Send On | Deliver By | Amount | Status Transaction No. |
|---|---|---|---|---|---|
| **homeward-ahmsi** ocwen loan servicing llc...7960 | CHASE PREMIER (...6327) | 9/30/2015 | 10/1/2015 | **$643.37** | Funded 49099416684 |
| | | | **Total:** | **$643.37** | |

JPMorgan Chase Bank, N.A. Member FDIC
Equal Opportunity Lender

# CHASE ◯

July 24, 2015 through August 25, 2015
Primary Account: 000000896266327

**CHASE PREMIER CHECKING**

GLENDA C MURPHY

OR ERIC MURPHY

Account Number: 000000896266327

## CHECKING SUMMARY

| | AMOUNT |
|---|---|
| Beginning Balance | $0.53 |
| Deposits and Additions | 3,166.39 |
| ATM & Debit Card Withdrawals | - 2,124.72 |
| Electronic Withdrawals | 1,000.93 |
| Fees and Other Withdrawals | - 34.00 |
| Ending Balance | $7.27 |

| | |
|---|---|
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Earned This Period | $0.01 |
| Interest Paid Year-to-Date | $0.03 |

The monthly service fee for this account was waived as an added feature of Chase Business Classic account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $0.53 |
| 07/27 | 07/27 Cbp Transfer To Checking 0533 | | |
| 07/27 | Insufficient Funds Fee For A $100.00 Item - Details: Cbp Transfer To Checking 0533 | - 100.00 | -99.47 |
| 07/28 | Chase Quickpay Electronic Transfer 4760339280 From Julio C Liberal | - 34.00 | -133.47 |
| 07/28 | Chase Quickpay Electronic Transfer 4760332131 From Julio C Liberal | 1,425.00 | 1,291.53 |
| 07/28 | 07/27 Online Payment 4778192908 To George Bowman | 1,425.00 | 2,716.53 |
| 07/28 | Card Purchase With Pin  07/28 Shell Service Station Ontario CA Card 3724 | - 80.00 | 2,636.53 |
| 07/29 | Card Purchase With Pin  07/29 Usps 0567440401/390 San Bernardin CA Card 3724 | - 11.00 | 2,625.53 |
| 07/29 | Card Purchase With Pin  07/29 Costco Whse #0678 Rancho Cucamo CA Card 3724 | - 9.64 | 2,615.89 |
| 08/03 | Cbp Transfer From Checking 0533 | - 75.35 | 2,540.54 |
| 08/03 | Card Purchase With Pin  08/01 Food 4 Less 12879 Fo Rancho Cucamo CA Card 3724 | 100.00 | 2,640.54 |
| 08/03 | ATM Withdrawal       08/02 10598 Baseline Rd Rancho Cucamo CA Card 3724 | - 17.58 | 2,622.96 |
| 08/03 | Card Purchase With Pin  08/02 Shell Service Statio Rancho Cucamo CA Card 3724 | - 60.00 | 2,562.96 |
| 08/03 | Card Purchase       08/03 Justanswer *Lawyers 877-604-3160 CA Card 3724 | - 20.00 | 2,542.96 |
| 08/03 | Card Purchase       08/03 Justanswer *Lawyers 877-604-3160 CA Card 3724 | - 5.00 | 2,537.96 |
| 08/04 | Card Purchase Return  08/03 Justanswer *Lawyers 877-604-3160 CA Card 3724 | - 42.00 | 2,495.96 |
| 08/04 | Card Purchase Return  08/03 Justanswer *Lawyers 877-604-3160 CA Card 3724 | 42.00 | 2,537.96 |
| 08/04 | Card Purchase With Pin  08/03 Costco Gas #0678 Rancho Cucamo CA Card 3724 | 5.00 | 2,542.96 |
| | | - 40.00 | 2,502.96 |

  

**CHASE** ⬡

*July 2015*

*payment one*
*acct 714025 2960*

*Murphy E*

| Send On Deliver By ▾ | Status | Amount | Paid With | Pay From |
|---|---|---|---|---|
| 07/17/2015 07/20/2015 | Funded | $1,008.00 | Bill Pay | BUSINESS CLASSIC (...6043) |

**Status:** Funds for this payment have been withdrawn from your available balance, which has been updated to reflect the payment.

**Paid from:** BUSINESS CLASSIC (...6043)

**Memo:** *None*

**Submitted by:** GLENDA C MURPHY 07/16/2015

**Updated by:** GLENDA C MURPHY 07/16/2015

**Transaction number:** 4758043501

338

(123)

# CHASE

Chase Online - Pay Bills Confirmation

Pay Bills

*Bill Payment*

*June 12th 2015*

*Ocwen Loan # 714035716*

*MariFuzzy Glenda aer*

| Payee | Pay From | Send On | Deliver By | Amount | Status Confirmation No. |
|---|---|---|---|---|---|
| **OCWEN** | PREMIER PLUS CKG (...5360) | 6/12/2015 | 6/15/2015 | $1,000.00 | |
| | | | **Total:** | $1,000.00 | |

*339*

*124*

*10*