5/3/2018

*Payment 11.30.16*

*feb 2017*    *02-23-17*

(22 unread) - Grcm49@yahoo.com - Yahoo Mail

Find messages, documents, photos or people

Compose

← Back    ↶    ↷    →    📁 Archive    📥 Move    🗑 Delete    ⊘ Spam    ▣    ▤    ▥    ▦

⚙

| | |
|---|---|
| Inbox | 22 |
| Unread | |
| Starred | |
| Drafts | 141 |
| Sent | |
| Archive | |
| Spam | |
| Trash | |
| Less | |

Loan Payment Received                    Yahoo/Inbox

**owen** 🔍
owcen.com
correspondence@ocwen.com
🐦

| Views | Hide |
|---|---|
| 🖼 Photos | |
| Documents | |
| Travel | |
| Tutorials | |

Folders    Show

○  **correspondence@ocwen.com**    🖶    Feb 26, 2017 at 8:40 PM
   To: Grcm49@Yahoo.Com

O C W E N

February 27, 2017

Loan Number:    7140257960
Property Address: 9965 McKinley St
                 Rancho Cucamonga, CA 91730-4600

Dear Glenda R Murphy:

OCWEN received a payment on 02/23/2017 for the amount of
$1,130.92.

Sincerely,

OCWEN
P.O. Box 24737
West Palm Beach, FL 33416-4737
(Do not send correspondence or payments to the above address.)

*This communication is from a debt collector attempting to collect a
debt;any information obtained
will be used for that purpose. However, if the debt is in active bankruptcy
or has been discharged
through bankruptcy, this communication is not intended as and does not
constitute an attempt to collect a debt.*
To Unsubscribe from these notifications please click here

↶    ↶↶    →    •••

Reply, Reply All or Forward

*Ocwen Payment    Loan # 7140257960*
*Re:    APN 209 31259*
*Glenda Murphy a2*

**Subject:** Loan Payment Received

**From:** correspondence@ocwen.com (correspondence@ocwen.com)

**To:** Grcm49@Yahoo.Com;

**Date:** Monday, January 9, 2017 12:20 PM



OCWEN

January 09, 2017

Loan Number:        7140257960
Property Address: 9965 McKinley St
                             Rancho Cucamonga, CA 91730-4600

Dear Glenda R Murphy:

OCWEN received a payment on 01/06/2017 for the amount of $1,045.00.

Sincerely,

OCWEN
P.O. Box 24737
West Palm Beach, FL 33416-4737
(Do not send correspondence or payments to the above address.)

*This communication is from a debt collector attempting to collect a debt; any information obtained
will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged
through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*

*[handwritten:]* lecont recd 7 Pymt MADE In The Amt of  1131.⁰⁰  FEB 23, 2017
                        "              "           "      Y confr #  1130.92  MAR 8, 2017
                                            Y confr # 25388930

*[handwritten:]* 440 (44)

Dec 2016
Ocwen Loan # 714025
APN 209 31

Find messages, documents, photos or people

Compose

← Back Archive Move Delete Spam

Inbox 61
Unread
Starred
Drafts 143
Sent
Archive
Spam
Trash
Less

Views Hide
Photos
Documents
Travel
Coupons
Purchases
Tutorials

Folders Show

Loan Payment Received Yahoo/Inbox

**correspondence@ocwen.com** Dec 7, 2016 at 8:33 AM
To: Grcm49@Yahoo.Com

December 07, 2016

Loan Number: 7140257960
Property Address: 9965 McKinley St
Rancho Cucamonga, CA 91730-4600

Dear Glenda R Murphy:

OCWEN received a payment on 12/05/2016 for the amount of $1,005.95.

Sincerely,

OCWEN
P.O. Box 24737
West Palm Beach, FL 33416-4737
(Do not send correspondence or payments to the above address.)

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*

To Unsubscribe from these notifications please click here

**Reply, Reply All or Forward**

owen
ocwen.com
correspondence@ocwen.com

Re: Glenda
9965 Mc Ke
St
Rancho Cuca
91730

4/1

45 12





**OFFERED BY**

TEMPORARY ORDER TO CEASE AND DESIST

# American Home Mortgage Corp., dba American Brokers Conduit

**DATE:**

08/02/2007

**ORGANIZATION:**

Division of Banks

**DOCKET NUMBER:**

2007-022

**LOCATION:**

Melville, NY

# American Home Mortgage Corp., d/b/a American Brokers Conduit, Melville, NY – Temporary Order to Cease and Desist

# COMMONWEALTH OF MASSACHUSETTS

# Detailed History for Police Inc# #RC191360370 As of 5/28/2019 16:02:36

Output for: G3408

Priority:3 Type:484R - THEFT FRAUD RPT
Location:9965 MCKINLEY ST, RCC btwn CEDAR DR and OAK DR

| Created: | 05/16/2019 18:53:58 | EC25 | H7086 |
|----------|---------------------|------|-------|
| Entered: | 05/16/2019 18:57:10 | EC25 | H7086 |
| Dispatch: | 05/16/2019 20:11:33 | EC07 | C7515 |
| Enroute: | 05/16/2019 20:11:33 | EC07 | C7515 |
| Onscene: | 05/16/2019 20:35:28 | EC07 | C7515 |
| Control: | 05/16/2019 20:35:28 | EC07 | C7515 |
| Closed: | 05/16/2019 22:06:51 | MRCP26 | G6212 |

IC: PrimeUnit:11P15 Dispo:CIV Type:484R - THEFT FRAUD RPT
Jur:RC Group:RC Squad Area:RC5 RptDist:RC033  ☐ Detail

| Time | Action | Detail |
|------|--------|--------|
| 18:53:58pdt | CREATE | Location:9965 MCKINLEY ST, RCC Type:484R Inf/Name:MURPHY, GLENDA Phone:909/329-7181 Group:RC RD:RC033 TypeDesc:THEFT FRAUD RPT LocDesc:btwn CEDAR DR and OAK DR Priority:3 Response:1PAT Jur:RC LocType:S RPCont:Y |
| 18:57:10 | ENTRY | Text:RP SYS HER MORTGAGE TITLES FOR 3 OF HER PROPERTIES WERE TRANSFERD INTO A BANK NAMES WITHOUT HER KNOWING.. |
| 18:57:10 | -NPREMS | Text:(none) |
| 18:57:26 | NOMORE | |
| 19:00:17 | -SELECT | |
| 19:00:21 | HOLD | |
| 20:11:33 | DISPER | 11P15 Operator:G6212 OperNames:SECKRATER,TODD |
| 20:11:33 | -PRIU | 11P15 |
| 20:35:28 | OK | 11P15 Text:10-6 |
| 20:52:34 | *MISC | 11P15 Text:INTERVIEWING RP |
| 20:52:36 | *OK | 11P15 |
| 21:02:33 | *RFT | 11P15 Text:INQUIRY SNSMDC,MURPHY,GLENDA,,,F,05/10/1957,,,,X,X,X,,,X,,,,,,, |
| 21:03:22 | PRMPT | 11P15 Text:Preempted and dispatched to call #RC191360400 |
| 21:03:22 | -HOLD | 11P15 |
| 21:51:08 | DISPER | 11P15 Operator:G6212 OperNames:SECKRATER,TODD |
| 21:51:08 | -PRIU | 11P15 |
| 21:56:45 | *ONSCN | 11P15 |
| 22:06:51 | *CLEAR | 11P15 Dispo:CIV Text:ON 10-10-06 GLENDA WAS A VICTIM OF IDENTITY THEFT. A MULTIPLE PARCEL TRANSFER (TITLE THEFT) OCCURRED FOR THREE OF HER PROPERTIES. THE THEFT OCCURRED WITHOUT THE OWNER'S KNOWLEDGE THROUGH FORGERY. THE THREE PROPERTIES ARE 7069 ISLE CT. RCC 91739, 5812 SAN SEVANE RD. RCC 91739, AND 9965 MCKINLEY ST RCC 91730. GLENDA NEEDED DOCUMENTAION OF THIS TO SHOW THE JUDGE FOR APPROVAL OF AN EXTENTION FOR HER LAWSUIT AGAINST THE SUSPECTS. |
| 22:06:51 | -PRIU | 11P15 |
| 22:06:51 | -CLEAR | |
| 22:06:51 | *CLOSE | |

CONTACT INFO:

| Inf/Name | Phone | InfAdd | RPCont | Language | HBD/HS | RPArmed |
|----------|-------|--------|--------|----------|--------|---------|
| MURPHY, GLENDA | 909/329-7181 | | Y | | | |

413  47

# Detailed History for Police Inc# #RC190640343 As of 5/28/2019 16:04:03

Output for: G3408

Priority:3 Type:530.5 - IDENT THEFT RPT
Location:5812 SAN SEVAINE RD, RCC btwn CLARK CT and ROSS CT

| Created: | 03/05/2019 17:15:12 | EC29 | I1531 |
|----------|---------------------|------|-------|
| Entered: | 03/05/2019 17:18:39 | EC29 | I1531 |
| Dispatch: | 03/05/2019 17:58:31 | EC07 | A5192 |
| Enroute: | 03/05/2019 17:58:31 | EC07 | A5192 |
| Onscene: | 03/05/2019 18:16:48 | MRCP10 | G6197 |
| Control: | 03/05/2019 18:30:20 | EC07 | A5192 |
| Closed: | 03/05/2019 18:53:02 | MRCP10 | G6197 |

IC: PrimeUnit:11P23 Dispo:NAT Type:530.5 - IDENT THEFT RPT
Jur:RC Group:RC Squad Area:RC3 RptDist:RC069  ☐ Detail

| 17:15:12pst | CREATE | Location:5812 SAN SEVAINE RD, RCC Type:530.5 Inf/Name:MURPHY, GLINDA Phone:909/463-7064 Group:RC RD:RC069 TypeDesc:IDENT THEFT RPT LocDesc:btwn CLARK CT and ROSS CT Priority:3 Response:1PAT Jur:RC LocType:S RPCont:Y Urgency:None-->R Text:RP WOULD LIKE TO SPEAK TO A DEP REF A 530.5. WILL BE REGARDING A REFI AND MORTGAGE PAYMENTS. |
|---|---|---|
| 17:18:39 | ENTRY | |
| 17:18:40 | -SELECT | |
| 17:18:39 | -NPREMS | |
| 17:18:41 | NOMORE | Text:(none) |
| 17:19:07 | HOLD | |
| 17:58:31 | DISPER | |
| 17:58:31 | -PRIU | 11P23 Operator:G6197 OperNames:HEENEY,JON |
| 17:58:35 | *ENRTE | 11P23 |
| 18:16:48 | *ONSCN | 11P23 |
| 18:29:32 | *ASSIST | 11R33 CalSgn:11P23 Location:5812 SAN SEVAINE RD, RCC Operator:F5704 OperNames:RESENDEZ,CRYSTILYN |
| 18:30:11 | *ASSIST | 11P22 CalSgn:11P23 Location:5812 SAN SEVAINE RD, RCC Operator:G6191 OperNames:DEROSE,JAMES |
| 18:30:20 | OK | 11P23 |
| 18:30:34 | PRMPT | 11R33 Text:Preempted and dispatched to call #RC190640360 |
| 18:30:40 | PRMPT | 11P22 |
| 18:53:02 | *CLEAR | 11P23 Dispo:NAT Text:RP IS IN ONGOING INCIDENT WITH FINANCE COMPANY OF HER THREE HOMES. ALL HER HOUSES ARE PAID OFF AND FINANCE COMPANIES ARE STATING SHE STILL OWES MONEY ON THEM. ADVISED SUBJECT IT WAS A CIVIL MATTER AND SHE UNDERSTOOD IT WAS. SHE HAS A COURT DATE ON 3/15. SHE STATED SHE WAS HAVING A HARD TIME WITH HER LAWYERS TO TAKE AND UNDERSTAND HER CASE SO SHE IS GOING TO REPRESENT HERSELF. SHE REQUESTED A RC NUMBER FOR HER DOCUMENTATION. |
| 18:53:02 | -PRIU | 11P23 |
| 18:53:02 | -CLEAR | |
| 18:53:02 | *CLOSE | |

CONTACT INFO:

| Inf/Name | Phone | InfAdd | RPCont | Language | HBD/HS | RPArmed |
|----------|-------|--------|--------|----------|--------|---------|
| MURPHY, GLINDA | 909/463-7064 | | Y | | | |



Ocwen 2017
NOD Ledger

12-29-17 Payoff Quote threat
12-14-17 Payoff ~~Quote~~ Quote threat
11 11-8-17 NOD want 3976.50
10-3-17 want 5,158.50
10-2-17 NOD want 3976.50
9-5-17 threats past due
9-30-17 NOD want 3976.50
8-11-17 Keep your Home reminder

7-16-17 NOD want 3813.86
7-8-17 NOD want 3813.86
6-8-17 Loan Mod. offerr

5

4

3

2-27-
2-9-17 NOD want 3622.45

466



## OCWEN Loan Servicing, LLC
www.ocwen.com
*Helping Homeowners Is What We Do!®*

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

12/29/2017

**Account Number:** 7140257960



Glenda R Murphy
PO Box 402
Rancho Cucamonga, CA 91739-0402

**Property Address:** 9965 McKinley St, Rancho Cucamonga, CA
91730-4600

**Requestor Fax Number:** (909) 463-4766

**Borrower(s) Name:** Glenda R Murphy

### PAYOFF QUOTE
### VALID THROUGH 01/26/2018

Dear Requestor,



### Why We Are Sending This Letter

A payoff quote was requested for account number: 7140257960.

The total amount due is **$437,253.30**, which will be valid through 01/26/2018.



### What Needs To Be Done

1. **Scheduled payments should still be made on time**, until the account is paid off, to avoid late charges and payments being reported as late to the credit bureaus.
2. Refer to the following pages for a detailed breakdown of this quote and for payment instructions.
3. **Payoff funds should be sent in one of the forms of certified funds listed here:** Wire Transfer, Cashier's Check, Certified Bank Check, Title Company Check, Money Order, Attorney's Escrow Check, MoneyGram or Western Union. **Funds not remitted in one of these forms will be returned**, and the payoff will not be processed.



### What We Will Do

Upon receipt of payoff funds, we will verify all amounts due and contact the issuer of the funds in the event of any discrepancies.

After the payoff funds have been applied and the account has been reconciled, any overpayment of funds will be returned to the remitter through regular mail within 20 days of the receipt of the funds.

For **any questions regarding this payoff quote,** the Customer Care Center may be contacted at 800.746.2936, Monday through Friday 8 am to 9 pm and Saturday 8 am to 5 pm ET.

Sincerely,
Loan Servicing

Enclosure

NMLS # 1852

PAYOFFFM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. ...ever, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



**OCWEN Loan Servicing, LLC**
www.ocwen.com
*Helping Homeowners Is What We Do!®*

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

---

12/14/2017

**Account Number:** 7140257960

Glenda R Murphy

**Property Address:** 9965 McKinley St, Rancho Cucamonga, CA 91730-4600

**Requestor Fax Number:** (909) 463-4766

**Borrower(s) Name:** Glenda R Murphy

### PAYOFF QUOTE
### VALID THROUGH 01/10/2018

Dear Requestor,



**Why We Are Sending This Letter**

A payoff quote was requested for account number: 7140257960.

The total amount due is **$436,718.44,** which will be valid through 01/10/2018.



**What Needs To Be Done**

1. **Scheduled payments should still be made on time,** until the account is paid off, to avoid late charges and payments being reported as late to the credit bureaus.
2. Refer to the following pages for a detailed breakdown of this quote and for payment instructions.
3. **Payoff funds should be sent in one of the forms of certified funds listed here:** Wire Transfer, Cashier's Check, Certified Bank Check, Title Company Check, Money Order, Attorney's Escrow Check, MoneyGram or Western Union. **Funds not remitted in one of these forms will be returned,** and the payoff will not be processed.



**What We Will Do**

Upon receipt of payoff funds, we will verify all amounts due and contact the issuer of the funds in the event of any discrepancies.

After the payoff funds have been applied and the account has been reconciled, any overpayment of funds will be returned to the remitter through regular mail within 20 days of the receipt of the funds.

For **any questions regarding this payoff quote,** the Customer Care Center may be contacted at 800.746.2936, Monday through Friday 8 am to 9 pm and Saturday 8 am to 5 pm ET.

Sincerely,
Loan Servicing

Enclosure

---

NMLS # 1852

PAYOFFF

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

418



**Ocwen Loan Servicing, LLC**
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ™

1661 Worthington Road,
Suite 100
West Palm Beach, FL 33409
Toll Free: (800) 746-2936

10/03/2017

Loan Number: 7140257960

GLENDA R MURPHY
PO BOX 402
RANCHO CUCAMONGA, CA 91739-0402

<u>VIA First Class Mail</u>
<u>Tracking Number: 2324320636</u>

Property Address: 9965 MCKINLEY ST
RANCHO CUCAMONGA, CA 91730-4600

# The mortgage loan payment is past due and the property may be referred to foreclosure

Dear Customer(s),

We are writing this letter in order to provide important, time-sensitive information about the past-due mortgage loan payment because the property is close to being referred to foreclosure.

We want to provide this important information about the status of the account, discuss next steps, and about payment assistance options that may be available. **This letter should be read in its entirety.** It spells out, in legal terms, why we are moving forward with the foreclosure process.

We are required to provide notice of the following:

**Important account information**

*Please note: These amounts are subject to change. For the most current amount, please call our Customer Care Center at (800) 746-2936. We are available Monday-Friday 8:00 am-9:00 pm or Saturday 8:00 am-5:00 pm.*

As of 09/27/2017

| | |
|---|---:|
| Date of the last full payment: | 7/22/2017 |
| Date through which the account is paid: | 06/01/2017 |
| Current interest rate in effect for the loan: | 3% |
| Date interest rate may next reset or adjust: | 12/01/2017 |
| Amount of principal obligation: | $429,809.08 |
| | |
| Late fees included in reinstatement amount: | $881.11 |
| Principal and Interest: | $2,692.53 |
| Interest Arrears: | $0.00 |
| Escrow: | $718.80 |
| Insufficient Funds Charges: | $0.00 |
| Fees / Expenses: | $866.06 |
| Suspense Balance (CREDIT): | $0.00 |
| Interest Reserve Balance (CREDIT) : | $0.00 |
| | |
| **Total to reinstate the loan:** | **$5,158.50** |

---

NMLS # 1852

**14DYBKDC**



*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

2324320636

449



**Ocwen Loan Servicing, LLC**
www.ocwen.com
*Helping Homeowners Is What We Do!©*

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

Mortgage payments on the above referenced account are past due, which has caused a default under the terms of the Mortgage or Deed of Trust. As of **09/30/2017**, the following amounts are past due:

*11-08-17*

| | |
|---|---|
| Principal and Interest | $1,795.02 |
| Interest Arrearage | $0.00 |
| Escrow | $479.20 |
| Late Charges | $836.23 |
| Insufficient Funds Charges | $0.00 |
| Fees / Expenses | $866.06 |
| Suspense Balance (CREDIT) | $0.01 |
| Interest Reserve Balance (CREDIT) | $0.00 |
| **TOTAL DUE** | **$3,976.50** |

In order to cure the default, payment for the entire total amount past due plus any amount(s) that become(s) due in the interim must be received on or before **11/08/2017**, at the address listed on page four of this notice. Payment must be received via MoneyGram, bank check, money order or certified funds. Please be aware that, after acceleration of the debt, there may be expenses and attorney's fees and costs incurred by us to enforce the terms of the mortgage agreement, in addition to the overdue amount on the mortgage. Any payment to reinstate the mortgage loan after acceleration must therefore include an amount sufficient to cover such expenses and fees incurred. Payments received that are less than the amount required to reinstate the mortgage loan will be returned, and will not stop any foreclosure proceedings that have begun. **PRIOR TO SUBMITTING A PAYMENT, PLEASE CALL US TO VERIFY THE EXACT AMOUNT PAST DUE ON THE ACCOUNT.**

Failure to cure the default on or before the date specified in the notice may result in acceleration of the sums secured by this Security Instrument and sale of the Property. Upon acceleration, the total obligation will be immediately due and payable without further demand. In foreclosure proceedings, we are entitled to collect the total arrearage in addition to any expenses of foreclosure, including but not limited to reasonable attorney's fees and costs. A borrower has the right to reinstate the loan after acceleration and the right to bring a court action to assert the non-existence of a default or any other defense to acceleration and sale.

We will work with bankruptcy lawyers, foreclosure defense lawyers, housing counselors, and other authorized representatives of our customers. However, we will only release information once written authorization has been obtained, as required by law.

In addition, a HUD counseling agency may be able to provide assistance. To locate the HUD-approved counseling agency, call the HUD Housing Counseling Service at 800.569.4287 or consult HUD's website at www.HUD.gov.

**Attention Servicemembers and Dependents**: Servicemembers on "active duty" or "active service," or a spouse or dependent of such a servicemember, may be entitled to certain legal protections under the federal Servicemembers

NMLS # 1852                                                                 DEMAND05BKDCM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

Ocwen Loan Servicing, LLC
www.ocwen.com
*Helping Homeowners is What We Do!®*

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

10/02/2017

Sent Via First Class Mail
2324320514
Loan Number: 7140257960

Glenda R Murphy
PO Box 402
Rancho Cucamonga, CA 9173940402

Property Address: 9965 McKinley St
Rancho Cucamonga, CA 91730-4600

## NOTICE OF DEFAULT

### AVISO IMPORTANTE PARA PERSONAS QUE HABLAN ESPAÑOL:

Esta notificación es de suma importancia. Puede afectar su derecho a continuar viviendo en su casa. Si no entiende su contenido, obtenga una traducción inmediatamente o contáctenos ya que tenemos representantes que hablan español y están disponibles para asistir.

### SPECIAL NOTICE IN THE EVENT YOU HAVE FILED BANKRUPTCY

If you have received an Order of Discharge in a Chapter 7 case filed under the Bankruptcy Code of the United States, this notice is not intended as an attempt to collect any debt from you personally. If you have received an Order of Discharge in a Chapter 11, 12 or 13 bankruptcy case, this notice is not an attempt to collect a pre-petition debt pursuant to a completed and confirmed Bankruptcy Plan. If the foregoing applies to you, this notice is sent to you only as a preliminary step to an "In Rem" foreclosure on the mortgage against the above-referenced property. Provisions may be contained within the mortgage/deed of trust that requires notice prior to foreclosure. As such, this is not an attempt to assert that you have any personal liability for this debt contrary to any entered Bankruptcy Order of Discharge.

In addition, if you have recently filed a petition under the Bankruptcy Code, this notice has been sent to you because we have not been notified of your bankruptcy case. If the foregoing applies to you, it is **IMPORTANT** that you or your bankruptcy attorney contact us immediately and provide us with the following information: date and jurisdiction of your filing, your case number and the bankruptcy chapter number under which you have filed.

---

NMLS # 1852                                                   ,                                          DEMAND05BKDCM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

Page 1 of 4



421



*Cont'*
*10-2-07*

**Ocwen Loan Servicing, LLC**
www.ocwen.com
*Helping Homeowners Is What We Do!®*

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

Mortgage payments on the above referenced account are past due, which has caused a default under the terms of the Mortgage or Deed of Trust. As of **09/30/2017**, the following amounts are past due:

| | |
|---|---:|
| Principal and Interest | $1,795.02 |
| Interest Arrearage | $0.00 |
| Escrow | $479.20 |
| Late Charges | $836.23 |
| Insufficient Funds Charges | $0.00 |
| Fees / Expenses | $866.06 |
| Suspense Balance (CREDIT) | $0.01 |
| Interest Reserve Balance (CREDIT) | $0.00 |
| **TOTAL DUE** | **$3,976.50** |

In order to cure the default, payment for the entire total amount past due plus any amount(s) that become(s) due in the interim must be received on or before **11/08/2017**, at the address listed on page four of this notice. Payment must be received via MoneyGram, bank check, money order or certified funds. Please be aware that, after acceleration of the debt, there may be expenses and attorney's fees and costs incurred by us to enforce the terms of the mortgage agreement, in addition to the overdue amount on the mortgage. Any payment to reinstate the mortgage loan after acceleration must therefore include an amount sufficient to cover such expenses and fees incurred. Payments received that are less than the amount required to reinstate the mortgage loan will be returned, and will not stop any foreclosure proceedings that have begun. **PRIOR TO SUBMITTING A PAYMENT, PLEASE CALL US TO VERIFY THE EXACT AMOUNT PAST DUE ON THE ACCOUNT.**

Failure to cure the default on or before the date specified in the notice may result in acceleration of the sums secured by this Security Instrument and sale of the Property. Upon acceleration, the total obligation will be immediately due and payable without further demand. In foreclosure proceedings, we are entitled to collect the total arrearage in addition to any expenses of foreclosure, including but not limited to reasonable attorney's fees and costs. A borrower has the right to reinstate the loan after acceleration and the right to bring a court action to assert the non-existence of a default or any other defense to acceleration and sale.

We will work with bankruptcy lawyers, foreclosure defense lawyers, housing counselors, and other authorized representatives of our customers. However, we will only release information once written authorization has been obtained, as required by law.

In addition, a HUD counseling agency may be able to provide assistance. To locate the HUD-approved counseling agency, call the HUD Housing Counseling Service at 800.569.4287 or consult HUD's website at www.HUD.gov.

**Attention Servicemembers and Dependents:** Servicemembers on "active duty" or "active service," or a spouse or dependent of such a servicemember, may be entitled to certain legal protections under the federal Servicemembers

NMLS # 1852                                                                                                     DEMAND05BKDCM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

*422*



## Ocwen Loan Servicing, LLC
www.ocwen.com
*Helping Homeowners Is What We Do!®*

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

09/05/2017                                                          Loan Number: 7140257960



Glenda R Murphy
PO Box 402
Rancho Cucamonga, CA 91739-0402

Property Address: 9965 McKinley St
Rancho Cucamonga, CA 91730-4600

### URGENT NOTICE PER CALIFORNIA STATE LAW
ACCOUNT PAST DUE

Dear Customer(s),



### Why Are We Sending This Letter

We are required by California Law to send this notice regarding the account listed above. As of the date of this letter, we **have not yet received mortgage payments for one or more months** and the account is past due.



### What Needs To Be Done

Payment can be made using any of the methods mentioned on page 2. Mortgage assistance options can be discussed by contacting Ocwen. If a payment has already been sent, please disregard this notice.



### Important Instructions

A payment can be sent by regular or overnight mail. Payments may also be made by telephone at 888.554.6599. Our website, www.ocwencustomers.com, is also available at your convenience.

If you have questions, please contact our Customer Care Center at 888.554.6599, Monday through Friday 8 am to 9 pm ET.

Sincerely,
Loan Servicing

*Want 3976.50*

3-814-AFS66-000064 1-001-02-000-000-000-000

---

NMLS # 1852                                                          CADNR20M

communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.

*423*



P.O. BOX 4034
Sacramento, CA
95812

August 11, 2017

Glenda R Murphy
PO Box 402
Rancho Cucamonga, CA 91739-0402

Loan Number:  7140257960

Dear Homeowner:

Ocwen Loan Servicing, LLC, your mortgage servicer, is participating in a mortgage assistance program, called Keep Your Home California, which helps homeowners who are struggling with their mortgage payments.

Keep Your Home California is the state of California's **FREE** foreclosure prevention program.  This federally funded program was established by the U.S. Department of Treasury's Hardest Hit Fund to provide aid to homeowners located in states most affected by the economic and housing downturn.

To find out if you qualify for the assistance, you are encouraged to contact Keep Your Home California at 888-954-KEEP (5337).  Their counselors can help determine if you meet the basic eligibility requirements of the program.  *There is no charge; homeowners will not be asked to pay any fees to apply for or receive assistance through the program.*

We have included Keep Your Home California program information for your review. Our goal is to help you make informed decisions regarding your home loan and to support you through this process. Again, please call **888-954-KEEP (5337)** to apply or visit ***www.KeepYourHomeCalifornia.org*** for more information about these foreclosure prevention programs.

If you have questions for Ocwen Loan Servicing, LLC, please contact (800) 746-2936or visit: www.ocwencustomers.com.

Sincerely,

Keep Your Home California

www.KeepYourHomeCalifornia.org

7-10-17

**Ocwen Loan Servicing, LLC**
www.ocwen.com
*Helping Homeowners Is What We Do!®*

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

07/10/2017

Sent Via First Class Mail
2321560033
Loan Number: 7140257960

Glenda R Murphy
PO Box 402
Rancho Cucamonga, CA 91739-0402

Property Address: 9965 McKinley St
Rancho Cucamonga, CA 91730-4600

## NOTICE OF DEFAULT

### AVISO IMPORTANTE PARA PERSONAS QUE HABLAN ESPAÑOL:

Esta notificación es de suma importancia. Puede afectar su derecho a continuar viviendo en su casa. Si no entiende su contenido, obtenga una traducción inmediatamente o contáctenos ya que tenemos representantes que hablan español y están disponibles para asistir.

### SPECIAL NOTICE IN THE EVENT YOU HAVE FILED BANKRUPTCY

If you have received an Order of Discharge in a Chapter 7 case filed under the Bankruptcy Code of the United States, this notice is not intended as an attempt to collect any debt from you personally. If you have received an Order of Discharge in a Chapter 11, 12 or 13 bankruptcy case, this notice is not an attempt to collect a pre-petition debt pursuant to a completed and confirmed Bankruptcy Plan. If the foregoing applies to you, this notice is sent to you only as a preliminary step to an "In Rem" foreclosure on the mortgage against the above-referenced property. Provisions may be contained within the mortgage/deed of trust that requires notice prior to foreclosure. As such, this is not an attempt to assert that you have any personal liability for this debt contrary to any entered Bankruptcy Order of Discharge.

In addition, if you have recently filed a petition under the Bankruptcy Code, this notice has been sent to you because we have not been notified of your bankruptcy case. If the foregoing applies to you, it is **IMPORTANT** that you or your bankruptcy attorney contact us immediately and provide us with the following information: date and jurisdiction of your filing, your case number and the bankruptcy chapter number under which you have filed.

NMLS # 1852

DEMAND05BKDCM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

Page 1 of 4





**Ocwen Loan Servicing, LLC**
www.ocwen.com
*Helping Homeowners Is What We Do!®*

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

Mortgage payments on the above referenced account are past due, which has caused a default under the terms of the Mortgage or Deed of Trust. As of **07/08/2017**, the following amounts are past due:

| | |
|---|---|
| Principal and Interest | $1,795.02 |
| Interest Arrearage | $0.00 |
| Escrow | $479.20 |
| Late Charges | $791.35 |
| Insufficient Funds Charges | $0.00 |
| Fees / Expenses | $756.06 |
| Suspense Balance (CREDIT) | $7.77 |
| Interest Reserve Balance (CREDIT) | $0.00 |
| **TOTAL DUE** | **$3,813.86** |

In order to cure the default, payment for the entire total amount past due plus any amount(s) that become(s) due in the interim must be received on or before **08/16/2017**, at the address listed on page four of this notice. Payment must be received via MoneyGram, bank check, money order or certified funds. Please be aware that, after acceleration of the debt, there may be expenses and attorney's fees and costs incurred by us to enforce the terms of the mortgage agreement, in addition to the overdue amount on the mortgage. Any payment to reinstate the mortgage loan after acceleration must therefore include an amount sufficient to cover such expenses and fees incurred. Payments received that are less than the amount required to reinstate the mortgage loan will be returned, and will not stop any foreclosure proceedings that have begun. **PRIOR TO SUBMITTING A PAYMENT, PLEASE CALL US TO VERIFY THE EXACT AMOUNT PAST DUE ON THE ACCOUNT.**

Failure to cure the default on or before the date specified in the notice may result in acceleration of the sums secured by this Security Instrument and sale of the Property. Upon acceleration, the total obligation will be immediately due and payable without further demand. In foreclosure proceedings, we are entitled to collect the total arrearage in addition to any expenses of foreclosure, including but not limited to reasonable attorney's fees and costs. A borrower has the right to reinstate the loan after acceleration and the right to bring a court action to assert the non-existence of a default or any other defense to acceleration and sale.

We will work with bankruptcy lawyers, foreclosure defense lawyers, housing counselors, and other authorized representatives of our customers. However, we will only release information once written authorization has been obtained, as required by law.

In addition, a HUD counseling agency may be able to provide assistance. To locate the HUD-approved counseling agency, call the HUD Housing Counseling Service at 800.569.4287 or consult HUD's website at www.HUD.gov.

**Attention Servicemembers and Dependents**: Servicemembers on "active duty" or "active service," or a spouse or dependent of such a servicemember, may be entitled to certain legal protections under the federal Servicemembers

NMLS # 1852

DEMAND05BKDCM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



# Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ™

**We are here to help you!**
Call toll-free **(800) 746-2936**
Mon - Fri 8:00am - 9:00pm, Sat 8:00am - 5:00pm
Sun 9:00am - 9:00pm ET

_/08/2017

Loan Number: 7140257960

*6 - 817*

Glenda R Murphy
PO Box 402
Rancho Cucamonga, CA 91739-0402

Property Address: 9965 McKinley St
Rancho Cucamonga, CA 91730-4600

## THIS ACCOUNT MAY BE ELIGIBLE FOR AN AFFORDABLE LOAN MODIFICATION PROGRAM

Dear Customer(s),

**Ocwen has received notice of your Chapter 7 bankruptcy discharge. This letter is not intended and does not constitute an attempt to collect a debt against you personally. While, because of your discharge, you are no longer personally liable for the repayment of the loan regarding the home, the mortgage lien remains on the property despite the discharge.**

### Why Are We Sending This Letter

If there are financial difficulties, then **we are here to help.**
No matter what the situation, there are multiple solutions we offer to help in difficult times, including, but not limited to, the following:
1. Lump Sum Reinstatement
2. Short-term Repayment Plan
3. Modification
4. Short Sale
5. Deed-in-Lieu of Foreclosure

Please note, the options available may vary due to the requirements of the owner of the loan.

### What Needs To Be Done

The enclosed Request for Mortgage Assistance (RMA) including all the required documentation, by 07/08/2017 or contact Sujata Rodrigues toll-free at 800.746.2936.

### What We Will Do

If the account is eligible, we will look at parameters such as monthly income and housing costs, including any past due payments, and then determine a mortgage assistance program based on the situation.

**For any questions,** please contact Sujata Rodrigues toll-free at  800.746.2936, Monday through Friday 8 am to 9 pm, Saturday 8 am to 5 pm and Sunday 9 am to 9 pm ET.

NMLS # 1852

REGSOLBKM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an ~mpt to collect a debt from you personally.*

0-814-ADP45-0009895-010-02-000-001-000-000



# Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ™

**We are here to help you!**
Call toll-free (800) 746-2936
Mon - Fri 8:00am - 9:00pm, Sat 8:00am - 5:00pm
Sun 9:00am - 9:00pm ET

---

05/09/2017        Loan Number: 7140257960

Glenda R Murphy
PO Box 402
Rancho Cucamonga, CA 91739-0402

Property Address: 9965 McKinley St
Rancho Cucamonga, CA 91730-4600

## THIS ACCOUNT MAY BE ELIGIBLE FOR AN AFFORDABLE LOAN MODIFICATION PROGRAM

Dear Customer(s),

**Ocwen has received notice of your Chapter 7 bankruptcy discharge. This letter is not intended and does not constitute an attempt to collect a debt against you personally. While, because of your discharge, you are no longer personally liable for the repayment of the loan regarding the home, the mortgage lien remains on the property despite the discharge.**



### Why Are We Sending This Letter

If there are financial difficulties, then **we are here to help.**
No matter what the situation, there are multiple solutions we offer to help in difficult times, including, but not limited to, the following:
1. Lump Sum Reinstatement
2. Short-term Repayment Plan
3. Modification
4. Short Sale
5. Deed-in-Lieu of Foreclosure

Please note, the options available may vary due to the requirements of the owner of the loan.

### What Needs To Be Done

The enclosed Request for Mortgage Assistance (RMA) including all the required documentation, by 06/08/2017 or contact Sujata Rodrigues toll-free at 800.746.2936.

### What We Will Do

If the account is eligible, we will look at parameters such as monthly income and housing costs, including any past due payments, and then determine a mortgage assistance program based on the situation.

**For any questions,** please contact Sujata Rodrigues toll-free at 800.746.2936, Monday through Friday 8 am to 9 pm, Saturday 8 am to 5 pm and Sunday 9 am to 9 pm ET.

---

NMLS # 1852        REGSOLBKM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an ~empt to collect a debt from you personally.*

Page 1 of 3





## Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ™

We are here to help you!
Call toll-free (800) 746-2936
Mon - Fri 8:00am - 9:00pm, Sat 8:00am - 5:00pm
Sun 9:00am - 9:00pm ET

04/10/2017                                                                 Loan Number: 7140257960



Glenda R Murphy
PO Box 402
Rancho Cucamonga, CA 91739-0402

Property Address: 9965 McKinley St
Rancho Cucamonga, CA 91730-4600



### THIS ACCOUNT MAY BE ELIGIBLE FOR AN AFFORDABLE LOAN MODIFICATION PROGRAM

Dear Customer(s),

**Ocwen has received notice of your Chapter 7 bankruptcy discharge. This letter is not intended and does not constitute an attempt to collect a debt against you personally. While, because of your discharge, you are no longer personally liable for the repayment of the loan regarding the home, the mortgage lien remains on the property despite the discharge.**

**Why Are We Sending This Letter**

If there are financial difficulties, then **we are here to help.**
No matter what the situation, there are multiple solutions we offer to help in difficult times, including, but not limited to, the following:
1. Lump Sum Reinstatement
2. Short-term Repayment Plan
3. Modification
4. Short Sale
5. Deed-in-Lieu of Foreclosure
Please note, the options available may vary due to the requirements of the owner of the loan.

**What Needs To Be Done**

The enclosed Request for Mortgage Assistance (RMA) including all the required documentation, by 05/10/2017 or contact Sujata Rodrigues toll-free at 800.746.2936.

**What We Will Do**

If the account is eligible, we will look at parameters such as monthly income and housing costs, including any past due payments, and then determine a mortgage assistance program based on the situation.

**For any questions,** please contact Sujata Rodrigues toll-free at 800.746.2936, Monday through Friday 8 am to 9 pm, Saturday 8 am to 5 pm and Sunday 9 am to 9 pm ET.

NMLS # 1852                                                                        REGSOLBKM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

Page 1 of 3

429

**Ocwen Loan Servicing, LLC**
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ™

1661 Worthington Road, Suite 100
West Palm Beach, FL. 33409
Toll Free: (800) 746 - 2936

02/09/2017

Sent Via First Class Mail
2317239496
Loan Number: 7140257960

Glenda R Murphy
PO Box 402
Rancho Cucamonga, CA 91739-0402

Property Address: 9965 McKinley St
Rancho Cucamonga, CA 91730-4600

### NOTICE OF DEFAULT

### AVISO IMPORTANTE PARA PERSONAS QUE HABLAN ESPAÑOL:

Esta notificación es de suma importancia. Puede afectar su derecho a continuar viviendo en su casa. Si no entiende su contenido, obtenga una traducción inmediatamente o contáctenos ya que tenemos representantes que hablan español y están disponibles para asistir.

Dear Customer(s),

### SPECIAL NOTICE IN THE EVENT YOU HAVE FILED BANKRUPTCY

If you have received an Order of Discharge in a Chapter 7 case filed under the Bankruptcy Code of the United States, this notice is not intended as an attempt to collect any debt from you personally. If you have received an Order of Discharge in a Chapter 11, 12 or 13 bankruptcy case, this notice is not an attempt to collect a pre-petition debt pursuant to a completed and confirmed Bankruptcy Plan. If the foregoing applies to you, this notice is sent to you only as a preliminary step to an "In Rem" foreclosure on the mortgage against the above-referenced property. Provisions may be contained within the mortgage/deed of trust that requires notice prior to foreclosure. As such, this is not an attempt to assert that you have any personal liability for this debt, contrary to any entered Bankruptcy Order of Discharge.

In addition, if you have recently filed a petition under the Bankruptcy Code, this notice has been sent to you because we have not been notified of your bankruptcy case. If the foregoing applies to you, it is **IMPORTANT** that you or your bankruptcy attorney contacts us immediately and provides us with the following information: date and jurisdiction of your filing, your case number and the bankruptcy chapter number under which you have filed.

NMLS # 1852

DEMAND05BKDCM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

*I want - 3622.45*

Page 1 of 4

*430*



**Ocwen Loan Servicing, LLC**
WWW.OCWEN.COM
*Helping Homeowners is What We Do!* ™

1661 Worthington Road, Suite 100
West Palm Beach, FL. 33409
Toll Free: (800) 746 - 2936

Mortgage payments on the above referenced account are past due, which has caused a default under the terms of the Mortgage or Deed of Trust. As of **02/09/2017**, the following amounts are past due:

| | |
|---|---:|
| Principal and Interest | $1,795.02 |
| Interest Arrearage | $0.00 |
| Escrow | $466.82 |
| Late Charges | $656.71 |
| Insufficient Funds Charges | $0.00 |
| Fees / Expenses | $743.00 |
| Suspense Balance (CREDIT) | $39.10 |
| Interest Reserve Balance (CREDIT) | $0.00 |
| **TOTAL DUE** | **$3,622.45** |

On or before **03/18/2017**, payment may be remitted to us via MoneyGram, bank check, money order or certified funds for the entire total amount past due to the appropriate address listed at the bottom of page four of this notice. Any amount(s) that become due in the interim must also be received.

If the account is not brought current in a timely manner, it may result in our election to exercise our right to foreclose on the property. Upon acceleration, the total obligation will be immediately due and payable without further demand. In foreclosure proceedings, we are entitled to collect the total arrearage in addition to any expenses of foreclosure, including, but not limited to, reasonable attorney's fees and costs. If the loan has already been accelerated and foreclosure proceedings have already begun, we will continue the foreclosure action (if possible). You may have the right to assert in court the non-existence of a default or any other defense to acceleration and foreclosure.

We will work with bankruptcy lawyers, foreclosure defense lawyers, housing counselors and other authorized representatives of our customers. However, we will only release information once written authorization has been obtained, as required by law.

After acceleration of the debt, but prior to foreclosure, the mortgage loan may be reinstated depending on the terms of the note and mortgage, any payments received and/or any relevant prior court order. We encourage you to review the provisions of the note and mortgage. Please be aware that, after acceleration of the debt, there may be expenses and attorney's fees and costs incurred by us to enforce the terms of the mortgage agreement, in addition to the overdue amount on the mortgage. Any payment to reinstate the mortgage loan after acceleration must therefore include an amount sufficient to cover such expenses and fees incurred. Payments received that are less than the amount required to reinstate the mortgage loan will be returned, and will not stop any foreclosure proceedings that have begun. **PRIOR TO SUBMITTING A PAYMENT, PLEASE CALL US TO VERIFY THE EXACT AMOUNT PAST DUE ON THE ACCOUNT.**

NMLS # 1852                                                                                          DEMAND05BKDCM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



**Ocwen Loan Servicing, LLC**
www.ocwen.com
*Helping Homeowners Is What We Do!®*

OCWEN

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

**Please Note:** There are other amounts due on this mortgage account. Repayment of these amounts is not required to reinstate the mortgage at this time; however, the account obligations under the mortgage documents must still be fulfilled.

| Description | Amount |
|---|---|
| Late Charge Due | 925.99 |
| Property Valuation | 110.00 |
| Trustee Fee | 725.00 |
| Notice of Default Recording | 108.00 |
| Appt. of Substitute Trustee | 102.00 |
| Certified Mail Cost | 13.06 |
| Title Search | 1,464.00 |
| Total Other Amounts Outstanding and Due | $3,448.05 |

The Important Notices on the following pages should be read carefully.

**What We Will Do**

If the account continues to be past due, additional collection expenses, late charges and fees may continue to accrue until the account is reinstated, as permitted under state and federal law.

Nitin Sharma is the personal Relationship Manager assigned to this account and the designated contact for inquiries and the submission of documents as needed. To speak with the personal Relationship Manager, Nitin Sharma, call **800.746.2936**, enter the requested information and then select option 2, and then option 4. If Nitin Sharma is not available, the caller will be connected with another member of our Home Retention Team who will be able to answer any questions.

Sincerely,
Loan Servicing

Enclosure

*NO Date just threats*

NMLS # 1852

REINSTE

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

Page 2 of 3



**Ocwen Loan Servicing, LLC**
WWW.OCWEN.COM
*Helping Homeowners is What We Do!*

1661 Worthington Road,
Suite 100
West Palm Beach, FL 33409
Toll Free: (800) 746-2936

## Right to Foreclose

Ocwen Loan Servicing, LLC ( Ocwen ), as Servicer of the Mortgage Loan, has the right to foreclose. You signed a promissory note secured by a mortgage or deed of trust or other security instrument. Ocwen intends to initiate a foreclosure on the mortgaged property in the name of U.S. Bank National Association, as Trustee for MASTR Adjustable Rate Mortgages Trust 2007-1, Mortgage Pass-Through Certificates, Series 2007-1 ("Noteholder").

### Endorsement and Possession
The Noteholder, directly or through an agent, has possession of the promissory note and the chain of endorsement is complete.

**WHERE REQUIRED BY APPLICABLE LAW:** Noteholder is the original mortgagee or beneficiary or the assignee of the mortgage or deed of trust for the referenced loan.

NMLS # 1852

14DYBKDC

*Notice Regarding Bankruptcy: To the extent your original obligation was discharged in bankruptcy, or is subject to the automatic stay of bankruptcy under Title 11 of the United States Code, please be advised that this letter is in no way an attempt to collect from you either a pre-petition, post-petition or discharged debt. If your bankruptcy case is still active, no action will be taken in willful violation of the Automatic Stay. If you have received an Order of Discharge in a bankruptcy case, any action taken by us is for the sole purpose of protecting our lien interest in the underlying mortgaged property and is not an attempt to recover any amounts from you personally. Finally, if you are in an active Chapter 11, 12 or 13 bankruptcy case and an Order for Relief from the Automatic Stay has not been issued, you should continue to make payments in accordance with your plan. If your loan has been paid in full or already foreclosed upon, this is not an attempt to collect any additional funds from you.*

2311209134

5-23-18

Attn Katie Peasley — fax 4805536960    pg 1 of 2
Mapfre Claim # 800602170000 53
Ocwen loan # 7140257960

10-31-17  paid 127000

9-29-17  paid  $32513          > Pay Ledger of
9-25-17  paid  1182.00             2017

8-29-17  paid  897.51

7-17-17  paid  1100.00         from:

6-19-17  paid  1100.00         Glenda Murphy or
                                Claim # 800602170005

5-24-17  payd  1130.92         faxed 5-23-18

4-1-17  paid  1130.92

3-8-17  paid  1130.92

2-27-17  paid  1130.92         This is proof of
                                payments (force) sent
1-9, 17  paid  1045.00         to mapfre Insurance
                                Soo Katie Claims Rep
12-7-16  paid  1805.95         would continue to pay
                                rental replacement
                                after 12 months.
          TTL — 12.449.27        to NO Avail

P: for 2nd Insurance Claim paid Zero    437
   false claim — cep 337.15 f.
Re Quest Insurance pa...

# CHASE for BUSINESS

Printed from Chase for Business

*paid 10-31-17 - ck# 4840*
*took 2 months to post*
*payment*

## Deposit Overview

| Post date | Total deposit amount | # of checks deposited |
|---|---|---|
| Dec 11, 2017 | $1,270.00 | 1 |

## Deposit Slip

## Check



| Check # | Check amount | Account # | Routing # |
|---|---|---|---|
| 531804840 | $1,270.00 | 658533013 | 044000037 |

JPMorgan Chase Bank, N.A. Member FDIC            ©2018 JPMorgan Chase & Co.            Equal Opportunity Lender 🏠

*434*

# CHASE ⬤

*80060217000053  Pg2*
*G Murphy (a)*
*Oct - 2017*

## NOTE TO PAYEE

Thursday, November 30, 20...

**GLENDA R MURPHY**
sent you a payment using the Chase.com online service.
Please review these details:

**Payment amount:** $1270.00
**Check number:** 531804840
**Payment sent by Chase on:** 10/31/2017 -
**Expected arrival date:** (11/07/2017)
As a courtesy to this customer, please note the date the payment was sent and the expected arrival date. If you
received the payment after the expected arrival date, the delay may be due to factors beyond our customer's
control (e.g., mail processing if the payment was sent by U.S. Mail).

## Customer Information

| | |
|---|---|
| **Customer name** | GLENDA R MURPHY |
| **Address (line 1)** | PO BOX 402 |
| **Address (line 2)** | |
| **City** | RCH CUCAMONGA |
| **State** | CA |
| **ZIP code** | 91739 |

## Transaction information

| | |
|---|---|
| **Payee name** | OCWEN LOAN SERVICING |
| **Payee account number** | 7140257960 |
| **Payment amount** | 1270.0000 |
| **Send On date** | 10/31/2017 |
| **Expected arrival date** | 11/07/2017 |
| **Check number** | 531804840 |

## Originator Information

| | |
|---|---|
| **Originator name** | MMS |
| **Transaction ID** | 6629671452 |

*435*

This proof of payment is evidence that the customer has initiated the payment described above
© 2009 JPMorgan Chase & Co.

# CHASE ⬙

*gnt 10-31-17*

Thursday, November 30, 2017

## NOTE TO PAYEE

GLENDA R MURPHY
sent you a payment using the Chase.com online service.
Please review these details:

**Payment amount:** $1270.00
**Check number:** 531804840
**Payment sent by Chase on:** 10/31/2017
**Expected arrival date:** 11/07/2017

As a courtesy to this customer, please note the date the payment was sent and the expected arrival date. If you received the payment after the expected arrival date, the delay may be due to factors beyond our customer's control (e.g., mail processing if the payment was sent by U.S. Mail).

## PROOF OF PAYMENT

### Customer Information

| | |
|---|---|
| **Customer name** | GLENDA R MURPHY |
| **Address (line 1)** | PO BOX 402 |
| **Address (line 2)** | |
| **City** | RCH CUCAMONGA |
| **State** | CA |
| **ZIP code** | 91739 |

### Transaction Information

| | |
|---|---|
| **Payee name** | OCWEN LOAN SERVICING |
| **Payee account number** | 7140257960 |
| **Payment amount** | 1270.0000 |
| **Send On date** | 10/31/2017 |
| **Expected arrival date** | 11/07/2017 |
| **Check number** | 531804840 |

### Originator Information

| | |
|---|---|
| **Originator name** | MMS |
| **Transaction ID** | 6629671452 |

*436*

This proof of payment is evidence that the customer has initiated the payment described above
© 2009 JPMorgan Chase & Co.

2/4/2018                                    Deposit Details - chase.com

# CHASE for BUSINESS

Printed from Chase for Business

*A PN*
*0709 312 590000*

*paid 10-31-17 - ck# 4840*
*took 2 months to post*
*payment*

## Deposit Overview

| Post date | Total deposit amount | # of checks deposited |
|---|---|---|
| Dec 11, 2017 | $1,270.00 | 1 |

## Deposit Slip

## Check

---

**CHASE**

Apply to Acct 7140257960                                    **531804840**
                                                             25-3/440
CHASE ONLINE BILL PAYMENT        GLENDA R MURPHY             **10-31-2017**
PO BOX 15944                     PO BOX 402
WILMINGTON DE 19850-594          RCH CUCAMONGA CA 91739-0402
(800) 472-8296
                                 october 1817

                                                             384529002300100683000300000000

Pay   ONE THOUSAND TWO HUNDRED SEVENTY AND 00/100                    Dollars

                                                             **$1,270.00**

To      66683 BPC 001 001 17304 - 531804840 3 OF 3
the     OCWEN LOAN SERVICING                    Check Void After 90 Days
Order   1661 WORTHINGTON RD
of      STE 100
        WEST PALM BEACH FL 33409-6493           *Betty G Marinelli*
                                                JPMorgan Chase Bank, N.A. Columbus, Ohio

⑈531804840⑈ ⑆044000037⑆  658533013⑈

---

| Check # | Check amount | Account # | Routing # |
|---|---|---|---|
| 531804840 | $1,270.00 | 658533013 | 044000037 |

---

JPMorgan Chase Bank, N.A. Member FDIC        ©2018 JPMorgan Chase & Co.        Equal Opportunity

*637*

https://secure05c.chase.com/web/auth/dashboard#/dashboard/depositAccountServicing/depositDetails/depositDetails;params=depositDetailsData

1/31/2018   Case 5:19-cv-00636-JGB-SP   Document 67-7   Filed 08/20/19   Page 31 of 50   Page ID
#:1605
Request Information · chase.com

# CHASE *for* BUSINESS

Printed from Chase for Business

| Reason for request | Choose one ▼ |
|---|---|
| Transaction number | 6629671452 |
| Pay-from account | BUSINESS CLASSIC (...6043) |
| Payee name | ocwen |
| Payee account number or message | 7140257960 |
| Payee address | 1661 WORTHINGTON RD |
| Address line 2 | STE 100 |
| City | WEST PALM BEACH |
| State | FL |
| ZIP code | 334096493 |
| Amount | $1,270.00 |
| Send on | Oct 31, 2017 |
| Scheduled on | Oct 30, 2017 |
| Deliver by | Nov 7, 2017 |
| Delivery time and method | 5 business day(s), paid by check in the mail |

**Were you charged a late fee?**  ● Yes

○ No

Late fee amount                                                                (123.45)

Comments (optional)

*438*



**CHASE** ⬟

Sept 2017

## Terms and Conditions (Remitter and Payee):

* Please keep this copy for your record of the transaction
* The laws of a specific state will consider these funds to be "abandoned" if the Cashier's Check is not cashed by a certain time
  - Please cash/deposit this Cashier's Check as soon as possible to prevent this from occurring
  - In most cases, the funds will be considered "abandoned" before the "Void After" Date
* Placing a Stop Payment on a Cashier's Check
  - Stop Payment can only be placed if the Cashier's Check is lost, stolen, or destroyed
  - We may not re-issue or refund the funds after the stop payment has been placed until 90 days after the original check was issued
* Please visit a Chase branch to report a lost, stolen, or destroyed Cashier's Check or for any other information about this item

FOR YOUR PROTECTION SAVE THIS COPY

**CASHIER'S CHECK**

Customer Copy

9569213614

Remitter:   GLENDA R MURPHY

09/25/2017
Void after 7 years

Pay To The Order Of:   OCWEN LOAN SERVICING LLC                    $** 1,182.00 **

Memo:————————————————————

Note: For information only. Comment has no effect on bank's payment.

Drawer: **JPMORGAN CHASE BANK, N.A.**

**NON NEGOTIABLE**

439



Sunday, April 8, 2018

## NOTE TO PAYEE

GLENDA R MURPHY
sent you a payment using the Chase.com online service.
Please review these details:

**Payment amount:** $1270.00
**Check number:** 531804840
**Payment sent by Chase on:** 10/31/2017
**Expected arrival date:** 11/07/2017

As a courtesy to this customer, please note the date the payment was sent and the expected arrival date. If you received the payment after the expected arrival date, the delay may be due to factors beyond our customer's control (e.g., mail processing if the payment was sent by U.S. Mail).

## PROOF OF PAYMENT

### Customer Information

| | |
|---|---|
| **Customer name** | GLENDA R MURPHY |
| **Address (line 1)** | PO BOX 402 |
| **Address (line 2)** | |
| **City** | RCH CUCAMONGA |
| **State** | CA |
| **ZIP code** | 91739 |

### Transaction Information

| | |
|---|---|
| **Payee name** | OCWEN LOAN SERVICING |
| **Payee account number** | 7140257960 |
| **Payment amount** | 1270.0000 |
| **Send On date** | 10/31/2017 |
| **Expected arrival date** | 11/07/2017 |
| **Check number** | 531804840 |







# CHASE ⬡

## Terms and Conditions (Remitter and Payee):

* Please keep this copy for your record of the transaction
* The laws of a specific state will consider these funds to be "abandoned" if the Cashier's Check is not cashed by a certain time
  - Please cash/deposit this Cashier's Check as soon as possible to prevent this from occurring
  - In most cases, the funds will be considered "abandoned" before the "Void After" Date
* Placing a Stop Payment on a Cashier's Check
  - Stop Payment can only be placed if the Cashier's Check is lost, stolen, or destroyed
  - We may not re-issue or refund the funds after the stop payment has been placed until 90 days after the original check was issued
* Please visit a Chase branch to report a lost, stolen, or destroyed Cashier's Check or for any other information about this item

FOR YOUR PROTECTION SAVE THIS COPY

**CASHIER'S CHECK**

**Customer Copy**

9569213614

09/25/2017
Void after 7 years

**Remitter:**   GLENDA R MURPHY

$** 1,182.00 **

**Pay To The Order Of:**   OCWEN LOAN SERVICING LLC

Memo:-----------------------------------------------------
Note: For information only. Comment has no effect on bank's payment.

Drawer: **JPMORGAN CHASE BANK, N.A.**

**NON NEGOTIABLE**

---

CHASE ⬡   CHASE ⬡   CHASE ⬡   CHASE ⬡   CH

Thank you - PAIGE
Cashbox #07

Business Date 09/25/2017
Session: #132

JPMorgan Chase Bank, N.A.
Peachtree and Haven, Branch 127740
Member FDIC, Equal Housing Lender
1-800-555-5555
Please keep your receipt
09/25/2017 13:52

Cash Amount:                    $300.00

Total Amount:                 $1,182.00
Total Fee Amount:                 $0.00
Total Transaction:            $1,182.00

Check Number:              9569213614
Fee:                              $0.00
Purchase - Cashier's Check   $1,182.00
Transaction #300

My Transaction Summary

Request information - chase.com

# CHASE *for* BUSINESS

Printed from Chase for Business

| | |
|---|---|
| Reason for request | Choose one ⌄ |
| Transaction number | 6477177854 |
| Pay-from account | BUSINESS CLASSIC (...6043) |
| Payee name | ocwen |
| Payee account number or message | 7140257960 |
| Payee address | 1661 WORTHINGTON RD |
| Address line 2 | STE 100 |
| City | WEST PALM BEACH |
| State | FL |
| ZIP code | 334096493 |
| Amount | $897.51 |
| Send on | Aug 29, 2017 |
| Scheduled on | Aug 29, 2017 |
| Deliver by | Sep 6, 2017 |
| Delivery time and method | 5 business day(s), paid by check in the mail |

Were you charged a late fee?   ● Yes

　　　　　　　　　　　　　　　　　　 ○ No

Late fee amount   _____        (123.45)

Comments (optional)   _____

442

**OCWEN LOAN SERVICING LLC**
ESCROW DISBURSEMENT ACCOUNT
1661 WORTHINGTON ROAD - SUITE 100
WEST PALM BEACH, FL 33409
1-800-74-OCWEN

JPMORGAN CHASE BANK, N.A.
Dallas, TX

86-88/1113

**NO. 06055967**

**DATE** 09/12/2017

**AMOUNT** $897.51

**PAY** *Eight hundred ninety seven dollars and 51/100*

TO THE ORDER OF

**Glenda R Murphy**
PO Box 402,
Rancho Cucamonga CA, 91739-0402

CHECK VALID IF AMOUNT
MORE

VOID AFTER 180 DAYS

DIFFERENT THAN ABOVE

AUTHORIZED SIGNATURE

⑈06055967⑈ ⑆111300880⑆ 6300568304⑈

THIS CHECK CONTAINS A BLUE & RED BACKGROUND. SEE REVERSE SIDE FOR A LISTING OF SECURITY FEATURES

Pay bills - Schedule payment - Chase.com

Printed from Chase for Business

7- 7017

✓ You've scheduled a $1,100.00 payment to ocwen (7960).

ocwen (7960)

| Pay from | Amount | Send on | Deliver by | Status |
|---|---|---|---|---|
| BUSINESS CLASSIC (...6043) | $1,100.00 | Jul 17, 2017 | Jul 24, 2017 | Funded |

| Memo | Transaction number |
|---|---|
| 9965 mckinley rancho cucamonga 91730 7/2017 | 6372968921 |

---

The Bill Payment and Transfers Agreement applies.

| | Total payments | Total amount |
|---|---|---|
| | 1 | $1,100.00 |



### Earn 80,000 bonus points
Power your business potential and earn
**80,000 bonus points** when you spend $5,000
in the first 3 months after account opening.
**Learn more >**

---

JPMorgan Chase Bank, N.A. Member FDIC          ©2017 JPMorgan Chase & Co.                    Equal Opportunity Lender ⌂

**CHASE** ⬡

Rw ~ 6 ~ 19 ~ 17
11,000.00

Thursday, November 30, 2017

## NOTE TO PAYEE

GLENDA R MURPHY
sent you a payment using the Chase.com online service.
Please review these details:

**Payment amount:** $1100.00
**Check number:** 510052654
**Payment sent by Chase on:** 06/19/2017
**Expected arrival date:** 06/26/2017

As a courtesy to this customer, please note the date the payment was sent and the expected arrival date. If you received the payment after the expected arrival date, the delay may be due to factors beyond our customer's control (e.g., mail processing if the payment was sent by U.S. Mail).

## PROOF OF PAYMENT

### Customer Information

|  |  |
|---|---|
| **Customer name** | GLENDA R MURPHY |
| **Address (line 1)** | PO BOX 402 |
| **Address (line 2)** |  |
| **City** | RCH CUCAMONGA |
| **State** | CA |
| **ZIP code** | 91739 |

### Transaction Information

|  |  |
|---|---|
| **Payee name** | ocwen loan servicing |
| **Payee account number** | 7140257960 |
| **Payment amount** | 1100.0000 |
| **Send On date** | 06/19/2017 |
| **Expected arrival date** | 06/26/2017 |
| **Check number** | 510052654 |





### Originator Information

|  |  |
|---|---|
| **Originator name** | MMS |
| **Transaction ID** | 6307711179 |

4445

This proof of payment is evidence that the customer has initiated the payment described above
© 2009 JPMorgan Chase & Co.

*5—19 Payment/$1130.92*

**Subject:** Loan Payment Received

**From:** correspondence@ocwen.com (correspondence@ocwen.com)

**To:** Grcm49@Yahoo.Com;

**Date:** Wednesday, May 24, 2017 1:00 PM



May 24, 2017

Loan Number:      7140257960
Property Address: 9965 McKinley St
                  Rancho Cucamonga, CA 91730-4600

Dear Glenda R Murphy:

OCWEN received a payment on 05/19/2017 for the amount of $1,130.92.

Sincerely,

OCWEN
P.O. Box 24737
West Palm Beach, FL 33416-4737
(Do not send correspondence or payments to the above address.)

*This communication is from a debt collector attempting to collect a debt; any information obtained
will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged
through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*

To Unsubscribe from these notifications please click here

*446*

*(handwritten:)* march 8, 17  3-17  4-20-17

*(handwritten:)* high Lighted April payment 2017

*(handwritten:)* Ocwen proof of payment 2017

*(handwritten:)* 447

NMLS # 1852

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.

PAYHISTWFIDE

| Check/Ref. Number | Date Payment Due | Date Payment Received | Date Assessed/Transaction Date | Description | Amount Applied/Applied/Assessed | Principal Application | Interest Application | Escrow Application | Optional Products | Late Charges | Fees/Other (See Description) | Suspense Application | Principal Balance | Escrow Balance | Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1319 | 10/01/2016 | 11/10/2016 | | Payment | $0.00 | $385.80 | $386.74 | $233.41 | $0.00 | | $0.00 | $0.05 | $231,658.45 | $1,692.18 | $0.05 |
| | | | 11/16/2016 | Tax Disbursement-S AN BERNARDINO COUNTY | -$1,066.08 | $0.00 | | -$1,066.08 | $0.00 | | $0.00 | $0.05 | $231,658.45 | $626.10 | $0.05 |
| 24556690 | 11/01/2016 | 12/05/2016 | 11/30/2016 | Investor Billable Exp Payment | $0.00 | | | | $0.00 | $0.00 | $0.00 | $0.05 | $231,272.01 | $859.51 | $0.05 |
| | | | | Payment | $1,005.95 | $386.64 | $386.10 | $233.41 | $0.00 | $0.00 | $0.00 | $0.05 | $231,272.01 | $859.51 | $0.05 |
| | | 12/31/2016 | | Interest on Escrow Account | $11.96 | | | $11.96 | $0.00 | $0.00 | $0.00 | | $231,272.01 | $971.47 | $0.05 |
| 24833427 | 12/01/2016 | 01/06/2017 | 01/06/2017 | Payment | $1,045.00 | $387.09 | $385.45 | $233.41 | $0.00 | $0.00 | $39.05 | $39.05 | $230,884.92 | $1,104.88 | $39.10 |
| | | | 02/13/2017 | Certified Mail Cost | -$6.53 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$6.53 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | 02/13/2017 | Late Charge Assessment | -$44.88 | $0.00 | $0.00 | $0.00 | $0.00 | -$44.88 | -$6.53 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25265907 | 02/01/2017 | 02/23/2017 | 03/08/2017 | Payment | $1,130.92 | $320.30 | $577.21 | $233.41 | $0.00 | $0.00 | $0.00 | $0.00 | $230,564.62 | $1,338.29 | $39.00 |
| | | | 03/08/2017 | Late Charge Assessment | -$44.88 | $0.00 | $0.00 | $0.00 | $0.00 | -$44.88 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25308930 | 02/01/2017 | 03/08/2017 | 03/10/2017 | Payment | $1,130.92 | $321.13 | $576.41 | $233.41 | $0.00 | $0.00 | $0.00 | $0.00 | $230,243.52 | $1,571.70 | $39.10 |
| | | | | Tax Disbursement-S AN BERNARDINO COUNTY | -$1,066.05 | $0.00 | $0.00 | -$1,066.05 | $0.00 | $0.00 | $0.00 | $0.00 | $230,243.52 | $505.65 | $39.10 |
| 25651927 | 03/01/2017 | 04/07/2017 | | Payment | $1,136.70 | $321.90 | $575.61 | $233.41 | $0.00 | $0.00 | $0.00 | $5.78 | $229,921.62 | $739.06 | $44.88 |
| | | 04/26/2017 | | Investor Billable Exp Payment | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $229,921.62 | $739.06 | $44.88 |
| 26036048 | 04/01/2017 | 05/03/2017 | | Late Charge Assessment | -$44.88 | $0.00 | $0.00 | $0.00 | $0.00 | -$44.88 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | 05/01/2017 | 05/19/2017 | | Payment | $1,130.92 | $322.71 | $574.80 | $233.41 | $0.00 | $0.00 | $0.00 | $0.00 | $229,598.91 | $972.47 | $44.88 |
| | | | | Ending Balance | | | | | | -$716.47 | -$716.06 | | $229,598.91 | $972.47 | $44.88 |

*Handwritten annotations:* "Glenda Murphyan" — "March *" — "Transaction # 2565937" — "3-01-2017" — "Loan # 71402 57960" — "High Lighted:" — "Owner's Proof of Payment" — "Owner's Ledger" — "February Payment 2017" — (signature) "4MS"

| Check/Ref. Number | Date Payment Due | Date Payment Received | Date Assessed/TT Date | Description | Amount Applied/Assessed | Principal Application | Interest Application | Escrow Application | Optional Products | Late Charges | Fees/Other (See Description) | Suspense Application | Principal Balance | Escrow Balance | Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1319 | 10/01/2016 | 11/10/2016 | | Payment | $1,006.00 | $385.80 | $386.74 | $233.41 | $0.00 | $0.00 | $0.00 | $0.05 | $231,658.45 | $1,692.18 | $0.05 |
| | | | 11/16/2016 | Tax Disbursement-S AN BERNARDINO COUNTY | -$1,066.08 | $0.00 | $0.00 | -$1,066.08 | $0.00 | $0.00 | $0.00 | $0.00 | $231,658.45 | $626.10 | $0.05 |
| | | 11/30/2016 | | Investor Billable Exp Payment | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $231,658.45 | $626.10 | $0.05 |
| 24556690 | 11/01/2016 | 12/05/2016 | | Payment | $1,005.95 | $386.44 | $386.10 | $233.41 | $0.00 | $0.00 | $0.00 | $0.00 | $231,272.01 | $859.51 | $0.05 |
| | | 12/31/2016 | | Interest on Escrow Account | $11.96 | $0.00 | $0.00 | $11.96 | $0.00 | $0.00 | $0.00 | $0.00 | $231,272.01 | $871.47 | $0.05 |
| 24833427 | 12/01/2016 | 01/06/2017 | | Payment | $1,045.00 | $387.09 | $385.45 | $233.41 | $0.00 | $0.00 | $0.00 | $39.05 | $230,884.92 | $1,104.88 | $39.10 |
| | | | 02/13/2017 | Certified Mail Cost | -$6.53 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$6.53 | $0.00 | $230,884.92 | $0.00 | $0.00 |
| | | | 02/13/2017 | Certified Mail Cost | -$6.53 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$6.53 | $0.00 | $230,884.92 | $0.00 | $0.00 |
| | 02/01/2017 | 02/06/2017 | | Late Charge Assessment | -$44.88 | $0.00 | $0.00 | $0.00 | $0.00 | -$44.88 | $0.00 | $0.00 | $230,884.92 | $0.00 | $0.00 |
| | | 02/06/2017 | | Payment | $1,130.92 | $321.10 | $576.41 | $233.41 | $0.00 | $0.00 | $0.00 | $0.00 | $230,564.62 | $1,338.29 | $39.10 |
| 25265807 | 01/01/2017 | 02/23/2017 | | Payment | $1,130.92 | $320.10 | $577.21 | $233.41 | $0.00 | $0.00 | $0.00 | $0.00 | $230,564.62 | $1,571.70 | $39.10 |
| 25388930 | 02/01/2017 | 03/08/2017 | | Payment | $1,130.92 | $321.10 | $577.21 | $233.41 | $0.00 | $0.00 | $0.00 | $0.00 | $230,243.52 | $1,571.70 | $39.10 |
| | | | 03/10/2017 | Tax Disbursement-S AN BERNARDINO COUNTY | -$1,066.05 | $0.00 | $0.00 | -$1,066.05 | $0.00 | -$746.47 | -$756.06 | $0.00 | $230,243.52 | $505.65 | $39.10 |
| 25651927 | 03/01/2017 | 04/07/2017 | | Payment | $1,136.70 | $321.90 | $575.61 | $233.41 | $0.00 | $0.00 | $0.00 | $5.78 | $229,921.62 | $739.06 | $44.88 |
| | 04/01/2017 | 04/26/2017 | | Investor Billable Exp Payment | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $229,921.62 | $739.06 | $44.88 |
| | 05/01/2017 | | | Late Charge Assessment | -$44.88 | $0.00 | $0.00 | $0.00 | $0.00 | -$44.88 | $0.00 | $0.00 | $0.00 | $0.00 | $44.88 |
| 26036048 | 05/01/2017 | 05/19/2017 | | Payment | $1,130.92 | $322.71 | $574.80 | $233.41 | $0.00 | $0.00 | $0.00 | $0.00 | $229,598.91 | $972.47 | $44.88 |
| | | | | Ending Balance | | | | | | | | | $229,598.91 | $972.47 | $44.88 |

NMLS # 1852

This communication is from a debt collector attempting to collect a debt, any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.

PAYHISTWEDE

fcb 2017    02-23-17    Home

Find messages, documents, photos or people    ⌄

Compose

← Back    ↩ ⇚ →    📁 Archive    📁 Move    🗑 Delete    ⊘ Spam    😊 ⚏ 31 📄    ⚙

**Inbox** 22

Unread
Starred
Drafts 141
Sent
Archive
Spam
Trash
**Less**

Views    Hide
📷 Photos
📄 Documents
✈ Travel
❓ Tutorials

Folders    Show

Loan Payment Received    Yahoo/Inbox

owen 🔍
ocwen.com
correspondence@ocwen.com
🐦

ⓒ correspondence@ocwen.com    🖨    Feb 26, 2017 at 8:40 PM
To: Grcm49@Yahoo.Com



February 27, 2017

Loan Number:    7140257960
Property Address: 9965 McKinley St
Rancho Cucamonga, CA 91730-4600

Dear Glenda R Murphy:

OCWEN received a payment on 02/23/2017 for the amount of
$1,130.92.

Sincerely,

OCWEN
P.O. Box 24737
West Palm Beach, FL 33416-4737
(Do not send correspondence or payments to the above address.)

*This communication is from a debt collector attempting to collect a
debt;any information obtained
will be used for that purpose. However, if the debt is in active bankruptcy
or has been discharged
through bankruptcy, this communication is not intended as and does not
constitute an attempt to collect a debt.*

To Unsubscribe from these notifications please click here

↩    ⇚    →    •••

Reply, Reply All or Forward

*Ocwen payment    Loan # 7140257960
Re:    APN 209 31259
Glenda Murphy ar*

*449*

**Subject:**   Loan Payment Received

**From:**   correspondence@ocwen.com (correspondence@ocwen.com)

**To:**   Grcm49@Yahoo.Com;

**Date:**   Monday, January 9, 2017 12:20 PM

*jan 17*



OCWEN

January 09, 2017

Loan Number:   7140257960
Property Address: 9965 McKinley St
                  Rancho Cucamonga, CA 91730-4600

Dear Glenda R Murphy:

OCWEN received a payment on 01/06/2017 for the amount of $1,045.00.

Sincerely,

OCWEN
P.O. Box 24737
West Palm Beach, FL 33416-4737
(Do not send correspondence or payments to the above address.)

true
*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*

*went rec'd 7 pymt made in the amt of  1131.⁰⁰ FEB 23 2017*
*"       "      "    "     "    1130.92 MAR 8, 2017*
*4 conf# 253388930*

*450*

(22 unread) grcm45@yahoo.com - Yahoo Mail

*Dec 2016*

Home

Find messages, documents, photos or people                ˅

Compose                         ← Back    ↰    ↰↰    ↱    ◼ Archive    ↱◼ Move    🗑 Delete    ⦸ Spam    ⊙    ▦    🗓    🗐                    ⚙

| | |
|---|---|
| **Inbox** 22 | Loan Payment Received |
| Unread | |
| Starred | |
| Drafts 141 | |
| Sent | |
| Archive | |
| Spam | |
| Trash | |
| Less | |

Yahoo/Inbox

⬤ **owen** 🔍
ocwen.com
correspondence@ocwen.com

` C W E `

🐦

○     **correspondence@ocwen.com**     🖨   Dec 7, 2016 at 8:33 AM
To: Grcm49@Yahoo.Com

` O C W E N `

Views                Hide

🖼 Photos
📄 Documents
✈ Travel
❓ Tutorials

Folders              Show

December 07, 2016

Loan Number:          7140257960
Property Address:    9965 McKinley St
                     Rancho Cucamonga, CA 91730-4600

Dear Glenda R Murphy:

OCWEN received a payment on 12/05/2016 for the amount of
$1,005.95.

Sincerely,

OCWEN
P.O. Box 24737
West Palm Beach, FL 33416-4737
(Do not send correspondence or payments to the above address.)

true
        *This communication is from a debt collector attempting to collect a
        debt;any information obtained*
*will be used for that purpose. However, if the debt is in active bankruptcy
        or has been discharged*
*through bankruptcy, this communication is not intended as and does not
        constitute an attempt to collect a debt.*
To Unsubscribe from these notifications please click here

↰          ↰↰          ↱          • • •

**Reply, Reply All or Forward**

4/51

A Question                    Otwen 2018 - Loan
10-10-06          Default-List              7140257960
DOC # 1006-0688088                           A#N 20931259

12-28-18  threats of f/c
12-05-18  NOD Doc # 2018-0450273 - want 9,518.88
11-16-18 - Notice f/c has been initialed Notice

10

9

8                        packet
                              with
                              leave to
                                 amend

7   7-10-18  NOD Sent
    6-22-18  NOD Sent using 5-1-18 trust Sale Nolyce in which was paid + cured
6   5-8-18 paid Cash 12.121.50 to cure f/c /(fc) never Sent notices
    5-4-18 modification Requst
5  ⌐5-2-18 - Reinstatement Quote 12.121.50
    5-1-18  NOTICE of trust Sale 5-1-18 - (NO) foreclosure Notices Sent.
4  4-30-18  NOTICE of trustee Sale case # 2017-03515-CA
3-30-18  fraudulent pay off Quote 441.585.08 - See 10-10-08 HOSTile Acquisition  Doct 2006-0688088
3-24-18 - NOD filed 1-21-18 Received untimely 03-24-18 - Claims they were backlogged

2 -1-18  NOD want 8 223.60

1-21-18  NOD filed withheld + not mailed until 3 months Later
            NOD filed 1-21-18 Received untimely 3-
1-17-18 → NOD filed 1-17-18 Doc # 2018-0015635

1-08-18  payoff Quote Sent (harrasment + threats of Blackmail

①

**Ocwen Loan Servicing, LLC**
www.ocwen.com
*Helping Homeowners Is What We Do!®*

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936



11/16/2018

Account Number: 7140257960

Glenda R Murphy
P O Box 402
Rancho Cucamonga, CA 91739

**Property Address:**
9965 McKinley St
Rancho Cucamonga, CA 91730-4600



### FORECLOSURE HAS BEEN INITIATED-BUT THE ACCOUNT MAY STILL QUALIFY TO AVOID FORECLOSURE IF QUICK ACTION IS UNDERTAKEN

Dear Customer(s),

**Why We Are Sending This Letter**

A foreclosure action has been initiated on the property listed above. But the account **may still qualify to avoid foreclosure.**
Regardless of the present situation, Ocwen is committed to working to **avoid foreclosure.**

**An application package** may have already been sent and received for completion and return to Ocwen. This application package would have included information regarding programs we offer homeowners to help them prevent foreclosure.

**What Needs To Be Done**

If **the application package has not been received or is no longer available, please contact  Ocwen immediately** at 800.746.2936 or at the address provided on the next page. We will send a new copy. The application package can also be obtained at www.ocwencustomers.com by logging into the proper client account.

If there is a desire to **be considered for a foreclosure alternative, the application** package should be completed and returned to Ocwen, with all supporting documents, as soon as possible.

**What We Will Do**

**Once we have evaluated the information, we will provide advice** regarding options and next steps.

If a previous modification denial has been appealed or, if consideration is being given to an appeal of a modification denial, one can still re-apply within 30 days after the date of this letter.

Our Customer Care Center can be reached at 800.746.2936. We are available Monday through Friday 8 am to 9 pm and Saturday 8 am to 5 pm ET.

Sincerely,
*Loan Servicing*

Enclosures

NMLS # 1852

PRSLSM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

**Ocwen Loan Servicing, LLC**
www.ocwen.com
*Helping Homeowners Is What We Do!®*

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936



28/2018

Account Number: 7140257960

Glenda R Murphy
P O Box 402
Rancho Cucamonga, CA 91739

**Property Address:**
9965 McKinley St
Rancho Cucamonga, CA 91730-4600

Dear Customer(s),



## Why We Are Sending This Letter

We have not received the 06/01/2018 through 09/01/2018 mortgage payment(s).

This is a legally required notice we are sending because the mortgage account payment(s) is/are in arrears. We would like to provide some possible ways to avoid a foreclosure action against the home. We have the right to invoke foreclosure based on the existing lien against the property and the terms of the underlying mortgage contract. This letter should be read carefully.

If help is needed, the following assistance options may be available:

- Refinance
- Modification
- Forbearance plan
- Repayment plan
- Sale
- Short sale
- Deed-in-Lieu of Foreclosure

## What Needs To Be Done

1. **To determine eligibility for mortgage assistance**, a Request for Mortgage Assistance (RMA) form must be completed and submitted to us. The RMA includes questions about income and current financial situation. The completed form can be mailed, emailed or faxed to us at:

   **Email:** rma@ocwen.com
   **Fax:** 407.737.6352

   **Mail:**
   Ocwen Loan Servicing, LLC
   Attn: Home Retention Department
   1661 Worthington Road, Suite 100
   West Palm Beach, FL 33409

2. If an application has not been received, please download one at www.ocwencustomers.com by selecting the Modification Package under the "Customer Service" drop down menu or call to request the package at 888.554.6599. Instructions in the RMA for completing it and submitting all required documents should be closely followed. A copy of the RMA form should be retained.

3. We can be reached at **800.746.2936. Enter the requested information and select option 2, then option 4 to speak with Home Retention Relationship Manager, Nitin Sharma**, to learn about assistance options and application instructions. If Nitin Sharma is not available, the caller will be connected with another member of our Home Retention Team, who can answer any questions.

NMLS # 1852

OPTCRM

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.

**OCWEN**

Ocwen Loan Servicing, LLC
www.ocwen.com
*Helping Homeowners Is What We Do!®*

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

| | |
|---|---|
| **What We Will Do** | **Submitting the mortgage assistance application is completely voluntary**. However, providing a completed application will allow us to determine eligibility for all available assistance programs. |

If the payment(s) above were already mailed, please accept our thanks. We are providing the enclosed information as required regarding mortgage assistance programs and homeownership counseling. This letter does not affect any pending applications for assistance, evaluations, or offers.

Our Customer Care Center may be contacted toll-free at **800.746.2936**, Monday through Friday 8 am to 9 pm and Saturday 8 am to 5 pm ET; or visit our website anytime at www.ocwencustomers.com.

**Possible Options:**

- <u>Refinance the mortgage</u>: Choose to apply for a new mortgage and pay off your existing account, if you can obtain favorable terms that would make your current payment more affordable.

- <u>Modify the mortgage terms with us</u>: We may be able to modify the account, subject to program requirements.

- <u>Forbearance or Repayment Plan</u>: Payment forbearance temporarily gives you more time to pay your monthly payments. A forbearance may provide for temporary reduction or suspension of payments, or the ability to make regular monthly payments without contributing toward past due amounts for a period of time. If there has been a temporary loss of income or increase in expenses, if higher payments are now affordable, if permitted by law, we may be able to develop a repayment plan.

- <u>Sale of the Property</u>: When continuing to pay the mortgage is no longer feasible, the best option may be to find more affordable housing. As an alternative to foreclosure, it may be possible to sell the home and use the proceeds to pay off the current mortgage account.

- <u>Short Sale</u>: If the value of the home has declined and the property cannot be sold for an amount sufficient to pay the current mortgage account in full, it may be possible to sell it and satisfy the mortgage account for less than the full payoff.

- <u>Deed in Lieu of Foreclosure</u>: If the property has not sold despite being on the market for 90 days, it may be possible to voluntarily transfer title to the property to satisfy the mortgage account and avoid foreclosure.

**Counseling:**

The account is eligible to receive homeownership counseling from a HUD-approved nonprofit counseling agency. We do not offer such counseling; however, for help exploring available options, the federal government provides contact information for housing counselors who can be accessed by contacting the Consumer Financial Protection Bureau at www.consumerfinance.gov/mortgagehelp/, the Department of Housing and Urban Development at www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm, or by calling 800.569.4287. The toll-free TDD number for the HUD Counseling Agency is 800.877.8339. If you are eligible for disaster insurance or rehabilitation insurance, the completion of a homeownership counseling course is required for insurance.

Sincerely,
*Loan Servicing*

NMLS # 1852

OPTCRM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

RECORDING REQUESTED BY:
Premium Title of California

WHEN RECORDED MAIL TO:
Western Progressive, LLC
Northpark Town Center
1000 Abernathy Rd NE; Bldg 400, Suite 200
Atlanta, GA 30328

TS No.: 2018-02992-CA

APN No.:0209-312-59-0-000



Electronically Recorded in Official Records, County of San Bernardino    12/05/2018
08:39 AM
NC

**BOB DUTTON**
ASSESSOR - RECORDER - CLERK
432  Premium Title of CA, Inc.

Doc# **2018-0450273**



| | | |
|---|---|---|
| Titles  1 | | Pages  4 |
| Fees | | 33.00 |
| Taxes | | .00 |
| CA SB2 Fee | | 75.00 |
| Others | | .00 |
| Paid | | 108.00 |

## NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST

PURSUANT TO CIVIL CODE 2923.3(a), THE SUMMARY OF INFORMATION REFERRED TO BELOW IS NOT ATTACHED TO THE RECORDED COPY OF THIS DOCUMENT BUT ONLY TO THE COPIES PROVIDED TO THE TRUSTOR.

NOTE: THERE IS A SUMMARY OF THE INFORMATION IN THIS DOCUMENT ATTACHED
注：本文件包含一个信息摘要
참고사항: 본 첨부 문서에 정보 요약서가 있습니다
NOTA: SE ADJUNTA UN RESUMEN DE LA INFORMACION DE ESTE DOCUMENTO
TALA: MAYROONG BUOD NG IMPORMASYON SA DOKUMENTONG ITO NA NAKALAKIP
LƯU Ý: KÈM THEO ĐÂY LÀ BẢN TRÌNH BẢY TÓM LƯỢC VỀ THÔNG TIN TRONG TÀI LIỆU NÀY

### IMPORTANT NOTICE

**IF YOUR PROPERTY IS IN FORECLOSURE BECAUSE YOU ARE BEHIND IN YOUR PAYMENTS IT MAY BE SOLD WITHOUT ANY COURT ACTION,** and you may have the legal right to bring your account in good standing by paying all of your past due payments plus permitted costs and expenses within the time permitted by law for reinstatement of your account, which is normally five business days prior to the date set for the sale of your property. No sale date may be set until approximately 90 days from the date this notice of default may be recorded (which date of recordation appears on this notice).

This amount is $9,518.88 as of 12/28/2018, and will increase until your account becomes current. While your property is in foreclosure, you still must pay other obligations (such as insurance and taxes) required by your note and deed of trust or mortgage. If you fail to make future payments on the loan, pay taxes on the property, provide insurance on the property, or pay other obligations as required in the note and deed of trust or mortgage, the beneficiary or mortgagee may insist that you do so in order to reinstate your account in good standing. In addition, the beneficiary or mortgagee may require as a condition of reinstatement that you provide reliable written evidence that you paid all senior liens, property taxes, and hazard insurance premiums.



rsion 1.1 CA NOD 0118

Page 1 of 3

456

Dated 6-22-18

Received by PO Box 402-07/14/18

County of San Bernardino
OFFICE OF THE DISTRICT ATTORNEY
303 West Third Street
San Bernardino, CA 92415-0502

♻ Recycled



EVI-SMB 91739

457
(b)