OCWEN
Ocwen Loan Servicing, LLC
www.ocwen.com
Helping Homeowners Is What We Do!®
1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

07/10/2018

Sent Via First Class Ma
2334 6441 4
Loan Number: 714025796

Glenda R Murphy
PO BOX 402
RANCHO CUCAMONGA, CA 91739-0402

agn 209 3/25

7-10-18

Property Address: 9965 McKinley St
Rancho Cucamonga, CA 91730-460C

# NOTICE OF DEFAULT

**AVISO IMPORTANTE PARA PERSONAS QUE HABLAN ESPAÑOL:**
Esta notificación es de suma importancia. Puede afectar su derecho a continuar viviendo en su casa. Si no entiende su contenido, obtenga una traducción inmediatamente o contáctenos ya que tenemos representantes que hablan español y están disponibles para asistir.

## SPECIAL NOTICE IN THE EVENT YOU HAVE FILED BANKRUPTCY

If you have received an Order of Discharge in a Chapter 7 case filed under the Bankruptcy Code of the United States, this notice is not intended as an attempt to collect any debt from you personally. If you have received an Order of Discharge in a Chapter 11, 12 or 13 bankruptcy case, this notice is not an attempt to collect a pre-petition debt pursuant to a completed and confirmed Bankruptcy Plan. If the foregoing applies to you, this notice is sent to you only as a preliminary step to an "In Rem" foreclosure on the Mortgage against the above-referenced "Property." Provisions may be contained within the Mortgage/Deed of Trust that requires notice prior to foreclosure. As such, this is not an attempt to assert that you have any personal liability for this debt contrary to any entered Bankruptcy Order of Discharge.

In addition, if you have recently filed a petition under the Bankruptcy Code, this notice has been sent to you because we have not been notified of your bankruptcy case. If the foregoing applies to you, it is **IMPORTANT** that you or your bankruptcy attorney contact us immediately and provide us with the following information: date and jurisdiction of your filing, your case number and the bankruptcy chapter number under which you have filed.

NMLS # 1852

DEMAND05BKDCM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

17

458



Daled 6-22-18
Recieved by PO Box 402 07/14/18

County of San Bernardino
**OFFICE OF THE DISTRICT ATTORNEY**
303 West Third Street
San Bernardino, CA 92415-0502

Recycled

459

EYI-SMB 91739

# NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST

**Upon your written request, the beneficiary or mortgagee will give you a written itemization of the entire amount you must pay. You may not have to pay the entire unpaid portion of your account, even though full payment was demanded, but you must pay all amounts in default at the time payment is made. However, you and your beneficiary or mortgagee may mutually agree in writing prior to the time the notice of sale is posted (which may not be earlier than three months after this notice of default is recorded) to, among other things. (1) provide additional time in which to cure the default by transfer of the property or otherwise; or (2) establish a schedule of payments in order to cure your default; or both (1) and (2).**

**Following the expiration of the time period referred to in the first paragraph of this notice, unless the obligation being foreclosed upon or a separate written agreement between you and your creditor permits a longer period, you have only the legal right to stop the sale of your property by paying the entire amount demanded by your creditor.**

**To find out the amount you must pay, or to arrange for payment to stop the foreclosure, or if your property is in foreclosure for any other reason, contact:**

**U.S. Bank National Association, as Trustee for MASTR Adjustable Rate Mortgages Trust 2007-1, Mortgage Pass-Through Certificates, Series 2007-1, By Ocwen Loan Servicing, LLC, its attorney in-fact**

**C/O Western Progressive, LLC**
**Northpark Town Center**
**1000 Abernathy Rd NE; Bldg 400, Suite 200**
**Atlanta, GA 30328**
**Servicer Phone: 877-596-8580**

**If you have any questions, you should contact a lawyer or the governmental agency which may have insured your loan.**

**Notwithstanding the fact that your property is in foreclosure, you may offer your property for sale provided the sale is concluded prior to the conclusion of the foreclosure.**

**Remember, YOU MAY LOSE LEGAL RIGHTS IF YOU DO NOT TAKE PROMPT ACTION.**

**NOTICE IS HEREBY GIVEN: That Western Progressive, LLC is either the original trustee, the duly appointed substituted trustee, or acting as agent for the trustee or beneficiary under a Deed of Trust dated 09/29/2006, executed by, Glenda R Murphy AND ERIC M MURPHY WIFE AND HUSBAND AS JOINT TENANTS., as Trustor, to secure certain obligations in favor of AMERICAN BROKERS CONDUIT AS LENDER MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS BENEFICIARY., recorded 10/10/2006 , as Instrument No. 2006-0688088 , in Book ---, Page --- , of Official Records in the Office of the Recorder of San Bernardino County, California describing land therein as: As more particularly described on said Deed of Trust.**

Electronically Recorded in Official Records, County of San Bernardino
5/01/2018
11:37 AM
JC
BOB DUTTON
ASSESSOR - RECORDER - CLERK
432 Premium Title of CA, Inc.
Doc# 2018-0158210
Titles 1
Pages 3
Fees 30.00
Taxes .00
CA SB2 Fee 75.00
Others .00
Paid 105.00

RECORDING REQUESTED BY
**Premium Title of California**

AND WHEN RECORDED MAIL TO:
**Western Progressive, LLC**
**Northpark Town Center**
**1000 Abernathy Rd NE; Bldg 400, Suite 200**
**Atlanta, GA 30328**

SPACE ABOVE THIS LINE FOR RECORDER'S USE

T.S. No.: **2017-03515-CA** A.P.N.:**0209-312-59-0-000**
Property Address: **9965 McKinley Street, Rancho Cucamonga, CA 91730**

# NOTICE OF TRUSTEE'S SALE

**PURSUANT TO CIVIL CODE § 2923.3(a) and (d), THE SUMMARY OF INFORMATION REFERRED TO BELOW IS NOT ATTACHED TO THE RECORDED COPY OF THIS DOCUMENT BUT ONLY TO THE COPIES PROVIDED TO THE TRUSTOR.**

NOTE: THERE IS A SUMMARY OF THE INFORMATION IN THIS DOCUMENT ATTACHED

注：本文件包含一个信息摘要
참고사항: 본 첨부 문서에 정보 요약서가 있습니다
NOTA: SE ADJUNTA UN RESUMEN DE LA INFORMACIÓN DE ESTE DOCUMENTO
TALA: MAYROONG BUOD NG IMPORMASYON SA DOKUMENTONG ITO NA NAKALAKIP
LƯU Ý: KÈM THEO ĐÂY LÀ BẢN TRÌNH BÀY TÓM LƯỢC VỀ THÔNG TIN TRONG TÀI LIỆU NÀY

**IMPORTANT NOTICE TO PROPERTY OWNER:**
YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED 09/29/2006. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER.

Trustor: **Glenda R Murphy AND ERIC M MURPHY WIFE AND HUSBAND AS JOINT TENANTS.**
Duly Appointed Trustee: **Western Progressive, LLC** HOSTILE ACQUISITION 10-10-06 fraud Assignment
Deed of Trust Recorded **10/10/2006** as Instrument No. **2006-0688088** in book ---, page--- and of Official transfer 10-10-06
Records in the office of the Recorder of **San Bernardino** County, California,
Date of Sale: **05/31/2018 at 01:00 PM**
Place of Sale: **NEAR THE FRONT STEPS LEADING UP TO THE CITY OF CHINO CIVIC CENTER, 13220 CENTRAL AVENUE, CHINO, CA 91710**

Estimated amount of unpaid balance, reasonably estimated costs and other charges: **$ 441,877.14**

Note fraud Lien + Deed of trust fraud Stmts - fraud untimely recordings fraud Debt amount. 370,000.00

.1 CA NOS 0817

2332373410 (8) 461

Electronically Recorded in Official Records, County of San Bernardino
5/01/2018
11:37 AM
JC
BOB DUTTON
ASSESSOR - RECORDER - CLERK
432 Premium Title of CA, Inc.
Doc# 2018-0158210
Titles 1
Pages 3
Fees 30.00
Taxes .00
CA SB2 Fee 75.00
Others .00
Paid 105.00

RECORDING REQUESTED BY
**Premium Title of California**

AND WHEN RECORDED MAIL TO:
**Western Progressive, LLC**
**Northpark Town Center**
**1000 Abernathy Rd NE; Bldg 400, Suite 200**
**Atlanta, GA 30328**

SPACE ABOVE THIS LINE FOR RECORDER'S USE

T.S. No.: **2017-03515-CA**
A.P.N.:**0209-312-59-0-000**
Property Address: **9965 McKinley Street, Rancho Cucamonga, CA 91730**

# NOTICE OF TRUSTEE'S SALE

**PURSUANT TO CIVIL CODE § 2923.3(a) and (d), THE SUMMARY OF INFORMATION REFERRED TO BELOW IS NOT ATTACHED TO THE RECORDED COPY OF THIS DOCUMENT BUT ONLY TO THE COPIES PROVIDED TO THE TRUSTOR.**

NOTE: THERE IS A SUMMARY OF THE INFORMATION IN THIS DOCUMENT ATTACHED

注：本文件包含一个信息摘要
참고사항: 본 첨부 문서에 정보 요약서가 있습니다
NOTA: SE ADJUNTA UN RESUMEN DE LA INFORMACION DE ESTE DOCUMENTO
TALA: MAYROONG BUOD NG IMPORMASYON SA DOKUMENTONG ITO NA NAKALAKIP
LƯU Ý: KÈM THEO ĐÂY LÀ BẢN TRÌNH BÀY TÓM LƯỢC VỀ THÔNG TIN TRONG TÀI LIỆU NÀY

**IMPORTANT NOTICE TO PROPERTY OWNER:**
YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED 09/29/2006. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER.

Trustor: **Glenda R Murphy AND ERIC M MURPHY WIFE AND HUSBAND AS JOINT TENANTS.**
Duly Appointed Trustee: **Western Progressive, LLC**
Deed of Trust Recorded **10/10/2006** as Instrument No. **2006-0688088** in book **---**, page**---** and of Official Records in the office of the Recorder of **San Bernardino** County, California,
Date of Sale: **05/31/2018 at 01:00 PM**
Place of Sale: **NEAR THE FRONT STEPS LEADING UP TO THE CITY OF CHINO CIVIC CENTER, 13220 CENTRAL AVENUE, CHINO, CA 91710**

Estimated amount of unpaid balance, reasonably estimated costs and other charges: **$ 441,877.14**

.1 CA NOS 0817

9314810011700957018861 (9) 462

91739

(10)

463



Ocwen Loan Servicing, LLC
www.ocwen.com
*Helping Homeowners Is What We Do!®*

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

03/30/2018

**Account Number:** 7140257960

Glenda R Murphy
P O Box 402
Rancho Cucamonga, CA 91739

**Property Address:** 9965 McKinley St, Rancho Cucamonga, CA 91730-4600

**Borrower(s) Name:** Glenda R Murphy

# PAYOFF QUOTE
## VALID THROUGH 04/13/2018

Dear Requestor,

**Why We Are Sending This Letter**

A payoff quote was requested for account number: 7140257960.

The total amount due is **$441,585.08**, which will be valid through 04/13/2018.

**What Needs To Be Done**

1. **Scheduled payments should still be made on time**, until the account is paid off, to avoid late charges and payments being reported as late to the credit bureaus.
2. Refer to the following pages for a detailed breakdown of this quote and for payment instructions.
3. **Payoff funds should be sent in one of the forms of certified funds listed here:** Wire Transfer, Cashier's Check, Certified Bank Check, Title Company Check, Money Order, Attorney's Escrow Check, MoneyGram or Western Union. **Funds not remitted in one of these forms will be returned**, and the payoff will not be processed.

**What We Will Do**

Upon receipt of payoff funds, we will verify all amounts due and contact the issuer of the funds in the event of any discrepancies.

After the payoff funds have been applied and the account has been reconciled, any overpayment of funds will be returned to the remitter through regular mail within 20 days of the receipt of the funds.

For **any questions regarding this payoff quote**, the Customer Care Center may be contacted at 800.746.2936, Monday through Friday 8 am to 9 pm and Saturday 8 am to 5 pm ET.

Sincerely,
Loan Servicing

Enclosure

NMLS # 1852

PAYOFFM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

6-814-AKZ68-0000008-001-02-000-000-000-000

(TT) 464

TS No.: 2017-03515-CA 2-1-18

## Summary of Notice of Default

## NOTICE OF DEFAULT SUMMARY OF KEY INFORMATION

The attached notice of default was sent to , Glenda R Murphy AND ERIC M MURPHY WIFE AND HUSBAND AS JOINT TENANTS. ,in relation to 9965 McKinley Street, Rancho Cucamonga, CA 91730.

This property may be sold to satisfy your obligation and any other obligation secured by the deed of trust or mortgage that is in default. Glenda R Murphy AND ERIC M MURPHY WIFE AND HUSBAND AS JOINT TENANTS. has, as described in the notice of default, breached the mortgage or deed of trust on the property described above.

IMPORTANT NOTICE: IF YOUR PROPERTY IS IN FORECLOSURE BECAUSE YOU ARE BEHIND IN YOUR PAYMENTS, IT MAY BE SOLD WITHOUT ANY COURT ACTION, and you may have the legal right to bring your account in good standing by paying all of your past due payments plus permitted costs and expenses within the time permitted by law for reinstatement of your account, which is normally five business days prior to the date set for the sale of your property. No sale date may be set until approximately 90 days from the date the attached notice of default may be recorded (which date of recordation appears on the notice).

This amount is **$ 8,223.60** as of 02/01/2018 and will increase until your account becomes current.

While your property is in foreclosure, you still must pay other obligations (such as insurance and taxes) required by your note and deed of trust or mortgage. If you fail to make future payments on the loan, pay taxes on the property, provide insurance on the property, or pay other obligations as required in the note and deed of trust or mortgage, the beneficiary or mortgagee may insist that you do so in order to reinstate your account in good standing. In addition, the beneficiary or mortgagee may require as a condition to reinstatement that you provide reliable written evidence that you paid all senior liens, property taxes, and hazard insurance premiums.

Upon your written request, the beneficiary or mortgagee will give you a written itemization of the entire amount you must pay. You may not have to pay the entire unpaid portion of your account, even though full payment was demanded, but you must pay all amounts in default at the time payment is made. However, you and your beneficiary or mortgagee may mutually agree in writing prior to the time the notice of sale is posted (which may not be earlier than three months after this notice of default is recorded) to, among other things, (1) provide additional time in which to cure the default by transfer of the property or otherwise; or (2) establish a schedule of payments in order to cure your default; or both (1) and (2).

Following the expiration of the time period referred to in the first paragraph of this notice, unless the obligation being foreclosed upon or a separate written agreement between you and your creditor permits a longer period, you have only the legal right to stop the sale of your property by paying the entire amount demanded by your creditor.

# Wire Transfer Outgoing Request

CHASE

## Wire Transfer Sender Information

| | | | | |
|---|---|---|---|---|
| Sender Name: GLENDA R MURPHY | | | | |
| Account Name: GLENDA R MURPHY<br>DBA MURPHY FAMILY DAY CARE | | Street Address: 9965 MCKINLEY ST | | |
| City: RANCHO CUCAMONGA | State: CA | Zip: 91730-4600 | Country: USA | Daytime Phone: 909-463-7064 |
| Primary ID Type: Driver's License | ID Issuer: CA | ID Number: N5833684 | ID Issue Date: 08/07/2015 | ID Exp: 05/10/2019 |
| Secondary ID Type: | ID Issuer: | ID Number: | ID Issue Date: | ID Exp: |
| Comments: | | | | |

## Wire Transfer Information

| | | | |
|---|---|---|---|
| Request Date: 05/07/2018 | Request time: 08:25:47PM Eastern time | Effective date: 05/08/2018 | Wire Type: Domestic |
| Debit Account #: 866176043 | Debit Account Type: BUSINESS CLASSIC | Available balance: $12,263.89 | Wire Amount (US dollars): $12,121.50 |
| Qualifying Account #: | Qualifying Account Type: | Source of funds: Checking | Wire Fee: $35.00 |
| Currency type to be sent: US Dollars | Exchange rate: N/A | Foreign currency amount: N/A | Amount to Collect (USD): $12,156.50 |
| FX Contract Number: | | | |

## Recipient Account Information

| | | | | |
|---|---|---|---|---|
| Account Name: Ocwen Loan Servicing, LLC | | | | |
| Street Address: | Account Number: 4124823352 | | | |
| | City: | State: | Zip: | Country: |
| Text to Recipient: Ocwen Loan #7140257960 Property Address;9965 McKinley St Rancho Cucamonga, CA 91730 Borrower; Glenda R Murphy | | | | |

## Receiving Bank Information

| | | | | |
|---|---|---|---|---|
| Bank Name: Wells Fargo Bank, National Association | | | | |
| Street Address: 1000 LOUISIANA ST, TUNNEL LVL | Bank ABA/SWIFT Code: 121000248 | | | |
| | City: HOUSTON | State: TX | Zip: 77002-5008 | Country: USA |
| Intermediary Bank Name: | | | | |
| Street Address: | Intermediary Bank ABA: | | | |
| | City: | State: | Zip: | Country: |
| Text to Receiving Bank: | | | | |

N15220-CS WTA (11/16)



## Wire Transfer Terms and Conditions

**Please review the following Wire Transfer Terms and Conditions:**

1. Requesting, Changing or Canceling Funds Transfers and Cutoff Times; Rejection Notices.
   (a) We will complete funds transfer requests only on our normal business days and only before the cutoff times we establish.
   (b) You can cancel a consumer international funds transfer request for a full refund within 30 minutes of authorizing it by notifying us. However, we will not be able to change or cancel another type of funds transfer request unless the recipient's bank agrees. If the recipient's bank declines to cancel or change the funds transfer request, you will be responsible for the transfer you initially requested.
   (c) We have the right to accept or reject your funds transfer requests, and we will notify you, in writing (by letter or fax), verbally (in person or by phone) or electronically if your funds transfer is rejected. These notification methods are deemed to be commercially reasonable.
   (d) All wire transfer requests go through an internal review. During this review, we may subtract funds from your account or place a hold on your account. We may need to contact you to verify information about your wire transfer request, which in some cases may result in processing delays. Once we have released the wire transfer, the recipient's bank may delay credit to the recipient due to their own internal review processes.
2. Identifying Number.
   We or any other bank involved in the funds transfer will complete your funds transfer request using the account number or bank identification number you provide, even if the numbers do not match the recipient's or bank's name. If you provided us an incorrect account number for the recipient or an incorrect routing or identification number for the recipient's bank, you could lose the amount of the transfer.
3. Foreign Exchange Transfer.
   You may request us to send the funds transfer in either U.S. dollars or foreign currency. If you request a funds transfer in a foreign currency, you authorize us to deduct the amount from your account at the exchange rate we offer at that time. The exchange rate we use may include a spread, commission, or other costs that we, our affiliates or our vendors may incur or charge in providing foreign currency to you. The exchange rate will vary depending on the type of transaction being conducted, the dollar amount, the type of currency, the date and time of the transaction, and whether the transaction is a debit or credit. The exchange rate you pay for the same currency may not be the same across different products and services and will be less favorable than the exchange rate for institutions that is usually quoted in the newspaper or online services.
   If the funds are returned or payment cannot be made for any reason, we will not be liable for more than the amount of the transfer at our exchange rate at the time of the refund, less charges taken by any other bank involved in the transfer. If you cancel and it causes a loss or cost to us, we may subtract funds from your account to cover these losses. If your initial request is returned, canceled or changed, your new funds transfer request will be subject to our exchange rate in effect when you initiate it. If the wire transfer is not in the currency of the recipient's account the recipient's bank or another processing bank may reject the transfer or convert it to a different currency at their exchange rate and may subtract additional fees.
4. Payment Route.
   We may use any funds transfer system we believe reasonable to complete your request, regardless of any instructions you might give us. If we also are the recipient's bank, we may complete your request using an internal transfer. You are responsible for all fees, including our fees and any fees charged by other funds transfer systems or banks involved in the transfer.
5. Funds Transfer System Rules and Laws.
   The use of this service is subject to all applicable U.S. federal and state laws, regulations, rules and wire transfer arrangements. If you make a consumer international funds transfer, it is also subject to additional federal laws and regulations. All of your funds transfers must comply with U.S. laws, including the regulations and economic sanctions administered by the U.S. Treasury Department's Office of Foreign Asset Control and other applicable laws.
6. Indemnification.
   You will indemnify us for all claims, expenses, liabilities, and losses (including reasonable legal fees) if a third party makes a claim against us for any of our actions or services in this Agreement, unless they prove gross negligence or willful misconduct. You understand this section will survive even if you close your account or this Agreement is terminated.
7. Failure to Perform.
   We will not be liable for the failure or delay of any funds transfer or for failing to meet other obligations in this Agreement because of circumstances or causes beyond our control, including governmental, legal or regulatory restrictions or prohibitions, natural disasters, equipment or system failures, labor disputes, wars or riots.

**By signing below you acknowledge that you have read and agree to the terms and conditions above and that the wire transfer information in this document, including all bank numbers and account numbers, is accurate, and you authorize us to send this wire on your behalf.**

**Recipient Bank's Identifier (ABA/SWIFT):** 121000248 **Recipient's Account Number:** 4124823352

**Sender's Signature:** Glenda Murphy **Date:** 05-7-2018

**Branch / Department Information**

Initiated by: ALFONSO GARCIA / Z237940 Initiating Branch: Falcon Ridge - 74408 Phone: 909-463-9564 Request Time: 08:25:47PM

Wire Transfer: ☐ Approved ☐ Declined Approved/Declined by (Print): ____

Approved/Declined by (Signature): ____ Date: ____

Decline Reason: ____ Comments: ____

Approving Manager (wire amount over limit) ____

Method of Approval (attach required supporting documentation) ☐ Phone call ☐ Email ☐ Other (explain) ____

Wire Tracking Information

FX Contract Number (if applicable) ____ Contact ID Number 374389873390001

Transaction Reference Number (TRN), if available ____



CHASE

Deposit cash or checks
at most Chase ATMs.
An image of your check can
be printed on your receipt.

My Transaction Summary

***************************************

Transaction #9
Account Number Ending [illegible]
Cash Deposit $4,040.00

Amount $4,040.00

Available Balance [illegible],263.89
Present Balance [illegible],263.89

[illegible] review may [illegible] delayed
[illegible]ability of this [illegible]

JPMorgan [illegible], N.A.
[illegible] Branch 7[illegible]
1-800-935-9935
Member [illegible], Equal Hous[illegible] Lender
Please keep your [illegible]
[illegible]/07/2018 17:[illegible]

Business Date 05/07/2018
Session #[illegible]

Thank you - Alfonso
Cashbox #11

**Alfonso Garcia**
Personal Banker
Officer
NMLS ID: 692734

CHASE

Consumer Banking
CA2-4824
15320 Summitt AVE
Fontana, CA 92336

Phone: 909 463 9564
eFax: 855 788 5984
Service Line: 800 935 9935
alfonso.garcia@chase.com

JPMorgan Chase Bank, N.A.

469

**Alfonso Garcia**
Personal Banker
Officer
NMLS ID: 692734

CHASE

Consumer Banking
CA2-4824
15320 Summitt AVE
Fontana, CA 92336

Phone: 909 463 9564
eFax: 855 788 5984
Service Line: 800 935 9935
alfonso.garcia@chase.com

JPMorgan Chase Bank, N.A.

471

Exhibit 15

RECORDING REQUESTED BY:
Premium Title of California

WHEN RECORDED MAIL TO:
Western Progressive, LLC
Northpark Town Center
1000 Abernathy Rd NE; Bldg 400, Suite 200
Atlanta, GA 30328

TS No.: 2018-02992-CA

APN No.:0209-312-59-0-000

Electronically Recorded in Official Records, County of San Bernardino 12/05/2018 08:39 AM NC

BOB DUTTON
ASSESSOR - RECORDER - CLERK
432 Premium Title of CA, Inc.

Doc# 2018-0450273

Titles 1 Pages 4

| | |
|---|---|
| Fees | 33.00 |
| Taxes | .00 |
| CA SB2 Fee | 75.00 |
| Others | .00 |
| Paid | 108.00 |

# NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST

**PURSUANT TO CIVIL CODE 2923.3(a), THE SUMMARY OF INFORMATION REFERRED TO BELOW IS NOT ATTACHED TO THE RECORDED COPY OF THIS DOCUMENT BUT ONLY TO THE COPIES PROVIDED TO THE TRUSTOR.**

NOTE: THERE IS A SUMMARY OF THE INFORMATION IN THIS DOCUMENT ATTACHED
注：本文件包含一个信息摘要
참고사항: 본 첨부 문서에 정보 요약서가 있습니다
NOTA: SE ADJUNTA UN RESUMEN DE LA INFORMACION DE ESTE DOCUMENTO
TALA: MAYROONG BUOD NG IMPORMASYON SA DOKUMENTONG ITO NA NAKALAKIP
LƯU Y: KEM THEO ĐAY LA BAN TRINH BAY TOM LƯỢC VE THONG TIN TRONG TAI LIỆU NAY

## IMPORTANT NOTICE

**IF YOUR PROPERTY IS IN FORECLOSURE BECAUSE YOU ARE BEHIND IN YOUR PAYMENTS IT MAY BE SOLD WITHOUT ANY COURT ACTION,** and you may have the legal right to bring your account in good standing by paying all of your past due payments plus permitted costs and expenses within the time permitted by law for reinstatement of your account, which is normally five business days prior to the date set for the sale of your property. No sale date may be set until approximately 90 days from the date this notice of default may be recorded (which date of recordation appears on this notice).

This amount is $9,518.88 as of 12/28/2018, and will increase until your account becomes current. While your property is in foreclosure, you still must pay other obligations (such as insurance and taxes) required by your note and deed of trust or mortgage. If you fail to make future payments on the loan, pay taxes on the property, provide insurance on the property, or pay other obligations as required in the note and deed of trust or mortgage, the beneficiary or mortgagee may insist that you do so in order to reinstate your account in good standing. In addition, the beneficiary or mortgagee may require as a condition of reinstatement that you provide reliable written evidence that you paid all senior liens, property taxes, and hazard insurance premiums.

472

2000

Recording Requested By:
KT
U.S. Bank-Collateral Processing
PO Box 2687
Fargo, ND 58108-2687

When Recorded Mail To:
U.S. Recordings
222 E. Little Canada Rd. Suite 125
St. Paul, MN 55117

## SUBSTITUTION OF TRUSTEE

WHEREAS, AMERICAN TITLE COMPANY is the present Trustee(s) of record under that certain Deed of Trust executed on the 23RD day of JUNE 1997 by ERIC M MURPHY AND GLENDA C MURPHY as Trustor to AMERICAN TITLE COMPANY as Trustee(s), recorded on the 24TH day of JULY 1997 as Instrument No 97-243277 in Book/Reel at Page of Official Records in the Office of the County Recorder of the County of SAN BERNARDINO in the State of California AND WHEREAS, the undersigned, PREFERRED CREDIT CORPORATION is/are the present holder(s) of the beneficial interest under said Deed of Trust, and do/does hereby appoint U.S. Bank Trust Company, National Association as Trustee(s) in place and stead of said AMERICAN TITLE COMPANY under said Deed of Trust;

NOW THEREFORE, upon recordation of this document, the undersigned do/does hereby discharge the present record Trustee(s) and appoint U.S. Bank Trust Company, National Association as the new Trustee(s) who shall succeed to all the powers, duties, authority and title of the former Trustee(s).

DATED this 3RD day of MARCH 2000

[signature]
Lynn Bluege-Rust
Beneficiary- Vice President
Preferred Credit Corporation

473595

State of North Dakota )
)ss
County of Cass )

On this 3RD day of MARCH 2000 before me, the undersigned, a Notary Public in and for the State of North Dakota duly commissioned and sworn, personally appeared Lynn Bluege-Rust to me known to be the Vice President of the corporation that executed the foregoing instrument, and acknowledged the said instrument to be the free and voluntary act and deed of said corporation for the uses and purposes there-in mentioned, and on oath states, authorized to execute the said instrument, and that the seal affixed is the corporate seal of said corporation.

WITNESS my hand and official seal affixed the day and year above written.

BY: [signature]
Commission Expires

Notary Seal

KAREN M. KESSLER
Notary Public
State of North Dakota
My Commission Expires April 12, 2005

Loan #: 66200150250100001
Date: 03/03/00

473

195
16

State of Louisiana
Parish/County of Ouachita

On this date, March, 27, 2002, before me, a Notary Public in and for said Parish/County and State, personally appeared Courtney Gullette, Vice President who executed the within instrument on behalf of Holder, and acknowledged the same to be his/her free act and deed.

Witness my hand in the Parish/County and State last aforesaid.

Alice Jacobs
Notary Public
Lifetime Commission

State of Louisiana
Parish/County of Ouachita

On this date, March, 27, 2002, before me, a Notary Public in and for said Parish/County and State, personally appeared Courtney Gullette, Vice President of CHASE MANHATTAN MORTGAGE CORPORATION who executed the within instrument as Successor Trustee, known to me to be the person who executed the within instrument on behalf of said corporation, and acknowledged that said corporation executed the within instrument pursuant to its bylaws or a resolution of its board of directors, as said Trustee.

Witness my hand in the Parish/County and State last aforesaid.

Alice Jacobs
Notary Public
Lifetime Commission

**Prepared by: Angela T Gayden**
**Chase Manhattan Mortgage Corporation**
**1500 North 19th Street**
**P.O. Box 4025**
**Monroe, LA 71211-9981**

**Loan No.: 0000000001595186620**
**County of: San Bernardino**
**Investor No.: 602**
**Investor Category:**
**Investor Loan No.:**

**CA03**
**11/98**

474

Branch :O25 User :RSOL

Recorded in Official Records, County of San Bernardino
LARRY WALKER
Auditor/Controller – Recorder
C Priority Mail
6/17/2002
1:12 PM
LJ2

Doc#: 2002–0313467

| Titles: 2 | Pages: 2 |
|---|---|
| Fees | 19.00 |
| Taxes | 0.00 |
| Other | 0.00 |
| PAID | $19.00 |

RECORDING REQESTED BY AND
WHEN RECORDED MAIL TO:

000000001595186620
GLENDA C. MURPHY
9965 MCKINLEY ST
RANCHO CUCAMONGA, CA 91730-0000

Loan No. 000000001595186620

## SUBSTITUTION OF TRUSTEE AND DEED OF RECONVEYANCE

The undersigned, Holder of the Note secured by Deed of Trust dated November 23, 1999 made by Eric M. Murphy And Glenda C. Murphy, Husband And Wife As Joint Tenants, Trustor(s) to FIRST SOUTHWESTERN TITLE COMPANY OF CALIFORNIA, Trustee for CHASE MANHATTAN MORTGAGE CORPORATION, Beneficiary, which Deed of Trust was recorded December 3, 1999 in the Recorder's office, County of San Bernardino, State of California, in Official Records as Document 19990496319, as the undersigned Holder hereby substitutes CHASE MANHATTAN MORTGAGE CORPORATION as Trustee in lieu of the Trustee therein.

Property address known as 9965 MCKINLEY ST, RANCHO CUCAMONGA CA, 91730-0000

CHASE MANHATTAN MORTGAGE CORPORATION hereby accepts said appointment as Trustee under the above Deed of Trust, and as Successor Trustee, and pursuant to the request of said Holder and in accordance with the provisions of said Deed of Trust, does hereby reconvey without warranty, to the person(s) legally entitled thereto, all the estate now held by it under said Deed of Trust.

In witness whereof the undersigned Holder and CHASE MANHATTAN MORTGAGE CORPORATION as Successor Trustee, has caused this instrument to be executed this March, 27, 2002, each in its respective interest.

CHASE MANHATTAN MORTGAGE CORPORATION

Courtney Gullette
Vice President

CHASE MANHATTAN MORTGAGE CORPORATION
Substitute Trustee

Courtney Gullette
Vice President

CA03
11/98

475

RECORDING REQUESTED BY
SECURED BANKERS MORTGAGE CO
AND WHEN RECORDED MAIL TO

**ERIC & GLENDA MURPHY**
**9965 MCKINLEY STREET**
**RANCHO CUCAMONGA, CA 91730**

Loan Number: 9323785

Recorded in Official Records, County of San Bernardino
LARRY WALKER
Auditor/Controller – Recorder
1/13/2004
2:37 PM
MA
C Priority Mail
Doc#: 2004-0034449
Titles: 2
Pages: 1
Fees 16.00
Taxes 0.00
Other 0.00
PAID $16.00

---------Space above this line for Recorder's Use---------

***SUBSTITUTION OF TRUSTEE and FULL RECONVEYANCE***

Whereas ERIC M. MURPHY and GLENDA C. MURPHY, HUSBAND AND WIFE

the original Trustor(s) under that certain Deed of Trust recorded on 3/20/2002 in the office of the County Recorder of SAN BERNARDINO County, California as Document/Instrument No. 2002-0138559 in Book Page(s)

Whereas, the undersigned, as the present Beneficiary (s) under said Deed of Trust desires to substitute a new Trustee, now therefore, the undersigned hereby substitutes himself (themselves) as Trustee under said Deed of Trust and does hereby reconvey without warranty to the person legally entitle thereto all Estate now held by it under said Deed of Trust.

Dated Jan-7-04

SECURED BANKERS MORTGAGE COMPANY
By: KENNINGTON LTD. INC., Its GENERAL PARTNER

By: [signature]
Lance A. Tendler President

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES
1/7/2004 before me, Gloria Gomez, Notary public, personally appeared, Lance A. Tendler personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledge to me that the he executed the same in his authorized capacity, and that by his signature on the instrument the person, or entity upon behalf of which the person acted, executed the same.
WITNESS MY hand and official seal

[signature]
Gloria Gomez NOTARY PUBLIC

GLORIA GOMEZ
COMM. #1275710
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires Sept. 28, 2004

476

SAN BE[...] AM
Documen[...]

**pdfMachine - is a pdf writer that produces quality PDF files with ease!**
**Get yours now!**
"Thank you very much! I can use Acrobat Distiller or the Acrobat PDFWriter but I consider your product a lot easier to use and much preferable to Adobe's" A.Sarras - USA

5-3148

Ocwen Loan Servicing, LLC
www.ocwen.com
*Helping Homeowners Is What We Do!®*

1661 Worthington Road, Suite 100
West Palm Beach, FL 33409
Toll Free: 800.746.2936

05/02/2018

APN 209 31 259

Account Number: 7140257960

Glenda R Murphy

Property Address: 9965 McKinley St
Rancho Cucamonga, CA 91730-4600

Requestor Email Address: grcm49@yahoo.com
Borrower(s): Glenda R Murphy

# MORTGAGE REINSTATEMENT QUOTE

Dear Requestor,

## Why We Are Sending This Letter

This letter is in response to a request we received for a reinstatement quote on the above-referenced account. Please Note: We may refer this mortgage to foreclosure if the account is not reinstated and the payments fall farther behind or if the account is already in foreclosure, we may continue with the foreclosure proceedings.

See below for a breakdown of the total amount needed to reinstate this mortgage account.

## What Needs To Be Done

1. **The Total Amount Due to Reinstate,** listed in the chart below, **must be remitted no later than** 05/31/2018. **If the account is more than 90 days delinquent, certified funds are required.** Please see the following pages of this letter for additional information about submitting funds.
2. **If funds are not received by 05/31/2018,** additional funds may be required to fully reinstate the account. If funds are received timely and the account is reinstated, the next regular payment is due on 06/01/2018.

| Description | Amount |
|---|---|
| Principal Payment | 3,011.04 |
| Interest Due | 6,623.66 |
| Escrow Payment | 2,486.81 |
| Suspense Balance | .01- |
| Total Amount Due to Reinstate | $12,121.50 |

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*

477

# Wire Transfer Outgoing Request

CHASE

## Wire Transfer Sender Information

| Sender Name: | | | | |
|---|---|---|---|---|
| GLENDA R MURPHY | | | | |
| Account Name: GLENDA R MURPHY DBA MURPHY FAMILY DAY CARE | | Street Address: 9965 MCKINLEY ST | | |
| City: RANCHO CUCAMONGA | State: CA | Zip: 91730-4600 | Country: USA | Daytime Phone: 909-463-7064 |
| Primary ID Type: Driver's License | ID Issuer: CA | ID Number: N5833684 | ID Issue Date: 08/07/2015 | ID Exp: 05/10/2019 |
| Secondary ID Type: | ID Issuer: | ID Number: | ID Issue Date: | ID Exp: |
| Comments: | | | | |

## Wire Transfer Information

| Request Date: 05/07/2018 | Request time: 08:25:47PM Eastern time | Effective date: 05/08/2018 | Wire Type: Domestic |
|---|---|---|---|
| Debit Account #: 866176043 | Debit Account Type: BUSINESS CLASSIC | Available balance: $12,263.89 | Wire Amount (US dollars): $12,121.50 |
| Qualifying Account #: | Qualifying Account Type: | Source of funds: Checking | Wire Fee: $35.00 |
| Currency type to be sent: US Dollars | Exchange rate: N/A | Foreign currency amount: N/A | Amount to Collect (USD): $12,156.50 |
| FX Contract Number: | | | |

## Recipient Account Information

| Account Name: Ocwen Loan Servicing, LLC | | | | |
|---|---|---|---|---|
| Street Address: | Account Number: 4124823352 | | | |
| | City: | State: | Zip: | Country: |
| Text to Recipient: Ocwen Loan #7140257960 Property Address;9965 McKinley St Rancho Cucamonga, CA 91730 Borrower; Glenda R Murphy | | | | |

## Receiving Bank Information

| Bank Name: Wells Fargo Bank, National Association | | | | |
|---|---|---|---|---|
| Street Address: 1000 LOUISIANA ST, TUNNEL LVL | Bank ABA/SWIFT Code: 121000248 | | | |
| | City: HOUSTON | State: TX | Zip: 77002-5008 | Country: USA |
| Intermediary Bank Name: | | | | |
| Street Address: | Intermediary Bank ABA: | | | |
| | City: | State: | Zip: | Country: |
| Text to Receiving Bank: | | | | |

478





## Wire Transfer Terms and Conditions

**Please review the following Wire Transfer Terms and Conditions:**

1. Requesting, Changing or Canceling Funds Transfers and Cutoff Times; Rejection Notices.
(a) We will complete funds transfer requests only on our normal business days and only before the cutoff times we establish.
(b) You can cancel a consumer international funds transfer request for a full refund within 30 minutes of authorizing it by notifying us. However, we will not be able to change or cancel another type of funds transfer request unless the recipient's bank agrees. If the recipient's bank declines to cancel or change the funds transfer request, you will be responsible for the transfer you initially requested.
(c) We have the right to accept or reject your funds transfer requests, and we will notify you, in writing (by letter or fax), verbally (in person or by phone) or electronically if your funds transfer is rejected. These notification methods are deemed to be commercially reasonable.
(d) All wire transfer requests go through an internal review. During this review, we may subtract funds from your account or place a hold on your account. We may need to contact you to verify information about your wire transfer request, which in some cases may result in processing delays. Once we have released the wire transfer, the recipient's bank may delay credit to the recipient due to their own internal review processes.
2. Identifying Number.
We or any other bank involved in the funds transfer will complete your funds transfer request using the account number or bank identification number you provide, even if the numbers do not match the recipient's or bank's name. If you provided us an incorrect account number for the recipient or an incorrect routing or identification number for the recipient's bank, you could lose the amount of the transfer.
3. Foreign Exchange Transfer.
You may request us to send the funds transfer in either U.S. dollars or foreign currency. If you request a funds transfer in a foreign currency, you authorize us to deduct the amount from your account at the exchange rate we offer at that time. The exchange rate we use may include a spread, commission, or other costs that we, our affiliates or our vendors may incur or charge in providing foreign currency to you. The exchange rate will vary depending on the type of transaction being conducted, the dollar amount, the type of currency, the date and time of the transaction, and whether the transaction is a debit or credit. The exchange rate you pay for the same currency may not be the same across different products and services and will be less favorable than the exchange rate for institutions that is usually quoted in the newspaper or online services.
If the funds are returned or payment cannot be made for any reason, we will not be liable for more than the amount of the transfer at our exchange rate at the time of the refund, less charges taken by any other bank involved in the transfer. If you cancel and it causes a loss or cost to us, we may subtract funds from your account to cover these losses. If your initial request is returned, canceled or changed, your new funds transfer request will be subject to our exchange rate in effect when you initiate it. If the wire transfer is not in the currency of the recipient's account the recipient's bank or another processing bank may reject the transfer or convert it to a different currency at their exchange rate and may subtract additional fees.
4. Payment Route.
We may use any funds transfer system we believe reasonable to complete your request, regardless of any instructions you might give us. If we also are the recipient's bank, we may complete your request using an internal transfer. You are responsible for all fees, including our fees and any fees charged by other funds transfer systems or banks involved in the transfer.
5. Funds Transfer System Rules and Laws.
The use of this service is subject to all applicable U.S. federal and state laws, regulations, rules and wire transfer arrangements. If you make a consumer international funds transfer, it is also subject to additional federal laws and regulations. All of your funds transfers must comply with U.S. laws, including the regulations and economic sanctions administered by the U.S. Treasury Department's Office of Foreign Asset Control and other applicable laws.
6. Indemnification.
You will indemnify us for all claims, expenses, liabilities, and losses (including reasonable legal fees) if a third party makes a claim against us for any of our actions or services in this Agreement, unless they prove gross negligence or willful misconduct. You understand this section will survive even if you close your account or this Agreement is terminated.
7. Failure to Perform.
We will not be liable for the failure or delay of any funds transfer or for failing to meet other obligations in this Agreement because of circumstances or causes beyond our control, including governmental, legal or regulatory restrictions or prohibitions, natural disasters, equipment or system failures, labor disputes, wars or riots.

**By signing below you acknowledge that you have read and agree to the terms and conditions above and that the wire transfer information in this document, including all bank numbers and account numbers, is accurate, and you authorize us to send this wire on your behalf.**

**Recipient Bank's Identifier (ABA/SWIFT):** 121000248 **Recipient's Account Number:** 4124823352

**Sender's Signature:** Glenda Murphy **Date:** 05-7-2018

**Branch / Department Information**

Initiated by: ALFONSO GARCIA / Z237940 Initiating Branch: Falcon Ridge - 74408 Phone: 909-463-9564 Request Time: 08:25:47PM

Wire Transfer: ☐ Approved ☐ Declined Approved/Declined by (Print): ____

Approved/Declined by (Signature): ____ Date: ____

Decline Reason: ____ Comments: ____

Approving Manager (wire amount over limit) ____

Method of Approval (attach required supporting documentation) ☐ Phone call ☐ Email ☐ Other (explain) ____

Wire Tracking Information

FX Contract Number (if applicable) ____ Contact ID Number 374389873390001

Transaction Reference Number (TRN), if available ____

479



CHASE

Deposit cash or checks
at most Chase ATMs.
An image of your check can
be printed on your receipt.

My Transaction Summary

****************************************

Transaction #9
Account Number Ending In: [illegible]
Checking Deposit $4,040.00

Cash Amount $4,040.00

Available Balance $12,263.89
Present Balance $12,263.89

Further review may result in delayed
availability of this deposit

........................................

JPMorgan Chase Bank, N.A.
Falcon Ridge, Branch [illegible]
1-800-935-9335
Member FDIC, Equal Housing Lender
Please keep your receipt
05/07/2018 17:15

Business Date 05/07/2018
Session #5

Thank you - Alfonso
Cashbox #11

480



Recorded in Official Records, County of San Bernardino 12/15/2004 9:26 AM

LARRY WALKER
Auditor/Controller — Recorder

C Priority Mail

Doc#: 2004-0923421 Titles: 1 Pages: 1

| | |
|---|---|
| Fees | 8.00 |
| Taxes | 0.00 |
| Other | 0.00 |
| PAID | $8.00 |

Recording Requested By:
GMAC MORTGAGE CORPORATION

When Recorded Return To:
Current Trustor:
GLENDA C MURPHY
5812 SAN SEVAINE ROAD
RANCHO CUCAMONGA, CA 91739

## SUBSTITUTION OF TRUSTEE

GMAC MORTGAGE CORPORATION #:0654792440 "MURPHY" Lender ID:10025/1694169513 San Bernardino, California PIF: 11/30/2004
**MERS #: 100037506547924408 VRU #: 1-888-679-6377**

WHEREAS, the undersigned is the present Beneficiary under the Deed of Trust described below as follows: Original Trustor: GLENDA C MURPHY AND ERIC M. MURPHY Original Beneficiary: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., ("MERS") Dated: 11/26/2003 Recorded: 12/10/2003 as Instrument No.: 2003-0912888 in the County of San Bernardino and State of California.

AND WHEREAS, the undersigned desires to substitute a different Trustee for the purpose of reconveying said Deed of TRUST; NOW THEREFORE the undersigned hereby substitutes Mortgage Electronic Registration Systems, Inc. ("MERS") as Trustee under said Deed of Trust.

On December 10th, 2004
Mortgage Electronic Registration Systems, Inc. ("MERS")

Janice Burt, Assistant Secretary

STATE OF Iowa
COUNTY OF Black Hawk

On December 10th, 2004, before me, M. CLARK, a Notary Public in and for Black Hawk in the State of Iowa, personally appeared Janice Burt, Assistant Secretary, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

M. CLARK
Notary Expires: 05/17/2007 #728505

(This area for notarial seal)

**Prepared By: Nora Buck, GMAC MORTGAGE CORPORATION 3451 HAMMOND AVENUE, PO BOX 780, WATERLOO, IA 50704-0780 319-236-5400**

*NCB*NCBGMAC*12/10/2004 08:14:36 PM* GMAC01GMAC0000000000000000381270* CASAN R* 0654792440 CASTATE_TRUST_SUB *NCB*NCBGMAC*

481

[illegible] case to amend [illegible] Payments

[illegible] 24558690

[illegible] 1077.00 [illegible]

[illegible] Email

[illegible] 517712

[illegible] CHECK [illegible] ✓

[illegible] part of 1022

[illegible] ✓

[illegible] pd [illegible] 1015.00

5-13-16 pd [illegible] 1022

[illegible]

3-29-16 pd 1001.00

3-7-16 pd 1005 pm acct ✓

2-16-16 pd 1001 Bas acct ✓

01-19-16 pd 1001 bas acct

march paid twice

payments Received $16,102.56

482

Page Number

Dec 2016

Ocwen Loan # 714025796

APN 209312159

ocwen.com
correspondence@ocwen.com

Re: Glenda Murphy
9965 Mc Kenley St
Rancho Cucam. Ca
91730

Find messages, documents, photos or people

Delete Spam

Inbox
Unread
Starred
Drafts
Sent
Archive
Spam
Trash
Less

Views
Photos
Documents
Travel
Coupons
Purchases
Tutorials

Folders

Dec 7, 2016

Dear Glenda R Murphy

P.O. Box 24737

*This communication is from a debt collector attempting to collect a debt any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*

these notifications please click here

Reply, Reply All or Forward

483

72

75

484

[illegible] November 14, 2016
[illegible] 000008713900533

Account Number: 000008713900533

| DATE | DESCRIPTION | AMOUNT | BALANCE |
| --- | --- | --- | --- |
| | Beginning Balance | | $32.04 |
| 10/[illegible] | [illegible] | [illegible] | 32.04 |
| 10/[illegible] | [illegible] | [illegible] | 40.08 |
| 10/[illegible] | [illegible] | [illegible] | 33.[illegible]3 |
| 10/[illegible] | [illegible] | [illegible] | 26.[illegible]3 |
| 10/[illegible] | [illegible] | [illegible] | 21.66 |
| 10/[illegible] | [illegible] Card 3904 | [illegible] | |
| 10/[illegible] | [illegible] | [illegible] | 11.67 |
| 10/[illegible] | [illegible] | [illegible] | 36.67 |
| 10/[illegible] | [illegible] 10/28 14618 Baseline [illegible] Fontana CA Card 3904 | [illegible] | 43.67 |
| 11/[illegible] | [illegible] 9th St Ran[illegible] Cucamo CA Card 3904 | [illegible] | 23.67 |
| 11/03 | SSA Treas 310 Xxsoc Sec [illegible] | [illegible] | 3.67 |
| 11/03 | Online Transfer To [illegible] Transaction#: [illegible] | 1,158.00 | 1,161.67 |
| 11/03 | ATM Withdrawal [illegible] 9th St Ranch Cucamo CA Card 3904 | -25.00 | 1,136.67 |
| 11/03 | 11/03 Withdrawal | -500.00 | 636.67 |
| 11/03 | 11/03 Withdrawal | -50.00 | 586.67 |
| | | -70.00 | 516.67 |





[illegible]

[illegible] abandoned"

[illegible]

[illegible] payable to [illegible]

[illegible] abandoned"

* Please [illegible]

[illegible]

[illegible] stop payment has

[illegible] was issued

* Please [illegible] Cashier's Check

[illegible]

Customer Copy

1408517712

09/16/2016

[illegible] years

$** 4,991.71 **

[illegible] CHASE BANK, N.A.

NEGOTIABLE

Ocma

Sept 16

486

75

4 87

| Date | Description | Type | Amount | Balance |
|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | $250.00 | $1,608.99 |
| | [illegible] | [illegible] | $1,358.02 | $1,358.99 |
| [illegible] | [illegible] | [illegible] | −$155.64 | $0.97 |
| Aug 30, 2016 | [illegible] | [illegible] | $155.64 | $156.61 |
| Aug [illegible] | [illegible] | [illegible] | −$26.00 | $0.97 |
| | [illegible] | [illegible] | $26.00 | $26.97 |
| Aug [illegible] | [illegible] | [illegible] | −$200.00 | $1.97 |
| | [illegible] | [illegible] | −$1,840.00 | $201.97 |
| | [illegible] | [illegible] | $2.00 | $2,041.97 |
| | [illegible] | [illegible] | $9.50 | $2,039.97 |
| Aug 16, 2016 | [illegible] | [illegible] | $2,030.00 | $2,030.47 |
| Aug 15, 2016 | [illegible] | Account transfer | −$22.00 | $0.47 |
| | [illegible] Account transfer | Account transfer | $22.00 | $22.47 |
| Aug 11, 2016 | [illegible] 6874 [illegible] Lowen [illegible] | [illegible] payment | −$2,030.00 | $0.47 |
| | [illegible] Account transfer | Account transfer | $1,840.00 | $2,030.47 |
| Aug 10, 2016 | Online Transfer from CHK [illegible] transaction [illegible] Account transfer | Account transfer | $190.00 | $190.47 |
| Jul [illegible], 2016 | [illegible] transfer from checking [illegible] Account transfer | Account transfer | −$20.00 | $0.47 |
| | Online Transfer from CHK ...5048 transaction [illegible] Account transfer | Account transfer | $20.00 | $20.47 |
| Jul 15, 2016 | [illegible] transfer to CHK [illegible] | Account transfer | −$22.00 | $0.47 |

Subject: [illegible]

From: [illegible]

To: [illegible]

Date: [illegible]

[illegible]

Dear [illegible]

[illegible]

[illegible]

OCWEN
P.O. Box [illegible]
West Palm Beach [illegible]
[illegible]

This communication is from a debt collector attempting to collect a debt; any *information obtained* will be used for that purpose. However, if the debt is in active bankruptcy or *has been discharged* through bankruptcy, this communication is [illegible] and does not constitute *an attempt to collect a debt.*

489 178

Payee [illegible]

[illegible]

[illegible]

See [illegible]

| Se[illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
|---|---|---|---|---|
| 08/[illegible] | [illegible] | [illegible] | [illegible] | [illegible] ([illegible]327) |
| 06/[illegible] | [illegible] | [illegible] | [illegible] | [illegible] ([illegible]042) |
| 03/[illegible] 03/18/[illegible] | [illegible] | [illegible] | [illegible] | [illegible] ([illegible]327) |
| 02/[illegible] | [illegible] | [illegible] | [illegible] | [illegible] ([illegible]042) |
| 10/[illegible]/2[illegible]1 10/27/2[illegible] | Paid | [illegible] | [illegible] | PREMIER [illegible] |
| 09/30/2015 10/01/2[illegible] | Paid | [illegible]846.87 | [illegible] | [illegible] PREMIER ([illegible]327) |

[illegible] em acct

JPMorgan Chase Bank, [illegible] Member FDIC [illegible] Chase's website terms, privacy and security policies don't apply to the site you're about to visit. Please review its website Equal Opportunity Lender [illegible] terms, privacy and security policies to see how they apply to you. Chase isn't responsible for (and doesn't provide) any products, services or content at this third-party site [illegible] products and services [illegible]

Forepay

C[illegible]

[illegible]

-12-16

[illegible] heck

[illegible]

[illegible] Copy

408516973

[illegible]

[illegible] [illegible]

$** 1,015.00 **

[illegible] BANK, N.A.

[illegible]

232111107 NEW 01/08 8810004306

1408516973

91-2
1221

[illegible]id after 7 years

[illegible]

$** 1,015.00 **

[illegible] BANK, N.A.

491

80



[illegible]

| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| --- | --- | --- | --- | --- |
| [illegible] | [illegible] | 3/[illegible]/2016 | $ [illegible] | $ [illegible] |

Total [illegible]

JPMorgan Chase Bank [illegible]

Equal Opportunity [illegible]

Cancelled

Return

492 (81)



JPMorgan Chase ...
Equal Opportunity ...

439 — (82)

2016

[illegible]

[illegible] "abandoned"

Octuber

[illegible] possible to

Sept 1

[illegible] "abandoned"

[illegible] Cashier's Check

lost, stolen, or destroyed [illegible]

[illegible] may not re-issue [illegible] the stop payment has

[illegible] check was issued

[illegible] less than [illegible] destroyed Cashier's Check

[illegible] information [illegible]

Customer Copy

1408517712

[illegible]16/2016

[illegible] after 7 years

[illegible]

$** 4,991.71 **

[illegible]SE BANK, N.A.

[illegible] ABLE

.com

494

83

71

5

495 84

| Date | Description | Type | Amount | Balance |
|---|---|---|---|---|
| [illegible] | [illegible] | | $250.00 | $1,608.9[illegible] |
| | | | $1,358.02 | $1,358.9[illegible] |
| | | | −$155.64 | $0.97 |
| Aug 30, [illegible] | [illegible] | [illegible] transfer | $155.64 | $156.61 |
| | | | −$[illegible] | $0.97 |
| | | | [illegible] | $26.97 |
| | | | −$[illegible].00 | $1.97 |
| | | | −$1,[illegible].00 | $201.97 |
| | | | $[illegible].00 | $2,041.97 |
| | | | $[illegible].50 | $2,039.97 |
| Aug [illegible] | | | $2,030.00 | $2,030.47 |
| | | | −$[illegible].00 | $0.47 |
| | | | $22.00 | $22.47 |
| Aug 1[illegible] | | | −$2,0[illegible]0.00 | $0.47 |
| | | | $1,[illegible].00 | $2,030.47 |
| Aug 1[illegible] | | | $190.00 | $190.47 |
| Jul 2[illegible] | [illegible] | | −$20.00 | $0.47 |
| | | | $20.00 | $20.47 |
| Jul 15, 2018 | [illegible] | | −$22.00 | $0.47 |

85

496

7/1/2019 [illegible]

**Subject:** Loan Payment Received

**From:** correspondence [illegible] (correspondence [illegible])

**To:** [illegible]

**Date:** [illegible] July [illegible] 2016 [illegible]

[illegible]

[illegible]

[illegible]

[illegible] information obtained [illegible] has been discharged [illegible] attempt to collect a debt.

86 497

JPM
Equa
https://

498

[illegible]

-20-16

[illegible]

...ation obtained
...been discharged
...attempt to collect a debt.

about [illegible]

88 / 199

5-12-16

Copy

08516973

1,015.00 **

282111107 NEW 01/08 8810004306

08516973

91-2
1221

after 7 years

** 1,015.00 **

BANK, N.A.

Payments

email

to visit. Please review its website for (and doesn't provide) any products,

Forepay

March 2016

2016

payment

payment

transaction

6827)

site you're about to visit. Please review it
isn't responsible for (and doesn't provide

502

100

JPMorgan [illegible] [illegible] was [illegible] p[illegible] [illegible] to visit. Please review its website [illegible] Equal Oppor[illegible] [illegible] privacy and security [illegible] [illegible] for (and doesn't provide) any products, services [illegible] [illegible] se[illegible]

[illegible]

https: [illegible]

4935498

RECORDING REQUESTED BY:
FIDELITY NATIONAL TITLE

When recorded, mail to:

LONG BEACH BANK, F.S.B.
972 TOWN AND COUNTRY ROAD
ORANGE, CA 92668

LOAN NO. 0102312-606

| 1 FEE 13 | 6 06 CHRG |
|---|---|
| 2 MSYS 8 | 7 GIMS |
| 3 PCOR | 8 NO FEE |
| 4 LNNT | 9 ST FEE 7 |
| 5 SVY | |
| 6 DTT | U |

DOCUMENT #
94423838
RECORDED IN THE
OFFICIAL RECORDS OF
SAN BERNARDINO COUNTY
ERROL J MACKZUM
RECORDER
Oct/17/1994
3:30:00:PM
*

APN# 0209-312-57

# DEED OF TRUST

THIS DEED OF TRUST ("Security Instrument") is made on October 5, 1994. The trustor is ERIC M MURPHY and GLENDA C MURPHY, HUSBAND AND WIFE AS JOINT TENANTS

("Borrower"). The trustee is LONG BEACH BANK, F.S.B.

("Trustee"). The beneficiary is LONG BEACH BANK, F.S.B.

which is organized and existing under the laws of the United States of America, and whose address is 972 TOWN AND COUNTRY ROAD ORANGE, CA 92668 ("Lender"). Borrower owes Lender the principal sum of One Hundred Twenty Thousand and no/100------------------------------------------ Dollars (U.S. $ 120,000.00 ). This debt is evidenced by Borrower's note dated the same date as this Security Instrument ("Note"), which provides for monthly payments, with the full debt, if not paid earlier, due and payable on November 1, 2024. This Security Instrument secures to Lender: (a) the repayment of the debt evidenced by the Note, with interest, and all renewals, extensions and modifications of the Note; (b) the payment of all other sums, with interest, advanced under paragraph 7 to protect the security of this Security Instrument; and (c) the performance of Borrower's covenants and agreements under this Security Instrument and the Note. For this purpose, Borrower irrevocably grants and conveys to Trustee, in trust, with power of sale, the following described property located in SAN BERNARDINO County, California:

LOT 18 OF TRACT NO. 9035 IN THE CITY OF RANCHO CUCAMONGA, AS PER MAP RECORDED IN BOOK 129 PAGES 87 THROUGH 89 INCLUSIVE OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

which has the address of 9965 MCKINLEY STREET RANCHO CUCAMONGA [Street, City], California 91730 [Zip Code] ("Property Address");

505

Loan No. 0102312-606

94-423838

# ADJUSTABLE RATE RIDER

**(LIBOR Index - Rate Caps)**

THIS ADJUSTABLE RATE RIDER is made this 5th day of October, 1994, and is incorporated into and shall be deemed to amend and supplement the Mortgage, Deed of Trust or Security Deed (the "Security Instrument") of the same date given by the undersigned (the "Borrower") to secure Borrower's Adjustable Rate Note (the "Note") to:

**LONG BEACH BANK, F.S.B.**

(the "Lender") of the same date and covering the property described in the Security Instrument and located at:

**9965 MCKINLEY STREET**
**RANCHO CUCAMONGA, CA 91730**
[Property Address]

**THE NOTE CONTAINS PROVISIONS ALLOWING FOR CHANGES IN THE INTEREST RATE AND THE MONTHLY PAYMENT. THE NOTE LIMITS THE AMOUNT THE BORROWER'S INTEREST RATE CAN CHANGE AT ANY ONE TIME AND THE MAXIMUM RATE THE BORROWER MUST PAY.**

**ADDITIONAL COVENANTS.** In addition to the covenants and agreements made in the Security Instrument, Borrower and Lender further covenant and agree as follows:

**A. INTEREST RATE AND MONTHLY PAYMENT CHANGES**
The Note provides for an initial interest rate of 6.990 %. The Note provides for changes in the interest rate and the monthly payments, as follows:

**4. INTEREST RATE AND MONTHLY PAYMENT CHANGES**

**(A) Change Dates**
The interest rate I will pay may change on the first day of May, 1995, and on that day every sixth month thereafter. Each date on which my interest rate could change is called a "Change Date."

**(B) The Index**
Beginning with the first Change Date, my interest rate will be based on an Index. The "Index" is the average of interbank offered rates for six-month U.S. dollar-denominated deposits in the London market ("LIBOR"), as published in *The Wall Street Journal*. The most recent Index figure available as of the date 45 days before each Change Date is called the "Current Index."

If the Index is no longer available, the Note Holder will choose a new index that is based upon comparable information. The Note Holder will give me notice of this choice.

**(C) Calculation of Changes**
Before each Change Date, the Note Holder will calculate my new interest rate by adding Three and One Half percentage point(s) ( 3.500 %) to the Current Index. The Note Holder will then round the result of this addition to the nearest one-eighth of one percentage point (0.125%). Subject to the limits stated in Section 4(D) below, this rounded amount will be my new interest rate until the next Change Date.

The Note Holder will then determine the amount of the monthly payment that would be sufficient to repay the unpaid principal that I am expected to owe at the Change Date in full on the Maturity Date at my new interest rate in substantially equal payments. The result of this calculation will be the new amount of my monthly payment.

Initials: EMcM ACM

506 183 4

Loan No. 0102312-606

94-423838

# ADJUSTABLE RATE RIDER

**(LIBOR Index - Rate Caps)**

THIS ADJUSTABLE RATE RIDER is made this 5th day of October, 1994, and is incorporated into and shall be deemed to amend and supplement the Mortgage, Deed of Trust or Security Deed (the "Security Instrument") of the same date given by the undersigned (the "Borrower") to secure Borrower's Adjustable Rate Note (the "Note") to:

LONG BEACH BANK, F.S.B.

(the "Lender") of the same date and covering the property described in the Security Instrument and located at:

9965 MCKINLEY STREET
RANCHO CUCAMONGA, CA 91730
[Property Address]

**THE NOTE CONTAINS PROVISIONS ALLOWING FOR CHANGES IN THE INTEREST RATE AND THE MONTHLY PAYMENT. THE NOTE LIMITS THE AMOUNT THE BORROWER'S INTEREST RATE CAN CHANGE AT ANY ONE TIME AND THE MAXIMUM RATE THE BORROWER MUST PAY.**

**ADDITIONAL COVENANTS.** In addition to the covenants and agreements made in the Security Instrument, Borrower and Lender further covenant and agree as follows:

**A. INTEREST RATE AND MONTHLY PAYMENT CHANGES**

The Note provides for an initial interest rate of 6.990 %. The Note provides for changes in the interest rate and the monthly payments, as follows:

**4. INTEREST RATE AND MONTHLY PAYMENT CHANGES**

**(A) Change Dates**

The interest rate I will pay may change on the first day of May, 1995, and on that day every sixth month thereafter. Each date on which my interest rate could change is called a "Change Date."

**(B) The Index**

Beginning with the first Change Date, my interest rate will be based on an Index. The "Index" is the average of interbank offered rates for six-month U.S. dollar-denominated deposits in the London market ("LIBOR"), as published in *The Wall Street Journal*. The most recent Index figure available as of the date 45 days before each Change Date is called the "Current Index."

If the Index is no longer available, the Note Holder will choose a new index that is based upon comparable information. The Note Holder will give me notice of this choice.

**(C) Calculation of Changes**

Before each Change Date, the Note Holder will calculate my new interest rate by adding Three and One Half percentage point(s) ( 3.500 %) to the Current Index. The Note Holder will then round the result of this addition to the nearest one-eighth of one percentage point (0.125%). Subject to the limits stated in Section 4(D) below, this rounded amount will be my new interest rate until the next Change Date.

The Note Holder will then determine the amount of the monthly payment that would be sufficient to repay the unpaid principal that I am expected to owe at the Change Date in full on the Maturity Date at my new interest rate in substantially equal payments. The result of this calculation will be the new amount of my monthly payment.

Initials: EMcM ACM

507 183 4